# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **PATRICE GORDON,** ) | |
| ) | |
| **Plaintiff,** ) | **Case No.** |
| ) | **1:21-cv-00549** |
| **v.** ) | |
| ) | |
| **BOARD OF EDUCATION FOR THE CITY OF** ) | |
| **CHICAGO; JANICE JACKSON, in her official capacity as** ) | |
| **Chief Executive Officer for the Chicago Public Schools, and** ) | |
| **in her individual capacity; BOGDANA CHKOUMBOVA, in** ) | |
| **her official capacity as Chief Schools Officer for the Chicago** ) | |
| **Public Schools, and in her individual capacity; LAURA** ) | |
| **LEMONE, in her official capacity as Network Chief, District** ) | |
| **14 for the Chicago Public Schools, and in her individual** ) | |
| **capacity; JADINE CHOU, in her official capacity as Chief of** ) | |
| **Safety and Security for the Chicago Public Schools, and in** ) | |
| **her individual capacity; MICHAEL PASSMAN, in his** ) | |
| **official capacity as Chief Communications Officer for the** ) | |
| **Chicago Public Schools, and in his individual capacity;** ) | |
| **DEBRA SPRAGGINS, in her official capacity as Director of** ) | |
| **Investigations at the Office of Student Protections for the** ) | |
| **Chicago Public Schools, and in her individual capacity; and** ) | |
| **JANE AND JOHN DOE, employees of the Chicago Public** ) | |
| **Schools, in their official and individual capacities.** ) | |

**Defendants.**

---

# REPORT OF COLIN MCMAHON

---

As detailed in my Curriculum Vitae, I am a seasoned news media executive with a track record of leading journalists with integrity. My most pertinent qualifications follow:

- I am considered a leader in the news publishing industry in understanding how to evaluate content performance, how to increase the digital audience for that content and how to measure success using data and research.
- I have a long history of using data to analyze website performance, including what we call "reach" (how many people might see a particular piece of content) and what we call "engagement" (how many of those people will read or otherwise consume that piece of content).
- I have worked as an independent consultant, providing coaching and consulting on culture change, newsroom organization, and audience development.
- As Editor-in-Chief of the Chicago Tribune and Chief Content Officer of Tribune Publishing I routinely worked with both our newsroom lawyers and our company's chief counsel to prepare content for publication, keeping in mind our high standards of fairness and accuracy while working to protect the Tribune against any allegations of bias or defamation. I routinely worked with in-house counsel to push government agencies to make available all records that should be public by law, including taking legal action against government agencies when necessary.
- During the height of the COVID-19 pandemic and its aftermath, I led over 300 journalists through historic challenges and kept them focused on our mission. This resulted in work with high impact, including a Pulitzer Prize-winning series on the failure of landlords and city inspectors to protect residents from fires.
- I have represented Tribune Publishing across the news media industry and secured partnerships with major platforms such as Google and Facebook.

In performing my research and in rendering my opinions and conclusions that follow, some of the materials I reviewed include:

- **News sources, social media sites and data sources:**
  - Major Chicago-area news websites, including Chicago Tribune, Chicago Sun-TImes, Daily Herald, Block Club Chicago, NBC Chicago, ABC7Chicago,CBS News Chicago, et al
  - Various national, regional and aggregated websites, such as MSN, Yahoo News, AP News, etc.
  - Google and Bing search records, current and historical
  - Nielsen Scarborough print circulation readership reports based on Alliance for Audited Media data
  - Chicago Tribune, Sun-TImes and Daily Herald print archives
  - Facebook, Twitter, Reddit and Instagram posts and post performance data
  - Nielsen broadcast news television ratings news coverage

3

- ○ Chicago Tribune [Audience Team Report](#) January 2020
- ○ Chicago Tribune [Metrics for News Subscribers Report ](#)2020
- ○ [Surfer SEO](#)
- ○ [SimilarWeb](#) data for Chicago Designated Market Area (DMA) and other news sites
- **Case materials and interviews:**
  - ○ Arbitration Opinion and Award of Arbitrator Pilar Vaile
  - ○ Complaint and answers of Donovan Robinson
  - ○ Complaint and answers of John Johnson
  - ○ Complaint and answers of Larry Washington
  - ○ Complaint and answers of Pat Gordon
  - ○ [Zoom interview with John Johnson](#)
  - ○ [Zoom interview with Donovan Robinson](#)
  - ○ [Zoom interview of Pat Gordon](#)
  - ○ Reports of investigation by Office of Student Protections
  - ○ Report of investigation of Larry Washington by Office of Inspector General CBE
  - ○ Various emails and email strings produced in discovery, including those sent and shared among Michael Passman, CPS staff and members of the news media
  - ○ Various emails and email strings produced in discovery, including those sent and shared among Joseph Moriarty, Latanya Mcdade, Janice Jackson, Curtis Terry and others
  - ○ Various deposition transcripts
  - ○ Video of the Feb. 3, 2020, town hall at LPHS and transcript
  - ○ Sample community notices

- **Methodology for [data collection and analysis](#):**
  - ○ To collect much of the data that follows in this report, I relied primarily on the search engines Google and Bing to provide:
    - ■ A high-level view of how widely reported were the events at Lincoln Park HIgh School
    - ■ To assess how the names (keywords) "Lincoln Park High School" and "Pat Gordon" and "Coach Pat Gordon" were being searched for and the context that surrounded those keywords in search results.
    - ■ To determine at a high level how many internet users were potentially exposed to the accounts.
  - ○ I refined those high-level estimates using partial first party data from the Chicago Tribune to set a baseline for news media coverage of the LPHS

4

events and associated audience reach and engagement in the Chicago Designated Marketing Area (DMA)

- Partial data, for example, from a first-party audience data report from Chicago Tribune shows that the Lincoln Park story was the most popular email alert that the Tribune sent out in January 2020, garnering nearly 6,000 link clicks, and it was the most popular Apple News notification in the same month, garnering more than 12,300 opens.)
- Partial audience data from Metrics for News, a Chicago Tribune data and analytics partner, shows URLs (text articles, including graphics and commentary) pertaining to LPHS events earned more than 150,000 page views from readers coming from search engines or the home page across 2020. This partial data does not address opens coming from email alerts, newsletters, social media or other entry points.

○ Working from that Chicago Tribune baseline, I was then able to project reach and engagement on other news sites using data from SimilarWeb and other data aggregators.

○ To reach readership estimates for print publications, I used publicly available circulation data for 2019-2021 from the Alliance for Audited Media. I also employed a Nielsen Scarborough calculator that shows a multiplier effect on print circulation to better estimate actual readership.

○ To reach broadcast viewership and listenership I used Nielsen ratings for the Chicago DMA.

○ For social media data I followed popular news social media pages to measure interest and engagement at a high level and then to follow conversations around the topic of LPHS on private accounts.

### Overview of Conclusions and Opinions

Drawing on my journalistic experience and my in-depth research of all aspects of the aforementioned case, I have come to the following conclusions. I will state them here briefly and then elaborate on all points in the body of the report.

1. **False statements:** CPS officials made false statements and caused hurt and suffering to Pat Gordon through public statements that were, at best, grossly and carelessly inaccurate. One could also argue, as the arbitrator in the case did, that the handling of the case and the public statements were spiteful or malicious. I agree with this. CPS officials either took little care in crafting their public messaging about the Lincoln Park case so as to provide some fairness and due process, or they deliberately crafted their messaging to allow for ambiguity and

confusion about who might have been accused of what.

2. **A break with usual practice.** The way CPS officials handled the cases at Lincoln Park broke with usual practice. By linking Coach Gordon to inaccurate and unproven allegations of serious misconduct--some of a sexual nature--they exposed Coach Gordon and the other victims to pain, embarrassment and ill-informed scrutiny. Typically, an internal investigation of a CPS employee would be done without publicly naming the target or detailing the allegations. Normally, if that investigation ended with dismissal, the person subject to it would be let go quietly, often leaving co-workers and others in the school community to try to figure out who the person was and what had happened.

3. **Unprecedented spotlight:** The news coverage of the Lincoln Park story itself also was an aberration. Few stories about a single school reach such a wide audience. Certainly this was the most coverage of Lincoln Park High School in many years if not the most coverage of any single Chicago school in years. And it was all focused on Coach Gordon and the other targeted CPS personnel.

4. **Damage never mitigated.** CPS officials had several opportunities to fix their errors and do right by Coach Gordon and the others. Yet they ignored those opportunities. CPS officials, as email records show, were quick to reach out to news reporters to address coverage they deemed inaccurate or that reflected poorly on CPS and the Defendants. But when it came time to reach out to the media to clear Coach Gordon's name regarding any allegations of sexual misconduct, they stayed silent, allowing the original false statements and false impressions to remain intact, unchallenged and embedded in the minds of the large public audience.

5. **An audience of millions:** The audience for the false statements spread far beyond the packed hall at Lincoln Park High School that saw the vague, inaccurate and damaging PowerPoint on the night of the town hall on Feb. 3, 2020. By a conservative estimate, the statements relating to Gordon reached the eyes or ears of **more than 2.6 million people.** This includes hundreds of thousands of television news viewers and radio news listeners, hundreds of thousands of print newspaper readers and a potential internet news and social media audience that runs in the several millions. The damage to Coach Gordon's reputation, as a result, is widespread, costly and impossible to fully repair.

6. **The why behind the scenes:** I have attempted to figure out why CPS and the Defendants acted as they did and landed on what I believe is the most likely conclusion: Working under the shadow of a Chicago Tribune investigative series that had laid bare a CPS failure to protect students, and determined to present "student safety" as their chief priority, CPS officials made two fundamental and, ultimately, highly damaging errors (besides many smaller mistakes):
   a. They raced to take action toward the end of January 2020, adulterating or

even upending an investigation that had been progressing apace, because of pressure from the highest levels of CPS.

b. When facts and their own investigation showed that Coach Gordon and other CPS personnel had not committed the misconduct alleged, CPS and the Defendants stuck to their story and doubled down on their public comments so as to protect their own image and the image of the CPS administration.

Although Coach Gordon had not committed or even been accused of any sexual misconduct, you would not know that from the public statements, written and spoken, made by CPS and the Defendants. To the contrary, the "average" news consumer was left with the firm impression that Coach Gordon and/or his colleagues had committed both "serious misconduct" and "sexual misconduct."

## Conclusions and Opinions

1. **CPS officials caused hurt and suffering to Coach Pat Gordon through false and misleading public statements that were, at best, carelessly and grossly inaccurate.**

   Pat Gordon caught the coaching bug early. He remembers being as young as 13 when he developed an interest in coaching and in wanting to help others through sports.

   That passion for sports came from his own experiences of being coached and mentored, because of the care and support he received from coaches and male authority figures that he had in his life.

   "At that early age they inspired me to want to give back," Coach Gordon said in an interview.

   So when he was removed as boys basketball coach at Lincoln Park High School in January 2020, his loss went way beyond a job or a paycheck. He felt it in his soul. And he was baffled by the circumstances.

   He remembers getting a New Year's Eve call from Dean John Johnson telling him something had come up about the basketball team's trip to Detroit and that Principal John Thuet would be calling him. He remembers getting the call from Thuet and hearing about the allegation of student misconduct on the Detroit trip.

   He remembers well thinking that there was some mistake. He went on with his

duties as best he could, going over team stats, reviewing game film, assessing future opponents, preparing for the next phase of the season.

> "It was laughable to me. You know, at the time I was like, what's he talking about?
>
> "Because of the procedures that I put in place I did not believe anything could happen on the trip.
>
> "You know, call me a bit oblivious, but I was thinking, I know, I know I've done nothing wrong. I crossed my 't's' and dotted all my 'i's' and so. …
>
> "It never crossed my mind that we would lose our season or I would lose my job. I was always thinking, 'They will realize it's a witch hunt and we will move forward.' "

But when classes resumed on Jan. 6, 2020,  the cloud hanging over Coach Gordon remained. Two days later, Thuet called the coach into his office and handed him a letter of suspension.

Coach Gordon said he still thought things would get resolved quickly and that any suspension would last for only a game or two. But once he talked to an investigator from the Office of Student Protection, the coach said, he began to understand that CPS officials were looking at him in an accusatory way. He said he began to feel "disrespected" and started to realize he was being "scapegoated" by CPS officials.

