# EXHIBIT 1

# Online Reputation Assessment, Damage & Repair Expert Witness Report

**Pat Gordon,**

*Plaintiffs*

**v.**

**Board Of Education For The City Of Chicago; Bogdana Chkoumbova, In Her Official Capacity As Chief Schools Officer For The Chicago Public Schools, And In Her Individual Capacity; Laura Lemone, In Her Official Capacity As Network Chief, District 14 For The Chicago Public Schools, And In Her Individual Capacity; Jadine Chou, In Her Official Capacity As Chief Of Safety And Security For The Chicago Public Schools, And In Her Individual Capacity; Michael Passman, In His Official Capacity As Chief Communications Officer For The Chicago Public Schools, And In His Individual Capacity; Debra Spraggins, In Her Official Capacity As Director Of Investigations At The Office Of Student Protections For The Chicago Public Schools, And In Her Individual Capacity; And Jane And John Doe, Employees Of The Chicago Public Schools, In Their Official And Individual Capacities.**

*Defendants*.

**Prepared By:**

*Sameer S. Somal*

**Sameer Somal, CFA**

**CEO, Blue Ocean Global Technology**

# Table of Contents

**SECTION 1: BRIEF OVERVIEW AND CONCLUSIONS** ........................................................... 3

SCOPE OF ASSIGNMENT ................................................................................................................... 4
BASIC FINDINGS AND CONCLUSIONS ............................................................................................. 5

**SECTION 2: EXPERT WITNESS ENGAGEMENT** ..................................................................... 6

ENGAGEMENT SUMMARY: ............................................................................................................... 7
METHODOLOGY AND ASSUMPTIONS ............................................................................................ 8

**SECTION 3: BRIEF SYNOPSIS OF THE FACTS** ..................................................................... 14

BRIEF SYNOPSIS OF THE FACTS ................................................................................................... 15

**SECTION 4: EXPERT WITNESS QUALIFICATIONS** .............................................................. 17

SAMEER SOMAL BIOGRAPHY: ...................................................................................................... 18
ABOUT BLUE OCEAN GLOBAL TECHNOLOGY: ........................................................................... 19
EXPERT WITNESS CASE HISTORY: ............................................................................................... 20
STATEMENT OF COMPENSATION: ................................................................................................ 22

**SECTION 5: FALSE STATEMENTS ON THE INTERNET & SOCIAL MEDIA** .................................. 23

DIGITAL REPUTATION ................................................................................................................... 24
FALSE STATEMENT HARM ............................................................................................................ 26
IMPACT OF THE INTERNET ........................................................................................................... 27
FALSE STATEMENTS IN THE AGE OF SOCIAL MEDIA ................................................................ 28
INTERNET PLAYED A CRITICAL ROLE IN SPREADING COACH GORDON'S NAME ..................... 30
UNFORGIVING, DEFINING, AND VIRAL NATURE OF THE INTERNET ........................................ 31
CANCEL CULTURE ......................................................................................................................... 33
DIGITAL CRISIS ............................................................................................................................. 35

**SECTION 6: HEIGHTENED SCRUTINY WITH EDUCATORS AND COACHES** ............................... 40

WHY THE REPUTATION OF SCHOOL EMPLOYEES IS HYPERSENSITIVE. ..................................... 41
HOW THE ACTIONS OF TRUSTED AUTHORITIES CAN LEAD TO CHARACTER ASSASSINATION AND
REPUTATIONAL DAMAGE .............................................................................................................. 43
THE IMPACT OF FALSE ACCUSATIONS AGAINST AN INDIVIDUAL ............................................. 45
FALSE STATEMENTS ABOUT COACHES AND EDUCATORS CAN EFFECTIVELY BAN EMPLOYMENT OF AN
INDIVIDUAL ................................................................................................................................... 48

**SECTION 7: ONLINE REPUTATION MANAGEMENT** ............................................................ 51

ONLINE REPUTATION MANAGEMENT ...................................................................................52
REBUILD .........................................................................................................................53
MONITOR ........................................................................................................................55
REPAIR ...........................................................................................................................56

SECTION 8: THE NUANCES OF DIGITAL REPUTATION REPAIR ..........................................58

ONLINE REPUTATION MANAGEMENT (ORM) ....................................................................59
SUPPRESSION AND SEARCH ENGINE OPTIMIZATION (SEO) ................................................60
SUPPRESSION & REVERSE SEO .......................................................................................62
CONTENT REMOVAL .......................................................................................................65

SECTION 9: SUMMARY FINDINGS AND DAMAGES ...........................................................68

SUMMARY FINDINGS.......................................................................................................69
RATIONALE FOR RECOMMENDATION OF DAMAGES ...........................................................73
DAMAGES: .....................................................................................................................74
ECONOMIC DAMAGES: ....................................................................................................75
REHABILITATIVE DAMAGES: ...........................................................................................76
PHYSICAL DAMAGES:......................................................................................................77
EMOTIONAL DAMAGES:...................................................................................................78
REPUTATIONAL DAMAGE (DEFAMATION PER SE): ............................................................80

WORKS CITED ...............................................................................................................88

APPENDICES ..................................................................................................................90

APPENDIX A ...................................................................................................................90
ARTICLES AUTHORED BY AND FEATURING SAMEER....................................................................90
RECENT SPEAKING ENGAGEMENTS AND REFERENCES.................................................................90
CONTINUING LEGAL EDUCATION (CLE) PROGRAMS....................................................................90
APPENDIX B ...................................................................................................................90
SAMPLE CAMPAIGN WEBSITES AND PROFILES ...........................................................................90
APPENDIX C ...................................................................................................................90
HARMFUL REPUTATIONAL IMPACT ON SEARCH ENGINES............................................................90
APPENDIX D ...................................................................................................................90
EXAMPLES OF HARMFUL MEDIA..............................................................................................90
APPENDIX E ...................................................................................................................90
DOCUMENTS REVIEWED.........................................................................................................90
APPENDIX F ...................................................................................................................90
MEDIA EVIDENCE..................................................................................................................90

# Section 1: Brief Overview and Conclusions

------------------------------------------
Scope of Assignment
Basic Findings and Conclusions

## Scope of Assignment

As described in further detail below, the basic scope of this assignment is to:
- Assess the media impact of the false statements made or inferred about Coach Gordon.
- Assess the resultant damage to Coach Gordon, focusing on the damage to his reputation.
- Assess the efforts and costs necessary to rehabilitate Coach Gordon's reputation, the best it can be rehabilitated.

## Basic Findings and Conclusions

After a thorough analysis of the record and the media content generated surrounding Coach Gordon, my basic findings and conclusions are:

- The media impact generated by the false statements related to Coach Gordon was substantial, almost unparalleled on a local level for any similar story or circumstance. More specifically, through all the myriad media - print, broadcast, and internet - millions of people were exposed to and viewed the content. As stated in Colin McMahon's report, which I did not rely upon, conservatively at least 2.6 million people were exposed to these stories about Coach Gordon and his colleagues. McMahon's findings are consistent with mine. As my focus is more so on internet and viral exposure, I estimate the total exposure at no less than 3.5 million people worldwide.

- Given the extensive breadth and impact of the media storm generated, the resultant damage to Coach Gordon is, frankly, immeasurable, consisting of multiple kinds of damages: (a) Economic, (b) Rehabilitative, (c) Physical, (d) Emotional, and (e) Reputational.

- No amount of money or time can fully rehabilitate Coach Gordon's reputation. At best his reputation can only be partially restored with a several years campaign cost of $486,000 (the Rehabilitative component of damages). A breakdown of all damages totals:
    - Economic Damages: $1,300,000 - $3,500,000+
    - Rehabilitative Damages: $486,000 - $621,000
    - Physical Damages: $100,000 - $1,000,000
    - Emotional Damages: $250,000 - $2,000,000.
    - Reputational Damages: $4,250,000 *plus* a substantial, appropriate amount for the millions of strangers who only know Coach Gordon as someone who was accused of committing "sexual misconduct" or "serious misconduct" against a student.
    - **Total Damages: $6,386,000 – $11,371,000 *plus* a substantial, appropriate amount for the millions of strangers who only know Coach Gordon as someone who was accused of committing "sexual misconduct" or "serious misconduct" against a student.**

5

# Section 2: Expert Witness Engagement

-----------------------------------------

Engagement Summary

Methodology and Assumptions

## Engagement Summary:

I was engaged by Ginsberg Jacobs, LLC to ascertain and assess Coach Gordon's damages incurred as a result of the false statements made, broadcasted, and published by Chicago Public Schools ("CPS") and its employees related to his removal and subsequent termination in 2020 from his job as a security officer and head coach at Lincoln Park High School in Chicago, Illinois.

A large portion of my professional time as CEO of Blue Ocean Global Technology is spent on actual digital reputation client situations, primarily focusing on assessing and then repairing, to the extent possible, damaged reputations. As such, I feel confident in my ability to approach this case from the lens of both an expert witness and a professional with a track record of successfully mitigating reputational damages originating from false or defamatory statements published on the internet and other media. As a digital reputation expert, I apply my cumulative knowledge and experience to assess an individual's damages and recommend the appropriate course of action to remediate damages moving forward.

## Methodology and Assumptions

- Again, my basic task was to: (1) assess the media impact of the myriad statements made and published about Coach Gordon, (2) assess the resultant damage to Coach Gordon generally and his reputation in particular, (3) assess the efforts and costs necessary to rehabilitate Coach Gordon's reputation, best it can be rehabilitated, and (4) calculate overall damages. The examination process of reputational impact I employed to conduct the necessary analysis included:
- I first developed an initial understanding by reviewing the case documents provided. I then investigated to verify and assess what was reviewed. I then followed a methodology to examine the current, short-term and long-term impact of the harmful search engine results. How exactly did the actions of the defendants and the associated published statements adversely affect Coach Gordon? I also interviewed Coach Gordon.
- The following tools were utilized for assessing search engine results, digital reputation, and each keyword for the first ten pages:
- Google Keyword Planner, Keyword Tool, Moz, SpyFu, Ahrefs, Semrush, Serpstat, SEMScoop, SimilarWeb and The Wayback Machine. Collectively, this information helped me better understand the most-searched keywords, and the extent of the damage to Coach Gordon, evidenced in Appendix C and Appendix D.
  - Ahrefs is a leading SEO software suite with a robust list of features, including backlink analysis, keyword research, and technical SEO audits. With over 1 million users, Ahrefs has become a trusted platform for optimizing websites and driving results. Its large and fast web link index, powerful features, and user-friendly interface contribute to its popularity among marketers and SEO professionals.
  - Google Keyword Planner: Google Keyword Planner is a tool that allows you to research keywords for your Google Ads campaigns. It helps you find the right keywords for your campaign and get your ads to the right customers. You can search for words or phrases related to your products or services, and the tool will help you find the keywords that are most relevant to your business. You can also get suggested bid estimates for each keyword, so you can determine your advertising budget.
  - Keyword Tool is a tool that helps you find keywords for your Google Ads campaigns and other marketing purposes. It uses Google Autocomplete to generate hundreds of relevant long-tail keywords for any topic. You can choose a specific Google domain and language to get keyword suggestions tailored to your target market.
  - Moz is a company that provides SEO software and tools for smarter marketing. It offers a range of products and services to help you optimize your website and increase your traffic. With over 4 million users, Moz is a trusted and widely used platform that helps websites improve their ranking in search engines by an average of 10 positions.
  - Semrush is an online marketing platform that offers various resources and functionalities to enhance SEO, PPC advertising, content marketing, social media management, and competitor analysis. With over 3 million users,

Semrush is a go-to resource for marketers looking to discover and optimize the best keywords, ads, and content for their campaigns. It has helped websites improve their on-page optimization, resulting in increased traffic and conversion rates.

- SEMScoop is a keyword research and content analysis tool that helps you discover thousands of profitable keywords with low competition. It uses real-time calculation for keyword difficulty score, advanced links profile, content quality score, and search volume data to help you optimize your SEO strategy. Boasting over 100,000 visitors per month, SEMScoop has helped websites stay up-to-date on the latest SEO trends and best practices, thus improving their SEO performance.

- Serpstat is an online SEO and digital marketing platform that provides a wide range of tools and features designed to help businesses improve their online visibility, optimize their websites for search engines, and enhance their overall digital marketing efforts. With over 100,000 users, Serpstat has helped websites identify and fix technical SEO issues, thus improving website ranking in search engines.

- Similarweb is an online marketing platform that offers a range of tools and features for SEO, PPC, content marketing, social media, and competitor research. It helps you discover and optimize the best keywords, ads, and content for your online marketing campaigns. The tool, which has over 1 million customers, has helped websites analyze competitors and identify potential marketing opportunities. This has helped improve their SEO performance and increase traffic.

- SpyFu, which has over 250,000 users, is a suite of marketing tools for PPC and SEO competitor analysis. It allows you to check every place your competitors have shown up on Google, including the keywords they've purchased on Google Ads, ad variations they've published, and landing pages they're using for conversion. You can also see the organic ranking history, backlinks, and related keywords for any domain or keyword.

- The Wayback Machine is a digital archive of the World Wide Web that allows you to see how web pages looked in the past. It is a service of the Internet Archive, a non-profit organization that aims to preserve and provide access to historical and cultural artifacts in digital form. With over 500 billion archived web pages, The Wayback Machine has helped websites track website changes over time, thus identifying and fixing potential SEO issues easily.

- I analyzed and reviewed all of the content to determine which keywords are relevant. People primarily search individuals via their given name or used name. In this case, that would include things like "Coach Pat Gordon", "Coach Pat Gordon CPS Sexual Abuse", "CPS Coach Pat Sexual Misconduct", and "Lincoln Park High School Coach Pat." When you type their name in the search bar and unfavorable results appear, even a person completely unaware of events or accusations may develop interest in what took place.

- For context, when a negative content populates on keywords completely unrelated to a person's name, but internet searchers find out about what took place, they often develop an interest and perform additional searches to learn more. The keywords bearing the harmful information are fueled by well-optimized articles, snippets media,

9

and news stories. The more keywords associated with the collective narrative, the more difficult and more resources required to repair a reputation. It effectively is an Internet snowball rolling down a large mountain, growing bigger and faster, and harder to stop.

- After completing analysis on main search results and keywords on Google, I investigated the impact on Google image search results, Google news search results, and Google video search results. Please see sample screenshots below from Appendix C.

- I then repeated the process of research into the search terms and results on the other four major search engines: Bing, Yahoo, Duckduckgo, and Searchencrypt. Please reference the 'Google Search Result', 'Bing Search Result', 'Yahoo Search Result', 'Duckduckgo Search Result', and 'Searchencrypt Search Result' within the Negative Link Analysis Section in Appendix C.