> "Investigators worked to develop a theory that they got from this disgruntled parent but they had no evidence, no witnesses. They made me into some kind of a bad coach, a coach who tries to win at all costs, a coach who retaliates against players. That is not in my nature.
>
> "Winning is not the main goal for me. Raising responsible young men and making them take accountability and holding them accountable for their actions is more my path as a coach."

Coach Gordon was replaced by interim coach Donovan Robinson. By the end of the month, Coach Robinson would also be removed, as would the girls basketball coach and three LPHS administrators, including Thuet and Dean John Johnson.

On Feb. 3, 2020, things worsened. CPS officials held a community meeting at a packed assembly hall in Lincoln Park High School to address uproar over the

firings and suspensions. They used a PowerPoint presentation that referred to "sexual misconduct," which was amplified by CPS leaders at the meeting, including a spoken allegation of "adult on student sexual misconduct."

CPS officials went out of their way to underline how serious these charges were and insisted that there was credible evidence of guilt, not just allegations.

> "There are four investigations between the OIG and OSP," CPS official and defendant Laura LeMone said at the meeting. "Allegations involve student and adult misconduct. Alleged sexual misconduct, interference with the investigation and retaliation toward students, toward our young people--serious misconduct that has led to student harm."

> "These allegations are serious and involve misconduct on several levels," Ms. LeMone went on to the packed hall. "I want to emphasize again that harm has been done to our young people."

Yet CPS officials offered no details of the charges or the alleged incidents. They did not specify which of the terminated or suspended employees--including Coach Gordon--was accused of which of the alleged misdeeds. They offered no evidence to support the charges, nor did they offer the accused a chance to evaluate or refute said evidence.

In fact, Ms. LeMone and other CPS officials tried to play it both ways. In community letters and/or in background exchanges with the media, they provided names of specific individuals. In the community meeting they referred to sensational allegations. But when it came time to answer questions about who might have done what, CPS officials dodged the questions. Instead of offering the community some context--something as simple and straightforward as the fact that the alleged adult sexual misconduct revolved around a text and did not involve any physical contact--CPS officials declined. Instead, they retreated behind comments like, "We cannot comment on personnel matters." or "We cannot comment while the investigation is ongoing."

In her report, Arbitrator Pilar Vaile draws on Ms. LeMone's own testimony to conclude that CPS abused the discretion it held in discussing the investigation and the personnel affected.

> "After conflating all the Grievants together in her mind with those who stood accused of the most heinous offenses," the arbitrator writes, "Chief Ms. LeMone and/or CPS then chose to publicly reprimand them in a context they knew or should have known could well lead the audience to

9

*draw inferences of sexual or other serious misconduct involving students."*

As a result, recipients of the community letters, attendees of the community meeting and any of the millions of consumers of the news media reports were left to their own devices and imaginations in speculating what misconduct Coach Gordon and the others had engaged in, including who may have perpetrated "adult on student sexual misconduct."

And a lot of people thought the worst:

In a separate interview, interim Coach Donovan Robinson, at times choking back tears and taking deep breaths to collect himself, put it this way:

> *"They think that I did something sexually with a young lady. Because that's what was in the news stories. Because people always see the big s---," Mr Robinson said. "You think the big s--- because that's what you see in the paper.*
>
> *"I did nothing with no young lady, that's not who I am. I don't even know what they were talking about. But that's what people think. They still think, oh, yeah, he did that."*

Coach Gordon described his experiences in similar, if less colorful, language. He recalled going to a Chicago Park District gym where a supervisor that Coach Gordon had known for 20 years questioned whether he should be allowed in with children present.

> *It was "gut-wrenching," Coach Gordon said. "You've known me for 20 years and now you have to question me? You have to look at me with that side eye?*
>
> *"So what made that person have that doubt? What they read and what they saw in the news. You know, people just developing their own notion based on what was put out there in the news.*
>
> *"They're putting my face on the news, my face in the newspaper against serious allegations of, you know, staff to student, whatever. It's open to interpretation for anyone to make their own theory on what happened. They weren't there, but based on things that were being written they are like, oh, he had an issue with misconduct with a student."*

Why CPS officials proceeded in a way that left Coach Gordon and the others exposed to such ill-informed, misleading and damaging perceptions appears

clear in retrospect. In her report, Arbitrator Pilar Vaile chronicles how the 2018 investigative series by the Chicago Tribune, "Betrayed," had woken up CPS officials to flaws in their processes that allowed sexual misconduct by staff to go unnoticed and unpunished. In their depositions, CPS personnel also acknowledged the influence the "Betrayed" series had on them. Starting in 2018, stinging from the criticism that the "Betrayed" series brought, CPS responded vigorously to tighten up the system and provide more protections for students.

But what happened to Coach Gordon seems to go beyond a mere overabundance of caution or a prioritization of student safety at all costs.

As I said before, Ms. LeMone and CPS knowingly grouped all the personnel and all the allegations together. There was no effort made to clarify who was accused of what and whether all the allegations were equivalent in severity.

In fact, as the arbitrator states in her report, Ms. LeMone expressed offense over the fact that CPS personnel and others in the LPHS community argued that some of the allegations--which, it's important to note again, had not even been proven--were relatively minor.

Ms. LeMone in her testimony expressed offense that the CPS personnel did not agree that any substantiated misconduct was serious. She expressed upset that "anyone involved or implicated were treated as heroes by the public and/or the LSC, who were calling for their reinstatement."

> *"As she testified," the arbitrator writes, speaking of Ms. LeMone, "she willfully and intentionally chose to identify these Grievants by name, and in the June letter to reference training, because she felt they did not take the charges, policies, or discipline seriously enough …"*

At the Tribune and at other news organizations where I have worked, we aim to "scrub" our content before publication for any sign of unfair bias. If we say something negative about a person, we ask ourselves whether any of the journalists involved has an ulterior motive, if maybe there is malice lurking behind the reporting or writing.

In the newsroom, I would consider Ms. LeMone's testimony an indication of ill will toward the disciplined CPS employees. I would consider it evidence of a deliberate attempt to criticize and correct Coach Gordon and the others not for something they had done but for their unwillingness to go along obediently with the false allegations and accept that serious misconduct had occurred.

**2. The way CPS officials handled the cases at Lincoln Park broke with usual practice.**

Cases of teachers or other Chicago Public Schools staffers being removed or fired are not rare in Chicago.

But cases where those incidents make multiple headlines are exceptionally rare.

Cases where CPS officials come out and identify non-senior staff members while outlining the allegations are rarer still--at least when criminal charges are not present.

And for all this to happen when the case is still being investigated and none of the allegations are yet proven makes the Lincoln Park High School case truly stand out, perhaps with no equal.

In my years of experience editing stories about CPS or working with reporters trying to get information from CPS, I know that the *modus operandi* of CPS officials is this: Say as little as possible and next to nothing about anything that might possibly reflect poorly on a school or the system.

Getting information about something going on in the district or in a specific school can be extremely trying, as CPS officials often refuse to answer journalist questions, drag their feet or block journalists from reporting on school grounds.

Often, reporters have to work backward from a tip about a staffer being dismissed to find out the who and why.

Even in cases where CPS investigations end with a staffer's dismissal, the person subject to it usually exits quietly, often leaving co-workers and others in the school community to try to figure out who the person was and what had happened.

As Lincoln Park High School Dean John Johnson put it, "I know of teachers that had been removed and we had no idea who or what the teacher was accused of. And I felt like they were able to walk out with their head held high. They're not seeing their name on the 10 o'clock news and on the front page of the Chicago Tribune."

A simple search of news articles about CPS teachers or staff being suspended, removed or otherwise disciplined turns up several stories in which CPS officials, consistent with their own protocols, decline to name the personnel.

Here are a few quick examples, one from 2019, the year before the LPHS events; one from 2020, at the same time as the LPHS events; and one from 2023, with the new CPS safety procedures now fully in place. None of the three articles shows CPS officials naming the accused staffers.



**EDUCATION**

## Lane Tech Staffer Removed After Allegation of 'Inappropriate Behavior'

Matt Masterson | January 4, 2019 3:34 pm



Lane Tech High School (Matt Masterson / Chicago Tonight)

A staffer at Chicago's largest public high school has been removed following an allegation of inappropriate behavior involving a student.

Lane Tech High School Principal Brian Tennison on Friday afternoon sent an email to parents and families notifying them of the situation. The email does not include any specifics of what occurred, but states an employee was removed from the school pending the outcome of an investigation.

"Due to the pending investigation and the need to protect the affected student's privacy, we will not be able to provide additional details until the investigation is completed," he wrote.

https://news.wttw.com/2019/01/04/lane-tech-staffer-removed-after-allegation-inappropriate-behavior

Log out | Manage Account



**CHICAGO SUN★TIMES**

News ▾   Sports ▾   Politics ▾   Commentary ▾   Life & Culture ▾   Obituaries ▾   Classifieds ▾   E-Paper   More ▾   🐦   f   ▶   📷   🔍

CRIME   NEWS   CHICAGO

# Curie High School employee removed for alleged misconduct with student

Parents of the student were notified and support services were offered, the principal said.

By David Struett  |  Jan 31, 2020, 10:25am CDT

🐦  f  ✉  ⤴ SHARE



An employee was recently removed from Curie Metropolitan High School, 4959 S. Archer Ave., for alleged misconduct with a student.  | Google Street View



Stella & Chewy's Freeze Dried Raw Dinne...
★★★★½ 2,813
$35.98 ✓prime    Add to Cart



**Education This Week**
Chicago's top education stories, features, and commentary sent to you weekly.

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.

Your email

**SIGN UP**

MOST READ

'John killed himself?' Hours after police standoff, man gets voicemail about brother he hadn't seen in 15 years

To the victor in the Bears' stadium race go the spoiled

J.J. Bittenbinder, colorful ex-Chicago police detective and crime-prevention guru, dead at 80

Illinois Google users to receive about

An employee of Curie Metropolitan High School in Archer Heights was removed following an allegation the staff member "engaged improperly" with a student, according to Chicago Public Schools.

In a message to parents, school principal Allison Tingwall said the staffer was removed from the school following an "allegation that one of our staff members engaged improperly with a student."

Few details were released about the incident, including the time, location and type of alleged misconduct. Spokespeople for CPS did not reply Friday morning to requests for comment.



AD   ⊠ RAVINIA

https://chicago.suntimes.com/crime/2020/1/31/21116803/curie-high-school-employee-removed-alleged-misconduct-student



CRIME   NEWS   METRO/STATE

# CPS teacher suspended, accused of pulling gun on student

Emily Lozano, a senior at George Washington High School on the Southeast Side, claims the teacher had harassed her for weeks before she pulled a gun on her in February.

By David Struett | May 23, 2023, 3:19pm CDT

🐦  f  ✉  ↗ SHARE





George Washington High School, 3535 E. 114th St., where Chicago Public Schools suspended a teacher accused of threatening a student with a gun in February. | Google Maps



Tap it. Play it.
get it.

PLAY NOW

Be Smart, Play Smart Must be 18 or older to play

**Education This Week**

Chicago's top education stories, features, and commentary sent to you weekly.

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.

Your email

SIGN UP

Chicago Public Schools has suspended a Southeast Side high school teacher who allegedly threatened a student with a gun.

Emily Lozano, a senior at George Washington High School, 3535 E. 114th St., claims the teacher had harassed her for weeks after a classroom argument. She said it peaked in late February.

The teacher pulled a handgun from her bag, showing its handle, and said, "I wish you guys would keep messing with me," according to Lozano, 17.

**MOST READ**

'John killed himself?' Hours after police standoff, man gets voicemail about brother he hadn't seen in 15 years

To the victor in the Bears' stadium race go the spoiled

J.J. Bittenbinder, colorful ex-Chicago police detective and crime-prevention guru, dead at 80

https://chicago.suntimes.com/crime/2023/5/23/23734628/chicago-public-schools-teacher-george-washington-high-emily-lozano

Even an official document like the annual report by the Chicago Board of Education's Office of Inspector General omits names of staffers who have been found culpable of misconduct far more egregious than what was alleged without proof at Lincoln Park High School.

In fact, CPS and the Chicago Teachers Union have a clause in their contract that guides CPS behavior on disciplinary incidents, which provides:

> *"In all steps of progressive discipline, all persons shall treat the others with dignity and respect," the contract reads. "Reprimands and criticism shall be made only in a place ensuring privacy."*

While Coach Gordon's name was not included in a letter that CPS officials sent to the Lincoln Park High School community, CPS officials did confirm on background to the news media that Gordon was the basketball coach removed amid the investigation.