- I reviewed Google autosuggestions for all keywords to gain clarity on how the keyword list expanded and strengthened. Autosuggestions are the predictive search queries that appear as dropdown options when users begin typing in a search engine's search bar. They are generated based on search engine algorithms, which analyze search patterns, user behavior, and popular keywords. When users type a base keyword into the search bar, the search engine's algorithm predicts and displays a list of suggested search queries related to the entered keyword. These suggestions aim to assist users in finding the most relevant information quickly. Auto suggestions have become an integral part of search engines, influencing the way people discover information. They can be helpful in quickly directing users to desired information, especially if one is unsure how to spell something or lacks the full details on a particular subject. However, they also have the potential to shape public perception and perpetuate attention toward negative topics. Please see sample screenshots below from Appendix C.

- As regards damage calculations, as a general matter, when assumptions need to be made, I make conservative assumptions, meaning my calculations and ultimate conclusions likely understate the total amount of damages.

- Because damages are dependent on liability, liability is assumed.

- As the massive Internet coverage makes clear, the major false statements related to Gordon generally include: (1) references to "sexual misconduct," (2) references to "adult on student sexual misconduct," and (3) references to "serious misconduct."



Appendix C & Page 18

11



Appendix C & Page 19

12





Appendix C & Page 12





Appendix C & Page 12

13

14

# Section 3: Brief Synopsis of the Facts

## Brief Synopsis of the Facts

For purposes of my analysis, the facts are relatively narrow and, in many respects, uncontested:

1. Prior to the events giving rise to this case, Pat Gordon worked and coached at Lincoln Park High School ("LPHS" or "school") over two separate periods spanning about a decade without incident. He also previously worked in multiple schools, as both a coach of multiple sports and as an employee, without incident. In short, he had an unblemished prior work record.

2. Likewise, prior to the events giving rise to this case, Pat Gordon was universally respected and beloved by students, players, parents, and peers.

3. Prior to the events giving rise to this case, his internet presence was largely limited to his coaching, with only positive exposure and content. Based on his prior, limited Internet presence, he was a private person (not a public figure). But that changed dramatically and irreversibly starting in 2020.

4. On January 8, 2020, without any notice or explanation, CPS abruptly suspended him, claiming Coach Gordon had taken the boys' basketball team on an "unauthorized" trip to Detroit for a holiday tournament the week before.

5. It was alleged by a parent not on the trip that students on the trip – not any adults – may have had sexual relations in a hotel room the last night of the trip, and that Coach Gordon somehow knew it or learned of such activity in the days afterward and failed to report it. The original allegation by the parent who was not on the trip was that a girl was raped by three members of the team, and that allegation was false. At most, a boy and girl had consensual sex. Portions may have been videotaped by the boy.

6. The parent also claimed that Coach Gordon and/or his replacement, Donovan Robinson, later "retaliated" against his son by reducing his playing time. With respect to Coach Gordon, however, this seems implausible since he was removed before the team played any more games after the Detroit trip.

7. Over the next three weeks – from Coach Gordon's suspension on January 8, 2020 through January 31, 2020 – CPS fired or suspended five other school leaders. - John Thuet, Michelle Brumfield, John Johnson, Donovan Robinson and Larry Washington (together they are the "Lincoln Park Six").

8. CPS' abrupt suspensions and terminations of the Lincoln Park Six triggered immediate attention, media reports, and outcry by the community. CPS' actions garnered national attention with Pat Gordon specifically identified in dozens – perhaps hundreds – of print and broadcast reports.

9. The next school day, on Monday, February 3, 2020, CPS held a public meeting at the school to try to quell the tremendous unrest and outrage over CPS' actions.

10. At the meeting Defendants restated and confirmed the terminations and suspensions of the Lincoln Park Six. During the course of the Meeting, Coach Gordon was identified

15

by name amidst the repeated discussion and reference to "sexual misconduct," "adult misconduct," and serious misconduct.

11. At the meeting, through slides and statements, Defendants emphasized that some adults were not only accused of mishandling alleged "student on student" misconduct, but that some adults themselves were accused of committing "adult on student sexual misconduct." But when they did so, they did not distinguish or make clear which of the Lincoln Park Six was accused of the more serious charge of "adult on student sexual misconduct." Moreover, it was never explained or identified that the "adult on student sexual misconduct" charge related to just one adult relating to a text message, not anything physical or facially sexual in any way. It was a potential grooming claim. But that was never explained to the audience.

12. Not until Monday, June 22, 2020, at 4:14 pm, almost six months later, did CPS tell Gordon what he was "charged" with. CPS sent Gordon an email that included the charges and (finally) provided parts of its investigative file, which was large, and was highly redacted, disorganized, and in some places, contained illegible documents.

13. He appealed his termination through his union, which process is on-going.

14. Because of his termination from LPHS and the related mass publicity, Coach Gordon's life and career have been destroyed.

15. Coach Gordon's goal was always to become a college coach. Before CPS terminated and issued statements related to him, Coach Gordon was in discussions with college programs about joining their staff(s). He had even been contacted by some Division I coaches. Not surprisingly, the false statements made by Defendants and related publicity have ended all inquiries and discussions. He has been functionally unemployed from coaching since the media storm generated by Defendants' statements and actions.

16. Coach Gordon only obtained full time employment recently (in 2023), meaning he went approximately three years without full time employment. But even with a job now, he remains unable to secure a coaching job, his passion and desire for a career.

17. The stellar reputation Gordon earned and garnered is now vastly diminished and decimated online. He remains subject to ongoing ridicule and shame.

18. His desire and goal remains unchanged: to coach.

16

# Section 4: Expert Witness Qualifications

----------------------------------------

Sameer Somal Biography
About Blue Ocean Global Technology
Expert Witness Case History
Statement of Compensation

## Sameer Somal Biography:

Sameer Somal is the CEO and Co-founder of Blue Ocean Global Technology.

Mr. Somal writes and frequently speaks at conferences about digital transformation, online reputation management, internet defamation, search engine optimization, social media, and professional ethics.

Fundamental to his work at Blue Ocean Global Technology, Mr. Somal leads a team of multi-industry professionals focused on public relations, law, digital marketing, and technology development. Through Blue Ocean Global Technology, Mr. Somal helps clients build, monitor, and repair their digital presence/reputation.

In collaboration with the Philadelphia Bar Foundation, Mr. Somal has co-authored Continuing Legal Education (CLE) programs on defamation and related topics. Mr. Somal is also a past member of the Legal Marketing Association (LMA) and the Education Advisory Council (EAC).

Mr. Somal also proudly serves on the national board of Future Business Leaders of America and is a Co-Founder of Girl Power Talk. Mr. Somal is a member of the International Business Fellows (SIBF) and a CFA Institute 2022 Inspirational Leader Award recipient.

Articles Authored By and Featuring Sameer - Appendix A
Recent Speaking Engagements and References - Appendix A
Continuing Legal Education (CLE) Programs - Appendix A

18

## About Blue Ocean Global Technology:

Blue Ocean Global Technology is a team of global professionals committed to learning, excellence, and helping our clients - both individuals and entities - achieve optimal results when it comes to repairing, building, and protecting their online reputation.

Blue Ocean Global Technology creates and promotes top digital assets which accelerate growth and brand equity. We effectuate comprehensive reputation management services, which often include Search Engine Optimization (SEO), Social Media Marketing (SMM), and web development. When an individual or organization faces a reputation crisis, or legal or public relations issues that involve the internet, we specialize in mitigating the impact of the defamatory content and repairing the negative reputational damages.

## Expert Witness Case History:

- Vilma Nokaj v. North East Dental Management, LLC, formerly known as Garden State Dental Management, LLC, d/b/a Family Dental Group, Dr. Michal Gelbart, Dr. Fred Friedman, Dr. Lawrence Stein, Virginia Wicke, Carolyn Totillo, Justine Antonatos, and Maria Farides, Also referred to as Nokaj v. NEDM, et al
- Atmosphere Hospitality Management, LLC, v. ZelJkaCurtullo, Shiba Investments Inc., and Karim Merali
- Iryna Boyko v. Benny The Bum's Restaurant and Vladimir A. Mosendz
- K.G.S., individually, and as Guardian and Next Friend of Baby Doe v. Thehuffingtonpost.com, Inc., d/b/a The Huffington Post; MirahRiben; David G. Kennedy; The Kennedy Law Firm; Amber Geislinger; WALA-TV; Meredith Corp.; WBRC, LLC; Raycom Media, Inc.; and Fictitious Parties "A-Z,"
- Susan Edwards v. Aegis Wealth Group, LLC dba Everspire, and Gerilyn Merrill
- Christopher Brown v. Damon Dash; Poppington LLC d/b/a Dame Dash Studios; The Dash Group LLC; and Raquel Horn
- Monique Bunn v. Damon Anthony Dash, Dame Dash Studios d/b/a Poppington LLC, Raquel Horn and The Dash Group LLC
- John Cooksey v. Roosevelt Benford
- Adam M Ludwin, Esq., Ludwin Law Group, P.A., & Joanna Zeitlin, Plaintiffs v. Matthew B. Proman, A/K/A Matt Proman
- Lawrence A. Dordea v. Maggie Freleng, Obsessed Network, LLC., Sue L. Gless Thorne, John W. Hardin & Jason C. Baldwin
- Aris Hines & Brandi Thomason v. Terry S. Johnson, individually and in his Official capacity as Sheriff of Alamance County, Randy Jones, in his official capacity as Deputy Sheriff of Alamance County, John Doe Corporation, in its capacity as Surety on the Official Bond of the Sheriff of Alamance County, NGM Insurance Company, and Doe Deputies 1-10
- Idlibi, Ammar, A v. Hartford Courant Co.
- Rick Dobbins & Kate Preston v. Raul Harris & Desert State Mortgage, LLC
- Jay Lopez v. OFC. Collins, et. al
- Board of Directors of Wilmington Education Organization and Wilmington Education Organization d/b/a Coastal Preparatory Academy v. Shandra Gilles
- GOLO, LLC v. Goli Nutrition Inc., et al
- Nested Bean Inc. v. Dreamland Baby Co.
- Dennis P. Block, Individually and doing business as Dennis P. Block & Associates, Hasti Rahsepar. An individual, Paul Eric Gold, an individual, Azam Riesen, an Individual, vs. John Doe, Brett Schulte, an individual, Daniel Bramzon, an Individual; BASTA Inc, a California Corporation And Does 4 Through 50
- Uri Ottensoser v. Meta Platforms LLC

20

- Providence Capital Funding Inc v Lozamira Inc, Rosa Lozano, Maria, Miramontes, Karina Miramontes, Gerardo Lozano, Fernanda Lozano and Does 1-20
- Leslie Lilien v. Olaplex, Olaplex Holdings
- Damon Fryer v. Parker Nirenstein

21

## Statement of Compensation:

22

Sameer is normally compensated at $800/hour, which includes research, investigation, testing, analysis, writing, reading, interviewing, responding, and time required to author his expert witness report. All payments are made to Blue Ocean Global Technology, LLC.

# Section 5: False Statements on the Internet & Social Media

-----------------------------------------

Digital Reputation

False Statement Harm

Impact of the Internet

Internet False Statements in the Age of Social Media

Internet played a critical role in spreading Coach Gordon's name

Unforgiving, Defining and Viral Nature of the Internet

Cancel Culture

Digital Crisis

## Digital Reputation

Traditionally, a reputation was built mostly by word-of-mouth and in-person interactions, which would often take years, or decades, to cultivate and maintain. But in the age of the internet, it now takes just seconds for people to publish something online that, regardless of its truth, can cause significant damage to a person's or business's reputation because the false content can quickly spread to millions of people on the internet.

In the grand scheme of history, the internet has existed for only a very brief period of time, even if you include its origins as a US Department of Defense project in the 1960s and 1970 (Featherly, 2016)[1].

Over the past 20 years, the internet was adopted by millions, and then billions, of people. Nothing could be more mainstream and ubiquitous. The most common bond the majority of our planet's eight billion inhabitants share is the use of the internet. Since the turn of the new millennium, online searches and our reliance on all things digital have become a reality for most of the world's population. Social media is now a primary medium and location for spending time and communicating information. Although each person's motivation for using social media (and the internet in general) varies, the central purpose is almost always to share and to learn. The internet gives its users nearly unlimited opportunities and avenues through which to share opinions, talents, thoughts, pictures, videos, and even private and confidential information across communities and groups of followers, both small and large. This exponentially expands people's potential exposure to undesirable or offensive content. Internet users have both the freedom and the burden of determining the truth of the shared content they see—and of reacting accordingly. Over the past 10 years, our lives have moved online. Whether it's Google Maps, Facebook, Amazon, Yelp, or Uber, we are increasingly dependent on the internet and our smartphones. Internet users have grown by 82 percent, almost 1.7 billion people, since January 2012 (Kemp, 2017)[2]. That translates to almost 1 million new users every day or more than 10 new users every second. According to Statista, as of April 2023, approximately 5.18 billion people were active internet users. Of these, around 4.8 billion were active social media users (Petrosyan, 2023)[3].

While many people view their social media and professional lives as separate, technology has blurred the lines between the two. According to a recent survey by CareerBuilder, roughly 70% of employers regularly use social media to assess prospective hires, and 48% have used social media to check in on current employees (CareerBuilder, 2018)[4]. More than half of surveyed employers have opted not to hire a candidate after finding questionable content on their social media feeds. Moreover, 18% of employers have fired an employee for issues related to social media posts.

Every internet search yields a Search Engine Results Page (SERP). Every second, there are 63,000 Google searches, which total to 5.5 billion per day (Reid, 2021)[5]. We Google everything because it is fast, easy, and we literally have all of the information in the world at our finger tips, for better or worse. We Google everything because it is so easy to do. This includes things like researching a new neighbor, researching the best school for your child, running a

24

background check before hiring a new employee, or Googling the particulars of your child's new soccer coach.

If a parent or a school administrator is looking to hire a coach or a sports teacher, the administrator will usually include a search of the internet for information. They are then faced with making a decision after determining if this is an individual with positive information, an individual with no information, or an individual with negative information. In my experience, regardless of whether what they read is true, they are likely to decline hiring an individual with negative information in favor of those candidates with a positive or neutral narrative and profile. Unfiltered access to information at our fingertips creates a seemingly unlimited supply of substitutes and alternatives. Fair or not, most people simply don't have the time or motivation to conduct an in-depth investigation to see if anything negative they read is true or not.

As such, the value of an individual's or company's digital first impression and online presence are critical. A digital first impression can cement the image of an individual like Coach Gordon. Many of the opportunities presented to us come based on our reputations. A digital reputation is now often the foundation for how people are perceived and subsequently judged. Our dependence on the internet has "linked" an individual's or entity's digital reputation with opportunities, success, and failure. Our online presence affects the quality of the lives we live.