At the same time, Coach Gordon was known to be one of the six LPHS officials under investigation when CPS officials discussed "the severity of the misconduct allegations." He was also known to be among the six under investigation during the Feb. 3, 2020, community meeting, where the PowerPoint refers to "alleged sexual misconduct" and CPS officials allege "adult on student sexual misconduct."

By allowing Coach Gordon to be included as a potential offender and linking him to inaccurate and unproven allegations of serious misconduct--some of a sexual nature--CPS officials deviated dramatically from their historical practices. By doing so, they unfairly and uncharacteristically exposed Coach Gordon and the other victims to pain, embarrassment and ill-informed scrutiny.

**3. The news coverage of the Lincoln Park story itself was an aberration.**

Few stories about a single school reach such a wide audience, and certainly this was the most coverage of Lincoln Park High School in many years--and the coverage was all focused on Coach Gordon and the other targeted CPS personnel.

What follows is only a partial list of the news organizations that carried coverage. In many cases, those organizations assigned more than one reporter to the story and published/aired multiple reports on the story.

- Chicago Sun-Times
- Chicago Tribune
  Block Club Chicago
- Peoria Journal Star
- WGN Ch-9
- WFLD Ch-32
- WLS Ch-7
- WMAQ Ch-5
- WBBM Ch-2
- WBEZ
- Patch
- WTTW
- AP News
- Chalkbeat

This coverage spread far beyond the print, broadcast and internet website platforms of these organizations. News aggregators such as Yahoo News and MSN picked up the stories. Versions of the story were syndicated. AP News versions of the stories were published in newspapers or on websites across the nation, even across the globe.

Determining exactly how many headlines the Lincoln Park story generated is impossible. Search results give an indication of how viral a story has gone--and the Lincoln Park news went very viral--but it does not offer a specific count.

But, at a minimum, based on how this story spread on the internet, the number of instances of a unique URL being generated about LPHS during this time is in the thousands, and possibly tens of thousands, across the internet.

Content items that remain live today and mention Coach Gordon, specifically in the context of the LPHS events, run into the hundreds at least. That's an

astonishing number, especially given that the events which warranted the most news coverage occurred more than three years ago.

In the examples below you will see:

1. A simple search on Google for the very specific phrase, "lincoln park basketball coach scandal Chicago" turns up 4.22 million results.
2. A search on Google for, "lincoln park basketball coach chicago public schools suspended" turns up 9.5 million results.
3. And then a series of searches, some broad and some narrow, provides a strong sense of just how wide was the mud patch through which Coach Gordon's name was dragged. These searches, on general Google and on Google News, provide thousands, tens of thousands or even millions of results. Not all of these results link to content about Coach Gordon and LPHS. But I can conservatively estimate that thousands if not tens of thousands of them do, associating Pat Gordon with unproven allegations that involve sexual activity with high school students. Some searches I performed incognito to block Google from accessing my search history while delivering results, and some were done with my location turned off. Those measures appeared to have little effect on the number of search results returned.

1. "lincoln park basketball coach scandal Chicago" turns up 4.22 million results



2. "lincoln park basketball coach chicago public schools suspended" turns up 9.5 million results



20

3. A series of searches employing the name Pat Gordon and adding other search terms such as "coach," "basketball," "lincoln park high school," etc.











gle    lincoln park high school basketball coach pat gordon    ✕   🎤   📷   🔍

News   Images   Videos   Books   Maps   Shopping   Flights   Finance

About 15,900,000 results (0.32 seconds)

Chicago Sun-Times
https://chicago.suntimes.com › high-school-basketball-... ⋮

**Lincoln Park high school basketball coach Pat Gordon ...** ✓

Jan 9, 2020 — **Lincoln Park basketball coach Pat Gordon** has been suspended by Chicago Public **Schools**. Gordon says a hearing is scheduled on Monday to ...

Chicago Tribune
https://www.chicagotribune.com › news › breaking › ct-l... ⋮

**CPS moves to fire Lincoln Park High School basketball ...** ✓

Jun 24, 2020 — Chicago Public Schools is seeking to fire **Lincoln Park High School** boys head **basketball coach Pat Gordon**, whose removal from his post in ...
You visited this page on 6/30/23.

Morton College Athletics
https://gomcpanthers.com › mens-basketball › roster ⋮

**Pat Gordon - Men's Basketball Coaches** ✓

**Gordon** was an assistant **coach** at **Lincoln Park** and Loyola Academy before returning to **Lincoln Park** as head **coach** in 2015. The traditional powers in the ...
You've visited this page 2 times. Last visit: 6/30/23

Twitter
https://twitter.com › michaelsobrien › status ⋮

**Jan 9, 2020** ✓

Jan 9, 2020 — JUST IN: **Pat Gordon**, the **coach** of No. 12 **Lincoln Park**, has been suspended while Chicago Public **Schools** investigates an incident that may ...





About 15,900,000 results (0.32 seconds)

Chicago Sun-Times
https://chicago.suntimes.com › high-school-basketball-... ⋮

**Lincoln Park high school basketball coach Pat Gordon ...** ✓

Jan 9, 2020 — **Lincoln Park** basketball **coach Pat Gordon** has been suspended by Chicago Public **Schools**. Gordon says a hearing is scheduled on Monday to ...

Chicago Tribune
https://www.chicagotribune.com › news › breaking › ct-l... ⋮

**CPS moves to fire Lincoln Park High School basketball ...** ✓

Jun 24, 2020 — Chicago Public Schools is seeking to fire **Lincoln Park High School** boys head **basketball coach Pat Gordon**, whose removal from his post in ...
You visited this page on 6/30/23.

Morton College Athletics
https://gomcpanthers.com › mens-basketball › roster ⋮

**Pat Gordon - Men's Basketball Coaches** ✓

**Gordon** was an assistant **coach** at **Lincoln Park** and Loyola Academy before returning to **Lincoln Park** as head **coach** in 2015. The traditional powers in the ...
You've visited this page 2 times. Last visit: 6/30/23

Twitter
https://twitter.com › michaelsobrien › status ⋮

**Jan 9, 2020** ✓

Jan 9, 2020 — JUST IN: **Pat Gordon**, the **coach** of No. 12 **Lincoln Park**, has been suspended while Chicago Public **Schools** investigates an incident that may ...



oogle    pat gordon                                            ✕  | 🎤  🔍

< All    News    Images    Videos    Shopping    ⋮ More              Tools

Page 2 of about 6,710 results (0.24 seconds)

◖ Chicago Tribune ✓

**CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct ...**

Chicago Public Schools is seeking to fire Lincoln Park High School boys head basketball coach Pat Gordon, whose removal from his post in...

Jun 24, 2020

✳ Chicago Sun-Times ✓

**Lincoln Park high school basketball coach Pat Gordon suspended by CPS**

Lincoln Park basketball coach Pat Gordon has been suspended by Chicago Public Schools. Gordon says a hearing is scheduled on Monday to...

Jan 9, 2020

26



| Google | pat gordon | ✕ 🎤 📷 🔍 |
|--------|-----------|-----------|

News  Images  Videos  Obituary  Shopping  Facebook  Art  Basketball

About 65,700,000 results (0.44 seconds)

 Morton College Athletics
https://gomcpanthers.com › mens-basketball › roster ⋮

**Pat Gordon - Men's Basketball Coaches** ✓

**Gordon** currently is the camp director and lead trainer for Next Level Sports Player Development where he has provided high-end skill development training for ...
You've visited this page 2 times. Last visit: 6/30/23

 Texas Tech University System
https://www.texastech.edu › bio-gordon ⋮

**Pat Gordon | Texas Tech University System** ✓

Mr. **Pat Gordon** of El Paso, Texas, was appointed by Gov. Greg Abbott to the Board of Regents of the Texas Tech University System on April 13, 2021.

 Cahill Gordon & Reindel LLP
https://www.cahill.com › professionals › patrick-gordon ⋮

**Patrick Gordon - Partner** ✓

**Patrick Gordon** is a partner in the New York office of Cahill Gordon & Reindel LLP where he focuses his practice on Corporate matters with an emphasis on ...

 Chicago Tribune
https://www.chicagotribune.com › news › breaking › ct-l... ⋮

**CPS moves to fire Lincoln Park High School basketball ...** ✓

Jun 24, 2020 — CPS moves to fire Lincoln Park High School basketball coach **Pat Gordon**; another coach reinstated, says misconduct claim 'destroyed my life'.

Clearly, Lincoln Park High school had never experienced coverage like this before, for any reason.

As these Google Trends graphs show, interest in LPHS is typically low and consistent. But in late January 2020 interest soared, only to recede again when interest in the "scandal" receded.

1. The first two graphs show interest in Lincoln Park High School as a search topic over the last decade and the last five years.
2. The second graph shows interest in LPHS compared with interest in CPS as a whole, indicating that CPS will have extreme and frequent spikes, while LPHS was consistently low to medium in terms of interest.
3. The third graph shows the search terms or topics associated with LPHS over the last five years. Four of the Top 10 topics or Google search queries associated with LPHS over the last five years are related to the 2020 events: "Scandal," "Basketball coach," "Misconduct" and "lincoln park high school scandal."



1a. Interest in Lincoln Park High School as a search topic over the last decade.



1b. Interest in Lincoln Park High School as a search topic over the last five years.



2. Interest in LPHS compared with interest in CPS as a whole. CPS shows extreme and frequent spikes, while LPHS remained consistently low to medium in terms of interest, until Coach Gordon was removed in January 2020.



3. Four of the Top 10 topics or Google search queries associated with LPHS over the last five years are related to the 2020 events: "Scandal," "Basketball coach," "Misconduct" and "lincoln park high school scandal."

**4. CPS officials had several opportunities to fix their errors and do right by Coach Gordon and the others. Yet they either ignored the opportunities or, worse, doubled down.**

If we can believe that CPS took such strong and quick action in an effort to protect students--though stipulating that it was still wrong to damage people's reputations by publicly linking them with such sordid allegations--then why did CPS not correct the record when more information came to light?

When the investigation showed that Coach Gordon had not, in fact, committed any sexual misconduct, why did CPS not race to report that to the community, to the news media, to the public?

At a minimum, why did CPS never make clear that Coach Gordon was never even accused of sexual misconduct?

In journalism we pride ourselves on accuracy, but we don't claim to be infallible in its pursuit. We make mistakes, as everyone does. But at Chicago Tribune, like most premier publications, we have a binding policy that all journalists must sign on to that requires us to report and correct any errors we make. We have a "Corrections and Clarifications" form that all journalists associated with an error must fill out and sign off on.

As it says in this policy, "If we determine that we have made errors, we owe it to our readers and viewers to correct them. The nature and magnitude of what requires correction or clarification may vary from case to case and medium to medium. But we ought to be prepared to set the record straight."

Sometimes, setting the record straight is painful. I have had more than one conversation with a journalist who tries to push back on publishing a correction or wants to shade the correction in such a way that the focus is on protecting the journalist and not on correcting the error. I slap that pushback away, as any good leader would.

The point here is, CPS never corrected the errors or false impressions:

- Not in the days surrounding the community meeting, when CPS officials had time to interview Coach Gordon and the other CPS personnel (an opportunity they failed to fully take advantage of).
- Not at the community meeting, when CPS officials had the chance to put some context around the investigation and detail what the charges were

and to whom they applied.

- Not in the March 16 community notice, when CPS announced that it was "safe" for Dean John Johnson to return to duties while also saying that a CPS investigation had found "multiple allegations of serious misconduct … to be substantiated."

- Not in the June 23, 2020, letter to the community, in which CPS officials stated that Donovan Robinson and Larry Washington would be allowed to return to their instructional positions and Pat Gordon terminated, yet essentially repeated the harm and compounded their error by saying that investigators "substantiated multiple allegations of serious misconduct." By then, the Larry Washington investigation had been completed, and the "adult on student sexual misconduct" allegations had been determined to be unsubstantiated by OIG, yet such basic information was not shared, thus leaving the cloud of adult sexual misconduct hanging.

What's more, CPS officials had plenty of tools at their disposal to correct the record and apologize. They could have used a community meeting, as they did when they made the false allegations. They could have sent letters to the community, as Principal Thuet did when reporting that Coach Gordon had been suspended. They could have reached out to the news media.