When content is false and part of a larger story line defining an individual, like the large volume of cohesive, negative, and false statements made by the Defendants about Coach Gordon and his fellow employees at LPHS, the proliferation of the false content can be disastrous to the lives of false statement victims. While it is ideal that content be verified for accuracy, it is regretfully not possible in the case of many false statement victims such as Coach Gordon. This is at the heart of why the false statements here are so catastrophic. When someone's identity is defined by false publications, they do not have the option of an alternative narrative. The public more often than not assumes that the false publications are true. Additionally, they are deterred from entering a relationship with the individual.

Because most people conduct research and often judge an individual or business by the information found online, it is vital that the information available is truthful. Unfortunately, for Coach Gordon, his digital reputation and identity have become both defined and destroyed by the false narrative created by Defendants' statements disseminated across both traditional and digital communication channels.

Eric Schmidt, Google's first CEO, was prophetic when he was quoted as stating: "Identity will be the most valuable commodity for citizens in the future, and it will exist primarily online." —Eric Schmidt, CEO of Google (2001 – 2011). Mr. Schmidt's quote has only grown in relevance with the growth and infiltration of the internet into our daily lives.

25

## False Statement Harm

False statements result in damage to one's reputation, often harm their mental tranquility, and can cause myriad other damages as well.

Here, Defendants' statements (mis)attributed Coach Gordon of having committed, or at least being accused of having committed, at least three things:

- Sexual misconduct
- Adult on student sexual misconduct
- Serious misconduct

Defendants' statements triggered an avalanche of press – much of it created by Defendants' actions – which in turn subjected Coach Gordon to distrust, ridicule, and shame, along with the dissipation of years of hard work toward building his stellar reputation. The irony is the statements directly contradict Gordon's history and prior reputation. Coach Gordon was viewed as a disciplinarian and one of the more stricter coaches in the city. He enjoyed a reputation for always putting kids before winning. His biggest goal in being a coach has always been raising responsible young men and making them accountable for their actions. It is the path that coach Gordon consciously follows. As such, the media storm created attributed to him is in direct contrast to how he lived his life to date.

26

## Impact of the Internet

In the physical world, it is easier to identify the person making a statement, and the damage caused can be assessed from the number of people that it might have reached. But with the internet, the reach of false content involves a massive scope because that content can be read by almost anyone, and it will usually remain ever-present on the internet. Consequently, when the internet spreads false stories, damages can be exponentially more damaging and more complex.

Unfortunately, Coach Gordon and his colleagues have experienced and continue to experience the expensive and inherently unique and complicated set of issues and damages presented by false statements spread on the internet.

## False Statements in the Age of Social Media

The traditional avenues for communication used to be physical print media, television, and radio, with each limited in their respective ways. Conversely, with society's mass adoption of social media and the internet, the use of traditional media has become fragmented. Social media is now an integral part of the internet in terms of the methods of communication in modern society (Lewis, 2015)[6]. It possesses qualities that make it a preferred platform for sharing thoughts and comments with the world, for better or worse.

The ways in which traditional avenues of communications mitigated the threat of damage to a person's reputation include, but are not limited to, the following:

- **Cost**

    In a time when mass printing, television, and radio were the preferred avenues of communication to the masses, it was an expensive undertaking to publish defamatory content to thousands of people, let alone the tens of millions of individuals who now have access to the internet. Those spreading false messages simply lacked access to a wide audience.

    Conversely, the internet is widely available to almost everyone. Consequently, almost everyone on the internet can be accessed by anyone desiring to publish content, whether defamatory or otherwise, with little, if any, upfront cost. In short, when it comes to publishing materials, whether true or false, there are few, if any, barriers to entry.

    Moreover, the devices on which the internet can be accessed are generally affordable. They are carried with us wherever we go in the form of mobile phones and are even available to access for free at public institutions. Accessing the internet has become very affordable for almost everyone resulting in a huge number of users who either might be the source of false content or may form part of the greater audience false content can reach in a matter of seconds.

- **Convenient Use**

    The use of social media, and more specifically the use of various web applications, has made it very convenient for individuals to share their thoughts and opinions about any topic, person, or entity. Anyone having access to the internet can therefore conveniently share their thoughts, materials, or videos by using a website, blogs, vlogs, or comment sections. Hence, someone can participate in any discussion without expertise or being a trained professional in the field. Social media platforms and applications also facilitate the download of any material posted online very quickly and easily. This convenience of use has opened an opportunity for sharing unrestricted and non-scrutinized content online, which can be viewed by anyone worldwide. It has therefore become more susceptible to posts that threaten and affect individuals' reputations.

- **Widespread Outreach**

As discussed earlier, social media platforms reach anyone without the traditional restrictions associated with geographical location. This content can be accessed by users located anywhere around the world, thus exponentially expanding the potential for damages realized by victims. Moreover, the global nature of social media platforms connects a world-wide audience to a variety of content, which can make a precise quantification of damage incurred by victims because of false content difficult.

- **Widespread Outreach**

## Internet played a critical role in spreading Coach Gordon's name.

The internet, Google search results, and social media platforms work together in such a way that a single post can reach millions of people in no time and amplify the story's exposure. By Defendants' courting and involving the media, the situation quickly and continuously worsened for Coach Gordon and his colleagues. Various media outlets and channels ran the false and vague stories, which led to the creation of similar posts and headlines on social media platforms. The exposure to the unfavorable content compounded, which led to more people viewing and engaging with the negative content. It was a classic snowball effect. The damages inflicted upon Coach Gordon increased with the passage of time as more and more articles, videos, and references became public.

As part of my investigation in this case, I interviewed Coach Gordon, who painfully shared his experience living through the ordeal, which remains ongoing. He remains perplexed as to how and why the false allegations were pinned on him and his colleagues. He feels like he has been made the scapegoat here. He described how it took six months just to learn what he was actually accused of and then had a week to defend himself before a judge and jury composed of CPS internal legal team employees. Even after all that time, the conclusion was that Coach Gordon should not be rehired and that he should not continue working for CPS. Coach Gordon feels devastated that CPS never sought to own up and fix the situation, but rather continued to anchor themselves to the erroneous accusations. The events left Coach Gordon with a lot of questions, and many of those questions remain unanswered to this day.

The ordeal has materially affected Coach Gordon's personal and professional reputation, which remains on-going. Since social media is used as a platform for free expression, whether someone agrees or not, it is dangerous to anyone who is a victim of false statements. Applied here, the evidence contained in Appendix C, Appendix D, Appendix E, and Appendix F highlights the extent to which complete strangers were engaging with and commenting on the false posts. The negative and false information that disseminated across all available media and news channels directly resulted from the Defendants' actions.

These inherently false publications have compromised Coach Gordon's standing in society and his ability to live a normal life as he did before the incident. Now many perceive Coach Gordon within the context of being accused of "serious misconduct" and "adult on student sexual misconduct." It is a stain that is impossible to completely erase. And as his last three years of unemployment and inability to obtain a coaching jog indicate, the harm is not theoretical. It is real and on-going.

30

## Unforgiving, Defining, and Viral Nature of the Internet

Viral news stories are often reposted, rewritten, republished, or syndicated on other (affiliated and non-affiliated) sites, networks, and social media platforms, sometimes attracting a viewership of millions long after the original story has been debunked. It is a vicious cycle: the viral spread of a story or piece of information triggers a cascade of internet searches on the topic. This in turn leads to search engines and social media algorithms identifying and optimizing for keywords related to that topic, which spreads the news even further. Furthermore, when users engage with the story by sharing, "reacting to," or commenting on it, search engines track that interest and adjust to it—again, regardless of the actual veracity of the story in question—often pushing it (and other related stories) higher up in search engine results.

The Chicago Tribune highlighted research conducted jointly by Columbia University and the French National Institute, which found that 59 percent of links shared on social media are shared without their related stories having been read first (Dewey, n.d.)[7]. This underlines the fact that people are generally uninterested in investing the time and effort necessary to confirm the truth of a matter and will often blindly accept information served to them via social media if it strikes them emotionally or confirms their beliefs. With respect to the internet and the nature of "viral" content, two basic ideas must be explored: novelty seeking and the information gap theory of curiosity. First, our brains are hardwired to search for novelty (Cooper, 2013)[8]. We can grow tired of seeing the same ideas repeatedly over a long period of time.

New and unique things catch our eye. This phenomenon has reached the point where people using GoFundMe and other fundraising sites to cover their medical expenses will try to make their stories unique and novel so they will go viral (O'Neil, 2017)[9]. In response to seeing new things, we have become motivated to explore more, which on the internet, is always just one click away. This leads to the second issue: George Loewenstein's information gap theory of curiosity asserts that human beings will often act to fill the gap between what they know and what they want to know (Lehrer, 2010)[10]. We are, by nature, obsessed with information and have a deep curiosity about the world and the social media feeds provide us both novelty and new knowledge more easily and faster than any previous form of media in human history. Our natural curiosity can be satisfied with a click or a scroll down an endless social media feed, whether the feed provides truthful information or not. A strong or surprising news story can garner a lot of attention. Humans can feed on confirmation bias and having their existing beliefs reinforced. When people encounter reinforcing information online, they typically share it, which means everyone in their social circle is exposed to the same information, further strengthening the bias. This burst of sharing leads to search engines identifying the topic as "trending" and to stronger optimization of keywords in search results. This cascade of events can be incredibly dangerous, such as when, in the wake of a disaster or crisis, people increasingly seek out not the facts of breaking news, but websites pushing conspiracy theories and dangerous misinformation (Starbird, 2017)[11].

Regrettably, negative information on the internet can create a kind of domino effect in the media, with news sites and platforms publishing increasingly loud, buzzy headlines in hopes

31

of attracting more attention and staying in the loop of the latest trending news and topics. In the internet age, both companies and individuals must focus on Online Reputation Management (ORM) to be successful and avoid negative content. One such phenomenon which speaks to the heart of this alignment is the development of "Cancel Culture."

## Cancel Culture

Cancel culture - the phenomenon of promoting the "canceling" of people, brands and even shows and movies due to what some consider to be offensive conduct - is actually not a recent societal concept. (Kato, 2021)[12]. But it is an expanding and exploding one, again largely due to the internet's instant reach and effect.

"Cancel culture is an extension of or a contemporary evolution of a much bolder set of social processes that we can see in the form of banishment…" "[They] are designed to reinforce the set of norms."  Dr. McCorkel also acknowledged that while it depends greatly on the issue at hand, there's a difference between canceling a type of behavior that is collectively agreed on as "bad" utilizing #MeToo and condemning workplace sexual harassment, for example, and canceling one particular person without discourse.

Coach Gordon and his fellow colleagues from LPHS jointly being wrongly accused of offenses as grave as sexual misconduct are among the most vulnerable to damages resulting from the internet sweep. As studies show, those most vulnerable to harm tend to be individuals previously unknown to the public, like the communications director who was fired in 2013 after tweeting, from her personal account, an ill-thought-out joke about Africa, AIDS and her own white privilege (she landed another job six months later) or the data analyst who was fired last spring after tweeting, in the wake of protests against the death of George Floyd in police custody, a study that suggested that riots depressed rather than increased Democratic Party votes (his employer has denied that the tweet was the cause for his dismissal)" (Mishan, 2020)[13].

The false statements disseminated and further published about Coach Gordon included allegations which society deems abhorrent, shameful, and even criminal such as: "sexual misconduct" and "adult misconduct." The Defendants' actions led to complete confusion in terms of false and incomplete explanations of the facts backing these allegations. They emphasized the point to make clear that some adults were not only accused of mishandling alleged "student on student" misconduct, but that some adults themselves were accused of committing "adult on student sexual misconduct." Such a grave - but vague - statement sparked unwanted rumors naturally leading people to indulge in speculation.  As discussed above, when stories are vague, people naturally fill the voids with more speculation.

On Monday, February 3, 2020, CPS held a public meeting at the school to try to quell the tremendous unrest and outrage over CPS' actions (the "Meeting"). Defendants LeMone, Chou, Spraggins, and Chkoumbova all spoke and addressed the audience and spoke for about 90 mins using a power-point presentation magnified on the auditorium screen.

At the meeting Defendants restated and confirmed the terminations and suspensions of the Lincoln Park Six. During the course of the Meeting, Coach Gordon's name was spoken amidst multiple references - on the slides and verbally - of "sexual misconduct," "adult on student sexual misconduct," and "serious misconduct."

33

Defendants emphasized that some adults were not only accused of mishandling alleged "student on student" misconduct, but that some adults themselves were accused of committing "adult on student sexual misconduct." But when they did so, they did not distinguish or make clear which of the Lincoln Park Six was accused of the more serious charge of "adult on student sexual misconduct."

Not only would any allegation of "adult on student sexual misconduct" be proven false, there were – in fact – no credible allegations of "adult on student" misconduct made against anyone. None of the Lincoln Park Six committed any sexual misconduct. CPS never found any to have done so. Moreover, it was never explained at the meeting what the alleged "adult sexual misconduct" was. Nobody ever explained it was nothing physical and related to a non-sexual text message about basketball a parent (high ranking CPS employed parent who runs OSP) claimed was potential grooming.

*The meeting largely formed the basis for the media storm that followed.*

The series of posts, headlines, and trolls that followed resulting from the media coverage initiated by the school authorities evoke the same behaviors observed in the "cancel culture" phenomenon. Like other individuals previously unknown to the public who are the most vulnerable victims of cancel culture, Coach Gordon and his colleagues continue to be subject to the danger of disassociation or banishment with each and every personal interaction or perspective opportunity between him and members of the general public. This is so because after members of the general public are exposed to the false statements about Coach Gordon on the internet, they have the power to determine whether they choose to disassociate from Coach Gordon, without discourse or the search for actual truth. The damage is done with Coach Gordon having little to no opportunity to cure it himself. Most of the time Coach Gordon will never know who chooses not to associate with him or why because they simply will not engage or explain to him why. Few people approach someone to tell them why they won't associate with them. Furthermore, the fact that CPS did not just terminate Gordon from his job as a security officer and coach at Lincoln Park High School, it effectively terminated him from all employment, but especially the employment to which he had devoted his life: coaching.

Consequently, Coach Gordon's reputation continues to be damaged by the Defendants' actions and statements and will likely forever remain so since a single click of his name and school instantly brings a searcher negative, distressing information about Coach Gordon.

34

## Digital Crisis

If the past few years have shown us anything, it is that a digital crisis can come from almost anywhere and, more dangerously, can be created out of almost nothing. The speed at which information travels on the internet means that the veracity of a crisis is almost immaterial. As our reliance on the internet has made absolutely clear, a controversy can arise based upon a factually inaccurate premise, a mistake or misunderstanding, or in some cases, the issue may be a product of a complete fiction.

These decisions are made so quickly that individuals have almost no hope of eliminating the damage caused by them in a timely manner. Moreover, the internet is set up in a way that is easy to post defamatory content, but it is costly and time-consuming to take it down.