As shown by the emails among Michael Passman, his CPS communications staff and members of the news media, CPS officials had an open line of communication to members of the media. As you can see from the screenshots that follow, they were vigilant about reports they felt were inaccurate or unfair to CPS and quick to reach out to the media to ask for changes or corrections to those reports.

**CONFIDENTIAL - Subject to Protective Order**

Message

| | |
|---|---|
| **From:** | Passman, Michael [mrpassman@cps.edu] |
| **Sent:** | 2/1/2020 2:55:23 AM |
| **To:** | Leone, Hannah [hleone@tribpub.com] |
| **Subject:** | Re: LPHS removal |

Will have to check on the new girls coach. No other removals.

On Fri, Jan 31, 2020 at 8:52 PM Leone, Hannah <hleone@tribpub.com> wrote:
Got it, thank you. Who's leading the girls team now? Was anyone else removed this month, or in December?

From: Passman, Michael <mrpassman@cps.edu>
Sent: Friday, January 31, 2020 8:49 PM
To: Leone, Hannah <hleone@tribpub.com>
Subject: Re: LPHS removal

Caution: External Sender
On background:

- The Jan. 9 letter applies to Gordon.

- The Jan. 25 letter applies to Larry Washington, who was the girls basketball coach.

On Fri, Jan 31, 2020 at 8:43 PM Leone, Hannah <hleone@tribpub.com> wrote:
That would be helpful, thanks

Hannah Leone | @hannahmleone
Reporter, Chicago Tribune
hleone@chicagotribune.com | 312-222-3890

From: Passman, Michael <mrpassman@cps.edu>
Sent: Friday, January 31, 2020 8:39 PM
To: Leone, Hannah <hleone@tribpub.com>
Subject: Re: LPHS removal

Caution: External Sender
I can clarify this for you on background if that is helpful (you can use the info but not attributable to me).

On Fri, Jan 31, 2020 at 7:27 PM Leone, Hannah <hleone@tribpub.com> wrote:
Or was he only implicated in the Jan. 9 letter and was the Jan. 25 letter about someone else?

From: Leone, Hannah <hleone@tribpub.com>
Sent: Friday, January 31, 2020 7:23 PM
To: Passman, Michael <mrpassman@cps.edu>
Cc: James Gherardi <jagherardi@cps.edu>; Emily Bolton <eebolton@cps.edu>
Subject: Re: LPHS removal

BOE018929

**CONFIDENTIAL - Subject to Protective Order**

Was that the Jan. 25 letter stating "There has been an allegation that one of our employees engaged inappropriately with a student. This employee has been removed from the school, and an investigation has been initiated by the Office of the Inspector General. Parents of the impacted student have been notified, and the Office of Student Protections and Title IX is connecting the student to supports."?

**Sent:** Thu, 13 Feb 2020 12:57:12 -0600
**Subject:** Re: Inaccurate Tweet
**From:** "Passman, Michael" <mrpassman@cps.edu>
**To:** Brandis Friedman <bfriedman@wttw.com>

Thanks -- I appreciate it

On Thu, Feb 13, 2020 at 12:56 PM Brandis Friedman <bfriedman@wttw.com> wrote:

Hey Michael – yes, I've asked our twitter person to remove the tweet. Thanks for pointing this out.

**From:** Passman, Michael <mrpassman@cps.edu>
**Sent:** Thursday, February 13, 2020 12:43 PM
**To:** Brandis Friedman <bfriedman@wttw.com>
**Subject:** Inaccurate Tweet

Brandis, I know you're not handling the WTTW twitter account, but this tweet is not accurate:
https://twitter.com/wttw/status/1227980750148046848.

We've put out numerous statements on the situation at LPIIS and provided an overview of the type of conduct that is alleged — which, by the way, we do not ordinarily do. The presentation we made at last Monday's meeting alone was far more info than we've ever put out on active investigations.

I know you recognize the limitations we have in talking about active cases, but this kind of tweet makes it seem like we're avoiding the situation when in reality we are pushing the limits of what we can offer while still being sensitive to both legal requirements and the privacy/protection of victims.



CONFIDENTIAL - Subject to Protective Order

Message

From: Passman, Michael [mrpassman@cps.edu]
Sent: 2/5/2020 8:53:59 PM
To: Gherardi, James [jagherardi@cps.edu]
CC: Malnati, James [jmalnati1@cps.edu]
Subject: Re: WGN Radio Situation - LPHS

Can you get Elif's phone number? I will call her. Their segment was atrocious.

On Wed, Feb 5, 2020 at 2:39 PM Gherardi, James <jagherardi@cps.edu> wrote:
Here's the story, pretty one sided:
https://wgnradio.com/2020/02/04/lphs-basketball-coach-teammate-and-attorney-rich-lenkov-on-discrepancies-in-reporting-of-misconduct-at-lincoln-park-high-school/

On Wed, Feb 5, 2020 at 2:32 PM Malnati, James <jmalnati1@cps.edu> wrote:
Flagging just for awareness. This just seems like a case of WGN Radio not doing their homework, so I don't think we need to get involved, but let me know what you think would be best. Thanks!

---------- Forwarded message ----------
From: Elif Geris <EGeris@wgnradio.com>
Date: Wed, Feb 5, 2020 at 2:25 PM
Subject: WGN Radio Chicago: Lincoln Park High School "Discrepancies"
To: jmalnati1@cps.edu <jmalnati1@cps.edu>

Hi James,

Thanks so much for taking my call a minute ago. As I said, we're seeking some help on this story: some proof that our reporting is not flawed, or room for the other side of the story.

Yesterday, we had on our show an attorney who is a parent at Lincoln Park High School, who brought along with him basketball coach Marcus Spenser. Marcus spoke at the school meeting with parents the other night, which is where the attorney met him or listened to him speak. In our interview yesterday, Marcus mentioned that there was a parent who pulled his child out of the school for bullying after some allegations that have led to a series of investigations at the school. Today, a man named C███ T██ called us off-air to explain that he is the parent in question, and that there were missing pieces or falsehoods in yesterday's segment. He claims that Marcus is not a coach at the school, and that he's seen video footage of something...of what, I don't know. He wasn't specific.

Are there some holes you can help me fill? Can you confirm that Marcus is a coach at LPHS?

Thank you for any help you can provide.

Elif

--
James Gherardi, Press Secretary
(773)553-2509

BOE018403

But despite these open lines of communication and ample opportunities to engage with the media, CPS officials never chose to reach out to the media to correct the record on Coach Gordon or others wrongfully accused. They never detailed that the allegation of "adult on student sexual misconduct"--later proven to be unwarranted--revolved around a text and not any physical contact. Nor did they ever detail that Coach Gordon was never even accused of sexual misconduct.

As a result, the original articles and broadcast reports stood as the sole accounts available. Anyone who had followed the story was left to make the logical and reasonable conclusion that the one non-executive staffer who was fired--Coach Pat Gordon--must have been the one responsible for the most serious of the allegations levied--"adult on student sexual misconduct."

As I said earlier, professional journalists and respected news organizations seek to be as accurate as possible. News organizations have policies encouraging

corrections and clarifications.

Had CPS informed the news media that Coach Gordon was never accused of sexual misconduct, the media could have and would have produced reports stating those facts, thereby helping repair and return his good name. In fact, had CPS officials even detailed the charges he *was* accused of, the media likewise could have reported those. But the Defendants never did so.

Had CPS informed the media, news outlets could have either updated the existing online content that implicated Coach Gordon with information aimed at clearing his name, or they could have created and promoted fresh stories--print, broadcast and online--and then inserted links to the fresh stories into existing digital content to provide more context for readers.

Because CPS never corrected the record, the news media could not correct the record either. Instead, CPS and the Defendants chose to stick to their story and doubled down in their public comments so as to protect their own image, the image of the CPS administration, and the decisions they originally made.

On top of image protection, some CPS officials and Defendants appear to have harbored ill will toward Coach Gordon and the other staffers. Their own statements and their own actions indicate spite toward Coach Gordon, as the arbitrator's report concluded.

In her testimony, for example, Ms. LeMone expressed offense over the fact that CPS personnel and others in the LPHS community argued that some of the allegations were relatively minor. She expressed irritation that "anyone involved or implicated were treated as heroes by the public and/or the LSC, who were calling for their reinstatement."

Investigations showed that Coach Gordon was not guilty of sexual misconduct. Yet content damaging to Coach Gordon was allowed to remain in the public eye, uncorrected and unclarified.

**5. The audience for these false statements was large, and the damage to Coach Gordon's reputation, as a result, is widespread and costly.**

To understand the "reach" of the news coverage around Coach Gordon and Lincoln Park High School, it's important to understand first how the digital age has amplified the ability of news to spread and stories to go viral.

Not that long ago, news coverage was confined to the distribution channels of broadcast television, radio stations and traditional print newspapers. But today's media landscape boasts two channels far more powerful than legacy print and broadcast companies: digital websites and social media platforms.

As I have said, the Lincoln Park story provoked high interest and widespread news coverage. All the local television news stations covered the story, whether their camera crews were at the community meeting the night of Feb. 3, covering the student protests of the firings, or covering some other aspect of the story across roughly a month's time.

Those reports would appear on several news programs throughout the day, depending on what else was going on and what other stories were competing for air time. So while it is impossible to say precisely how many viewers saw coverage of the LPHS story, we do know that the audience across those stations and those programs was mammoth.

The chart below shows the main local television news stations and their daily average audience for all news programs, based on Nielsen ratings for February 2020.

| Station | Adults 25-54 | Households 2x-3x |
|---|---|---|
| WGN Ch-9 | 362,500 | 906,250 |
| WFLD Ch-32 | 94,300 | 235,750 |
| WLS Ch-7 | 213,800 | 534,500 |
| WMAQ Ch-5 | 140,000 | 350,000 |
| WBBM Ch-2 | 87,600 | 219,000 |
| Totals | 898,200 | 2,245,500 |

The audience on a daily basis is nearly 900,000 adults ages 25-54, with a total reach of more than 2 million households.

Put that in the context of the entire Chicago Designated Media Area, the third largest media market in the nation, which covers 16 counties, 11 in Illinois and 5 in Indiana. The Chicago DMA includes about 3.5 million TV households and is home to nearly 9 million people.

Given that about half of Americans still report getting their news from television, the potential audience for this coverage in the Chicago DMA was massive. But being conservative, and taking into account that those high rating numbers would include duplicate viewers among various news programs, even a conservative estimate would suggest that more than a million people a day tuned in to local Chicago news during that period. And given that several stations ran coverage of the story over multiple programs and over multiple days, I estimate, conservatively, that more than 1.25 million Chicago-area residents were exposed to the story through local television broadcast news over a two-week period.

It should also be noted that broadcast radio news stations like WBBM, WGN-Radio and WBEZ also covered the story extensively. Those stations pull in more than 2 million listeners a week, according to Nielsen. A  conservative estimate of radio listeners exposed to this coverage, based on surveys showing that broadcast news listenership is about one-fifth of broadcast news viewership, suggests that at least 250,000 people were exposed to the coverage that aired multiple times a day over multiple days.

As for newspapers, while the digital age has struck a blow to print's business side, newspaper companies that have mounted credible online news sites--such as the Chicago Tribune and Chicago Sun-Times--have seen an explosion in audiences.

The Tribune and Sun-TImes both covered the LPHS story extensively. At least seven articles or columns ran in the Chicago Tribune print editions, and at least 10 ran in the Chicago Sun-TImes. Here are some examples:

**6** | Tuesday, February 4, 2020 | *The Hardest-Working Paper in America* | suntimes.com

⬥ TOP NEWS                                                                                                    CS✦T

# SCANDAL ESCALATES AT LINCOLN PARK H.S.

CPS: Multiple allegations of sex misconduct, other wrongdoing led to leadership change, cancellation of basketball season

BY NADER ISSA, MITCH DUDEK
AND MICHAEL O'BRIEN
Staff Reporters

The allegations that led to the ouster of top administrators at Lincoln Park High School and the cancellation of the boys basketball season last week included multiple instances of sexual misconduct, retaliation against witnesses, lying to families and financial mismanagement of the athletics program, Chicago Public Schools officials said at a meeting at the school Monday night.

CPS Chief Schools Officer Bogdana Chkoumbova told a packed school auditorium that students had been harmed "physically" and "emotionally."

The decision to remove the school leadership is "irreversible," said Chkoumbova.