A narrative amplified by the internet, regardless of its legitimacy, can quickly become set in stone. Individuals who traditionally do not depend on their online reputation are the most vulnerable to the damages caused by a digital crisis. Their comparative disadvantage relative to large corporations is rooted in their lack of resources, relationships, and clarity on how to prepare for or react to defamatory content flooding the internet. Moreover, because many individuals traditionally do not maintain an online presence or know how to manage it, when the internet is flooded with false content, it often is prioritized by internet search engines, which leads to either:

a) The false content is the dominating content visible on the internet due to a relative prior lack of digital presence by the defamed party, as is the case here with Coach Gordon; or
b) The false content appears as a priority in the search engine results, thereby suppressing any truthful content and forcing the truthful content to appear far down in search results, again as is the case with Coach Gordon.

Because of this, an "average Joe" has little chance of ever fully reclaiming his reputation after it has been damaged due to false statements disseminated far and wide by a powerful speaker with a loud megaphone, like Defendants wielded here.

In my opinion, as a result of the wide dissemination of the false content, the reputation of Coach Gordon was placed in a state of "crisis" and damages incurred by him continue to compound.

Immediately after Coach Gordon's name was made public, his name was broadcast wide and far, with many print and broadcast media outlets reporting the community meeting and thereafter re-broadcasting the false statements and impressions Defendants had made about Coach Gordon.

35



Appendix C & Page 15



Appendix C & Page 16



Appendix C & Page 17

The expansive portfolio of negative digital content created and reposted by various media channels is a clear example of the unforgiving and viral nature of the internet.

Because of the nature and sensitivity of Coach Gordon's job associated with education and children, his reputation has been forever damaged.

Because he had little to no prior internet presence, the false and misleading stories and posts adversely affected his personal and professional reputation.

Because of Defendants' numerous false statements that they proactively disseminated, some of which incorporated pieces of truth to enhance the believability of their statements, it seems clear that Defendants actively sought to create, and then maintain, a narrative that placed and then maintained Coach Gordon in a false light. Whatever their intent, that was the ultimate effect of their actions and statements.

# Section 6: Heightened Scrutiny with Educators and Coaches

----------------------------------------
Why the reputation of a school employee is hypersensitive
How the actions of trusted authorities can lead to character assassination and reputational damage
The impact of false accusations against an innocent individual
False statements about coaches and educators can effectively ban employment of an individual

# Why the reputation of school employees is hypersensitive.

Everyone's reputation is, of course, fragile and important, but the reputations of school employees and coaches are especially fragile because they work with children. As a society we hold educators to a higher standard - ethically and morally - than we do for most other professions. In fact, teachers rank third among all professions in "trust and honesty" (nurses and doctors are first and second). – Gallup Poll 2022 (Saad, 2022)[14].

Because we hold our educators in such high esteem - and in turn have such high expectations for them - when they break that trust it is magnified. It is also especially newsworthy because, again, it involves children. Stories of breaches of teacher and coach misconduct as relates to entrusting kids are magnified because it reflects an unexpected breach of trust over most people's most precious thing: their children. Parents entrust their children's well-being and safety to educators and coaches on a daily basis, which creates a powerful emotional force. When that trust is broken, it triggers fear, which sells. There is a huge emotional pull because, again, it involves children.

Of course, when the stories are true, there is little harm and arguably the stories serve as a public service of sorts warning the community to stay vigilant and that even in the most trusted professions, there are some bad apples. When such news reports appear, parents often become fearful. Naturally, parents at the school from where the report emanates usually become especially concerned, if not incensed, and when the allegations involve "sexual misconduct" the scrutiny - and press - are especially magnified. In such cases, it has all the ingredients of a perfect storm.

Though reports of sexual misconduct are of course the most serious, often any teacher or coach misconduct that involves students is newsworthy. For instance, in 2017 an Illinois teacher was charged with battery after throwing an electronic device in a student's face, while two years earlier a first-grade teacher in Florida lost her job after school officials said they found her drunk in class.

When school "misconduct" is reported - whether "sexual" or "regular" misconduct - nearly every such story comes as a shock to the officials and parents of the schools involved because of the breach of trust the misconduct represents. As a result, the news stories then amplify the misconduct, covering the shock in depth, often with quotes from parents and teachers for effect. Of course, school administration and leaders are pressed by the media (and families) to make statements and respond, so there is an immediate spotlight that often quickly intensifies. In short, school misconduct stories are news that sells. Parents and non-parents alike gravitate to news of scandals, prompting news organizations to jump on such stories, which results in even wider coverage based on internet algorithms.

## PE Teachers and Coaches

Physical education teachers and coaches face unique issues in terms of reputation for a simple reason: unlike with "regular" teachers, they are in literal, close physical proximity with the children, sometimes alone or one-on-one, including in locker room settings, often during non-

41

school hours and on weekends, which is often where and when the infrequent, but real, incidents of sexual misconduct take place.

This leaves PE teachers and coaches especially vulnerable as they are open to an even tougher line of scrutiny. A charge of misconduct against a coach may carry more weight than the same charge against a history or science teacher because of their access to children in more vulnerable settings. This in turn means a report of any misconduct, but especially sexual misconduct, against a coach carries instant, heightened scrutiny and belief, whether or not the allegations are indeed true or false. In short, a teacher's or coach's reputation is especially vulnerable.

## The Weight of Administrators

When misconduct of any sort occurs, school officials often make public statements and take action ranging from putting the educators involved on paid leave to firing employees.

Naturally, because school leaders are in charge of the school and system, their statements and actions take on heightened meaning. When they remove teachers and staff and issue public statements relating to the removals, it naturally places the removed staff member under scrutiny and under an instantly negative light. This is customarily why - when only allegations have been made and nothing has yet been proven - school districts do not identify or name the accused and removed employee because doing so will forever tarnish the employee's reputation, no matter whether they are subsequently cleared of the charge. Parents and communities naturally put great stock in statements and actions of school administrators and district officials. After all, these are the people communities hire to run our schools and monitor the safety of our children, and thus the general public is disposed to take their response to incidents very seriously. Sometimes however when administrators prioritize student safety and school integrity, they neglect protecting employees' reputations.

When false accusations are made, they can destroy careers and reputations. Though legal proceedings might mitigate damage caused, there's no way to "unring the bell."

42

## How the actions of trusted authorities can lead to character assassination and reputational damage

Public officials of all sorts may be forced to respond to incidents of school misconduct, often immediately and with little opportunity to investigate and first learn what actually happened. The statements they make and the actions they take often can have a damaging and permanent effect on the reputations and careers of the people involved. And often the officials have little training in how to deal with such situations. Municipal officials face similar issues with incidents such as police misconduct and alleged corruption. The interests of the accused are often disregarded in the name of "public safety." Though in the court of law the accused is "innocent until proven guilty," in the court of public opinion, the accused - and especially accused teachers and coaches - are often deemed instantly and forever "guilty until proven innocent," and even then, they often remain "guilty" in the public's eye depending on how they were initially portrayed and the scope of the original reports.

### The Weight of Authorities

Because public officials are seen by the public as trusted authorities, their actions and statements take on extra weight. As such, their statements - if false - can disproportionately harm the reputations of those to whom the false statements are directed. And this is especially so when it comes to public officials making statements about teachers and coaches given their role with children. While politicians may be known for exaggeration or outright lies, school officials are considered by the public as trustworthy and reliable. In short, because of their positions, what they say is generally viewed as reliable and true.

This dynamic creates special problems when these officials are responding to incidents of alleged misconduct. Such incidents may put pressure on officials to respond with both statements and actions, often removing teachers and coaches from classrooms or gyms before an investigation is launched, let alone completed.

For the educators involved, all actions and statements have an immediate and lasting effect on their reputations. An accusation of misconduct, once made, becomes a permanent stain on a person's record, even if the claim turns out to be patently false.

This is true more so today than ever, given the popularity of social media, where negative stories can spread far and wide overnight and help put a person's name high in internet search results. Complicating the situation, many public officials have little training in crisis management and tend toward protecting the reputation of their institution, without due regard for the accused.

This is why school districts typically do not publicly name the accused teacher or coach when they are removed (because once the genie is out of the bottle, it cannot be put back in). There are exceptions, like if the removed educator is a principal or when criminal charges are filed, but neither of these exceptions apply for Coach Gordon. In identifying Coach Gordon, Defendants appear to have violated their own policies.

43

In his interview, Coach Gordon explained how he felt extremely helpless hearing people talk about the incident and avoiding any association with him. He is aware of the fact that as soon as people research his name and  see the stories about him, they would prefer to not hire him. They would simply send a polite email suggesting how there were candidates better qualified for the role. And unfortunately, deep down, coach Gordon knows that him not being selected is solely because of the narrative that surrounds him today. The kind of experience, ethics, attitude and a track record of winning is difficult for an employer to ignore. However, when it comes to choosing a candidate based on reputation, they wave him off. Even his mentor who first hired him – Tom Livitano at Loyola School – wants to rehire him as an assistant, but has advised Coach Gordon he is unable to given the stories on the internet.  If his mentor who trusts him and believes in him can't hire him, who can or will?  Given his media and internet profile, it is simply too risky for a team to employ him.  He is passionate about wanting to continue coaching and wants to continue being involved, even if it requires him to volunteer and do it without pay.

It was clear that people had made their judgment based on what was shown in the news, or the media, or what someone posted on social media.  He was devastated with no tools to set the record straight or repair his reputation. To this day he is unaware of some of the allegations against him.  For instance, he has never seen a video and no student has ever confessed anything to him.

44

## The impact of false accusations against an individual

False accusations against an individual, especially for something as serious as sexual misconduct, can be crushing to every aspect of the person's life. The resulting scandal causes both economic losses and damage to mental and physical health, along with their reputations. Even in cases where falsely accused individuals are eventually exonerated, their careers and personal lives may be ruined, and their health compromised.

Such accusations do not have to be direct and definite to have a damaging effect. Society views sexual misconduct with such seriousness that just being suspected in an incident, or a subject of an investigation can be devastating.

In today's online world, the situation is even worse. Any report of sexual misconduct is sure to make headlines, and headlines are never just local anymore. Stories are quickly picked up by competing news outlets and websites, and instantly spread across the country by social media. Soon, when people do an internet search on the name of the accused, the false allegations top the list of search results.

Then after allegations are found to be false, they live on the internet, a problem that can at best be mitigated—a process that is costly and slow.

A 2020 study by researchers at King's College London looked at the effects of being wrongfully accused of a crime. Examining existing literature, the study identified eight main themes, all of which the falsely accused were negatively impacted by:

- impact on finances and employment
- traumatic experiences in custody
- psychological and physical health
- loss of identity
- stigma
- relationships with others
- attitudes toward the justice system
- adjustment difficulties

Another study, carried out by the Centre for Criminology (University of Oxford) and why is footnote below and know where else, interviewed 30 victims of false accusations. The participants reported ruined careers, damage to their families, and mental trauma that outlasted their legal battles or encounters with the criminal justice system. ( Hoyle & Burnett, 2017)[15]. Though no criminal charges were brought against Coach Gordon - because he did not do anything wrong, let alone criminal - the effect of being falsely accused (of being accused) of committing serious and/or sexual misconduct against children, as well as "serious'' non-sexual allegations is equivalent, if not worse, given the school setting and intense media storm that ensued.

45

## Monetary and Career Effects

False accusations destroy careers. Especially for people who work around children, allegations of sexual misconduct are usually immediately disqualifying. Schools and youth programs must necessarily assume the worst and, to protect children in their care, remove the accused while the matter is investigated. In a sense, it is guilty until proven innocent. And even when proven innocent, the suspicion of guilt often lives on in people's minds. In short, the person is damaged goods, as Gordon's last years has shown.

Seeking future employment in education can be impossible after false claims. School officials have a responsibility to investigate new hires thoroughly, and finding a report of allegations, even if they are disproven, is often a deal-breaker. It's difficult for a school administrator to tell parents: "but the allegations were found to be false."  For liability purposes, it is safer for an administrator not to hire a falsely accused because should the accused be hired and commit an offense, the administrator will be second-guessed for having hired the accused in the first place.

A 2020 study confirmed (Pappas, 2020)[16] that when most participants lost their jobs or were stripped of their regular duties, they reported struggling to get references from former employers, bitterness at not being able to continue in their careers, and distress over no longer having a clean record.  Again, although Coach Gordon was not (rightly) charged with a crime, the impact is similar.

CPS did not just terminate Coach Gordon from his job as a security officer and coach at Lincoln Park High School, it effectively terminated him from most employment, but especially the employment to which he had devoted his life: coaching.  For coaching, he has been - and remains - unemployable, banned from an industry. This hinders Coach Gordon's ability to get a job not just in any other school district for the reasons discussed above, not just in coaching, but in any meaningful field.

## Family and Community Standing

The damage goes beyond the workplace. False claims of misconduct immediately impact the accused's family, as well. The victim's children may have to deal with rumors among friends and classmates, and marriages may not survive.  This was the case with Coach Gordon, who reported how his positive standing in the community among friends, family and the society is compromised.

He is consistently put in extremely uncomfortable and painful situations where he has to explain allegations of "sexual misconduct". Gordon said, it "Happens all the time. With family members and friends, you know, I don't know how to fully explain it other than saying 'you know, I didn't do anything I didn't'. With other people, it's hard because they don't know me and many wouldn't bring it up unless I get to talk to them."

Such claims also dissolve a person's standing in the community. In civic organizations, clubs, and church activities, the person's reputation is often ruined. Once again, technology amplifies the problem since news is never local anymore.

## Mental and Physical Health

Victims of false statements often experience mental anguish that can quickly result in physical problems as well. The humiliation of being accused in front of colleagues, friends, and neighbors is traumatizing. People often judge their own worth by how others see them, and destroyed reputations lead to loss of identity.

The falsely accused often suffer from stress, anxiety, tension, sleeplessness and insomnia among other problems. Coach Gordon reported experiencing varying degrees of all these items. Some even find themselves dealing with thoughts of self-harm or suicide.

## False statements about coaches and educators can effectively ban employment of an individual

False statements about an educator can effectively lead to a nationwide ban on employment in schools for the person. Schools and school districts rightfully prioritize students' safety and avoid hiring anyone who has been implicated in misbehavior in a previous school job.

As CPS placed Gordon on its "Do Not Hire" list ("DNH"), it is a scarlet letter that severely limits, if not destroys, his ability to be directly employed by a school district.  As for coaching, it has and does destroy all opportunities to coach. For teachers and coaches defamed in this way, every part of their life is affected.

*Loss of career and professional identity.* Especially for athletic coaches, termination and defamation are career-ending. Finding new employment locally or in other states often becomes impossible. Thus the dismissed coach will be unable to continue his or her chosen occupation. For coaches, this represents a complete loss of self-identity. They have had a layer of their personality stripped away.