"There are allegations of both adult-on-student sexual misconduct as well as student on student," Deb Spraggins, director of investigations for the Office of Student Protections, said.

But Marybeth Jones, a member of the local school council, said members of the school's governing body were "shocked" and "blindsided" by the removals.

"It would be unconscionable for CPS to decapitate the most student-focused, faculty-focused, safety-focused and community-dedicated administration it has had in anyone's memory," she said.

In a presentation shown at the meeting, CPS laid out in broad terms the allegations that have prompted four distinct investigations by the CPS Office of Student Protections and Title IX (OSP) and the CPS Office of Inspector General.

The presentation did not provide extensive details of the incidents or allege who was specifically involved. Chkoumbova said additional details would not be immediately forthcoming as the investigations continued.

The allegations also include:
⬥ Failure to follow mandatory sexual misconduct reporting procedures
⬥ Repeated and ongoing retaliation against witnesses and complainants
⬥ Improper student discipline
⬥ Interference with an official investigation by school leadership and staff
⬥ Withholding evidence from investigative bodies
⬥ Improper evidence gathering and retraumatizing interviews of students
⬥ Dishonesty to families
⬥ Allowing suspended employees to continue to work
⬥ Athletic recruiting violations
⬥ Financial misconduct with respect to athletics' program accounts



Students march during a walkout Monday to protest Chicago Public Schools' decision to remove interim principal John Thuet and assistant principal Michelle Brumfield and to cancel the remainder of the boys basketball season. ASHLEE REZIN GARCIA/SUN-TIMES

**Probes began in early January**

The series of events started Jan. 2 when the OSP received a report of misconduct involving the Lincoln Park boys basketball team on a trip to Detroit near the end of December. Five days later, the district found allegations of "additional serious policy violations," according to the presentation. That's when Lions basketball coach Pat Gordon was suspended by CPS.

The district at that time was investigating claims about students having sex in Detroit, social media being involved and that Gordon knew about it, the Sun-Times previously reported. Gordon, who denied knowledge of the alleged incident in Detroit, has not been accused of improper contact with a student.

As the investigation continued, CPS days later found "greater systemic policy violations by adults," though the presentation doesn't clarify what those included.

**Alleged assault in the school**

Investigators on Jan. 14 learned of a new, separate complaint of alleged sexual misconduct, the presentation says. A CPS source said that involved a female and male student inside a classroom and was unrelated to the basketball team.

Two days later CPS found a case of "student-on-student retaliation previously reported to school leadership that was not properly reported to ensure student safety," the presentation says. Those findings prompted the opening of two new investigations.

On Jan. 17, the inspector general's office received another report of alleged sexual misconduct involving the girls basketball team and launched a fourth investigation. The IG's office on Jan. 24 requested the removal of an unidentified adult related to the girls basketball team investigation.

Later that week, the district "was made aware of additional systemic schoolwide issues regarding misconduct and sports," according to the presentation. That's when CPS decided to remove interim principal John Thuet and assistant principal Michelle Brumfield while reassigning a dean and interim basketball coach Donovan Robinson.

The reminder of the boys basketball season was suspended "due to the severity of the allegations and the adverse culture that was created," the presentation states.

**Team culture defended**

Gordon on Monday denied the team culture was a problem and said the complaints are from disgruntled people.

"Our culture is better than any other program in the city," he said.

"Does this mean anyone can say anything and [CPS] is going to suspend the coach? ... Some of the stuff I'm hearing is about bullying and favoritism. Every coach has favoritism. We favor the kids that work hard and are committed to the program."

Neither Thuet nor Brumfield could be reached for comment.

**Student walkout**

Before some of the allegations were outlined later Monday, about 300 Lincoln Park High School students walked out of class in the morning, demanding the reinstatement of Thuet and Brumfield and the resumption of the basketball season.

"This is all we know," said Romelle Howard, co-captain of the basketball team. "We worked too hard to come this far just for our season to end. It's pretty messed up."

*Contributing: Stefano Esposito*



Friday, February 7, 2020 | *The Hardest-Working Paper in America* | 33°/24° Forecast, Page 25

# CHICAGO SUN★TIMES

$1 CITY/BURBS $2 ELSEWHERE | LATE SPORTS FINAL

## SCHOOLHOUSE ROCKED

Fights break out at Lincoln Park High School as students conduct sit-in, rally, march: 'It just feels like everything is falling apart,' protest organizer says NADER ISSA REPORTS, PAGE 15

**EMBOLDENED TRUMP TAKES VICTORY LAP WITH ACQUITTAL 'CELEBRATION'**

COVERAGE, PAGE 17

Man on parole for armed robbery held without bail in Blue Line shooting

**PLUS:** Prosecutors say woman tried to shove musician onto L tracks before stabbing him

STORIES, PAGE 4

nesday, February 5, 2020

# Chicago Tribune
# CHICAGOLAND



JOSE M. OSORIO/CHICAGO TRIBUNE

Lincoln Park High School students return to school after a walkout to protest sudden staff changes at the school Monday.

# Suspended basketballer's shot at playoffs is rejected

### Misconduct scandal engulfs Lincoln Park High School

#### BY HANNAH LEONE

First they went to the Chicago Public Schools headquarters in the Loop. Then they tried another CPS office.

Turned away twice, the group of Lincoln Park High School basketball players and supporters eventually made their way back to campus, holding out hope that the varsity boys team's suspension would be lifted in time to play in Tuesday evening's city playoff game against Perspectives/IIT Math and Science Academy.

The last-ditch efforts to save their season proved unsuccessful, despite a student walkout Monday, impassioned statements at a community meeting and continued pleas on social media, where one player, Romelle Howard, even tried tweeting at Chicago rappers Chance, Common, Polo G

pal John Thuet and Assistant Principal Michelle Brumfield have been "removed ... from their positions," and three coaches and a dean have been removed or reassigned pending the outcome of the investigations.

Perspectives coach Waybon McConnell said a CPS official confirmed Tuesday morning that the varsity game was canceled. It was a disappointment for McConnell, who graduated from and played at Lincoln Park High.

"I've never been able to take the team that I coach to my old high school, so we were definitely looking forward to that," McConnell said.

As for the CPS decision to suspend the Lincoln Park team, he said, "I feel for those kids, especially the ones that are not involved, but, like I said, that's something that is above us."

During a packed and heated community meeting Monday night at the high school's auditorium, CPS

allegations of adult misconduct."

School officials said the alleged misconduct also included failure to follow sexual misconduct reporting procedures, improper student discipline, dishonesty to families, allowing suspended employees to work, failure to create safety plans for students and interference with and withholding evidence from investigations.

Among the claims are that school leaders were aware of "student-on-student retaliation" against those who spoke to investigators and that it was not properly reported.

The Friday letter informing families of Thuet's and Brumfield's removal also states that Dean John Johnson and boys basketball coach Donovan Robinson "have been reassigned from their duties pending the outcome of these investigations."

Head boys basketball coach Pat Gordon was removed earlier in January,

trict couldn't provide additional information about "the potential policy allegations that are being investigated." Given the pending investigations, as well the need to protect the privacy of victims and legal restrictions on the release of student information, he said CPS was unable to provide other details about allegations.

Marcus Spencer, who described himself as a volunteer coach for the basketball program, spoke at Monday's meeting in support of the team. Several other community members spoke in support of the suspended school administrators.

"A lot of this stuff was new to me last night," Spencer told the Tribune on Tuesday. "... It's a big mess. I just think it was handled wrong."

Spencer said he only was recently informed he hadn't completed the district's volunteer application process as required. He said he has since submitted the paperwork and believes his appli-

cans
e it all.
vote.

e Illinois primad in March, high lents will get to for two hours in vote.
t just a matter of e. The new law d message to ole that their vote d that baby e ball for a long ch and join the

finally beginning oup of potential re being fought under the age of ure — and some-

a Monday night, ering, what's the

kdown would etting underway. arred in Iowa, a ing people.
e to participate in first time Monaucus if they will rly 5,000 17-year-

re attempting to y that, if cultivat- a. It's unfortunate electoral process in heartening that ole across the t to see the older 's ineptness with a nder 30 are very th — an app.
nocratic Party's app, designed to nore thorough and ethod for tallying d miserably during es Monday night, e release of elec- for a day.
nical problems nericans have creasingly wary of al process, which eakened by the hreat of Russian e. Though there is on such a breach n Iowa, the snafu ice in the nation's

play a more active officials can do is ote is protected. potential voters to he can promise ed.
voters. Their s as it is revered in are attempting to cates are working



More than 225,000 people still were buying or subscribing to a Chicago print newspaper on an average weekday in 2019-2020, and that number grew by up to 50% on Sundays. According to Nielsen Scarborough research, readership of those newspapers exceeds the circulation numbers, given that many households have multiple readers and many newspaper copies are passed along to other readers.

Scarborough sets that multiplier at 2.5X up to 3.5X. So, conservatively, using the 2.5X multiplier and limiting myself only to the lower M-F circulation number of 225,000, I estimate that more than 560,000 print readers were exposed to coverage of the LPHS story in print publications. Smaller area print newspapers, such as the Daily Herald and Daily Southtown, only add to that total, but for purposes of remaining conservative I have not attempted to estimate the excess readership from those publications.

The vast majority of people reading a Tribune or Sun-Times story today are, however, reading it online rather than in print. Digital platforms are a powerful audience multiplier, and that online availability put the stories about Coach Gordon and LPHS before far more people than a print newspaper ever could.

Furthermore, today 86% of US adults get news from a smartphone, tablet, or computer, including 60% who report doing so often, according to a 2020 Pew Research study.

It stands to reason, then, that the reach of content about Coach Gordon and LPHS exceeded the reach of the print stories.

I estimate that at least 617,000 people have deeply engaged with some digital content about Coach Gordon and LPHS. Hundreds of thousands more, if not millions, have been exposed to headlines, social posts, internal content recommendation links, newsletter items or news alerts about it.

I used three different, conservative methods to reach this estimated floor.
- All depended on analyzing first-party data from the Chicago Tribune that was available to me from previous audience studies.
- All accounted for the fact that I do not have access to first-party data from other sites.
- All focused on a dozen local/regional sites, even though, as we have seen, coverage of the LPHS event went viral and landed on news, social media and other websites across the nation and the world.

According to data from Metrics for News, a data and analytics provider for Chicago Tribune and other major news organizations, coverage of the LPHS events on chicagotribune.com alone generated more than 150,000 page views in 2020. That figure counts only pages accessed from search (93,234) or from the Chicago Tribune homepage (57,881); it does not include pageviews generated by social media, from email or website push alerts, from newsletters or from other sources such as Apple News or internal links.

Keeping in mind that a single alert about the Lincoln Park story was the most popular email alert that the Tribune sent out in January 2020, garnering nearly 6,000 link clicks, and it was the most popular Apple News notification in the same month, garnering more than 12,300 opens, it's safe to assume that tens of thousands more pageviews can be attributed to that coverage but not reflected in the partial dataset to which I had access. Given that about one-third of all traffic to chicagotribune.com during that period came from search, it's reasonable to extrapolate and conclude that the total number of pageviews to that LPHS content on chicagotribune.com alone was at least 280K.

And, keep in mind, this 280K figure represents only people who clicked into a story to read it. It does not account for the literally millions of visitors to chicagotribune.com who were exposed to a headline about Pat Gordon and the other LPHS staffers but chose not to click in. Like the search results we showed earlier, headlines and photos about Coach Gordon were presented to millions of

43

internet users who saw the information but chose not to dig deeper. We are talking here only about those hundreds of thousands of digital users, and quite likely millions of digital users, who chose to read beyond the accusatory headlines.

So, the four figures to keep in mind from chicagotribune.com as I walk through the scenarios are:

1. **93,234**: A hard figure representing the number of pageviews **from search** that LPHS coverage garnered on chicagotribune,com
2. **57,881**: A hard figure representing the number of pageviews **from the homepage** that LPHS coverage garnered on chicagotribune.com
3. **151,115:** A hard total of those first two figures combined, representing known pageviews **from search and homepage** that LPHS coverage garnered on chicagotribune,com
4. **280,000:** A conservative estimate of the total number of pageviews **from all entry points** (search, homepage, internal links, content recommenders, social media, email alerts, email newsletters, web browser notifications, etc.) that LPHS coverage garnered on chicagotribune.com. This estimate is based on search generally accounting for about a third of chicagotribune.com audience.