*Financial hardship.* Termination and/or inability to obtain new employment in the chosen field of course results in the loss of one's income and in immediate financial strain. A person swings from the comfort of financial security to a struggle to make ends meet—to pay mortgages and car loans and medical bills, to put food on the table for one's family, and cover basic everyday needs. Certainly all unnecessary spending is put on hold, including major purchases, vacations, and all luxuries.

For coaches, the problem is not just immediate; it's long-term since they have to start from scratch in an entirely new field. Whatever employment they can find will usually start out at a lower pay rate than the one they had, and it can take years before they establish themselves in a new field and climb again to the level they were at.

*Limited job opportunities.* Coaches' education and job experience are completely focused on sports, meaning once terminated, they have few options available. Most often they will have to apply for low-paying jobs that do not require skills or experience—a blow both to their finances and their self-esteem.

*Emotional and mental health.* Being terminated and/or having false statements made in this way has a direct impact on mental—and physical—health. The financial strain, the loss of career, the humiliation, and the loss of self-identity cause anxiety and depression that often results in additional problems including insomnia, eating disorders, and even thoughts of self-harm or suicide. The individual may also struggle with feelings of injustice and the inability to trust others.

*Skills and expertise.* The education and experience required for coaching focuses almost completely on sports and physical fitness. Many coaches were formerly athletes themselves, either collegiate or professional. Success on the gridiron or basketball court often translates

48

directly into coaching abilities and opportunities, and what formal education coaches do have is often sports-related.

When coaches are suddenly unable to work in the field, their education and job experience becomes largely meaningless, and all the effort they put into their professional development in the past is mostly lost and wasted.

*Social impact.* Coaching is a very social job. Coaches spend long days and often evenings working with athletes, parents, and other coaches. In addition, many of their own social activities may be work or sports related. When all that is suddenly taken away, they are left with a void, leading to a sense of isolation and exclusion. In the sports community where they once were a leader, they suddenly are unwelcome.

Clearly false statements impact every aspect of people's lives. The financial hit is immediate and long-term. Their careers are shattered, as finding new employment in their chosen field, a field they are passionate about, becomes impossible. Their skills and past experience lose all value, as they are left to start over. And the stress and depression that result are only the start to mental and physical issues they are likely to suffer. Life as they knew it can never be regained.

*Coaches.* Athletic coaches subject to false statements that generate a media storm face special problems. Coaches are looked up to as role models in competitive worlds. Their relationships with student athletes go beyond the classroom. It's in sports that young men and women are taught about competitiveness, sportsmanship, self-confidence, and pride, and the coach is the teacher. The humiliation of such false statements from such a position creates a deep loss.

What's more, success in coaching requires time. Coaches must build their institution's programs, be it basketball or baseball, so the programs will be strong over time as older students graduate and new ones enter. Coaches have to cultivate relationships with individuals over time to make that happen, and it takes time to build momentum with teams.

Thus when alarming false statements are made, he or she loses not only the current job and the success built up over time, but knows that recovering what was lost will require both finding a new employer and then starting from scratch all over again, usually in a new career.

*Social connections.* A coach's world is a social one, too. Building a successful sports program requires hours upon hours of time spent working with student athletes, parents, and other coaches, forming a community around their shared passions and personal development. The sudden void left when a coach loses this community and its social support adds further to emotional distress. What's left is isolation, loneliness, and a sense of being disconnected.

False statements, especially of a sexual nature, impact people's family, too. The loss of financial support and stability quickly strains relationships. The person may feel he or she has lost the respect of children, who likewise may feel the burden of trying to alleviate their parent's suffering.

49

*Therapy.* There are ways to treat depression, anxiety, panic attacks, and other problems brought on by wrongful firings and defamation, but the road is a difficult one. The patient faces several hurdles.

First, since the pandemic, psychologists and therapists have become oversubscribed; it can be difficult to find one taking on new patients. When patients do find an available doctor, the cost is often prohibitive—as much as $100 to $300 per session. The sudden, unexpected loss of one's income already has the person making cuts, often giving up not just luxuries but needed medical or dental care.

There's also the stigma of mental health issues. Most people are afraid to admit to or talk about depression and related problems, even to family. When they're already facing humiliation and being a burden on family budgets, the road gets steeper. And once a patient gets started in therapy, it takes time to identify effective medications and talk oneself into a better state. Recovery is slow, hard work. Lastly, the stigma associated with mental health often keeps people from seeking professional help.

# Section 7: Online Reputation Management

----------------------------------------
Online Reputation Management
Rebuild
Monitor
Repair

## Online Reputation Management

As a direct consequence of Defendants' actions and false statements, Coach Gordon will incur substantial expenses and damages if he attempts to manage and rehabilitate his online reputation.

Online Reputation Management (ORM) refers to the strategy and tactics employed to present one's personal and/or professional brand in the best possible light on the internet. Generally speaking, it involves promoting positive brand messaging and managing negative criticism in the most appropriate manner. Blue Ocean Global Technology defines ORM as the process of building, monitoring, and repairing the digital content that appears when you or your company are searched on the internet. Essentially, it is how you ensure that the trust, positive energy, and the relationship capital you have with professional and personal relationships are appropriately represented online. The emergence of social media allows negative content and false information to be shared easily and circulated among large numbers of internet users. This could be an offensive comment about you, a negative story published about you, or a past legal issue. Your online reputation determines how others perceive you when they search for your name directly, or stumble on it online. Consequently, Online Reputation Management (ORM) is an exercise at proactively or reactively influencing what information people will find about an individual.

52

## Rebuild

After false content begins to damage an individual's reputation, steps must be taken to rebuild their online reputation, which includes efforts to proactively influence the impressions left on internet users, especially those who are seeking to learn more about the individual.

Building a strong online reputation is critical to all individuals and entities and is of essential importance to those seeking to market themselves professionally and/or grow. An agile public relations strategy that includes publishing positive online content and monitoring public perception are part of the core strategy that will be required to help rebuild Coach Gordon's reputation and help protect him from the negative content published because of Defendants' direct actions which continues to appear in top tier search results to date.

While digital media has greatly improved the public's access to both individuals' and companies' identities and brands, digital media has also vastly increased the risk of negative exposure. Social media platforms such as Facebook, Twitter, Instagram, LinkedIn, and YouTube, along with search engines like Google, Yahoo, and Bing, have disrupted and realigned the global economy by providing instant access to unfiltered information. Search Engine Results Pages (SERPs), which generally show news, videos, images, and third-party content, now represent a key foundational pillar of a person's overall reputation and brand. Moreover, unlike in traditional media where a negative news story appeared only for a short span of time, negative stories in search engine results will often remain on the internet in perpetuity. Fortunately, these results can be managed and influenced to a certain degree through various tools such as Search Engine Optimization (SEO) techniques within an ORM campaign.

Active social media presence is now the most effective tool for publicly sharing information and has replaced the traditional "word of mouth" buzz. Actively posting pictures and links across popular social media communities help direct traffic. Active social media management plays a crucial role for individuals trying to combat negative or false information like the false statements made by Defendants. Search engine results (SERPS) typically are comprised of three different types of content that can define one's personal online presence:

1) Managed Content: Content you can control. This includes everything that's published on any website you control, along with articles, videos, etc., that you publish elsewhere online. Coach Gordon has little ability to use this tactic.

2) Partially Managed Content: Review sites like Yelp, Avvo, and Trustpilot serve partially managed content. For example, you can create and edit your own business profile, but you cannot prevent other people from publishing content about you or your firm. In the case of a negative review, you can offer your support by responding immediately, thereby demonstrating your willingness to resolve the issue. Again, Coach Gordon has little ability to employ this tactic.

3) Unmanaged Content: This includes everything from news about you to blog posts and photos that you cannot influence because you have no control over the original content

source. Unmanaged content is the most dangerous form of online content. Coach Gordon's reputation has been most harmed by this category.

Whenever negative information is published about a person online, it takes a substantial and coordinated effort to rebuild the person's damaged reputation and, to be effective, should utilize all three of the foregoing types of content, if possible and applicable. Moreover, the process required to rebuild a reputation, which could have taken years to develop is often stressful, expensive and time intensive.

Both the damages incurred, and the corresponding costs associated with rebuilding a damaged online reputation is multiplicative and requires significant upfront and ongoing investments of time, energy, and financial resources.

The deceptive content created remains and is easily perceived as truthful by someone searching on certain keywords. Whenever someone searches for information on Coach Gordon online, they can view false posts and may believe that it is true.

## Monitor

55

Of course, all this effort will go to waste if you don't know what is being said about you.  To put it simply, you need to be aware of what people are saying about you online, and the most effective way of doing this is continuously monitoring mentions of your identity on the internet. Monitoring is the key to addressing potentially harmful rumors and falsehoods before they erupt into a full-blown crisis. Unfortunately, people, and even thriving businesses, can be blindsided by false content on the internet. Monitoring is a proactive step towards managing that risk.  Again, for Coach Gordon, monitoring would have been (and now is) of little help since the false statements blew up into a media storm without warning. He had no recourse to counteract the virtual false narrative resulting from the actions of the defendants.

## Repair

A negative reputation can change the trajectory of your life or business, and adversely affect your personal well-being. Defamatory content erodes trust and compromises opportunities. Public relations firms and digital reputation specialists focus on the reduction and removal of online content to repair one's online profile. Experienced companies have effective strategies in place for replacing negative search results with positive coverage.

There are several strategies available to repair a digital reputation. Digital reputations are constantly evolving, and it has become necessary to adapt personal and/or professional online presence accordingly. Digital reputation repair is a continuous process that demands periodic reassessment, the addition of new digital tools when appropriate, and modifying said process according to updates and changes to various search engines' algorithms for ranking content.

These ongoing changes to ranking algorithms can make obtaining success from SEO techniques challenging, even for experienced service providers with a track record of results. Search engines seek to deliver the most accurate and helpful results, which include balancing positive and negative content.

Hundreds of calculations and contributing factors are involved in search engine results. Specific aspects of those algorithms, and an associated scoring or ranking framework, apply to Online Reputation Management. Research on all aspects of each unique situation is required of each Online Reputation Management repair case. It requires a customized approach each time. To identify the best solution for an individual, Online Reputation Management professionals conduct thorough analyses of both positive and negative assets, and then test the feasibility of both the removal and suppression of content.

An integrated team of professionals, including technical experts, analysts, engineers, and programmers, consistently study and navigate digital trends in analytics, keyword research, link analysis, and SERPs, to conduct highly efficient and effective SEO campaigns. Keywords & URL targeting may be used to mitigate negative links and safeguard against future damage to your reputation.

In a reputation repair campaign, the focus is on a particular keyword. To repair Coach Gordon's reputation, professional, experienced digital ORM repair companies may be able to somewhat repair Coach Gordon's reputation, but the effort would require substantial resources.

Based on the extensive proliferation of the false content published by Defendants' actions about Coach Gordon and the duration which the content has remained on the internet, it will require hundreds of professional hours per month to mitigate the false content and then attempt to sustain the suppression. And even if it can be done, the opinions of many are now cemented because these events occurred more than three years ago.

However, even the most aggressive ORM "scrubbing" campaign cannot and will not affect the prior substantial damage inflicted upon him. Since more than three years has passed since the creation of the substantial negative content concerning Coach Gordon, much of the content is effectively "cemented," and information will always be there if someone wants to find it.

# Section 8: The Nuances of Digital Reputation Repair

----------------------------------------
Online Reputation Management (ORM)
Suppression and Search Engine Optimization (SEO)
Suppression & Reverse SEO
Content Removal

## Online Reputation Management (ORM)

The comprehensive ORM plan required to help rebuild Coach Gordon's reputation would integrate numerous disciplines which include SEO, public relations, content marketing, social media marketing and monitoring, community management, web analytics, and psychology and website engineering integrated with relevant content which is calculated to create a positive impact on a digital presence on social media, online review websites, forums, and blogs. And even with all of this, his reputation will never be fully restored, and there is no guarantee it will even be substantially restored, but it can help.

## Suppression and Search Engine Optimization (SEO)

Suppression and search engine optimization starts with content creation. Addressing defamatory, erroneous, and negative content on search engines is a complicated and time intensive process. A major component of reputation repair and suppression campaigns is creating new content. Creating content would include written articles on the actual professional life of Coach Gordon. It would also include personal information, details and content related to the life of Coach Gordon. To influence search engine results on the keywords listed, we would need a diverse and expansive library of content related to written articles, press releases, blog, webpages, videos, images, podcasts, etc.

SEO is an invaluable technique which will help promote identified websites and specific digital assets and help them to appear higher on Search Engine Results Pages (SERPs). ORM plans required to help rebuild the digital reputation for Coach Gordon will involve significant SEO engineering. SEO is a foundational tool used within many successful ORM campaigns. SEO improves a target webpage's visibility through on-site optimization and managing the technical aspects of the page, such as creating HTML code, meta descriptions, and tags. As part of a content marketing strategy, SEO tactics help optimize a website's content by using specific keywords, off-site optimization, which requires building quality inbound links that can serve to verify or "vouch" for a promoted website or digital asset to Google's software search algorithms, which continuously crawl the web to find updated site information.

In general, an effective SEO strategy may include:

1) Optimizing pages of specific websites to appear atop of SERPs and rank for target keyword phrases;
2) Featuring genuine social media profiles that accurately represent who someone is;
3) Optimizing articles, landing pages, and media to populate when an interested person Googles someone; and
4) Influencing search engines to highlight positive content while simultaneously pushing negative or irrelevant content down to where it is less likely to be seen.

Another strategy needed to implement to repair the digital reputation of Coach Gordon involves creating "backlinks" to strengthen the authority and ranking features of the digital content which might be created and now seeking to promote.

Despite ongoing efforts and comprehensive ORM plans, Google's algorithm prioritizes specific pages depending on content and other factors, including, for example, backlinks and the number of identical keyword searches on the internet. For example, past searches are accounted for in perpetuity within search activity. Because of the volume, diversity, and severity of the defamatory content created and published as a direct result of Defendants' actions, the reputation of Coach Gordon will continue to negatively impact search engine results relating to him for many years, if not decades, to come.

SEO can help with Online Reputation Management (ORM), and it is essential for building a positive reputation. Reverse SEO is the cornerstone of ORM repair cases. ORM campaigns usually include a dedicated but flexible SEO strategy to achieve optimal results. When conducting an ORM campaign, websites and profiles are identified for consideration to post content. Those digital assets are then strengthened via target content through optimization techniques (such as backlinking) within the aforementioned SEO mandate.

Appendix B includes a sample list of websites and profiles which would be created and integrated within a comprehensive ORM for individuals like Coach Gordon.

Sample Campaign Websites and Profiles – Appendix B

## Suppression & Reverse SEO

Reverse SEO is accomplished when SEO and ORM considerations are integrated effectively to mitigate the reputational impact of negative search results appearing prominently on Google search results.