Here are the three approaches I used to estimate a floor of deep content engagement:

**Approach No. 1** compares the size of Chicago Tribune with the other local/regional sites. It uses that partial audience number of 151,115  on Chicago Tribune as a baseline, given that we know those pageviews occurred and no estimation is necessary to arrive at that number.

So, for example, suntimes.com is about 75% the size of chicagotribune.com, based on the number of unique visitors per month. So, 151,115 pageviews on a content set at chicagotribune.com would translate into about 113,000 at suntimes.com.

The news sites nbcchicago.com and abc7chicago.com are about 45% and 90% the size of chicagotribune.com, which would translate into 68K pageviews and 136K pageviews, respectively, on that content set.

44

Looking only at 12 local websites for which I grabbed specific stories, this method of estimating audience reach leads to a total of 672,462 pageviews on those 12 sites. This definitely undercounts total traffic, given that the initial figure of 150K from chicagotribune.com does not include PVs from any source except search and homepage. But we can remain conservative here for this approach.

Combine that 672,462 number with the 280K total estimated PVs from chicagotribune.com and you land at 952,462 pageviews for Chicago Tribune plus the 12 local/regional sites.

| Local and regional websites | % size based on UVs | Expected audience reach |
|---|---|---|
| suntimes.com | 75% | 113,336 |
| nbcchicago.com | 45% | 68,002 |
| abc7chicago.com | 90% | 136,004 |
| fox32chicago.com | 25% | 37,779 |
| blockclubchicago.com | 26% | 39,290 |
| wttw.com | 8% | 12,089 |
| wgntv.com | 40% | 60,446 |
| wgnradio.com | 2% | 3,022 |
| cbsnews.com/chicago* | 40% | 60,446 |
| wbez.org | 6% | 9,067 |
| dailyherald.com | 15% | 22,667 |
| pressreader.com | 73% | 110,314 |
| **Totals** | **37%** | **672,462** |

**Approach No. 2** is even more conservative. This approach focuses only on search traffic and uses only search audience numbers from 2020. Using that 93,234 search pageviews from Chicago Tribune as a baseline, we can look at those same 12 websites, assess how their search audience compares with that of chicagotribune.com (generally much lower because of lower search ranking) and estimate how many search page views that content garnered on those sites--112,347 search pageviews alone. Given that search plays a smaller traffic role on those sites than it does on chicagotribune.com, it's probably safe to assume that total traffic to that content on those sites would be at least four to five times the amount of search traffic. But I will remain ultra conservative here and estimate total traffic at three times search traffic, or a total of 337,041. Combine that number with the 280K total estimated PVs from

chicagotribune.com and you land at 617,041 pageviews for Chicago Tribune plus the 12 local/regional sites.

| Local and regional websites | % size based on 2020 search traffic | Expected search audience alone |
|---|---|---|
| suntimes.com | 17% | 15,850 |
| nbcchicago.com | 10% | 9,323 |
| abc7chicago.com | 14% | 13,053 |
| fox32chicago.com | 10% | 9,323 |
| blockclubchicago.com | 2% | 1,865 |
| wttw.com | 2% | 1,865 |
| wgntv.com | 16% | 14,917 |
| wgnradio.com | 2% | 1,865 |
| cbsnews.com/chicago* | 20% | 18,647 |
| wbez.org | 2% | 1,399 |
| dailyherald.com | 10% | 9,323 |
| pressreader.com | 16% | 14,917 |
| **Totals** | **10%** | **112,347** |

**Approach No. 3** takes a different conservative route and assumes that the universe of digital content we have collected first hand is the only digital content ever published on Coach Gordon and the LPHS. We know it's not, of course. But let's pretend.

Take the 40 URLs we spot-checked from other sites besides the Chicago Tribune. Assume those 40 URLs performed in search only as well as an average LPHS story from the ChicagoTribune performed in search. That's still nearly 240K pageviews in search alone, just for those 40 URLs we have compiled for this exercise. (Keep in mind that Google and Bing searches to this day turn up hundreds, thousands or tens of thousands of results, depending on how the search is performed.)

That's 240K pageviews for just a subset of the content, and only on search. Multiply that by a minimum of three to account for the fact that most news websites draw less than a third of their traffic via search, and the total for non-Tribune websites exceeds 720K. Combine that 720,000 number with the 280K total estimated PVs from chicagotribune.com and you land at 1 million pageviews for Chicago Tribune plus the 12 local/regional sites.

It's important to note here that I deliberately left out the large, national websites such as yahoo.com, msn.com, npr.org and cbsnews.com. While those sites show the potential of a mammoth audience for the Coach Gordon coverage, without knowing more about placement or promotion of the LPHS coverage published on those sites, it's difficult to make an informed, conservative estimate of LPHS content performance on those sites. Large, national sites carried coverage, but it was unlikely to lead the report as the most important or one of the most important stories of the day, as it did in Chicago on television, radio, in print and on the websites. By the same token, content aggregators like SmartNews, Flipboard and Apple News (which accounted for more than 10K pageviews from a single Chicago Tribune story), also carried the LPHS coverage, driving more exposure and engagement that will not show up in data collected by local news websites. Those national websites, news apps and news services certainly contributed tens of thousands of pageviews to the total, given their size and reach, and quite possibly contributed hundreds of thousands. Even so, I put these additional exposures to the side in the interest of being conservative.

All three of these approaches remain intensely conservative by either limiting the content pool to a small subset we know more about or limiting the audience to a certain subset of traffic (that from search).

These estimates also pertain only to content appearing on news websites. They exclude:
- Content appearing on social media, which is easily shared and re-shared
- Content appearing on content aggregators such as Apple News, MSN, Yahoo News, etc., which can appear on someone's phone or desktop or web browser with no trace back to the original source
- Content appearing in news website alerts, such browser push notifications
- Content appearing in email news alerts and email newsletters

Those various ways that content about Coach Gordon was published reached millions of people. While I cannot measure their level of engagement with that content across every single one of those platforms, we know that millions of people were exposed to the story. Even a low engagement rate of 5% would translate into hundreds of thousands more readers outside of news websites alone.

Given all this, I conservatively estimate the total measurable digital audience for the Coach Gordon coverage to be at least 617,000 to 1 million on news websites alone, with the potential for that digital audience to easily run into the millions.

Given reach like that on digital platforms, plus the continued power of print and broadcast radio and television, by my conservative estimate, the statements about Coach Gordon reached the eyes or ears of more than 2,627,000 people.

- Broadcast television news: 1.25 million+
- Broadcast radio news: 200,000+
- Print: 560,000+
- Digital news sites: 617,000 to millions"
- **Total: 2,627,000+**

The implications of all this for managing one's reputation are huge, particularly for a typical, private citizen like Coach Gordon.

The newspaper world of old was finite. One could complain about negative content and get a retraction or correction—which readers would see and often read. The print version then became fish wrap or otherwise forgotten, and the negative content with it.

On the internet, however, negative content is generally there to stay. A wronged party might be able to get a retraction or a correction from the original source, but only if they know who to contact and how to do it--as CPS officials clearly did with the Chicago media. And even if that retraction or correction has been made, by that time the original content may have spread via search engines and on social media where it will live on, uncorrected.

In response, digital marketers have been forced to develop strategies and methods of mitigating negative online content. While defamatory articles don't simply disappear by hitting a delete key, they can be overcome in search results by posting competing content and driving the negative down in search results. But that is an onerous, often costly process that can never fully erase false articles and posts.

This problem takes on whole new dimensions with social media, a platform I ignored for purposes of my calculations in order to be hyper-conservative. Defamatory content often goes viral on platforms like Twitter and Facebook, both of which allow anyone to post negative content. The number of Americans using

social networking sites has grown from 5% when Pew Research began tracking usage to more than 72% today.

For example, let's look at a few comments on social media connected to the stories on Coach Gordon and the other CPS personnel.

This is what Donovan Robinson, the interim coach who replaced Pat Gordon and also got swept up in the LPHS events, said when asked what people were thinking when they heard vague charges of "serious misconduct" involving high schoolers. *"They think that I did something sexually with a young lady."*

Coach Gordon felt that too. He recognized that many people assumed the worst about him.

"You know, people love drama. People love to see the hero fall," he said. "Without knowing me, they're making a judgment of me and my character."

In comments sections on Facebook, Reddit and Twitter, I quickly found ample proof of that the fears or Coaches Gordon and Robinson were well-founded:



3 yr. ago

It's almost always sexual in nature when they refuse to reveal even what the misconduct is related to. The identity of minors is to be kept safe in investigations like this but since we know it was the basketball team, it wouldn't be hard to narrow down the identities of the minors involved.

↑ 37 ↓ 💬 Reply Share ···

Overnight trip during winter break that was not school sanctioned. Alleged inappropriate contact between a cqach and and a player.

Like Reply 3y

Most Relevant is selected, so some replies may have been filtered out.

3 yr. ago

Abuse in the CPS is rampant, perhaps only outpaced by the Catholic Church in terms of both sheer volume, and lack of appropriate response.

↑ -2 ↓ 💬 Reply Share ···

49

Most Relevant is selected, so some replies may have been filtered out.

What kind of misconduct? Something serious or kids smoking weed?

Like   Reply   3y

Most Relevant is selected, so some replies may have been filtered out.

human trafficking.

Like   Reply   3y

that's horrible!!!! Ok, definitely worth the suspensions then.

Like   Reply   3y

Coach touching underaged coochie.... again 🤧?

It seems the Coach or staff member has sex with one of the players, on an unsanctioned overnight trip.

It seems one of the players already got screwed.

⬆ 4 ⬇  💬 Reply  Share  ...

3 yr. ago

Rogers Park

| It seems one of the players already got raped.

⬆ 19 ⬇  💬 Reply  Share  ...

3 yr. ago

Portage Park

No personal knowledge here, but an article indicated a brief relationship between a student & an adult at a non-sanctioned overnight event

⬆ 14 ⬇  💬 Reply  Share  ...

3 yr. ago

We should be less interested in who controls the narrative, and more interested in stopping teachers from sexually assaulting students.

⬆ -4 ⬇  💬 Reply  Share  ...

50

Because of this dynamic, a whole profession of digital reputation management has arisen. These experts help build, or rebuild, stellar online presences and spring into action when reputation crises arise, targeting not just the world of social media but also how a reputation can be affected by search engines like Google.

Earlier, I shared Google search results that showed the massive number of results that appear when searching for content on the Lincoln Park High School allegations and on Coach Gordon's role. Those could be news articles, blog posts or social media posts.

But take a look at how even the search results pages themselves--not the content even--can spread and underline the false statements. Keep in mind that these headlines about Coach Gordon and LPHS were presented to millions of internet users, whether they chose to click into the stories or not.

51



52



About 65,700,000 results (0.37 seconds)

Morton College Athletics
https://gomcpanthers.com › mens-basketball › roster  ⋮

### Pat Gordon - Men's Basketball Coaches

Gordon currently is the camp director and lead trainer for Next Level Sports Player Development where he has provided high-end skill development training for ...

Texas Tech University System
https://www.texastech.edu › bio-gordon  ⋮

### Pat Gordon | Texas Tech University System

Mr. Pat Gordon of El Paso, Texas, was appointed by Gov. Greg Abbott to the Board of Regents of the Texas Tech University System on April 13, 2021.

Chicago Tribune
https://www.chicagotribune.com › news › breaking › ct-l...  ⋮

### CPS moves to fire Lincoln Park High School basketball ...

Jun 24, 2020 — CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life'.

Chicago Sun-Times
https://chicago.suntimes.com › high-school-basketball-...  ⋮

### Lincoln Park high school basketball coach Pat Gordon ...

Jan 9, 2020 — Lincoln Park basketball coach Pat Gordon has been suspended by Chicago Public Schools. Gordon says a hearing is scheduled on Monday to ...

 WBEZ

## CPS Criticized For Response To High School Sex Misconduct

Chicago Public Schools is facing increasing criticism for its handling of sexual misconduct allegations at Lincoln Park High School.

Feb 4, 2020



 WTTW News

## After Months of Turmoil, Lincoln Park High School LSC Selects New Principal

Eric Steinmiller, who currently serves as an assistant principal at Roosevelt High School, will take over at LPHS on May 4.

Apr 28, 2020



⁎ Chicago Sun-Times

## Lincoln Park administrator, teacher reinstated after CPS deems it 'safe' for them to return

CPS officials said that allegations against the school's top three administrators were substantiated, but that the school's dean will return...