Targeted suppression campaigns for related keywords focus on creating specialized content and tactfully optimizing the featured group. When done correctly, and in accordance with Google's policies and best practices, these efforts directly 'suppress' or 'push down' the defamatory web pages that are adversely affecting a person or company's reputation. Specific strategies, for example, targeting landing pages fueled by Facebook ads and Google AdWords to drive traffic in support of the reputation repair, are often considered.

Consistent with industry language and established practices, ethical and organic baseline suppression campaigns often require a minimum of one year for measurable and material progress, even under an aggressive mandate. As such, repairing the reputation of Coach Gordon is definitely a very difficult case relative to a 'baseline' campaign. The challenge of rehabilitating his online reputation reflects the depth and breadth of the web of false information ruining his online identity and relative absence of any prior identity.

Influencing search engine rankings must be gradual and organic. When the goal is influencing Google to favor (and disfavor) specific content, it is naturally counterintuitive to what the algorithm wants to rank. Google seeks to provide a balance of information, and this of course refers to accounting for and integrating all perceived positive and negative information available for display within specific Search Engine Results Pages (SERPS).

An Online Reputation Management company would seek to mitigate as much negativity as possible to achieve sustainable results that are more permanent in nature. Links will move gradually in the client's favor, and there will also be natural partial reversals. This give and take is necessary, so as not to abruptly change the search results for a particular keyword otherwise it could be considered manipulation and 'blackhat' practices, and thus a violation of Google's terms and conditions.

Effective suppression focuses on making a growing group of positive current assets, and being sure they're stable, before strategically cross-pollinating that content. Integrated technical and public relations teams collaborate to evolve their approach and create priorities according to the most recent results throughout a Reverse SEO & Suppression campaign. The links will fluctuate up and down on the targeted 35+ target keywords when repairing Coach Gordon's digital presence (Appendix C). The overall aim here is to create long-term stability. Until then, weekly, and even daily, fluctuations in search engine results are to be expected.

The following are guidelines for creating new positive assets (which may be posted or backlinked to some of the sample websites mentioned in Appendix B) within digital reputation repair campaigns:

- High quality, original, and technically accurate content – search engines reward authentic and resourceful content.
- Keyword density – too many instances of primary or secondary keywords will penalize a particular page for the target search engine results page.
- Relate URLs to primary key words – URL customization when creating new positive assets can significantly improve authority for specific search queries, especially when the URL closely matches the key search phrases.
- Web property cross-linking – embed hyperlinks and use links in newly created digital assets to cross-pollinate page authority and significantly improve campaign suppression results.
- Thorough optimization – cover all on-page SEO ranking factors and control all possible static quality elements for each positive asset. The success of a suppression campaign is always subjective and flexible because results are dictated by search engines. Google is highly secretive with respect to their complex search algorithm. Suppressed negative links can easily reappear on search engines, even from a seemingly minor update to the search algorithm. Major Google algorithm updates include:

  o 2020 Google Featured Snippet Deduplication – Updated featured snippet rankings that list websites so that they are not repeated within organic listings;
  o 2019 Google BERT – Updated algorithm model with deep learning and natural language processing so as to better understand nuances of context;
  o 2017 Google Fred – Updated algorithm to penalize websites that violate Google's webmaster guidelines, notably blogs with low-quality posts;
  o 2016 Google Possum – Updated algorithm to ensure that local results correlate better with searcher's location;
  o 2015 Google RankBrain – Updated algorithm as part of Hummingbird to factor in lack of query-specific relevance features, poor user experience, and shallow content;
  o 2015 Google Mobilegeddon – Updated the algorithm to provide a boost to mobile friendly pages when searching Google from mobile devices;
  o 2014 Google Pigeon – Updated algorithm for local searches and created a more integrated relationship between local and core search;
  o 2013 Google Hummingbird – Updated the algorithm to positively impact best results for specific queries, particularly the emergence of conversational search. This update favors websites providing high quality content that reads well for searchers and provides helpful answers;
  o 2012 Google Penguin – Updated the algorithm for link quality. Websites with low quality directories, blog spam, and purchased links are negatively impacted in search results; and o 2011 Google Panda – Updated the algorithm for quality of content. Lower quality content, including duplicate content, will negatively impact search results.

63

Search Engine Journal - (Journal, 2020)[17];
Search Engine Land - (History of Google Algorithm Updates, 2021)[18].

Putting this altogether, suppression and reverse SEO will be particularly difficult and limiting in Coach Gordon's case because: (1) he had little to no preexisting web presence or content, (2) the original negative content generated by Defendants' false statements was massive, (3) the negative content has accumulated and remained over more than a three year period, and (4) the key to "fixing" this is generating new content to gradually overtake the old, negative content, but as a private individual, Coach Gordon has little opportunity to do so.  This is not to say a suppression and reverse SEO campaign will be of no value to Coach Gordon, but instead that it will be expensive, it will need to be long-lasting, and even then, its success will be limited.  Ultimately, the quickest and best new content that can be generated to repair Coach Gordon's reputation would be if he wins his lawsuit and garners a large award, which will generate new news stories.  These new stories will be the best new content and "assets" that will work to repair his online reputation.

64

## Content Removal

Sometimes content can be removed. Where feasible, content removal can be a more permanent solution, but may be prohibitively expensive because of the time investment required. Additionally, there are no guarantees for successful removal or deindexing of target links through search engines.  In Coach Gordon's case, because of the massive amount of negative media generated from Defendants' actions and statements, content removal - if possible - is his best current remedy to attempt to restore his reputation.

Section 230 of the Communications Decency Act (CDA) of 1996 certainly facilitated the development of today's internet by encouraging innovations and new business models. Its primary goal is to safeguard the business owners of any "interactive computer service" from culpability for anything published by third parties. It states that "no provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider."

Companies like Blue Ocean invest resources in the study and development of all options for the negotiated, legal, and strategic removal of information causing negative reputational damage. With multiple pieces of damaging information, the general approach to reputation management incorporates the following four removal strategies:

1) Negotiated (sympathetic) removal via direct outreach;
2) Relationship driven removal via our network of agency & publisher partnerships;
3) Strategic (technical) removal at source search engine or hosting company; and
4) Court or attorney assisted removal

1) Negotiated (sympathetic) removal via direct outreach.

Our research and analysis often include:

- Review of each of the prominent links' website properties for information in support of sympathetic removal inquiries;
- Research of key stakeholders, executives, and employees for identification contacts;
- Signed letter to company address requesting removal of identified links with supporting documentation; and
- Direct outreach via phone to website owner and administrator.

2) Relationship driven removal via our network of agency and publisher partnerships.

The second strategy relies upon an established proprietary network of PR, media, and publication partners who may have relationships with publications or their parent companies. In Blue Ocean's case, our network of PR partners expands in perpetuity, as does our ability to remove links via those strategic relationships.

65

3) Strategic (technical) removal at source search engine or hosting company.

Strategic removal is another option where technicalities are identified, and cases made in favor of removal. Every website platform host or service provider has contractual agreements in place with the owner of a particular website domain. For instance, to receive hosting services from godaddy.com or bluehost.com, one must remain in compliance with thousands of terms and conditions. As such, a negative post may be in violation and subsequently justify removal from the corresponding authority. In one search result, there can be more than fifty thousand points of regulatory consideration. It is important to note that this type of removal is done independent of any conversation or notification to the website owner or administrator. With technological innovation, integration, and investment, the ORM industry is rapidly evolving. Cutting edge analysis and resources are expanding the opportunities to repair an online reputation with confidence.

The following are required when identifying technicalities and exploring strategic removal:

- Hosting requirements and terms;
- Analysis of ISP (internet services provider) terms protocol;
- Hosting site mandates and guidelines;
- Background of author and/or website media company;
- Intent and motivations of website purpose; and
- Google quality terms of use.

Google Removal Policies

Google seeks to organize the world's information and make it universally accessible, but there are specific instances where it will remove content from their search results. Google will remove content from search results if it includes:

- Child sexual abuse imagery;
- Content in response to valid legal requests, such as copyright notifications that meet the requirements of the Digital Millennium Copyright Act. With respect to personal information, Google will remove certain types of sensitive personal information from Google Search Results.

How Google decides whether or not to remove a piece of personal information is dependent upon the following:

- Is it a government-issued identification number?
- Is it confidential, or is it publicly available information?
- Can it be used for common financial transactions?
- Is it a personally identifiable nude or sexually explicit photo or video shared without consent?

66

- Can it be used to obtain more information about an individual that would result in financial harm or identity theft?

4) Court or attorney assisted removal

Website domains and hosting companies may not have a legal obligation to remove content unless a court determines that the information that harms the interested party is false or defamatory in nature. In other words, it must be proven that the content is defamatory as outlined in Section 230 of the U.S. Communications Decency Act of 1996 (CDA). To prove defamation, the following criteria must be met:

- The subject information is false and not factual.
- The negative information is now public and seen by others (at least one person).
- The reputation of the individual has been adversely affected by the publishing of the content.

Again, for Coach Gordon, content removal is - conceptually - the best tool to restore his reputation, but just the same, given the extent of the negative publicity and passage of so much time, complete removal is impossible because publications are loathe to respond. Even with the most aggressive campaign, negative internet content featuring Coach Gordon will likely reappear and affect his reputation in perpetuity.

67

# Section 9: Summary Findings and Damages

----------------------------------------
Summary Findings
Rationale for Recommendation of Damages
Economic Damages
Rehabilitative Damages
Physical Damages
Emotional Damages
Reputational Damage (Defamation Per Se)

## Summary Findings

### 1. The impact of the Defendants' actions and reach of the false accusations are catastrophic.

The actions and statements of CPS officials exposed, and continue to expose, false statements to the eyes and ears of millions of people. Whether on social media, television, radio, or Google Search (news, videos and images), Coach Gordon's name is integrated with "serious misconduct" and "sexual misconduct." Coach Gordon was not even accused of committing "sexual misconduct," and he also committed no "serious misconduct" either, yet the false public comments by CPS officials while referring (or inferring) to him give the appearance to the public at large that he did or may have.

The statements made to those who attended the town hall meeting held on Feb. 3, 2020 that featured a damaging PowerPoint presentation, catalyzed a widespread syndication of media. Collectively, this content went viral, and its impact and reach are truly catastrophic.

### 2. Google auto suggestions reinforce the depth and breadth of the false accusations.

When a particular word or phrase associated with a base keyword experiences a surge in search volume, search engines take notice of this increased interest. As a result, the algorithm tends to prioritize and populate auto suggestions related to those specific words or phrases. For instance, if there is a scandal associated with a celebrity, and people start searching for specific details or related information, the search engine will pick up on these trends and generate auto suggestions accordingly.

The unintended consequence of this process is that individuals who are initially unaware of a scandal or negative event may encounter negative autosuggestions related to it. When users see these suggestions, curiosity may prompt them to explore further by clicking on the suggested queries. Consequently, the increased traffic and attention toward the negative keywords amplifies and spreads. This is what has happened to Coach Gordon.

The amplification of negative attention through autosuggestions can have multiplicative effects. As more people click on and search for information related to a scandal, it generates additional data points for search engines to consider. The algorithm interprets this increased activity as a sign of relevance, causing the scandal-related autosuggestions to become even more prominent. This creates a feedback loop where the autosuggestions continue to drive traffic and attention toward the negative content, thereby magnifying the overall impact and damage caused by the scandal. With so many autosuggestions pointing to the harmful and false content about Coach Gordon, the damages are continuous and significant from an online reputation management standpoint.

## 3.  Damages Compromise Coach Gordon's local (Chicago), national, and international reputation.

The existing negative and false media content completely compromise Coach Gordon's reputation agnostic of geography. This is true not just for search results locally in the Chicago metro area and the United States, but also across international boundaries. If Coach Gordon relocates to another state, anyone he meets can easily develop an unfavorable opinion of him following a quick search of his name on the internet. Additionally, if Coach Gordon is simply traveling abroad to another country and tries to rent an Airbnb or Car, the false accusations may persist. Please reference Appendix C, where sample search results are outlined from New York, Chicago, San Francisco, Toronto, and London.

## 4.  Plaintiff's digital presence can never be fully restored.

If Coach Gordon was to come to Blue Ocean Global Technology asking to repair his online presence, the first thing I would make clear is that it's impossible to return to the online reputation he previously had (positive and mostly non-existent). We can certainly improve his presence over time, but it requires patience and a lot of work.

The categorically false and misleading statements are what Coach Gordon is now known for. Improving his online presence will require proving to search engines (and searchers themselves) that there is other content that is more important than the series of posts that now represent him on the internet.

On the internet, the defamatory content does not go away. A wrongfully accused person might get a retraction from the original source—a difficult task in itself—as CPS officials did for content reflecting unfavorably on them. But by the time retractions or corrections are made, the content has been spread via social media and search engines, and so it lives on. In response, digital marketers have been forced to develop strategies and methods for mitigating negative online content.

While defamatory articles don't simply disappear by hitting a delete key, they can be pushed down or "suppressed" in search results. This is accomplished by creating and posting competing content. Subsequently, consistent, coordinated, and skilled search engine optimization efforts to strengthen the new content by a professional reputation management team can influence the negative search results. This is a time and resource intensive process that can never fully erase defamatory articles and posts.

We can only mitigate some of the damage and alleviate a portion of the current negative footprint. Negative information about Coach Gordon will likely remain discoverable forever. Target material may be hidden when suppressed to lower pages, potentially away from the eyes of casual searchers or prospective employers, but anyone interested in finding and tracking the erroneous content will be able to do so if they investigate deep enough into the search engine results pages.

70

Furthermore, as Google's algorithm changes and updates, the negative content can and does reappear from lower pages to higher ones. And then the suppression campaign efforts must be deployed once again.