Mar 16, 2020





Chicago Tribune

## Lincoln Park High School investigations include claims of sexual misconduct, retaliation, recruiting violations: CPS

Several school officials have been removed or reassigned amid leadership turmoil at the Chicago high school.

Feb 4, 2020





For Coach Gordon, the false and misleading statements that started with the LPHS community spread quickly in print newspapers and radio and television broadcasts. And they caught fire online, reaching far beyond the school community.

As Coach Gordon said, "It's been tough. It's been really tough, knowing that it's out there and that people look up my name and this is the first thing they see."

54

Indeed, as we saw, Google search on Pat Gordon (providing narrowing search terms like "coach" or "lincoln park" to narrow it down to this Pat Gordon) proves that out.

In Google News, a story about LPHS allegations pops up first. In broader Google, a story about LPHS allegations pops up first or second, depending on the narrowing search term.

It's similar for Bing.

| Search Term | Google Position | Google Headline | Google News Position | Google News Headline | Bing or Bing News Position | Bing or Bing News Headline |
|---|---|---|---|---|---|---|
| Lincoln Park High School | 33rd | Fight Breaks Out at Lincoln Park High School after Students Hold Sit-in | 30th | Lincoln Park High School basketball scandal unveiled | 5th | Lincoln Park High School Sued |
| "pat gordon"* | 2nd | Lincoln Park high school basketball coach Pat Gordon suspended by CPS | 1st | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life' | NA | |
| pat gordon* | 2nd | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life' | 1st | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life' | NA | |
| coach pat gordon* | 2nd | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life' | 1st | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life' | NA | |
| lincoln park high school basketball coach pat gordon | 1st | Lincoln Park high school basketball coach Pat Gordon suspended by CPS | 1st | Lincoln Park high school basketball coach Pat Gordon suspended by CPS | 2nd | Lincoln Park high school basketball coach Pat Gordon suspended by CPS |
| | | *Note: Results identical or nearly identical for search incognito with location blocked | | | | |

Coach Gordon said the ordeal has changed his life. He suffered physically, not being able to sleep and suffering from anxiety, he said. He suffered financially, having to borrow money from people to stay afloat. He retreated into his home and to himself, going out infrequently, worried about being recognized and having to wonder what people were thinking about him. He described himself as being "in a state of depression."

Even going to the gym, the place that had been Coach Gordon's calling and sanctuary since he was a boy, made him tense.

Worst of all, he lost the thing he loved to do most: coaching.

His goal of becoming a college basketball coach seemed so in reach in January 2020 as the Lincoln Park boys were cementing their rise as a Chicago power.

Not only had Coach Gordon built up an impressive record in the last few years, but the LPHS program was becoming recognized as one of the strongest and most respected in the city. His graduates were getting college scholarships. New talent was filling in for graduating seniors.

From a career aspect, Coach Gordon's networking was also paying dividends. Young assistants wanted to coach under him, and established coaches who knew of his college ambitions were lending their support, he said.

55

"The progression was always moving in a way that would let me be a college coach," Coach Gordon said. "Everyone knew that was a passion of mine."

> "I want to be a bridge between a lot of schools here in the city, CPS schools, so coaches and parents can have a place where someone who has come from where they are coming from could be … a good ally at the collegiate level where they could trust their kids would be well taken care of."

And now?

> "I feel like I am at ground zero. I feel like I am back at first base. I have to rebuild those relationships. I have to rebrand my name. All that progression I had was just kind of taken away. … All the breath was kind of taken out of me."

Coach Gordon said he has applied for 100s of jobs with no luck. He is not getting callbacks even for jobs for which he is overqualified.

> "I don't even get calls for interviews. How do you see someone with over 20 years of coaching experience not even get called in to interview?"

That inaccurate and damaging content that is out there keeping Coach Gordon down will not go away on its own. Posting incorrect information is easy, just a few clicks of a mouse. Defamation can spread far and wide before the person defamed even learns about it.

Getting false information taken down, however, is costly, time-consuming, and sometimes impossible.

Once a story is posted and shared, the narrative can become set in stone. Even if it's debunked or corrected, the original storyline lives on in people's minds. The negative content is either the only information available or it winds up appearing at the top of search results.

Coach Gordon feels the pain of this. He talks about getting his reputation back, a main reason why he is pursuing his lawsuit. But knows he can never recapture it fully.

> "You look at a brand, like a brand like Adidas, and someone says something negative about this brand, they will do everything they can to

*get ahead of it. … My brand was built on people in the city knowing me … and now people are being fed this false narrative about who I am."*

To cope, Coach Gordon has an arsenal of approaches: "Long walks, exercise, a lot of yoga, a lot of mindfulness exercises, a lot of meditation just to keep myself grounded".

*"At the end of the day it's about staying true to who I am and knowing who I am and being open to answering the tough questions. You know, I don't feel like I have to defend myself, but you do have to defend yourself and defend your name, which was never a question prior to this."*

Asked what would help, Coach Gordon said a victory in his case and an apology.

*"Any of that would turn everything dramatically, drastically, immediately. Not a fake apology. Not one of those statements they put out. A sincere apology, you know, stating there was not any wrongdoing and that any false sexual misconduct allegation was not associated with my name.*

*"That would definitely change the narrative and change when people look up my name and do their background research. They could focus on the work I have done and focus on the work I have done as a coach. And give me a shot at landing one of those jobs."*

**6. Motivated by internal, high-level pressure and working under the shadow of previous external negative publicity, CPS and the Defendants made two fundamental, extremely damaging errors:**

Ascertaining motive--in this case, figuring out why CPS and the Defendants acted as they did--is a complex endeavor that one can never achieve with 100% certainty. In journalism, we are careful to harness facts, draw parallels and link people's statements and behavior to events without publishing our own speculation about motive. But, as journalists, we also recognize that people do not act randomly. We spend significant effort trying to determine why people act as they do, even if we do not end up publishing our conclusions as fact.

In this case, I have worked through that same journalistic process.

Reviewing the evidence--particularly the timing of the allegations, internal emails and CPS actions--I have come to what I believe is the most likely conclusion for why CPS and the Defendants acted as they did:

- Why they took such sudden and drastic action in late January 2020
- Why they refused to publicly correct their mistakes and instead remained anchored to their original narrative

What occurred in the days and weeks following that fateful basketball team trip to Detroit seems clear, in retrospect:

Although the parent or parents who first voiced concerns about the Detroit trip delivered their complaints to the Office of Student Protection and to LPHS Principal John Thuet on or about Dec. 30-31, 2019, the investigation itself was conducted methodically and, at least from a public perspective, in a usual fashion in the early days.

During those first weeks, the boys basketball team's head coach was suspended and two assistant coaches were removed. That suspension triggered minimal news coverage, and stories focused more on the basketball team and its march toward the playoffs, not the circumstances of the suspension per se.

On Jan. 9, 2020, Thuet sent a letter to parents reporting the suspension and focusing on the allegation that the Detroit trip was not a "school-sponsored event." It makes no mention of any alleged sexual misconduct.

A pivotal turning point appears to occur on Jan. 29, 2020. Curtis Terry, one of the two original parents who raised objections about the Detroit trip, sends an email to Janice Jackson, the CEO of Chicago Public Schools. He repeats allegations that had arisen during the investigation, particularly that his son was being retaliated against by both teammates and coaches for his father having reported the alleged student sexual misconduct in Detroit.

What's *new* is only that this appears to be the first time the allegations have risen as far as the desk of the CPS CEO.

Upon receipt of Mr. Terry's email, CEO Jackson immediately involves her Chief Education Officer, LaTanya McDade, who reaches out to Mr. Terry by telephone that very night.

**From:** Joseph Moriarty <jtmoriarty@cps.edu>
**Sent:** Wed, 29 Jan 2020 18:38:19 -0800
**Subject:** Re: Lincoln Park and █████████
**To:** "Mcdade, Latanya" <ldmcdade@cps.edu>
**Cc:** "Pratt, Camie" <ccpratt@cps.edu>, "Jackson, Janice" <ceo-jackson@cps.edu>, Bogdana Chkoumbova <bgchkoumbova@cps.edu>

okay.

Sent from my iphone

On Jan 29, 2020, at 8:17 PM, Mcdade, Latanya <ldmcdade@cps.edu> wrote:

Joe and Camie,
I just spoke to the parent and we need to talk first thing in the morning.

**LaTanya D. McDade**
Chief Education Officer
Chicago Public Schools
42 West Madison Street
Chicago, IL 60602
Office: 773-553-2517
Twitter: @CPSTeachLearn

*"Education is the most powerful weapon which you can use to change the world." Nelson Mandela*

This e-mail and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

On Wed, Jan 29, 2020 at 7:46 PM Pratt, Camie <ccpratt@cps.edu> wrote:

Got it. Deb will be all over it immediately.

On Wed, Jan 29, 2020 at 7:07 PM Jackson, Janice <ceo-jackson@cps.edu> wrote:

This is a serious accusation. Please investigate.

---------- Forwarded message ----------
From: █████████████████████ >
Date: Wed, Jan 29, 2020 at 5:24 PM
Subject: Lincoln Park and █████████
To: <ceo-jackson@cps.edu>

Dr. Jackson,

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

BOE 007588

Hello, I'm █████ parent of ███████ Lincoln Park. I was one of the parents that reported and incident at the top of the New Year. I have thought long and hard about contacting you, but I feel I must. My son and I was outed to Lincoln Park coaches and teammates by Donovan Robinson (current interim Head coach) a dean at Michell Clark High school. This led to my son being threaten and intimated by adults and children. I am beyond upset at the behavior of adults representing CPS. My son stepped up and told me about the possible sexual abuse of a young black girl. █████ was sent a video of the incident via Snap Chat and because I reported it like some other responsible adults did, █████ has been ostracized, threatened and alienated from the team. This cannot be how we treat children who do the right thing, is it? As a result my son is depressed and I am forced to withdraw him immediately and send him away to finish high school. I am the custodial parent of my 2 sons and now I must give him up due to lack of protection from CPS. I am not blaming you, I don't even know if you had been made aware of the incidents at Lincoln Park. Not one student has been suspended for the threats, it appears some people value winning more than accountability, structure, and discipline. This was a teachable moment for young men and we missed it. The way women (especially women of color) are treated socially is horrible and there is very limited protection from men. I MUST raise a man that understands its ok to stand against rape culture and the mistreatment of women. This culture will never change if we attack the person that stands up for women in the middle of the misogynistic and toxic male environments. There is no way Lincoln Park athletics dept. should have been able to parade young ladies around in heels, tight crop top t-shirts and jeans as mangers of the basketball games. It over sexualizes the girls in a dynamic that can be difficult to manage given teenage boys and perverted men. Please allow me to be clear..... I don't think a woman clothes dictate, or ok inappropriate treatment from men, however this is an educational institution. There must be standards.

What I think should have happened: (my opinion)

• Immediate suspension of students involved in sexual related incidents.
• Any adult/coach that knew and did not report should be terminated. Coaching staff should be removed as well. 0 tolerance
• any coach using social media to intimidate kids from speaking up should be removed immediately.
• alleged victims should be isolated before coaches/people can encourage them not to speak about the incident. (this happened)
• Any threats made to a student that reports an incident will be met with immediate suspension.
• CPS has a long list of coaching candidates that never get opportunities, CPS should be able to remove a staff and replace them with an already vetted group if institutional control is lost.
• unsanctioned trips out of town without approval should result in loss of staff and AD
• CPS should not charge parents $250 per student athlete to participate in sports and state the monies are for transportation and them require parents to drive students to games. This should result in removal of staff if CPS did not sanction the fee of $250 that every parent paid on all levels.

While typing this letter it was deemed by the OSP that the text messages I sent of my son being threatened were "general in nature" so OSP can't do anything to help. CPS appears to be chalking this up as just a bad experience for my child. THIS is why no one will ever speak up. THIS is why kids get hurt and there is retaliation. When given an opportunity to set a tone we miss it. All I want is a letter saying my son is in good standing so I can put him another school. It appears having standards as a parent is not desired by CPS. This makes me incredibly sad Dr. Jackson.

In her trial and deposition testimony, CEO Jackson makes clear that she sought to change the culture within CPS following the 2018 publication of the "Betrayed" series in the Chicago Tribune. That investigative series, which CEO Jackson refers to specifically by name, outlined multiple flaws in the system that allowed adults who had sexually assaulted, harassed or otherwise abused students to continue their aggressions or go unpunished and find other jobs in education.