### 5. Factors underpinning why Coach Gordon's digital reputation repair campaign is complicated & difficult.

- There was little prior baseline media presence for Coach Gordon before the incident. As such, mainly only information about these events, meaning mostly negative information, shows up when someone seeks to learn more about him.
- There is a large volume of high quality content ranking for Coach Gordon's name. This creates a web of unfavorable press. Reference Appendix D - Examples of Harmful Media
- The published false statements continue to have accumulated and gained strength over the past three years.
- There are limited opportunities or options to generate meaningful press that can counteract the negative stories about Chicago Public Schools.
- There are a large number of keywords featuring content. The target 35+ keywords, include, but are not limited to, the following:
    - Basketball Team Misconduct Coach Pat
    - Basketball Team Misconduct Coach Pat CPS
    - Basketball Team Misconduct CPS Coach Pat
    - Boys Basketball Coach Pat Gordon
    - Chicago School Coach Pat Sexual Misconduct
    - Coach Pat CPS Sexual Misconduct
    - Coach Pat Chicago Public School Scandal
    - Coach Pat CPS Misconduct
    - Coach Pat CPS Sexual Abuse
    - Coach Pat Gordon
    - Coach Pat Gordon Chicago School Scandal
    - Coach Pat Gordon Chicago School
    - Coach Pat Gordon Chicago Schools
    - Coach Pat Gordon CPS
    - Coach Pat Gordon CPS Chicago Scandal
    - Coach Pat Gordon CPS Scandal
    - Coach Pat Gordon CPS Sexual Abuse
    - Coach Pat Gordon CPS Sexual Misconduct
    - Coach Pat Gordon Lincoln Park School
    - Coach Pat Gordon Lincoln Park School Scandal
    - Coach Pat Sexual Misconduct Chicago
    - Coach Gordon Chicago Public School Scandal
    - Coach Gordon Lincoln Park School
    - Coach Gordon Chicago School
    - Coach Gordon Chicago School Scandal
    - Coach Gordon CPS
    - Coach Gordon CPS Chicago Scandal

- ○ Coach Gordon CPS Scandal
- ○ Coach Gordon Lincoln Park School Scandal
- ○ CPS Coach Pat Sexual Misconduct
- ○ Lincoln Park Coach Pat
- ○ Lincoln Park Coach Pat CPS
- ○ Lincoln Park High School Coach Pat
- ○ LPHS Coach Pat
- ○ Pat Gordon Chicago Public School
- ○ Pat Gordon CPS
- ○ Pat Gordon Lincoln Park High
- ○ Pat Gordon Lincoln Park High School
- ○ Pat Gordon LPHS

## 6. Receiving a positive legal verdict and press following a public damages award will most help neutralize the false statements.

Coach Gordon faces a proverbial mountain to climb in attempting to restore his digital reputation. Any restoration campaign will be limited because the negative accusations will still be present online and will likely resurface. New positive press following a favorable judgment will be material to providing him the most viable opportunity to rehabilitate his reputation. A reputation repair campaign augmented by positive media coverage will afford Coach Gordon a new online narrative, one that he simply may not have otherwise.

## 7. Without restoration measures, the damage will define Coach Gordon's professional online identity. This fact makes rehabilitation damages essential.

As clearly outlined in Appendix C and D, Coach Gordon's unfavorable reputation currently defines his perceived identity. Defendants were the originators of the statements made publicly. These were later broadcasted and re-broadcasted several times and ultimately published by various news websites. Naturally, the headlines reached a greater audience, gravely impacting Coach Gordon's reputation. CPS' actions garnered national attention with Pat Gordon specifically identified in dozens – perhaps hundreds – of print and broadcast reports. The damage to Coach Gordon's reputation, as a result, is widespread and costly.

The availability of the statements, breaking stories and clips over the internet fostered and allowed the public to believe that such false allegations against Coach Gordon were true.

72

## Rationale for Recommendation of Damages

In my experience, the present case is one of the most severe examples of how a professional and personal life can be harmed from false statements. The statements issued against Coach Gordon have a direct bearing on the extensive losses and injury caused to him. The abrupt suspensions and terminations of the Lincoln Park Six – who were grouped together – and the statements issued and made by the Defendants define Coach Gordon and his other colleagues and place them in a false light. The false statements were broadcasted and re-broadcasted to mass audiences, with Pat Gordon specifically identified in a substantial amount of print and broadcast reports. CPS's actions led to millions of people hearing, reading, or viewing the degrading and false content.

Pat Gordon worked and coached at Lincoln Park High School ("LPHS" or "school") for almost a decade (and almost two decades including other schools) without incident and was universally respected and beloved by students, players, parents, and peers.

Until the actions detailed in the lawsuit, from the public's perspective he had a spotless record in his decade-long service in CPS. The potential consequences of the Defendants' acts and false statements, which they magnified with their press campaign actions and word selection, have been catastrophic to Coach Gordon's reputation.

Defendants issued a succession of false statements on multiple occasions. Following the actions of the Defendants, Coach Gordon has suffered anxiety, stress and insomnia, among other physical ailments. The false statements made against him have left him with a tarnished reputation and created a misimpression in the public. On account of his suspension leading to termination, he has also suffered financially.

The continuous broadcasting and re-broadcasting of the false content was certainly foreseeable, if not the desired outcome of Defendants.

As evidenced in Appendix C, and Appendix D, the content did reach a massive audience and completely compromised Coach Gordon's professional integrity and reputation and has caused significant emotional distress.

## Damages:

There are five basic components to Coach Gordon's damage analysis and calculation: (1) Economic, (2) Rehabilitative, (3) Physical, (4) Emotional, and (5) Reputational.

## Economic Damages:

As Coach Gordon was terminated, and he remained unemployed for three years, his damages are self-evident.  In general, he suffers two types of economic damages:

- Lost pay from termination (July 2020-January 2023)
- Lost future income from loss of coaching opportunities.

"I have no coaching opportunities and I can't get a coaching job because of what happened. You know, it says sexual misconduct out there with my name. Obviously, you know, when you add that to anything in regards to you, in dealing with you, it gives people pause. As soon as people research my name Google or elsewhere and they see that they're not gonna call me in. They are gonna send me a polite email that says something like 'we have a lot of qualified candidates interviewed for this position'. Any board directors or administrator won't hire me as a coach after searching me online. You know it's like how do you see someone with over 20 years of coaching experience on a resume and not even calling for an interview? I won't even get interviews for college or high school jobs. I've coached high school for over 20 years and I'm not considered for a high school job here in the state or anywhere. You know, at some of these Catholic schools outside of CPS talk to me and it goes well or is positive. But then I am not just called in for an interview. I know I'm more qualified than anyone that they're bringing in." -Coach Gordon

My focus here is on the second component.  As for the first component, it is relatively straightforward.  Coach Gordon's lost pay for the almost three years is approximately $100,000 given that he made roughly $40,000 as a school security officer.  But being a school security officer was never his ambition or dream.  Instead, it was - and remains - to coach. And though there are no guarantees, all indications were that he was on the precipice of receiving a college coaching position, likely starting as an assistant coach.  Doing research and reviewing the literature, college basketball coaching positions for assistant coaches generally range from $50,000 (College Assistant Basketball Coach Salary in the United States, 2023)[19] on the low end to $600,000+ on the high end. Head college basketball coaches generally range from $150,000 on the low end to mega millions on the high end.

Though Coach Gordon was likely to - and eventually did - receive a job that replaced his school security officer salary, obtaining a coaching position (his chosen career) is foreclosed as a result of the false statements and media reach of the original stories. At the prime of his professional life, his career prospects were expanding into college coaching and are now foreclosed.

Coach Gordon had a minimum of 26 years of estimated work life until retirement when he was 39 in 2020.  Using a conservative annual salary loss of $50,000 from not being able to coach in college, that translates to $1,300,000 (not accounting for inflation or present value, which roughly offset one another). Again, this is a low estimate. It excludes altogether loss of income for Coach Gordon becoming a head college coach. It also excludes and neglects all ancillary benefits, such as retirement accounts (401k).

Economic Damages: $1,300,000 - $3,500,000+

## Rehabilitative Damages:

The unique nature of this case necessitates a careful analysis in assessing restoration damages. Resources required are inherently significant to rehabilitate Coach Gordon's reputation and mitigate the expansive negative sentiment against him. Rehabilitative damages will help restore Coach Gordon's reputation so that he might return to a more normal professional life. Our timeline and target pages reflect the severity of the case and volume of content. And even then, there is no guarantee it will be sufficient to help him achieve his goal: college coaching.

"I feel like I'm at Ground Zero. You know I'm back at first base and just trying to you know rebuild some of these relationships. I have to rebrand my name with people that know me and those that dont know me personally judge me based on what they find on the internet." -Coach Gordon

As detailed above, a rehabilitation campaign in Coach Gordon's case is especially time consuming and costly, and even then, can only do so much, because: (1) Coach Gordon had little preexisting media and internet presence, (2) the original media storm was so widespread, and (3) more than three years has now passed. Even so, a rehabilitation campaign, like Blue Ocean or another company that was engaged to do so, would likely cost and consist of the following components:

Suppression campaign required to help rehabilitate the reputation of Coach Gordon:
- Target keywords: 35+
- Target pages: 15
- Total results per search engine: 35 x 15 x 10 results per page = 5,250
- Target search engines: Google, Bing, Yahoo, Duckduckgo and Searchencrypt
- Geography priority: New York, Chicago, San Francisco, Toronto, and London.
- Target number of negative links, harmful references, and positive digital assets: 400+
- Estimated timeline: 24 - 30 Months
- Estimated costs for suppression campaign, inclusive of both SEO & and approved written, photo, video and public relations content by Coach Gordon: [Range $18,000 - $23,000] x 27 months = $486,000 - $621,000

Alternative Methodology for Estimating Price:
Within difficult repair campaigns, each piece of content that must be placed and ranked highly may cost between $2,000 - $2,500 per item over time with ongoing optimization when quality is required. This cost includes 1) creation of content, 2) placing the content on quality websites by interacting with owners of blogs, news locations, private websites, etc., and 3) building links and social references to the new material so that the search engines will rank highly. I stress that this is a challenging campaign given that 250 pieces of unique material would have to be created. That component of the campaign would cost approximately $2,250 x 250 = $562,500.

Rehabilitative Damages: $486,000

## Physical Damages:

Please note that these damages are sometimes included within Reputational Damage (Defamation Per Se).

False statements affect more than just the person's livelihood and career. They can have a severe impact on physical health. Suddenly the person faces the loss of a paycheck, the uncertainty of finding a new job, and the prospect of prolonged unemployment—a situation made worse by the cloud that hangs over the dismissal.

Going forward, Coach Gordon will likely have to explain what transpired repeatedly, in job interviews and to new colleagues. Being terminated carries with it a stigma that can be daunting. That alone causes stress and adversely affects one's health.

Coach Gordon has suffered traditional physical and medical-related damages, including his reports of anxiety, insomnia, hypertension and stress. In similar cases, I have seen damages awarded at levels ranging from $100,000 to $1,000,000. Applied here, I believe a compensatory damage amount within that range is appropriate.

## Emotional Damages:

Please note that these damages are sometimes included within Reputational Damage (Defamation Per Se).

As many experts note and explain: "Today, in the era of the MeToo movement and widespread impact of social media trolling and cyberbullying, emotional distress can be a primary component of [defamation] damages." Emotional Distress Damages in Defamation Cases (2019). (Carroll & Meadows, 2019)[20]. That is especially true and applicable in Coach Gordon's case as he was falsely accused of having committed "sexual misconduct," which false statements were then broadcast far and wide.

Same as it would for anyone, the false statements and subsequent media storm have inflicted significant and lasting damage to Coach Gordon's mental well-being and overall quality of life. His self-esteem has naturally been eroded, causing him to question his self-worth and suffer from a diminished sense of identity.

"You know, I've been in a state of depression and anxiety. And experiencing anxiety and being in gyms being around individuals, certain individuals you know who look at me different, Anxiety and applying for certain jobs, you know, but the key is to try to continue to keep pushing forward. You know, like, I just go into different bouts of it. And, yet, you have to continue pushing forward you know. Everyday is a battle to really stay grounded and live." - Coach Gordon

Pain and suffering and emotional harm are, of course, highly personal, and as the literature notes, incapable of precise calculation because everyone's emotional pain differs. Given my work in dozens of defamation cases and helping victims of false statements repair their digital presence, what I can confidently conclude is that Coach Gordon's emotional harm is severe and significant, which makes sense given that his case may be the worst example of a media storm tarnishing a private individual's reputation that I have been retained to examine.

Educators pride themselves on being looked up to, trusted, and seen as leaders. When that pride is suddenly and wrongfully pulled out from under them, it causes a loss of self-identity. The people subject to false statements wind up feeling shame and humiliation. They question their own professional competence and abilities, and lose their sense of purpose.

In addition, they are forced to struggle with feelings of injustice caused by the false statements. They often will struggle, too, in gaining trust in future employers and colleagues, a condition that can harm their future careers.

False statements - especially those related to "sexual misconduct" - causing humiliation before the public, colleagues, and friends and family. A person may have spent years building a trusted reputation only to see it suddenly destroyed. Many wind up suffering from severe anxiety, depression, eating disorders, insomnia, and worse.

As the article cited above notes: "Defamation itself can be powerful evidence for an emotional distress claim. Some allegations are so heinous that any reasonable person would accept that

78

they are inherently distressful. 'Child molester,' 'sexual predator,' and 'racist' are hot-button accusations. Perhaps little more is needed to demonstrate the emotional distress caused by this kind of defamation." Id.

I wholeheartedly agree with this observation and statement and conclude that applied here, the false accusations of "sexual misconduct," which are included in the multiple primary keywords ranking content on Coach Gordon's name, follow this compelling logic.

"You know, it's almost like my life was just kind of taken away from me. You know I've applied for hundreds of jobs and not getting a call back for any. You know, it's okay, like everything I did over 20 years was it a waste? Some of the worst moments are just not being able to sleep thinking about that and how this happened to me. The shame of having to borrow money from folks to make ends meet because, you know, it's embarrassing to tell you that you know I wasn't. Just a lot of uncertainty, you know, which causes anxiety and keeps me up." -Coach Gordon

As a result, and as the article notes, deep psychological and emotional consequences and wounds are essentially presumed. And having interviewed Coach Gordon, it is clear to me that he is no different than anyone else, meaning he has suffered deep emotional harm that in turn has adversely affected his personal and professional relationships. Coach Gordon's mother was perplexed and openly distraught about his abrupt dismissal. She asked about it many times and was devastated by both the sudden change in career prospects and the obvious stress he was under. She passed away two months after the incident from Covid, meaning her last memories and thoughts were of her son in the midst of a media storm including allegations of "sexual misconduct."

In similar cases I have been retained, and in examining the literature, a fair and reasonable award for Coach Gordon's emotional damages would range from $250,000 to $2,000,000. Applied here, given that the allegations falsely accused Coach Gordon of potential "sexual misconduct" against a student, I believe a compensatory damage amount within the higher end of this range is appropriate.

79

## Reputational Damage (Defamation Per Se):

The largest component of Coach Gordon's damages is definitely his loss of reputation.

As detailed above, even the most aggressive rehabilitation campaign, with money being no object, can only help partially restore Coach Gordon's good name and likely won't result in him obtaining a college coaching position. Again, this is because: (1) he had little original, "baseline," media and internet presence, (2) the media storm was far and wide with millions hearing or reading about the false allegations against him, and (3) now more than three years have passed, meaning his reputation is largely cemented in the general public's eyes.

Reputations are most people's most valuable asset. They are hard to build. But as this case demonstrates, they can be destroyed in a moment.

Reputations hold immense value because they are built on perceptions, beliefs, and opinions that others hold about an individual or entity. These perceptions can shape how people view and interact with someone, influencing their trust, willingness to collaborate, and overall opinion of their character. While it's difficult to quantify reputations in concrete terms, their impact is undeniable.