*"Prior to us changing our system, if a child accused an adult of sexual harassment or sexual misconduct, quite often they were not immediately removed from their post, pending the investigation," CEO Jackson testified. "Instead, the person would remain in their post where a victim is seeing that person every single day, or potential victim, depending on where you stand on this, until those things were uncovered and figured out. …*

*"Because we were changing the culture in the district, not only internally, but externally-- … I would not preside in the way that people have presided in the past. We do believe victims, and we do take that seriously, until we have a reason not to."*

Many of the policy changes instituted by the Jackson administration were just coming into play when the Lincoln Park events unfolded. The Office of Student Protections had itself just been created. LPHS could be seen as one of the first, if not the first, big test case of the new procedures.

As noted above and in the email string, CPS and the Defendants took swift action only after Mr. Terry's email landed in CEO Jackson's inbox.

CEO Jackson alerted senior staff: "This is a serious accusation. Please investigate."

The response to the boss's directive was immediate.

The fact that the allegations already were known and already were under investigation through normal CPS channels was not referenced in the email exchanges that would follow among CPS staff.

The response from Camie Pratt, the head of OSP, is telling. She writes back to CEO Jackson: "Got it. Deb will be all over it immediately." This raises the curious question of why Ms. Pratt didn't choose to respond by sharing the fact that her office already knew of the allegations and had opened an investigation weeks earlier upon learning of them.

In any event, following CEO Jackson's directive, Ms. McDade personally telephoned Mr. Terry.

And within about 36 hours--by Friday morning, Jan. 31, 2020--CEO Jackson and her team had decided to terminate Principal Thuet and Assistant Principal Michelle Brumfield and suspend Dean John Johnson and Coach Donovan Robinson.

CPS and the Defendants announced the moves in the Jan. 31 community notice that referred to "multiple allegations of serious misconduct" and stated that the action would not have been taken "if we did not believe they were necessary to promote the safe and supportive educational environment your children deserve."

The notice did not give any details on the "serious misconduct" nor say which of the four named people were accused of which of the "multiple allegations."

Those moves put the LPHS community into an uproar, led to widespread news coverage and prompted the Feb. 3 community meeting. It was at that packed assembly hall in Lincoln Park High School that the Defendants used a PowerPoint presentation that referred to "serious misconduct" and "sexual misconduct" and in spoken comments referred to "adult on student sexual misconduct."

CPS officials also went out of their way to underline how serious these charges were and insisted that there was evidence of guilt, not just allegations.

That intense, even raucous town hall, and the widespread media storm that resulted, in effect cemented the CPS narrative about the whole chain of events. Whatever competing facts and mitigating nuances emerged, CPS and the Defendants chose instead to stick to the narrative of "serious misconduct," declined to publicly clarify what any of the CPS personnel were accused of, much less absolve them, or offer any apology.

Instead, as we say in the newsroom, CPS and the Defendants chose to circle the wagons. They challenged media portrayals they deemed unflattering. And they deliberately crafted their public pronouncements in ways that allowed if not encouraged the public's false impression of the events to remain intact.

Had the investigation continued on its own course, had all investigated parties been given ample opportunity to tell their sides of the stories, had decisions been allowed to be made methodically and deliberately, it's possible that the damage inflicted on Coach Gordon and the others would not have occurred. In my opinion, it's even likely that the outcome would have been different.

But CEO Jackson, motivated by a strong desire to change a culture that had been vilified as a result of the "Betrayed" investigative series steered CPS ("This is a serious accusation. Please investigate.") into a headlong and dangerous path that the Defendants would never veer from no matter the emerging, exonerating evidence.

# EXHIBIT 1

**COLIN MCMAHON**
*3223 N Kenmore Ave*
*Chicago, IL  60657*

*312.404.7372*                                                    *mcmahon.colin@gmail.com*

### OVERVIEW

Seasoned and visionary news media executive at home in the field, the newsroom and the C-suite
- Industry leader in using data and research to drive audience, with track record of significant traffic, subscription and membership gains
- Collaborative manager focused on driving culture change and developing diverse talent
- Innovator with broad expertise in new digital development, including audio, video and niche products
- Effective communicator—in print, digital, on camera or onstage, including fund-raisers, live panels and member outreach events
- Skilled architect and executor of corporate communications and public relations strategies
- Accomplished in all aspects of media M&A, including vetting, acquisition and consolidation

Award-winning reporter, foreign correspondent and front-line editor adept at solving problems, explaining complex issues and delivering under duress
- Covered everything from the joys and sorrows of daily life to the first draft of history, from Chicago and its suburbs to the headline places of the world: Moscow, Jerusalem, Baghdad and beyond
- Directed teams of journalists as both writer and editor in the coverage of terrorism, war, natural disaster, elections, economic upheaval and regime change across 50 countries on five continents
- Wrote with insight, passion and conscience, with a special empathy around how violence, poverty and trauma upends lives in places like Chicago, Mexico, the Middle East and the Balkans

Strategic thinker steeped in all aspects of media and publishing, including revenue, product and operations
- Stellar history of pushing legacy organizations to reimagine and restructure for the digital age
- Proven record of smartly adapting teams to reduce costs and redeploy resources to meet new demands
- Reputation as a flexible, reliable corporate partner who can navigate among disciplines, translate and communicate corporate strategies and build credibility with the Board of Directors
- Industry alliance builder with deep ties among platform partners such as Google and Facebook, and locally with fellow news organizations and foundations

### EMPLOYMENT/ACCOMPLISHMENTS

**STARTUP NATION MEDIA GROUP,** Birmingham, MI                    **July 2022 to present**
**Chief Operating Officer**

- New product development, editorial operations, audience development and partner relations

**INDEPENDENT CONSULTANT,** Chicago, IL                    **October 2021 to present**
- Coaching and consulting on culture change, newsroom organization, audience development and member/subscriber acquisition for publishers across the world. Clients include Meta Journalism Project, America for Bulgaria Foundation and StartupNation

**TRIBUNE PUBLISHING,** Chicago, IL                    **2017 to August 2021**
**Editor-in-Chief, Chicago Tribune**
**Senior Vice President and Chief Content Officer**

1

- Shepherded more than 300 journalists through the COVID-19 pandemic and one of the newspaper's most turbulent eras. Amid social unrest, political upheaval, a change in ownership and the story of a lifetime, kept the newsroom focused on its journalistic mission and producing award-winning work, including an investigative series that won the 2022 Pulitzer Prize for local reporting.
- Despite severe limits on hiring and compensation, succeeded in recruiting fresh talent with diverse skills and backgrounds while also diversifying the Tribune's masthead leadership
- Oversaw all publishers and editors-in-chief in Tribune Publishing's other seven markets on content strategy, audience analytics, digital transformation and culture change
- Oversaw all editorial operations at Tribune Content Agency, including Tribune Publishing's shared content teams, Tribune News Service, The Daily Meal and The Active Times
- Integrated Best Reviews, Tribune Publishing's majority-owned product review business, into Tribune Publishing's sites and newspapers, engaging consumers and delivering affiliate revenue for publishers
- Coordinated all journalism and distribution partnerships, including for audio and video platforms, as well as social media partners and traditional legacy services such as The Associated Press
- Played lead role in M&A activities, including vetting, acquisition and consolidation of properties
- Represented TribPub across the industry and share responsibility for partnerships with major platforms such as Google, Facebook, Microsoft and Apple. Worked with platform partners to secure journalistic tools, improve consumer subscription revenue and drive audience for all Tribune Publishing sites
- Partnered closely with Arc Publishing from The Washington Post to foster digital innovation and build audience at Tribune Publishing through adoption and expansion of the Arc tools suite
- Helped guide TribPub to significant YOY gains in digital subscriptions 2018-2020

**CHICAGO TRIBUNE MEDIA GROUP,** Chicago, IL                    **2015 to December 2017**
Associate Editor
- Led the editorial side of Chicago Tribune Media Group's efforts to expand digital audience and revenue; increased chicagotribune.com audience by 50 percent during tenure, including doubling in those key topic areas under my direct team supervision
- Supervised more than 160 direct and indirect reports across a dozen content areas, including National/Foreign, Entertainment, Food and Tech; our success in recruitment and talent development resulted in a more diverse, digitally native staff, with particular progress in promoting women leaders
- Partnered with marketing and customer acquisition to craft new Tribune Publishing business models and go-to-market strategies; slowed circulation declines and drove increased consumer revenue through new offers and products
- Served as de facto publisher of CTMG niche media products, RedEye and Hoy; restoring RedEye and Hoy to profitability while reinventing organizations for millennial consumers and digital future
- Led newsroom's cultural and structural shift from print to digital focus; reduced production cost to help drive $2.5 million in savings YOY, while developing new digital approaches and revenues
- Represented Tribune within Chicago community and newspaper industry; forged partnerships on electoral coverage and shared content initiatives while negotiating more favorable contracts with outside vendors

**CHICAGO TRIBUNE,** Chicago, IL                    **2007-2014**
Cross Media/National Content Editor/Perspective Editor
- Spearheaded new product and platform development:
  - Directed the team that created Blue Sky Innovation, the newspaper's first native digital vertical, to cover Chicago start-ups, entrepreneurs and intrapreneurs
  - Led development of the Printers Row app, a companion to our print literary journal that will serve as a content repository, an Ebook marketplace and a gathering place for book lovers

2

- o Initiated partnership with Agate Publishing of Evanston to produce line of Chicago Tribune print books, resulting in award-winning titles and promising sales
- Overhauled events strategy to focus newsroom on high-profile events (Lit Fest, Top Workplaces, etc.) or low-overhead, turnkey events meant to drive engagement with Chicago community
- Fostered new relationship with Advertising to capitalize on innovative revenue approaches while protecting editorial integrity
- Devised new methods of assessing digital performance, aimed at valuing both quality and quantity
- Designed a new system of sharing content and production across Tribune properties:
- Reimagined the weekly commentary section "Perspective" to widen appeal to younger readers, expand beyond foreign affairs, politics and economics and publish more women and writers of color
- Rewarded with four promotions in seven years

**CHICAGO FOREIGN PRESS OFFICE,** Various                                      **1994 – 2007**
**Foreign Correspondent/Foreign Editor**
- Covered armed conflicts, economic collapses and political crises—as well as sports, arts, culture and ways of life—in more than 50 countries. Excelled in bringing distant places to vibrant life, making complex issues understandable and providing first-hand accounts valuable to scholars and historians
- Led Chicago Tribune's Baghdad bureau in 2004-2005, writing hundreds of stories that detailed Iraq's descent into bloody chaos and lent context and humanity to the conflict
- Took point on Tribune's coverage of the U.S. response to 9/11, first reporting from Russia and Central Asia and then as foreign editor in Chicago
- Charted decline of Boris Yeltsin and rise of Vladimir Putin across five years of Russian history, focusing on the Russian people's struggles to deal with their past and build a modern, open society
- Chronicled Mexico's political and economic upheavals during three presidential administrations while capturing a larger struggle across Latin America to shed its legacy of conflict, poverty and inequality
- Promoted to Foreign Editor after two postings, then returned to field of own volition to cover Iraq war

**CHICAGO TRIBUNE,** Chicago, IL                                      **1987-1993**
**Staff Writer/Assignment Editor/Copy Editor**

**DAYTON DAILY NEWS,** Dayton, OH                                      **1984-1987**
**ASHLAND TIMES GAZETTE,** Ashland, OH
**DETROIT FREE PRESS,** Detroit, MI
**DELAWARE GAZETTE,** Delaware, OH
**Staff Writer/Copy Editor**

## AWARDS
- Six Chicago Tribune Media Group Publisher's award in five years, 2011-2015
- Overseas Press Club Award for reporting from Kosovo, 1999
- Pulitzer Prize shared team finalist for "Killing Our Children" series, 1994
- Robert F. Kennedy Memorial Award, Grand Prize and First Place print, shared team winner for "Killing our Children" 1994
- Beck Award for Best Domestic Reporting for series on the conflict between Caterpillar Inc. and the United Auto Workers, 1993

## EDUCATION/TEACHING
**Bachelor of Arts**, Journalism and Creative Writing, Ohio Wesleyan University, Delaware, OH
**Adjunct Instructor,** Medill School of Journalism, Northwestern University, Evanston, IL

3