"I've worked for numerous different youth agencies, you know like I said over 20 years of youth development and I've never had any bad reports or bad reviews on my job. Working at Evanston, at the YMCA. You know I have worked in the park district and in Edgewater at Broadway Armory. I worked at the Boys and Girls Club over in Uptown. So these are various areas throughout the city that I've worked with different youth agencies and never had any bad reports or any incidents. This includes working in numerous summer camps. It hurts and you know it's hard to say in word. Knowing that it's out there and that people when people look up my name and this is the first thing that they see and without knowing me that they're making a judgment of me and my character based on that, you know. Yeah. You know there's good days, there's alot of bad days." -Coach Gordon

When false accusations or negative information is spread about someone, it can have far-reaching consequences, as this case demonstrates.

Trust and relationships are intangible aspects of human interactions that cannot be easily measured or quantified. Trust is built over time through consistent behavior, reliability, and integrity. It develops as individuals demonstrate their competence, honesty, and ability to keep their promises. Relationships, on the other hand, are built on mutual understanding, respect, and shared experiences.

Quantifying trust and relationships are challenging because they involve complex emotions, subjective perceptions, and individual experiences. While Coach Gordon's family and inner friend circle likely maintains their same belief in and love for him, everyone outside his inner circle is left with the cloud of the original accusations, which Defendants never repaired.

80

For all those outside his inner circle - neighbors, acquaintances, former class and work mates - they are left with the false impressions Defendants broadcast, meaning Coach Gordon's reputation is tarnished with them. This secondary group often causes the most harm to Coach Gordon, as these people do know him. They may see him at the grocery store, at the gym, at a restaurant, or walking down the street and in turn shun or sidestep him. Coach Gordon reported to me how "regular people" now often deal with him differently. This is often where false statements hurt a person most.

Finally, there is the outer ring - the third ring - of people who heard or read about Coach Gordon at the time. These people, mostly strangers, number in the millions. For them, Coach Gordon's reputation is largely forever cemented as "that Coach at LP who was accused of sexual misconduct against a kid." Or worse, since Defendants never set the record straight that the allegation of adult on student sexual misconduct was unsubstantiated, the public, to this day, still doesn't know this simple fact, leaving them to (falsely) believe someone likely did commit "adult on student sexual misconduct." In all my searches, I could find no reference to the charge being found baseless.

"They're being fed a false narrative about who I am and what I'm truly about. You know, it took a lot of long walks, a lot of yoga, a lot of mindfulness exercise, a lot of meditation just to keep myself grounded and be able to function. Obviously I'm not on social media and I avoid the internet as much as I can. So, you know, I don't know what's being written, what's being said, but you know at the end of the day I know what is out there." -Coach Gordon

As one example news article referencing Coach Gordon's name stated in its headline, "Is CPS Response To Lincoln Park High School Sex Misconduct The New Normal?" (Appendix D). Postings like this reflect the thoughts and opinions of millions of strangers.

81

# Is Chicago Public Schools Response To High School Misconduct The New Normal?

February 5, 2020

FROM **WBEZCHICAGO** Your NPR news source

By Adriana Cardona-Maguigad



Hundreds of angry parents and members of the Lincoln Park High School basketball team turned out for a parent session Monday night about a sexual misconduct scandal at the school.

*Monica Eng/WBEZ*

In a matter of weeks, Chicago Public Schools moved with lightning speed at Lincoln Park High School after allegations of sexual misconduct and "egregious and systemic policy violations" emerged.

Since the first allegations surfaced in early January, the school has launched four separate investigations, removed or reassigned at least five adults,

Appendix D & Page 11

82



Appendix D & Page 12



Lincoln Park High School in Chicago on Jan. 14, 2016. (Jose M. Osorio/Chicago Tribune)

Appendix D & Page 13





Lincoln Park High School in Chicago on Jan. 14, 2016. (Jose M. Osorio/Chicago Tribune)

**Listen to this article**

Chicago Public Schools is seeking to fire Lincoln Park High School boys head basketball coach Pat Gordon, whose removal from his post in January was the start of a messy leadership shake-up.

Half a year after claims of widespread misconduct rattled the school community and led to the ousting of two well-liked administrators — along with suspensions of several coaches, a dean and the boys basketball season — the news that Gordon will face a termination hearing came in a letter late Tuesday to Lincoln Park families from CPS Network Chief Laura LeMone.

Numerous investigations "substantiated multiple allegations of serious misconduct at Lincoln Park High School," said the letter, which also stated two other coaches have been reinstated.

CPS officials confirmed the letter but did not provide more information, so exactly what wrongdoing was attributed to each coach, and what was found substantiated, remains unclear.

"I am writing today to update you on investigations involving coaches from the Lincoln Park athletics

Appendix D & Page 13

Naturally, measuring the harm of losing one's reputation is incalculable. It is highly personal. It includes numerous intangible elements that can only be observed through people's behaviors, body language, and verbal cues. And these observations only provide a glimpse into the overall impact and cannot capture the full extent of the consequences.

Though I am not a lawyer, I have studied defamation and, again, been retained in dozens of defamation cases to assess damages. The reason the category of "defamation per se" exists is precisely because precisely calculating damages in such heinous contexts as this is impossible. That is why damages are presumed, because defamation is so devastating to a person's reputation in such cases, like this.

Subjectivity: Assessing the extent of harm to one's reputation is inherently subjective. Reputation is a complex and intangible concept that varies from person to person and can be influenced by numerous factors. Different individuals may interpret the same defamatory statement differently, and there is no objective measure of reputation damage.

Context and Audience: The impact of defamatory statements can vary depending on the context and the audience involved. The reach and influence of the defamatory statement, as well as the characteristics and perceptions of the target audience, can significantly affect the extent of harm caused. Determining the specific effect on reputation in a given context can be challenging.

Long-Term Effects: Reputation damage can have long-lasting effects, often extending beyond the immediate aftermath of the defamatory statement. Restoring one's reputation may require significant time, effort, and resources, including engaging in professional reputation management strategies. Estimating the long-term consequences and associated costs is complex.

Though there are many intangibles, in this case, there is at least one tangible, concrete factor that weighs heavily in trying to assess a proper damage amount: the millions of people who were exposed to the story (Ring 3).  Conservatively assuming that at least 3.5 million people were exposed to this false and recurring story about Coach Gordon, that means Coach Gordon's reputation was forever tarnished to at least 3.5 million people.  Of course, most of these millions never had an opinion of Coach Gordon prior to the false statements being published, but that's the point: now they do and it is a devastatingly false reputation.  At least 3.5 million people's only exposure to Coach Gordon and knowledge of him is from these false reports of "sexual misconduct."

For those millions, his reputation will likely never be restored.

Putting these factors together, though I cannot calculate a precise amount of damage, I can provide a structure for assessing with benchmarks, as follows:

Ring 1 (Inner Circle - Family and Close Friends):  Though these individuals likely still believe in Coach Gordon, and their opinion may not have ultimately changed at all, the accusations and statements are still devastating to these close relationships.  If nothing else, it forced Coach Gordon to have to painfully explain to those closest to him that these statements - his nightmare - were false.  He reported his own mother, who didn't understand the situation, questioned him and was devastated.  She died two months later due to Covid. It causes them to view him differently, perhaps as damaged goods going forward.

"Every time, every time to family members, you know when they ask how it happened, I don't know how to explain it." -Coach Gordon

For Ring 1, given my experience in similar cases, I calculate damages at no less than $1,500,000.

Ring 2 (Secondary Circle - Acquaintances, Neighbors, Co-Workers, Etc.): This circle is the circle that often affects false statement victims like Coach Gordon the most.  This is because these individuals all know and interact with Coach Gordon on a regular basis, but do not know him well enough to know whether the false statements are true or not.  This is the group that often hurts victims like Coach Gordon most because while he interacts with them or sees them, he sees, feels, and experiences their distrust or questioning.  And even if some in this

86

group fully believe in Coach Gordon's good reputation, unless they express that to him, he does not know how they feel about him. That is often the toughest part for victims like Coach Gordon.

For Ring 2, given my experience in similar cases, I calculate damages at no less than $2,750,000.

Ring 3 (Outer Circle - Millions of Strangers): As explained above, this ring numbers at least 3.5 million. And as also explained above, for these millions the only opinion they will ever form about Coach Gordon was based on these false reports. These millions will only ever know him as the "coach accused of sexual misconduct" at his school. Calculating damages for Ring 3 is the most difficult and subjective (which again is why the category of defamation per se exists in the first place).

"CPS worked to try to prove a theory that they developed and that they got this from a disgruntled parent. Yet to this day, they have no evidence of any wrongdoing on my part. And they have no witnesses. You know, anyone to attest to their claims in trying to make me a bad coach or a coach that tries to win at all costs. You know none of those things are in, you know, just in my nature. They put my face on the news. My face in the newspaper for you know, serious allegations of you know staff to student, however they word it, you know misconduct. You know so when you state something like that and you put my face there, you know people believe it." -Coach Gordon

For Ring 3, a logical basis for damages is attaching a dollar amount for each of the 3.5 million people who only learned of Coach Gordon through these false statements and thus only forever have the most negative opinion of his reputation possible. For instance, awarding just $1 for each of the 3.5 million who were exposed to this falsehood about Coach Gordon translates to $3,500,000. If instead we award $10 to each of the millions who had or have only a negative opinion of Coach Gordon, that is $35,000,000.

Adding the three reputational rings together, I calculate and estimate that damages for this category total no less than $4,250,000 *plus* a potentially even higher amount for Ring 3 damages.

**Damage Calculation Note**: Although the false statements related to Coach Gordon are largely undifferentiated - which is part of the problem - one could argue that if the statements related to "serious misconduct" are not false, that in turn reduces his damages. In a theoretical sense, that argument has academic appeal. However, as a practical matter, it is largely a distinction without a difference. This is because the much more damaging false statements relate to the "sexual misconduct," not the "serious misconduct." It is hard to delink them. And even if one could, the likely effect on the damages assessed above is negligible. At most, if the statements of "serious misconduct" were proven true, and properly explained, it might reduce the calculated damages by 25% (a conservative, meaning inflated, figure), but I find that unlikely. The harm of being falsely accused of "sexual misconduct" on a child is not somehow reduced if what someone characterizes as non-sexual serious misconduct is proven true. It's akin to someone punching you in the face *and* shooting you. Take away the punch to the face and it makes little difference, as you remain dead.

87

# Works Cited

1.  Featherly, K. (2016, May 16). *ARPANET*. Retrieved from Britannica: https://www.britannica.com/topic/ARPANET

2.  Kemp, S. (2017, March 6). *The incredible growth of the internet over the past five years – explained in detail*. Retrieved from The Next Web: https://thenextweb.com/news/the-incredible-growth-of-the-internet-over-the-past-five-years-explained-in-detail

3.  Petrosyan, A. (2023, April 3). *Worldwide digital population 2023*. Retrieved from Statista: https://www.statista.com/statistics/617136/digital-population-worldwide/

4.  (2018, August 9). Retrieved from CareerBuilder: https://press.careerbuilder.com/2018-08-09-More-Than-Half-of-Employers-Have-Found-Content-on-Social-Media-That-Caused-Them-NOT-to-Hire-a-Candidate-According-to-Recent-CareerBuilder-Survey

5.  Reid, K. (2021, June 27). *Ardorseo*. Retrieved from 11 Search Statistics You Need to Know in 2021: https://ardorseo.com/blog/how-many-google-searches-per-day/

6.  Lewis, C. (2015). *Social Media - Cyber trap door to defamation*. Retrieved from Research Gate: https://www.researchgate.net/publication/281231900_Social_Media_-_Cyber_trap_door_to_defamation

7.  Dewey, C. (n.d.). *Study finds 6 in 10 of us share links without reading one word* . Retrieved from Digital Edition: https://digitaledition.chicagotribune.com/tribune/article_popover.aspx?guid=%2023f1618f-7764-4cfe-8f4f-cf3226870f9d

8.  Cooper, B. B. (2013, May 21). *Novelty and the Brain: Why New Things Make Us Feel So Good*. Retrieved from Life Hacker: https://lifehacker.com/novelty-and-the-brain-why-new-things-make-us-feel-sog-508983802

9.  O'Neil, L. (2017, March 2018). *Go Viral Or Die Trying*. Retrieved from Esquire: https://www.esquire.com/news-politics/a54132/go-viral-or-die-trying/

10. Lehrer, J. (2010, August 03). *The Itch of Curiosity* . Retrieved from Wired: https://www.wired.com/2010/08/the-itch-of-curiosity/

11. Starbird, K. (2017). *Research on Crowds and Crises* . Retrieved from Faculty Washington: http://faculty.washington.edu/kstarbi/research-on-crowds-and.html

12. Kato, B. (2021, August 31). *What is cancel culture? Everything to know about the toxic online trend*. Retrieved from Nypost: https://nypost.com/article/what-is-cancel-culture-breaking-down-the-toxic-online-trend/

13. Mishan, L. (2020, December 3). *The Long and Tortured History of Cancel Culture*. Retrieved from NyTimes: https://www.nytimes.com/2020/12/03/t-magazine/cancel-culture-history.html

14. Saad, L. (2022, JANUARY 12). *Military Brass, Judges Among Professions at New Image Lows*. Retrieved from Gallup: https://news.gallup.com/poll/388649/military-brass-judges-among-professions-new-image-lows.aspx

15. Hoyle, C., & Burnett, R. (2017). *The Impact of Being Wrongly Accused: Victims' Voices.* Retrieved from Centre for Criminology: https://www.law.ox.ac.uk/content/impact-being-wrongly-accused-victims-voices

16. Pappas, S. (2020, October 1). *The toll of job loss*. Retrieved from www.apa.org: https://www.apa.org/monitor/2020/10/toll-job-loss

17. Journal, S. E. (2020). *An Introduction to SEO Basics*. Retrieved from Search Engine Journal: https://www.searchenginejournal.com/seo-guide/

18. *History of Google Algorithm Updates*. (2021). Retrieved from Search Engine Journal: https://www.searchenginejournal.com/google-algorithm-history/

19. *College Assistant Basketball Coach Salary in the United States.* (2023, June 26). Retrieved from Salary.com: https://www.salary.com/research/salary/posting/college-assistant-basketball-coach-salary

20. Carroll, N., & Meadows, J. L. (2019, April 30). *Emotional Distress Damages in Defamation Cases*. Retrieved from Nicholas Carroll: https://www.nicholascarroll.com/defamation-resources/emotional-distress-damages-in-defamation-cases.html

90

# Appendices

--------------------------------------

## Appendix A

Articles Authored by and Featuring Sameer

Recent Speaking Engagements and References

Continuing Legal Education (CLE) Programs

## Appendix B

Sample Campaign Websites and Profiles

## Appendix C

Harmful Reputational Impact on Search Engines

## Appendix D

Examples of Harmful Media

## Appendix E

Documents Reviewed

## Appendix F

Media Evidence

90

**Prepared By:**

Sameer Somal, CFA

CEO, Blue Ocean Global Technology