**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Patrice Gordon, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-00549 |
| | ) | |
| v. | ) | The Honorable Nancy L. Maldonado |
| | ) | |
| Board of Education for the City of | ) | |
| Chicago, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO MOTIONS TO EXCLUDE EXPERTS[1]**

Plaintiff, Patrice Gordon, responds to Defendants' motions to exclude his experts –

(1) Sameer Somal (Dkt. 133), and (2) Colin McMahon (Dkt. 132) (together, the "Motions") – and

in support states as follows:

**INTRODUCTION**

This is not a close call.

Defendants are correct when they write to begin that "[a]t bottom, this is a defamation,

false light, and emotional distress case arising out of statements allegedly made by defendants and

then republished or newly published by the media." Motions at 1. All the claims – including the

federal claim – are grounded in defamation. The whole point of the case is that Defendants'

statements literally reached *millions of people*. That is, of course, a central element of the case.

That is what caused Gordon so much damage. That is what has left Gordon unemployed in his

field of choice – coaching – and in tatters. If it wasn't – meaning if *millions of people had not*

---

[1] For the Court's convenience and efficiency – because large portions of Defendants' Motions are
identical and cut and pasted – Plaintiff files a unified response to the Motions. Unless stated
otherwise, references to the "Motion" are to the Somal Motion.

1

*been exposed to Defendants' false statements* that ruined Gordon's life – he would not be suing. As such, to state the obvious, someone needs to estimate and calculate the reach and exposure of Defendants' statements. Expertise is required to estimate both the quantity of people exposed to Defendants' statements – through clicks, tweets, press releases, etc. – and the damage thereby caused. And that is exactly why Plaintiff retained not one, but two experts, the first of whom is a leading expert on defamation damages in the country (Sameer Somal), and the second a media expert who was the Editor-in-Chief of the *Chicago Tribune* (Colin McMahon).[2]

As a practical matter, someone with expertise and specialized knowledge needs to calculate the reach and impact of the defamation and calculate damages. In short, because these experts (like all experts) have knowledge, experience, and tools the lay public lacks and will testify on relevant issues, they are permissible under Rule 702. Defendants know this, and that is why they try so hard to exclude the experts. Again – unless Defendants are conceding damages – it is incontrovertible that someone needs to calculate the reach of the stories about Gordon, which the jury cannot do on its own. The fact that calculating the clicks and reach is not an exact science does not render experts less important, it renders them more important and necessary.

Of course, if Defendants take issue, they can – and will – not just cross examine the experts, but also offer their own expert in rebuttal. In fact, **Defendants *have* retained their own expert** to rebut Plaintiff's experts and offer his own analysis, which is fair game and how these technical, nuanced issues should be resolved: namely, with the jury hearing – and weighing – the evidence on issues they lack specific knowledge or expertise about. There can be no doubt that here the experts – both Plaintiff's and Defendants' – have technical, specialized knowledge and experience

---

[2] The two experts have different charges and scopes. Somal focuses on damages, while McMahon focuses on reach, impact, and how CPS normally interacts with the media.

related to the issues in this case that the jury lacks. That is why their reports span hundreds of pages. As such, they satisfy Rule 702 standards.

Finally and worth noting, last summer in the related state court cases, Defendants filed a near identical motion **to exclude these same experts**. Their expert reports there contained the same opinions as they do here and employed the same methodologies as they do now. And there, after full briefing and hearing, the court (Judge Donnelly) denied the motion, allowing the experts to testify in full without reservation. Though the *Daubert* standard is different and more exacting than the *Frey* standard, the ultimate analysis and result is the same. At bottom, under either standard, expert testimony here is not just permissible, but necessary. As such, the motions should be denied.[3]

### FIRST: THE BASIC LAW

Rule 702 provides: "A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if the proponent demonstrates to the court that it is more likely than not: (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue, (b) the testimony is based on sufficient facts or data, (c) the testimony is the product of reliable principles and methods, and (d) the expert's opinion reflects a reliable application of the principles and methods to the facts of the case."[4]

---

[3] Shortly after Judge Donnelly denied Defendants' two motions to exclude the experts, the parties settled the two state cases. The cases were in state court because, unlike this case, they lacked a federal claim. The state cases and this case are so similar that the parties agreed to combine discovery for the cases, along with a fourth case (another federal case) now pending before Judge Ellis. *Larry Washington v. Board of Ed., et al.*, No. 21-cv-396 (N.D. Ill.).

[4] Though the Rule was slightly altered effective December 1, 2023, the Advisory Committee's note states: "Nothing in the amendment imposes any new, specific requirements." Fed.R.Evid. 702 advisory committee's notes to 2023 amendments. The advisory committee further notes: "Some

3

Well settled, Rule 702 requires that the district judge act as a "gate-keeper who determines whether proffered expert testimony is reliable and relevant before accepting a witness as an expert." *Winters v. Fru-Con Inc.*, 498 F.3d 734, 741 (7th Cir. 2007) (*quoting Autotech Tech. Ltd. P'ship v. Automationdirect.com*, 471 F.3d 745, 749 (7th Cir. 2006). The parties agree here that relevance and reliability are the factors the Court must consider. Motion at 6. In making these determinations, district judges possess considerable discretion in dealing with expert testimony. *Carroll v. Otis Elevator Co.*, 896 F.2d 210, 212 (7th Cir. 1990); *see also Gen. Elec. Co. v. Joiner*, 522 U.S. 136, 141-43 (1997) (holding that abuse of discretion standard applies in reviewing district court rulings on admissibility of Rule 702 opinion testimony).

One aspect of defamation law, however, is quite relevant here, which Defendants wholly omit. Because Illinois follows the "majority rule" that a publisher of defamatory statements is also liable for their foreseeable republication, there can be no doubt that the experts' opinions here on exposure and damages are relevant. Specifically, in Illinois, "a publisher is responsible not only for damages caused by authorized repetitions of his statement, but also for those that were reasonably foreseeable . . . "). *Tunca v. Painter*, 2012 IL App (1st) 093384, ¶ 69. In *Tunca*, the original defamer – a doctor – told two other doctors in a hospital hallway that plaintiff had severed a patient's artery. The original defendant defamer was subject to liability when his statements were later spread by others through the entire hospital community. Applied here, the republications of Defendants' statements were not just foreseeable and expected, but they were actively promoted, encouraged, and enabled by Defendants, who consistently provided the press with materials, issued

---

challenges to expert testimony will raise matters of weight rather than admissibility even under the Rule 104(a) standard. For example, if the court finds it more likely than not that an expert has a sufficient basis to support an opinion, the fact that the expert has not read every single study that exists will raise a question of weight and not admissibility."

press statements, invited them to the community meeting, and even tried to manage their stories. *See, e.g.,* <u>Exhibit</u> 1 (numerous Passman and communication department emails to press sharing materials, giving quotes, and attempting to influence stories). As such nothing could be more relevant than determining the full reach and impact of Defendants' statements.

## SECOND: THE EXPERTS

Applying these basic tenets here, Plaintiffs' experts should not be excluded. They have specific expertise on issues that could not be more relevant: namely, the reach and impact of Defendants' false statements, and the damages caused by those statements. There are two experts because they had different focuses. Somal focused primarily on damages, while McMahon focused on the reach of Defendants' statements as well as CPS's press campaign in comparison to how it normally interacts with the press.

### SAMEER SOMAL

Defendants attempt three arguments in attacking Somal: (1) Somal is not qualified to offer any testimony on defamation damages, (2) he will not aide the jury, and (3) his methodology is unreliable. All arguments fail and are best refuted simply by reading his report. His report here – spanning more than 600 pages with appendices – dissects not just the reach and impact of Defendants' statements, but also dissects damages. It easily satisfies Rule 702, and Gordon accepts and welcomes his cross examination, as well as Defendants offering their own rebuttal expert.[5]

---

[5] Plaintiff has not filed a *Daubert* motion objecting to Defendants' expert (Doug Bania). Plaintiff welcomes him. More on him later.

**1. <u>Who is Sameer Somal? Answer: A Qualified, Experienced Defamation Damages Expert</u>**

As his biography demonstrates, Somal is a leading expert on defamation damages.[6] He has been retained as a defamation damages' expert in dozens of cases, testifying four times in 2023 alone. *See* <u>Exhibit</u> 2 (Somal Affidavit). He was even recently asked to serve as the damages' expert for Donald Trump in his high profile defamation case (but declined the engagement). *Id*. His testimony has never been excluded in any case.[7] More than a decade ago he literally founded – and still runs – a company devoted to defamation rehabilitation, meaning using the Internet and advanced tools to help restore one's reputation after it has been damaged by defamation. As for some details, his biography includes:

- In 2012, he founded Blue Ocean Global Technology, a company dedicated to online reputation repair and management. This is his livelihood and expertise.

- He has authored more than 60 articles on reputation, rehabilitating a reputation, defamation, and defamation-related issues. Separately, he has been cited and quoted in numerous articles.

- He has been invited to speak at more than 40 industry and trade groups on reputation management and defamation related topics, including: (1) Clear Law Institute, (2) Benchbar Conference, (3) US State Department's Foreign Service Institute; (4) Pennsylvania Bar Institute; and (5) New York State Bar.

- He has given CLE seminars to lawyers on reputation management.

- He is a Chartered Financial Analyst (CFA) who is a senior grader for CFA examinees. In 2022, the CFA Institute awarded Mr. Somal its "Inspirational Leader Award." <u>Exhibit</u> 3.

- He has been retained as an expert in more than 20 defamation cases and in just 2023 testified at trial four times. Somal Report at 20-21.

- In the 2023 state case in California, he was designated to testify on:

---

[6] Mr. Somal's experience is listed in Appendix A of his report and augmented by his Affidavit.

[7] A discussed below, only once was his testimony ever even limited, but even then, he was not excluded, as Defendants seek here. More recently, a federal judge in Delaware denied a *Daubert* challenge against him (discussed *infra*)..

> "The monetary reputational harm experienced by Providence as a result of the Internet defamation caused by defendants, the nature, extent, and amount of damages incurred by Providence as a result of defendants' actions and omissions, the impact of false, misleading, or deceptive ratings and reviews on small businesses, the consequences of undeserved negative publicity on businesses, including, but not limited to, measurable financial loss, intangible losses such as to brand, reputation, opportunity costs, trust, and good will, defamation in the age of social media, the importance of digital reputation to businesses, the importance of Google reviews and Google My Business profile." [Exhibit 2]

Simply stated, there is no credible argument that Somal is somehow not qualified as a defamation damages expert.

### 2. <u>Somal will Aid the Jury</u>[8]

Defendants' second argument – that Somal "will not help the jury" – borders on the frivolous. It is hypocritical and also mischaracterizes Somal's report. At bottom, the argument reduces to suggesting that experts are not permissible on questions "squarely within the province of the jury," which of course is *not* the standard for Rule 702. Motion at 10. Instead, the standard is straightforward: namely, will the expert "help the trier of fact to understand the evidence or to determine a fact in issue." Fed.R.Evid. 702(a). Here, by analyzing the reach of Defendants' statements and breaking down damages, Somal clearly can help the jury on complex issues they have likely never encountered or have any familiarity.

---

[8] By arguing "Somal will not help the jury," Defendants are challenging *relevance*. Relevance is self-explanatory. As Rule 401 provides, "relevant evidence" is defined as evidence that "has any tendency to make a fact more or less probable than it would be without the evidence, and the fact is of consequence in determining the action." Applied here, it is incontrovertible that damages are relevant and that determining defamation damages in turn requires analysis and estimation of how many people were exposed to defendants' statements. Defendants focus little on relevance because the relevance of damages is self-evident.

As Somal states: "my basic task was to: (1) assess the media impact of the myriad statements made and published about Coach Gordon, (2) assess the resultant damage to Coach Gordon generally and his reputation in particular, (3) assess the efforts and costs necessary to rehabilitate Coach Gordon's reputation, best it can be rehabilitated, and (4) calculate overall damages." Report at 8. Nothing could be more relevant to the jury, and obviously, these are not matters (or facts) within the normal province of a jury's knowledge or "everyday experience," as Defendants now (falsely) suggest. Motion at 9.

Simply stated, here an expert is needed to estimate how many people were exposed to Defendants' statements. Defendants do not dispute that the "reach" of their statements necessarily impacts (and correlates with) damages. The jury needs to know whether 100, 1000, or as the case here is, millions of people were exposed to Defendants' statements. Again, Somal's literal business is devoted to determining the reach of defamatory statements and then trying to fix it.

His report is 89 pages, but with appendices, it spans more than 600 pages. This is because Appendix C – which is a detailed analysis on Plaintiffs' reputational harm – is alone 381 pages. In it he analyzes the reach of Defendants' statements. Appendix D – 51 pages – details countless examples of all the harmful media Defendants' statements generated. The report arguably could not be more comprehensive.

Also, to be clear, and contrary to Defendants' suggestion, Somal is *not* testifying on liability. As liability is a prerequisite for damages, he assumes liability. He writes so in his report: "Because damages are dependent on liability, liability is assumed." *Id*. at 10. Defendants' attempts to cherry pick out-of-context phrases from his 90 page report and seven hour deposition do not change that Somal is only testifying on the subjects identified above, and *not* on liability or causation. Of course Somal is not a fact finder on liability. Instead, he is an expert on assessing

8

the media impact of the statements made by Defendants and the resultant damage to Gordon, focusing on his reputation, including the costs to try to repair his online reputation, which is exactly what his company does.

Also, suggesting that expert testimony is somehow not needed on these complex issues is not just silly, but here it is also hypocritical. Though Defendants fail to mention him in their Motion, they hired a well-credentialed expert – Doug Bania – to rebut Somal's and McMahon's reports. Bania produced a 56 page report with 25 pages of exhibits. Exhibit 4 (Bania Report). As his biography shows, Bania himself has been hired in dozens of cases to provide expert testimony on . . . damages, same as Somal does here. So the notion of whether an expert is needed in a defamation case is belied by Defendants' own expert. He has made a living doing so (and unlike Somal, he does not run a company that helps restores people's damaged reputations).

Similarly, Defendants' lawyer who filed the Motion – Joseph Meadows from Virginia – has himself published articles on defamation damages. Specifically, Meadows co-authored (or at least co-edited) an article titled, "Emotional Distress Damages in Defamation Cases." Exhibit 5. Somal even cites to Meadows' article – one of 20 sources Somal cites – in his report. Somal Report at 88-89. As such, Somal simply does what Meadows himself does: breaks down defamation damages into their underlying components. Somal is just more thorough and detailed than Meadows is in doing so.[9]

---

[9] After Somal brought the article to Meadows' attention during his deposition, someone changed the online version to remove Meadows from the byline, but he was still listed at the bottom of the article as an author. Somal Deposition at 230-233 (attached as Exhibit 2 to Motion). Even today, Meadows is still listed on the article: https://www.nicholascarroll.com/defamation-resources/emotional-distress-damages-in-defamation-cases.html

9

Of course, there is nothing "everyday" or inherent about a jury understanding that defamation damages are composed of numerous underlying components, as Somal's report details: namely, (1) Economic Damages, (2) Rehabilitative Damages, (3) Physical Damages, (4) Emotional Damages, and (5) Reputational Damages. Somal Report at 5, 74-87. Simply providing the *construct* and breakdown of all the components of how one is harmed by defamation has tremendous explanatory value for a jury (whether or not the expert also testifies as to value of each component). Again, a jury has no inherent knowledge of the myriad ways one can be damaged by defamatory statements. The concepts are completely foreign to them. Understanding the components is far from "common knowledge," as Defendants try to now assert. Motion at 10. Likewise, understanding and estimating how many people were exposed to Defendants' statements is also not "common knowledge" or common practice for a jury. As Somal has built a company and devoted a career to breaking down defamation damages – and then repairing the person's reputation – his knowledge and experience can surely "help the trier of fact to understand the evidence or to determine a fact in issue," which is all Rule 702 requires. Fed.R.Evid. 702(a).

### 3. **Somal's Methodology**

#### A. *Daubert* **Legal Framework**

When it comes to assessing *reliability* (i.e., methodology), *Daubert* factors are "neither exhaustive nor mandatory." *C.W. ex rel. Wood v. Textron, Inc.*, 807 F.3d 827, 835 (7th Cir. 2015); *Krik v. Exxon Mobil Corp.*, 870 F.3d 669, 674 (7th Cir. 2017) ("Despite the list, we have repeatedly emphasized that 'no single factor is either required in the analysis or dispositive as to its outcome.'") (*quoting Smith v. Ford Motor Co.*, 215 F.3d 713, 719 (7th Cir. 2000)). Ultimately, "there are many different kinds of experts, and many different kinds of expertise." *Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 150 (1999). The test of reliability, therefore, "is 'flexible,' and

10

Daubert's list of specific factors neither necessarily nor exclusively applies to all experts or in every case." *Id*. at 141 (*quoting Daubert*, 509 U.S. at 594); *see also Textron*, 807 F.3d at 835 ("Ultimately, reliability is determined on a case-by-case basis."). Rather, "[t]he district court may apply these factors flexibly as the case requires." *Krik*, 870 F.3d at 674; *see also Kumho Tire*, 526 U.S. at 142 ("[T]he law grants a district court the same broad latitude when it decides how to determine reliability as it enjoys in respect to its ultimate reliability determination."). "The district court usurps the role of the jury, and therefore abuses its discretion, if it unduly scrutinizes the quality of the expert's data and conclusions rather than the reliability of the methodology the expert employed." *Manpower, Inc. v. Ins. Co. of Pa.*, 732 F.3d 796, 806 (7th Cir. 2013). Ultimately, there must only be a "rational connection between the data and the opinion." *Id*. at 809.

A recent Seventh Circuit case is instructive. *Anderson v. The Raymond Corp.*, 59 F.4th 279 (7th Cir. 2023). In *Anderson*, the circuit court reversed the trial court's exclusion of a proffered expert. First, same as here, the court noted the expert is qualified due to his "extensive training" and "experience" in the field. *Id*. at 284. As for reliability, the court reminded that the proper focus is "not on the ultimate correctness of the expert's conclusions." *Id*. (citations omitted). And the court found the expert was reliable "from his training and experience" in the field. *Id*. Perhaps most important, the court held that even if the expert's opinions had been rejected by other courts, it is not "relevant to the Rule 702 inquiry, **which is concerned only with [the expert's] ability to aid the jury in this case**." *Id*. (emphasis added). In the end, the court held that criticisms of the expert's methodology and data sets "go to the weight, not the admissibility, of the [expert's] testimony." *Id*. at 285. The *Anderson* reasoning is equally applicable here.

11

### B. Somal Satisfies *Daubert* Analysis

Here, in trying to attack Somal's methodology, Defendants' argument is essentially that because defamation damages are incapable of precise calculation, there can be no calculation. Such "logic" suffers from the fallacy of *non sequitur*: "it does not follow." Because something cannot be precisely calculated, it does not follow that there can be no calculation or construct. And of course, because something cannot be calculated with precision does not mean an expert is not necessary. To the contrary, it is why experts are necessary.

To support their challenge, Defendants rely heavily on the only case where Somal's testimony was limited, but *not* excluded. *Ludwin v. Proman*, No. 20-CV-81755-RS (S.D. Fla. Jan. 19, 2023). Somal never actually testified because the case settled. Exhibit 2 (Somal Affidavit). The parts of his testimony that were excluded related to him testifying on liability, malice, and causation, all issues he is *not* testifying on here. *Id*. And in *Ludwin*, he *was* allowed to testify on rehabilitation defamation damages. *Id*.

But more important, and wholly neglected by Defendants, is that Somal has been retained in more than 20 other cases to provide the same types of testimony he provides here and has not been limited in his testimony on defamation damages. In the past year alone, Somal has testified in four cases without limitation, including two federal cases, a state case, and an arbitration against Meta (Facebook). *Id*. He was even asked to serve as Donald Trump's defamation damages expert in his recent case, but declined the engagement. *Id*.

And in one of the recent federal cases, a party filed a *Daubert* motion "to exclude Samer Somal's opinions and testimony in whole because Somal lacks expertise to make his opinion, and his opinions make unfounded insinuations; improperly parrot the opinions of counsel; and lack a methodology as well as a reliable basis." *GOLO, LLC v. GOLI Nutrition Inc.*, 20-cv-667 (D. Del.).

12

*See* <u>Exhibit</u> 6 at 2. Sound familiar? However, "[a]fter reading the briefing, hearing oral argument, and reading Somal's 32-page expert report," Judge Andrews "denied" "GOLO's motion to exclude the testimony of Sameer Somal." *Id*. at Dkt. # 658, p. 10. The same result is called for here.

Here, Somal's report – including the lengthy exhibits detailing his methodology – speaks for itself. In his report, Somal specifies his methodology in great detail. *See* Somal Report at 8-11. His list of tools could not be more exhaustive: Google, Keyword Planner, Keyword Tool, Moz, SpyFu, Aherfs, Semrush, Serpstat, SEMScoop, SimilarWeb and The Wayback Machine. *Id*. at 8. If most of those sound like a foreign language, that's the point: he's an expert! 😊 He "then repeated the process" using "Bing, Yahoo, Duckduckgo, and Searchencrypt." *Id*. at 10.

And then he literally shows his work – meaning the results of his searches – in Appendix C (381 pages) and Appendix D (72 pages). In so doing, his work satisfies traditional *Daubert* factors. It can be replicated and tested, and running internet searches using key terms is a generally accepted method for estimating reach of a story (just as Defendants' own expert's report explains and just as articles written by both Somal and Defendants' expert indicate). *Burton v. E.I. DuPont, Inc.*, 994 F.3d 791, 826 (7th Cir. 2021) (noting "defendants' own expert relied on a similar methodology").

But in now attacking Somal's methodology, Defendants apply the wrong standard. As the Seventh Circuit has explained, "Reliability . . . is primarily a question of the validity of the methodology employed by an expert, not the quality of the data used in applying the methodology or the conclusions produced." *Manpower, Inc. v. Ins. Co. of Pa.*, 732 F.3d 796, 806 (7th Cir. 2013). Consequently, "Rule 702's requirement that expert opinions be supported by 'sufficient facts or data' means 'that the expert considered sufficient data to employ the methodology.'" *Id*. at 808 (quoting *Stollings v. Ryobi Techs., Inc.*, 725 F.3d 753, 766 (7th Cir. 2013)). Whether an expert

"selected the best data set to use, however, is a question for the jury, not the judge." *Id*. at 809. Assuming there is "a rational connection between the data and the opinion," the "expert's reliance on faulty information is a matter to be explored on cross-examination; it does not go to admissibility." *Id*. (*citing Walker v. Soo Line R.R. Co.,* 208 F.3d 581, 589 (7th Cir. 2000)).

But that is Defendants' criticism here: namely, that in doing his calculations and estimations, Somal did not employ the best or proper data set or search terms. Defendants' own expert – whose report they fail to share – makes this exact criticism: "The Somal Report does not provide any reasoning or support as to why the Somal Search Terms are considered the appropriate search terms for this analysis." Exhibit 4 at 35. But that is precisely the Seventh Circuit's point: again, whether an expert "selected the best data set to use, however, is a question for the jury, not the judge." *Stollings* at 809.

Perhaps this is why Defendants failed to share their own expert's report with the Court. Applied here, Somal's methodology and conclusions easily reflect "a rational connection between the data and the opinion," which is all that is required. *Manpower*, 732 F.3d at 809. If Defendants object to Somal's data sets or his *interpretation* of his searches (i.e., his *conclusions*, which are not the proper province of a *Daubert* challenge), then they can cross-examine him to their hearts' content on such issues. As *Daubert* itself instructs: "Vigorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof are the traditional and appropriate means of attacking shaky but admissible evidence." *Daubert*, 509 U.S. at 596. *See also Burton*, 994 F.3d at 827 ("The defendants were free to cross-examine [expert] about any weaknesses in her methodology.").[10]

---

[10] Tellingly, though Bania does what every rebuttal expert does – namely, tries to poke holes in Somal's methodology and conclusions – Bania never offers a contrary opinion on what the "real number" of exposures was. Think about it this way: there is a jar of belly beans and the charge is

Finally, Defendants argue that Somal's damage calculations are unsupportable. In so doing, they implicitly take exception to two things: (1) that anyone can ever opine on defamation damages, and (2) that defamation damages can be deconstructed. Again, this is ironic when one considers that Defendants' own expert (Doug Bania) has made a career out of testifying on defamation damages, as his biography makes clear. Exhibit 4 at 43-56. His bio states that he has testified as a defamation damages expert in dozens of cases (and written numerous articles about it too). Likewise, Defendants' own lawyer has published articles on the need for expert testimony on damages. Exhibit 5. And as for Somal deconstructing defamation damages to their five subcomponents – (1) economic, (2) rehabilitation, (3) physical, (4) emotional, and (5) reputational – Defendants can hardly object when, again, Defendants' own lawyer has written about the subcomponents. So testifying on the *construct* of defamation damages is, of course, permissible and fair game, and requires little to no "methodology."

As for Defendants objection to Somal testifying about and estimating damages for each subcategory, Gordon briefly responds below. But worth noting at the outset, for *all* his calculations he took a conservative approach: "As regards damage calculations, as a general matter, when assumptions need to be made, I made conservative assumptions, meaning my calculations and ultimate conclusions likely understate the total amount of damages." Somal Report at 10.

---

to estimate the number of jelly beans. Expert A estimates 827 jelly beans. Expert B reviews Expert A's report and concludes her methodology is deficient, but he doesn't offer either a different methodology or, more important, an estimate of how many jelly beans he thinks are in the jar. Punchline: of course there may be more than one way – more than one methodology – to estimate something, with both, through different processes, coming to similar estimates. Self-evident, the best way for Bania to attack Somal's methodology and conclusion would be to offer his own and calculate what he believes the "correct" number of exposures, but he (tellingly) fails to do so.

- Rehabilitation damages: This requires scant attention. Again, Somal built and runs a company doing exactly this: designing and then executing campaigns to restore a person's reputation. In his report, Somal even provides two alternative bases for calculating the costs for a rehabilitation campaign. Somal Report at 76. His methodology is not just reliable, it is arguably the industry standard given this is not theory for him, but what his company does.

- Economic damages: Here, Somal engages in very standard analysis, meaning he calculates lost pay and loss of future earnings related to Gordon's loss of coaching opportunities, which is what this case is about. *Id.* at 75. He details his methods and provides a range of damages, which is commonplace for experts. Providing a range does not somehow show a lack of methodology, but to the contrary, it shows reliability of methodology. As Somal is a CFA Charterholder, a CFP professional, and a Chartered Alternative Investment Analyst, calculating lost income and lost opportunity are his bread and butter. In their Motion, Defendants offer no specific objection to his economic damage calculation because his methodology is both sound and standard.[11]

- Physical Damages: Defendants make much ado that Somal is not a doctor, but that does not end the analysis. It is actually why he provides a broad estimate for potential damages ($100,000 to $1,000,000). Somal Report at 77. And even if Somal is limited from providing specific money damage estimates for Gordon's physical damages, that cannot and should not preclude him from identifying it as a category of damages.

- Emotional Damages: The same logic applies for testifying on Gordon's emotional damages: namely, Somal provides a broad range precisely because he is not a doctor. Somal

---

[11] Defendants are welcome to question and cross-examine Somal on any *assumptions* – such as him "using a conservative annual salary loss of $50,000 from not being able to coach in college" – but that does not affect his *methodology*, which is sound.

Report at 78-79. But again, nothing is improper – and no methodology even required – for him to first explain that emotional damages are a component of defamation damages. Because a damages expert can't diagnose whether someone is clinically depressed does not mean he cannot identify it as a component of emotional harm damages. In his report, Somal cites literature affirming his methodology that emotional damages are (of course) part of defamation damages. His opinion is supported by his experience, literature, and case law.

- Reputational Damage: Here Defendants' objection reduces to taking exception with Somal's *precision*. Instead of lumping all reputational damages together, Somal actually deconstructs them into subcomponents or "rings" of harm. Rather than summarizing Somal's analysis, Plaintiff directs the Court to Somal's report, which is logical and speaks for itself. *Please see* Somal Report at 80-87. Somal's experience – running a company that restores people's damaged reputations – alone satisfies the reliability criteria. He knows from years of firsthand experience that a reputation can be damaged on multiple *levels* (or rings). He understands this because when trying to repair their reputation, he addresses the multiple "rings" of damage when constructing a campaign. All his report does is explain and break down this underlying reality. As such, Somal testifying on the *construct* of reputational damages is eminently sound and supportable. As for the specific dollar amounts, he expressly acknowledges in his report "though I cannot calculate a precise amount of damage, I can provide a structure for assessing with benchmarks," and he then does just that. *Id.* at 86. And in so doing, he purposefully does *not* offer a dollar amount of damages for the millions of people exposed to stories about Gordon who only know of him through Defendants' statements.[12]

---

[12] A clear aim of Defendants' Motion is their fear of the "video montage" contained in Somal's report at Appendix F. Motion at fn. 8. As the montage so clearly reflects and summarizes the harm Gordon suffered – "a picture is worth a thousand words" – Plaintiff reproduces it at this link for

17

**Conclusion**: For the reasons stated above, the Motion should be denied. Given his vast experience, education, and expertise, Somal: (1) is qualified to be an expert, (2) can "help the trier of fact to understand the evidence or to determine a fact in issue," which is all Rule 702 minimally requires, and (3) employs reliable means backed by his experience, education, and expertise to support his conclusions. If Defendants want to question his assumptions or attack his data sets, they are welcome to do so through cross-examination. They have even hired their own expert to do just that.

### COLIN McMAHON

Defendants make the same arguments against McMahon that they assert against Somal: namely, that he is: (1) unqualified, (2) "will not help the jury," and (3) his "testimony lacks any reliable and testable foundation." Motion at 2. But in doing so, Defendants misstate both McMahon's conclusions and methods. And more important, they actually only object to one of his six opinions – the first one about false statements and motive – but Plaintiff has made clear that McMahon (same as Somal) assumes liability and will *not* testify on whether the statements were false or whether Defendants acted with malice. The remainder of his testimony on the following subjects is well within the bounds of Rule 702: (1) CPS deviated from its usual practices in issuing statements to the press about Gordon, (2) The amount of news coverage generated was unprecedented for a school story, (3) Defendants never sought to correct or clarify their statements to the press, (4) At least 2.6 million people were exposed to stories about Gordon and the events at Lincoln Park High School, and (5) Defendants' actions were in large part motivated by the *Chicago Tribune's* year long expose about CPS's abuses – called "Betrayed" – that ran in 2018.

---

the Court's convenience: https://1drv.ms/f/s!AhCvXqBTA2kMgbg_p5-tPDS9sO6VEQ?e=F9bU75

These conclusions are hardly controversial, and they are surely relevant to the issues in this case. Given McMahon's experience, expertise, and education, the opinions are reliable.

### 1. Who is Colin McMahon? Answer: An Experienced Journalist & Media Expert

Defendants muster but a page attacking McMahon's qualifications as a journalist and media and content expert. Given that he spent three decades in journalism, rising to become Editor-In-Chief of the *Chicago Tribune*, and subsequently a media consultant, who is an "industry leader in using data and research to drive audience," he is eminently qualified to render his opinions here. McMahon Report at 63. Prior to becoming editor-in-chief, his job at the *Tribune* was literally to "expand digital audience and revenue," which led to "increase[ing] chicagotribune.com audience by 50 percent." *Id*. at 64. In so doing he worked with Google, Facebook, Microsoft, and Apple. *Id*. As he explained in his deposition, he is intimately familiar with the tools used to measure web traffic and stories and even oversaw all data analytics at the *Chicago Tribune*. *See* McMahon Dep. at 164:21-165 ("I had all the responsibility before working with the newsrooms on data analytics"). In short, McMahon is well qualified to serve as an expert as relates to the amount of news coverage generated by Defendants' statements and how Defendants interacted with the media – and deviated from their normal practices – in issuing their statements. Arguably no one is more qualified than McMahon.

### 2. McMahon Will Help the Jury

Next, same as Defendants do with Somal, they suggest McMahon will not help the jury. Motion at 7-9. But here, Defendants' recycled argument only relates to an opinion McMahon will *not* give: namely, whether any particular statement was false (i.e., liability). But Plaintiff agrees that McMahon will *not* testify as to the truth or falsity or any particular statement. In fact, he does not need to testify as to the truth of any statement because Defendants have long ago conceded in

19

their Answer and discovery responses that Gordon never committed any sexual misconduct against anyone. *See, e.g.,* Answer at ¶ 235 ("Defendants admit the Board has not received any allegations that Plaintiff committed sexual misconduct.") (Dkt. 54). Just as McMahon said in his deposition, he assumes liability: "I assumed liability going into the report. I assumed that the statements were false." McMahon Dep. at 39:5.[13]

As for the opinions McMahon will testify on, of course they are *relevant* and will help the jury. For instance, little could be more relevant than estimating how many people were exposed to stories about Plaintiff and the school. Likewise, it is relevant to put into perspective how much news Gordon and the school generated compared to other school stories where employees or coaches were removed. It is quite relevant to have an expert in the field testify how CPS deviated from its usual practices with how it interacted with the press here.[14] It is relevant to provide the context and history that it was the *Tribune's* "Betrayed" series that actually led to CPS's actions and changes.[15] And given McMahon's vast experience running a paper that generated much news coverage about Plaintiff, no one is better situated to calculate and explain these specific matters.

---

[13] Ultimately, whether Defendants' *undifferentiated* statements about "adult on student misconduct" were false and construed by the public to relate to Gordon may be a question of fact for the jury. *Chapski v. Copley Press*, 92 Ill.2d 344, 352 (1982) ("whether the publication was in fact understood to be defamatory or to refer to the plaintiff is a question of fact for the jury").

[14] In this sense, Defendants' lawyer's questions of McMahon at his deposition were clever, but irrelevant. For instance, asking McMahon whether he is "an expert on Chicago Public Schools policies" – to which McMahon responded he is not – is irrelevant. McMahon Dep. at 23-24. He is *not* testifying on Chicago Public School policies. Instead, he is testifying on how CPS normally interacts with the media, what it normally provides the media, and how it *deviated* here, which one could only do and know if he had vast experience doing so. And McMahon has that experience.

[15] As McMahon notes in his report, CPS's Chief Executive Officer at the time (Janice Jackson) confirmed that the *Betrayed* series heavily influenced the district. McMahon Report at 59.

### 3.  **McMahon's Methodology**

In arguing McMahon "followed no method or process to reach his opinions," Defendants cherry pick and selectively misquote stray phrases from McMahon's *seven hour deposition*.  But McMahon lays out his precise methodology in his report.  McMahon Report at 3-4.  Because of his prior unique role as Editor-in-Chief at the *Chicago Tribune*, he had access to something most experts lack: "first party data to set a baseline for news media coverage of the LPHS events and associated audience reach and engagement in the Chicago Designated Marketing Area (DMA)." *Id*.  He used multiple data sources such as Nielsen, Alliance for Audited Media, SimilarWeb, and data aggregators.  *Id*. at 4.  He also offered "alternative" bases in making his exposure calculations. Separate from his report, he also provided Defendants a copy of his "sources and data analytics sheet," so Defendants' expert could replicate and analyze his work.  Exhibit 7.  Ultimately Defendants' own expert criticized McMahon's search terms – without offering any of his own – which the Seventh Circuit has made clear may warrant cross-examination of the expert, but not exclusion.  *Manpower*, 732 F.2d at 809 (whether an expert "selected the best data set to use, however, is a question for the jury, not the judge").  Exhibit 4 at ¶¶ 26, 30, 33 (Bania Report).[16] Defendants' expert also criticizes that some of McMahon's stories don't focus exclusively on Gordon or tie him to any particular act.  Id. at ¶¶ 43, 48, 71.  But again, just as the Seventh Circuit holds, such criticisms are the proper province of cross-examination and/or presenting their own expert (which Plaintiff welcomes)

---

[16] Defendants' expert only sought to rebut two of McMahon's six opinions: (1) "Unprecedented Spotlight," and (2) "An Audience of Millions."  *Id*. at ¶ 20.  And tellingly, he offers no opinion of what he believes the proper exposure numbers were (because no matter the methodology he employed, it would, of course, be sky high and prove Plaintiff's point).

Defendants' criticism of McMahon's exposure analysis conveniently neglects that McMahon made very conservative estimates precisely because of some of the factors they mention. For instance, as McMahon stated in his deposition: "adding all that up led me to a 2.6 million figure that I believe is very conservative." McMahon Dep. at 49:12. In response to Defendants' criticism that not all stories expressly referenced Gordon – a fair subject for cross-examination – McMahon added: "I know that there were stories that did not mention Pat Gordon, and I, so I went very conservatively on this, and built in a kind of conservative number because some of those stories will not mention by name and will mention only that he – it may mention only the coach, or it may mention the boys basketball program . . . so that 2.6 million is a conservative number that reflects coverage of the scandal . . . but it would be conservative for the Pat Gordon part." *Id*. at 49:21-50-16. On the digital side, he only counted "people who would have opened a story." *Id*. at 52:19. Just as Defendants' lawyer did at McMahon's deposition, he will have the ability to cross-examine McMahon on all these nuanced points. Have at it.

A big part of Defendants' expert's criticism is not of McMahon, but rather that some of the news stories generated do not specifically identify Gordon or tie him to any particular misconduct accusation. But that misses the point. McMahon's opinion expressly relates to how much news coverage was generated relating to the events at Lincoln Park High School related to the removal of Gordon and other coaches. *See, e.g.,* McMahon Report at 5 ("Few stories about a single school reach such a wide audience. Certainly this was the most coverage Lincoln Park High School on many years if not the most coverage of any single Chicago school in years."). Moreover, as noted above, McMahon considered these very issues as part of his "conservative" analysis when applying reach to Gordon.

If Defendants' ultimate argument is that perhaps the public thought someone other than Gordon committed "sexual misconduct" from the stories generated, great, they are free to make that argument and cross-examine McMahon on it. But think of the irony here: because Defendants were purposefully vague or purposefully lumped four Black men together without differentiating them does not then somehow let them off the hook or mean McMahon's methodology is unsound. For instance, if Defendants' expert wants to make the point that for many of the millions who read about Lincoln Park it was not always clear exactly what Gordon was accused of, they can have at it. But that does not in turn mean that McMahon's methodology lacked any sound basis. Instead it only means that Defendants take exception with the *conclusions* McMahon draws from his analysis. But again, that is exactly what the Supreme Court and Seventh Circuit have held is *not* a permissible basis for exclusion because the focus "must be solely on principles and methodology, not on the conclusions that they generate." *Daubert*, 509 U.S. at 595. "The soundness of the factual underpinnings of the expert's analysis and the correctness of the expert's conclusions based on that analysis are factual matters to be determined by the trier of fact, or where appropriate, on summary judgment." *Ford Motor Co.*, 215 F.3d at 718.

**<u>Conclusion</u>**: For the reasons stated above, the Motion should be denied. Given his vast and truly unique experience and expertise, McMahon: (1) is qualified to be an expert, (2) can "help the trier of fact to understand the evidence or to determine a fact in issue," which is all Rule 702 minimally requires, and (3) employs reliable means backed by his experience, education, and expertise to support his conclusions. If Defendants want to question his assumptions, attack his data sets, or his ultimate conclusions, they are welcome to do so through cross-examination. They have hired their own expert to do just that. Finally, as regards Defendants' main objection – that

23

McMahon should not testify on liability or whether any particular statement was false – we are in violent agreement: he won't.

WHEREFORE, for the reasons stated herein, the motions to exclude Sameer Somal and Colin McMahon should be denied.[17]

Dated:  March 1, 2024                                   Respectfully Submitted,

                                                       /s/William Choslovsky
                                                       Counsel for Plaintiff

William Choslovsky
Ari Rosenthal
Ginsberg Jacobs LLC
300 South Wacker Dr., Suite 2750
Chicago, IL 60606
(312) 660-9611
wchoslovsky@ginsbergjacobs.com
arosenthal@ginsberhgjacobs.com

---

[17] Though Plaintiff does not think an evidentiary hearing is necessary – because Somal's and McMahon's reports provide sufficient detail – if the Court deems it necessary or helpful, then they (and Plaintiff) welcome any additional inquiry that may aid the court.

24

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 1, 2024, I caused to be electronically filed *Plaintiff's Response to Motions to Exclude Experts* with the Clerk of the Court using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


             /s/ William Choslovsky

William Choslovsky (ARDC: 6224664)
Ginsberg Jacobs, LLC
300 S. Wacker Ave, Suite 2750
Chicago, IL 60606
(312) 660-9611
wchoslovsky@ginsbergjacobs.com

# EXHIBIT 1

Message

| | |
|---|---|
| **From:** | Passman, Michael [mrpassman@cps.edu] |
| **Sent:** | 2/1/2020 2:55:23 AM |
| **To:** | Leone, Hannah [hleone@tribpub.com] |
| **Subject:** | Re: LPHS removal |

Will have to check on the new girls coach. No other removals.

On Fri, Jan 31, 2020 at 8:52 PM Leone, Hannah <hleone@tribpub.com> wrote:
Got it, thank you. Who's leading the girls team now? Was anyone else removed this month, or in December?

**From:** Passman, Michael <mrpassman@cps.edu>
**Sent:** Friday, January 31, 2020 8:49 PM
**To:** Leone, Hannah <hleone@tribpub.com>
**Subject:** Re: LPHS removal

█████████████████

On background:

- The Jan. 9 letter applies to Gordon.

- The Jan. 25 letter applies to Larry Washington, who was the girls basketball coach.

On Fri, Jan 31, 2020 at 8:43 PM Leone, Hannah <hleone@tribpub.com> wrote:
That would be helpful, thanks

Hannah Leone | @hannahmleone
Reporter, Chicago Tribune
hleone@chicagotribune.com | 312-222-3890

**From:** Passman, Michael <mrpassman@cps.edu>
**Sent:** Friday, January 31, 2020 8:39 PM
**To:** Leone, Hannah <hleone@tribpub.com>
**Subject:** Re: LPHS removal

█████████████████

I can clarify this for you on background if that is helpful (you can use the info but not attributable to me).

On Fri, Jan 31, 2020 at 7:27 PM Leone, Hannah <hleone@tribpub.com> wrote:
Or was he only implicated in the Jan. 9 letter and was the Jan. 25 letter about someone else?

**From:** Leone, Hannah <hleone@tribpub.com>
**Sent:** Friday, January 31, 2020 7:23 PM
**To:** Passman, Michael <mrpassman@cps.edu>
**Cc:** James Gherardi <jagherardi@cps.edu>; Emily Bolton <eebolton@cps.edu>
**Subject:** Re: LPHS removal

BOE018929

CONFIDENTIAL - Subject to Protective Order

Was that the Jan. 25 letter stating "There has been an allegation that one of our employees engaged inappropriately with a student. This employee has been removed from the school, and an investigation has been initiated by the Office of the Inspector General. Parents of the impacted student have been notified, and the Office of Student Protections and Title IX is connecting the student to supports."?

**From:** Passman, Michael <mrpassman@cps.edu>
**Sent:** Friday, January 31, 2020 7:22 PM
**To:** Leone, Hannah <hleone@tribpub.com>
**Cc:** James Gherardi <jagherardi@cps.edu>; Emily Bolton <eebolton@cps.edu>
**Subject:** Re: LPHS removal

████████████████

Gordon was removed earlier this month. A letter was sent to parents at the time of his removal.

On Fri, Jan 31, 2020 at 7:01 PM Leone, Hannah <hleone@tribpub.com> wrote:
What's the latest on Pat Gordon, not mentioned in the letter? Was the previous letter I initially emailed about in this thread about him?

**From:** Leone, Hannah <hleone@tribpub.com>
**Sent:** Friday, January 31, 2020 6:54 PM
**To:** Passman, Michael <mrpassman@cps.edu>
**Cc:** James Gherardi <jagherardi@cps.edu>; Emily Bolton <eebolton@cps.edu>
**Subject:** Re: LPHS removal

Got it, thanks

**From:** Passman, Michael <mrpassman@cps.edu>
**Sent:** Friday, January 31, 2020 6:43 PM
**To:** Leone, Hannah <hleone@tribpub.com>
**Cc:** James Gherardi <jagherardi@cps.edu>; Emily Bolton <eebolton@cps.edu>
**Subject:** Re: LPHS removal

████████████████

Hannah,

Please see the attached letter, which was sent this evening to Lincoln Park High School parents.

On Fri, Jan 31, 2020 at 2:08 PM Leone, Hannah <hleone@tribpub.com> wrote:
Hey, checking in on this. Thanks

**From:** Leone, Hannah <hleone@tribpub.com>
**Sent:** Friday, January 31, 2020 9:57 AM
**To:** Bolton, Emily <eebolton@cps.edu>; Michael Passman <mrpassman@cps.edu>
**Subject:** Re: LPHS removal

Good morning,

Following up on this.

Also, have been told Lincoln Park may have removed the entire boys basketball coaching staff yesterday, practice was cancelled and the boys were told the coaches weren't available. Is this true? Please provide copies of any letters that went to families and staff about this.

BOE018930

CONFIDENTIAL - Subject to Protective Order

Thanks,
Hannah

**From:** Leone, Hannah
**Sent:** Monday, January 27, 2020 11:30 AM
**To:** Bolton, Emily <eebolton@cps.edu>; Michael Passman <mrpassman@cps.edu>
**Subject:** LPHS removal

Good morning, can you please tell me the job title of this employee and when the allegation occurred?

Thanks,
Hannah

> **Subject: LPHS Update**
> **Reply-To:** John Thuet <jrthuet@cps.edu>
>
> Dear Lincoln Park High School Parents and Families,
>
> The safety of your children is always our top priority, which is why I must inform you of a situation that has recently come to light. There has been an allegation that one of our employees engaged inappropriately with a student. This employee has been removed from the school, and an investigation has been initiated by the Office of the Inspector General. Parents of the impacted student have been notified, and the Office of Student Protections and Title IX is connecting the student to supports.
>
> Please know that we are taking this situation seriously, and we remain committed to providing your children with a safe, positive learning environment where they can reach their full potential. While I am unable to discuss details regarding the investigation, I am always available to discuss steps the district takes to keep students safe and matters related to your child. I can be reached at jrthuet@cps.edu or (773) 534-8130. If you have any concerns related to student protections, you can contact the Office of Student Protections and Title IX at (773) 535-4400.
>
> Sincerely,
>
> Principal Thuet

BOE018931

**From:** "Leone, Hannah" <hleone@tribpub.com>
**To:** "Gherardi, James <jagherardi@cps.edu>
**Cc:** James Malnati <jmalnati1@cps.edu>, Michael Passman <mrpassman@cps.edu>
**Subject:** Re: CPS LPHS Presentation
**Sent:** Mon 2/3/2020 8:26:38 PM (UTC-06:00)

Do you have a speakers list? I wanted to check the name of the very last man who spoke. Wearing a suit, started off saying "you have heard from all of the main stakeholders," when he finished the players jumped up and down chanting "let us play"

Hannah Leone | @hannahmleone
Reporter, Chicago Tribune
hleone@chicagotribune.com | 312-222-3890

---

**From:** Leone, Hannah <hleone@tribpub.com>
**Sent:** Monday, February 3, 2020 7:51 PM
**To:** Gherardi, James <jagherardi@cps.edu>
**Cc:** James Malnati <jmalnati1@cps.edu>; Michael Passman <mrpassman@cps.edu>
**Subject:** Re: CPS LPHS Presentation

Got it, thank you

Hannah Leone | @hannahmleone
Reporter, Chicago Tribune
hleone@chicagotribune.com | 312-222-3890

---

**From:** Gherardi, James <jagherardi@cps.edu>
**Sent:** Monday, February 3, 2020 7:45 PM
**To:** James Gherardi <jagherardi@cps.edu>
**Cc:** James Malnati <jmalnati1@cps.edu>; Michael Passman <mrpassman@cps.edu>
**Subject:** CPS LPHS Presentation

Caution: External Sender
Good Evening,
Attached is the presentation from tonight's meeting at LPHS.

Thank You,
James

--
**James Gherardi, Press Secretary**
(773)553-2509

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    Gordon 000556

**CONFIDENTIAL - Subject to Protective Order**

Message

| | |
|---|---|
| **From:** | Passman, Michael [mrpassman@cps.edu] |
| **Sent:** | 2/3/2020 11:05:48 PM |
| **To:** | Cauguiran, Cate J. (WLS-TV) [Cathleen.J.Cauguiran@abc.com] |
| **Subject:** | Re: ABC 7 Media Inquiry |

The meeting is open to the public (including media). Although please know that there will be no dedicated media availability.

On Mon, Feb 3, 2020 at 4:03 PM Cauguiran, Cate J. (WLS-TV) <Cathleen.J.Cauguiran@abc.com> wrote:

Good afternoon Michael,

We heard Dr. Jackson say today that no information would be released to the media concerning Lincoln Park High School without addressing families first.

We just wanted to follow up and see if CPS would be issuing any type of release following tonight's meeting with LPHS families and is this meeting closed to just families? Or would media be allowed to attend?

We understand this is a delicate issue so just wanted to make sure we have all the right details going forward and as always thanks for your help.

Best,
Cate

Sent from my iPad

BOE018795

**CONFIDENTIAL - Subject to Protective Order**

Message

| | |
|---|---|
| **From:** | Passman, Michael [mrpassman@cps.edu] |
| **Sent:** | 2/3/2020 11:04:47 PM |
| **To:** | Sean Lewis [slewis@wgntv.com] |
| **Subject:** | Re: LPHS 6pm meeting |

Yes

On Mon, Feb 3, 2020 at 4:14 PM Sean Lewis <slewis@wgntv.com> wrote:

Hey Michael,

Will this meeting be open and cameras allowed?

Thanks,

Sean

Sent from my iPhone

BOE018796

Case: 1:21-cv-00549 Document #: 149 Filed: 03/01/24 Page 33 of 141 PageID #:5571

**Sent:** Thu, 13 Feb 2020 12:57:12 -0600
**Subject:** Re: Inaccurate Tweet
**From:** "Passman, Michael" <mrpassman@cps.edu>
**To:** Brandis Friedman <bfriedman@wttw.com>

Thanks -- I appreciate it

On Thu, Feb 13, 2020 at 12:56 PM Brandis Friedman <bfriedman@wttw.com> wrote:

Hey Michael – yes, I've asked our twitter person to remove the tweet. Thanks for pointing this out.

**From:** Passman, Michael <mrpassman@cps.edu>
**Sent:** Thursday, February 13, 2020 12:43 PM
**To:** Brandis Friedman <bfriedman@wttw.com>
**Subject:** Inaccurate Tweet

Brandis, I know you're not handling the WTTW twitter account, but this tweet is not accurate:
https://twitter.com/wttw/status/1227980750148046848.

We've put out numerous statements on the situation at LPHS and provided an overview of the type of conduct that is alleged -- which, by the way, we do not ordinarily do. The presentation we made at last Monday's meeting alone was far more info than we've ever put out on active investigations.

I know you recognize the limitations we have in talking about active cases, but this kind of tweet makes it seem like we're avoiding the situation when in reality we are pushing the limits of what we can offer while still being sensitive to both legal requirements and the privacy/protection of victims.

BOE004902

**Sent:** Tue, 4 Feb 2020 16:18:27 -0600
**Subject:** Re: fact checking
**From:** "Passman, Michael" <mrpassman@cps.edu>
**To:** Adriana Cardona-Maguigad <acardona@wbez.org>
**Cc:** "Gherardi, James" <jagherardi@cps.edu>, "Bolton, Emily" <eebolton@cps.edu>

Responses below:

**Sexual misconduct --- Can you please clarify if this was student to student? What were their ages? Or were there adult CPS employees involved in the sexual misconduct?**

Allegations have been made involving both student-on-student misconduct and adult-on-student misconduct.

**Failure to follow mandatory sexual misconduct reporting procedures what exactly sexual misconduct means here? Was it harassment? Was it nonconsensual sex ?**

Due to the ongoing investigations and the need to protect the privacy of victims, we are unable to provide additional information.

**Repeated and ongoing retaliation against witnesses and complainants— was the retaliation coming from school officials or students?**

Allegations of retaliation involve both students and adults.

**Improper student discipline  how many students were disciplined, how and what were the grounds, why was it improper?**

Investigations are pending and will be handled in accordance with district policy. Due to both the ongoing investigations and legal requirements to protect student information, we are unable to provide additional information at this time.

**Improper evidence gathering and retraumatizing interviews of students retraumatizing is an interesting characterization, can you elaborate more on this?**

Retraumatization occurs when a victim is improperly questioned in a manner that causes harm. There is extensive public information available on this topic.

**Allowing suspended employees to continue to work -- Was the coach suspended but still coaching?**

We are unable to provide additional details due to the ongoing investigations.

**Athletic recruiting violations  can you elaborate on this please.**

We are unable to provide additional details due to the ongoing investigations.

**Financial misconduct with respect to athletics' program accounts  how much money stolen?, by whom and for how long? Was it booster money spent on this trip or the money wasn't spent through the right account? Can you please explain**

We are unable to provide additional details due to the ongoing investigations.

**Was assistant principal Michelle Brumfield also interim. Are the remaining assistant principals at Lincoln Park high school also interim?**

There are no interim assistant principals in the district. All assistant principals are full-time employees who do not have contracts.

**Also is John Thuet also interim – some news reports say yes, but he is not categorized as interim in a database we got from CPS.**

BOE004465

**Sent:** Wed, 5 Feb 2020 17:30:25 -0600
**Subject:** Re: FYI- LPHS admin update
**From:** "Passman, Michael" <mrpassman@cps.edu>
**To:** "Le, Andy" <ACLe@cps.edu>
**Cc:** Sybil Madison <Sybil.Madison@cityofchicago.org>, Julie Burnett <Julie.Burnett@cityofchicago.org>, Michael Crowley <Michael.Crowley@cityofchicago.org>, Jordan Troy <Jordan.Troy@cityofchicago.org>, "Huffman, Lauren" <lauren.huffman@cityofchicago.org>

Thanks, Andy. Additionally, an FAQ for media is copied below.

**Why was Ms. Gibbs removed?**
As stated in the letter to parents, Ms. Gibbs determined that Lincoln Park High School was not a strong fit for her, and she has left the school.

**Was she fired for improperly engaging with a student?**
As stated in the letter to parents, Ms. Gibbs determined that Lincoln Park High School was not a strong fit for her, and she has left the school.

**We heard that she grabbed a student. Are you aware of this and were you investigating?**
We recently learned of an allegation involving improper contact with a student and have initiated an investigation.

**Will the investigation continue?**
Yes, when we launch investigations involving allegations of improper contact with a student we complete those investigations even if an employee leaves their role.

**Why didn't you tell parents about the allegation?**
Ms. Gibbs decided to leave Lincoln Park High School. We are committed to completing our investigation, however, that review has not yet progressed to the point where removal was deemed necessary.

On Wed, Feb 5, 2020 at 5:25 PM Le, Andy <ACLe@cps.edu> wrote:

> All - We're notifying families at 5:45 of a change at LPHS. An admin is stepping down and we're announcing her replacement. I believe Passman flagged this issue for you earlier today. The letter is below.
>
>
> *Dear Lincoln Park Parents and Families,*
>
> *Today, I am writing to inform you that we have appointed Calvin Davis as a new Administrator-in-Charge (AIC) of LPHS alongside Jerryelyn Jones. Mr. Davis has been a veteran school leader with years of successful leadership experience building safe, positive, and support school cultures in Chicago Public Schools (CPS). We believe he will be a great addition to LPHS school community.*
>
> *Mr. Davis will serve in place of Ms. Judith Gibbs who is transitioning out of LPHS today. Ms. Gibbs determined that she was not a good fit for LPHS.*
>
> *As part of our commitment to transparency, we will continue to provide regular updates. I know this past week has been challenging, and I am confident that when this is over, the LPHS community will be safer and stronger than ever. If you have any questions or concerns, I can be reached at lalemone@cps.edu or (773) 535-8232.*
>
>
>
> --
> Andy Le
> Executive Director of Stakeholder Communications
> Chicago Public Schools
> 773-553-1635
> @andyle
> @chipubschools I FB.com/ChicagoPublicSchools

BOE004329

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Patrice Gordon, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-00549 |
| | ) | |
| v. | ) | The Honorable Nancy L. Maldonado |
| | ) | |
| Board of Education for the City of | ) | |
| Chicago, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>AFFIDAVIT OF SAMEER SOMAL</u>**

I, Sameer Somal, the undersigned, state and declare as follows:

1. I submit this affidavit to augment my report filed in this case in August 2023. I have never been barred from testifying as a defamation damages expert.

2. In 2023, I testified in four cases as a defamation damages expert – two federal, one state, and one arbitration – as follows, in order of appearance:

- *Monique Bunn v. Damon Anthony Dash*, 20-cv-07389 (C.D. Cal).

- *Providence Capital Funding, Inc. v. Lozamira Inc., et al.*, 30-2020-01170220-CU-DF-CJC (Superior Court California, Orange County). In this case I was designated to testify on the following subjects: "The monetary reputational harm experienced by Providence as a result of the Internet defamation caused by defendants, the nature, extent, and amount of damages incurred by Providence as a result of defendants' actions and omissions, the impact of false, misleading, or deceptive ratings and reviews on small businesses, the consequences of undeserved negative publicity on businesses, including, but not limited to, measurable financial loss, intangible losses such as to brand, reputation, opportunity costs, trust, and

1

good will, defamation in the age of social media, the importance of digital reputation to businesses, the importance of Google reviews and Google My Business profile."

- *GOLO, LLC v.* GOLI Nutrition, Inc., 20-667-RGA (D. Del.).

- *Uri Ottensoser v. Meta Platforms, Inc,* Case No. 01-22-0003-5926 (American Arbitration Association).

3.      In November 2023, I was contacted by the lawyers for Donald Trump and asked to serve as a defamation damages rebuttal expert in the case filed against him by E. Jean Carroll pending in federal court.  *E. Jean Carroll v. Donald Trump*, 20 Civ. 7311 (LAK) (S.D.N.Y.).  I declined the engagement.

4.      The only case in which my testimony was ever limited was *Ludwin v. Proman*, 20-cv-81755 (S.D. Fla.) (Dkt. No. 251).  But that was because, unlike the case here, I was asked to testify on liability, malice, and causation.  In this case I have not been asked to, and will not, testify on liability, malice, or causation.  In the *Ludwin* case, I was nonetheless fully allowed to testify on damages related to rehabilitation repair for defamation.  *Id*.  I never actually testified in *Ludwin* because I was told it settled.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2024                                   _____

                                                                                           Sameer Somal

2

# EXHIBIT 3

# CFA Institute Inspirational Leader Award

This award was established by the Board of Governors to celebrate and recognize individuals who embody the organization's mission to lead the investment profession globally by promoting the highest standards of ethics, education, and professional excellence for the ultimate benefit of society. These individuals distinguish themselves by actively contributing to the betterment of the investment profession, leading by example in their personal and/or professional lives, and inspiring others to do the same.



**Privacy Settings**

**Functional cookies**, which are necessary for basic site functionality like keeping you logged in, are **always enabled**.

☐ **Allow analytics tracking.** Analytics help us understand how the site is used, and which pages are the most popular. Read the [Privacy Policy](#) to learn how this information is used.

Save Settings

Close Modal

## The Award

The Board wants this award to honor these role models and to highlight their efforts in one or more of the following categories:

Roger is an actuary by training and has served as a mentor to many in the investment industry. He currently serves as the Global Head of Investment Content at Willis Towers Watson, co-founder of the Thinking Ahead Institute, and is an Advisory Director for MSCI Inc. Over the last decade, Roger's leadership and vision helped shape CFA Institute through numerous contributions. He recently concluded his tenure as Chair of the Future of Finance Advisory Council and previously served as a member of the CFA Institute Board of Governors. In his capacity as Chair of the Planning Committee, he led the effort to expand our mission statement to include "for the benefit of society." He co-authored many CFA Institute thought leadership publications, including a series on the future of the investment profession, which has helped raise the profile of CFA Institute; and has been a keynote speaker at many CFA Institute and industry events and has leveraged his network consistently to support the institute.



- Volunteer Service

The 2022 Inspirational Leader Award for Volunteer Service has been awarded to **Sameer Somal, CFA, CFP, CAIA.**

*This category represents an individual who has made significant contributions to CFA Institute and/or CFA Societies through leadership, exceptional stewardship, and outstanding service. This inspirational leader will have made a real impact and influenced and motivated other volunteers to work on behalf of the organization's mission for the betterment of the investment industry.*

Sameer earned the CFA Charter in September 2011 and has exemplified the CFA Institute ethos ever since. He currently serves as Chief Executive Officer for Blue Ocean Global Technology and is co-founder of Girl Power Talk. He is an active member of the Future Business Leaders of America, the Society of International Business Fellows, and is a board member for the Future Business Leaders of America-Phi Beta Lambda, and formerly a member of the CFA Institute Seminar for Global Investors Board of Regents. He is a key contributor to numerous volunteer agencies across a wide range of initiatives, and he has dedicated countless hours to developing leaders across the globe. Adding to his long list of competencies, he is a compelling author and keynote speaker.

# Key Information

## Determining Body

The Board of Governors will be the determining body for the CFA Institute Inspirational Leader Award. The Nominating Committee of the Board of Governors will conduct the initial review of the candidate slate as provided by the Awards Committee.

An Awards Committee composed of CFA Institute staff will act as the recommending body. This group will source and identify worthy candidates and generate an awards slate for the Nominating Committee's endorsement, which will then be submitted to the Board for final approval.

The Awards Committee will source candidates from the Board, Nominating Committee, Presidents Council Chair, Presidents Council Representatives, and Leadership Team, and then source internally and externally at their discretion. The Awards Committee will obtain the endorsement of the President and CEO and Leadership Team prior to submitting their slate to the Nominating Committee.

## Rules

- Members and non-members are eligible for selection.
- Up to four recipients may be awarded every fiscal year.
- The aim is to identify one candidate per category; however, the award may be given to an individual for multiple categories if deserved. The Awards Committee will let the candidate pool be the determining factor.
- There will be only winner per category every fiscal year. If the Awards Committee selects an individual to represent more than one category, then those categories are no longer available for any other candidate in that given cycle.
- The process will be undertaken annually, but the award need not be granted every year. The Awards Committee will set a very high bar for award recipients as they need to meet the threshold of "inspirational leader" and role model for the organization. This policy is designed to heighten the importance of the award and enrich the awards experience overall.
- All candidates will be subject to a background check of their professional conduct and other activities (i.e. electronic footprint – social/news media).
- Previous award recipients will not be eligible unless they are being considered for a different category.
- The Awards Committee will not accept self-nominations.
- The award will be given to individual/individuals, not a company or institution.
- The award shall not be awarded to Board members, Presidents Council Chairs, or Presidents Council Representatives for their current or previous work in these roles or to CFA Institute staff members for their current or previous work as employees of the organization. These individuals may be recognized for other accomplishments that define them as "inspirational leaders"; or role models in the industry.

# EXHIBIT 4

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

PATRICE GORDON

Plaintiff

v.

BOARD OF EDUCATION FOR THE CITY OF CHICAGO, et al.

Defendants

Case No. 1:21-CV-00549



## EXPERT REPORT OF DOUG BANIA

AUGUST 28, 2023

**Table of Contents**

I.    EXPERT REPORT INFORMATION ................................................................... 3

    A.    The Assignment ............................................................................................... 3

    B.    The Plaintiff ..................................................................................................... 4

    C.    The Defendants ................................................................................................ 4

    D.    Relevant Events ............................................................................................... 5

    E.    The Plaintiff's Claims ..................................................................................... 6

    F.    Documents Reviewed ...................................................................................... 7

II.    EXPERT REPORT OF COLIN MCMAHON ................................................... 7

    A.    Unprecedented Spotlight ................................................................................. 7

    B.    An Audience of Millions ............................................................................... 23

III.    EXPERT REPORTS OF SAMEER SOMAL ................................................... 33

    A.    Somal Exposure Opinion ............................................................................... 34

    B.    Summary ........................................................................................................ 40

IV.    CONCLUSION .................................................................................................. 41

V.    DOCUMENTS RELIED UPON ....................................................................... 42

VI.    DOUG BANIA CV ............................................................................................ 43

## I. EXPERT REPORT INFORMATION

1. I, Doug Bania of Nevium LLC ("Nevium"), have been engaged by Gordon Rees Scully Mansukhani, LLP ("Counsel") and the Board of Education for the City of Chicago in the case Patrice Gordon v. Board of Education for the City of Chicago, et al., Case No. 1:21-CV-00549, filed in the United States District Court, Northern District of Illinois, Eastern Division (the "Case"). The date of this report is August 28, 2023 (the "Report Date"). My analysis and opinions are based on the information and documents I have received as of the Report Date, and my experience and training as set forth below. A numbered list of the documents I relied upon is provided in Section V.

2. I am the founding principal of Nevium LLC. I am a Certified Licensing Professional and hold positions on the International Trademark Association's Right of Publicity Committee and the American Bar Association's Copyright & Social Media Committee. I have a bachelor's degree in Cinema from San Francisco State University and a master's degree from San Diego State University in Television, Film, and New Media Production.

3. I have over twenty years of experience analyzing and valuing intellectual properties ("IP"), intangible assets, and the businesses that use these assets. I have analyzed a range of IP, including trademarks, copyrights, and publicity rights in various contexts. My professional experience includes damages calculations for IP infringement claims, licensing, defamation, transaction advisory, and litigation support consulting. I have been named an expert in over one hundred cases, deposed 31 times, and provided trial testimony ten times.

4. These qualifications, including a list of publications and expert testimony experience, are provided in Section VI.

### A. The Assignment

5. For this report, I was asked to review the claims of defamation brought by Patrice Gordon ("Mr. Gordon," "Coach Gordon," or the "Plaintiff") against the Board of Education for the City of Chicago, et al. (collectively, the "Defendants") as stated in the "Complaint" filed January 29, 2021.[1]

---

[1] Document 1a: Gordon Complaint.

3

6.  Specifically, I was asked to review, evaluate, and rebut the internet and social media investigations found in the expert reports submitted by Colin McMahon (the "McMahon Report")[2] and Sameer Somal (the "Somal Report").[3]

7.  I have not been asked to confirm the accuracy of any information provided to me. The analysis and conclusions in this report are based upon the documents and information reviewed as of the Report Date, as well as my background in defamation, internet and social media analytics, and search engine optimization ("SEO"). I reserve the right to revisit this analysis and amend these conclusions and opinions should additional information and/or documents become available for review. I reserve the right to respond to opinions and issues presented by other experts in this Case. Also, I reserve the right to use demonstratives and other exhibits to present the opinions expressed in this report or any supplemental, amended, or rebuttal report.

8.  My rate for non-testimony-related services is $650 an hour and $750 an hour at deposition and trial. Nevium's support staff is billed at $450 an hour. Nevium's compensation is not, and will not be, based on the outcome of the Case.

### B. The Plaintiff

9.  Patrice Gordon was the safety officer at Lincoln Park High School ("LPHS"), who served as the school's head coach of the boys' varsity basketball team.[4] Mr. Gordon was suspended from his position on January 8, 2020, and officially terminated on July 24, 2020.[5]

### C. The Defendants

10. The Chicago Board of Education for the City of Chicago was founded in 1840 and is a public agency responsible for the governance, organizational, and financial oversight of Chicago Public Schools ("CPS").[6] CPS establishes policies, standards, goals, and initiatives to ensure accountability and to provide a high-quality education for schools in Chicago.[7]

---

[2] Document 2a: McMahon Report.
[3] Document 2b: Somal Report.
[4] Document 1a: Complaint, Paragraphs 2 and 99.
[5] Document 1a: Complaint, Paragraphs 3, 4, and 51.
[6] Document 3a: Chicago Board of Education – About.
[7] Document 3a: Chicago Board of Education – About.

### D. Relevant Events

11. According to the Complaint, Mr. Gordon took the boys' basketball team on an "unauthorized" trip to Detroit from December 27 – 29, 2019.[8] During this trip, it is alleged that sexual misconduct among students occurred and that Mr. Gordon learned of this activity but failed to report it.[9] On January 2, 2020, the Office of Student Protections and Title IX ("OSP") received a report of these allegations and began its investigation. While conducting the investigation, OSP found serious policy violations and failures to follow proper protocols by adults to ensure student safety. As a result, CPS decided to suspend Mr. Gordon while the investigation continued.[10]

12. Over the next three weeks, OSP's investigation uncovered various incidents at LPHS, including:

   - Systemic policy violations;

   - A separate sexual misconduct incident between two students at LPHS;

   - Student-on-student retaliation that was not properly reported by LPHS leadership;

   - A separate sexual misconduct incident related to the girls' basketball team; and

   - Additional systemic school-wide issues regarding misconduct and sports violations.[11]

13. As a result of these additional allegations, CPS terminated Principal John Thuet and Assistant Principal Michelle Brumfield and suspended the girls' basketball coach Larry Washington, Dean John Johnson, interim boys' basketball coach Donovan Robinson, and the remainder of the boys' varsity basketball season.[12]

14. On February 3, 2020, Defendants held the "Lincoln Park High School Parent Meeting" (Referred herein as the "Community Meeting") to inform families and the community about the series of incidents and missteps that led to the changes in leadership. The attendees were shown a

---

[8] Document 1a: Complaint, Paragraphs 4 and 115.
[9] Document 1a: Complaint, Paragraph 6.
[10] Document 1a: Complaint, Paragraphs 3 – 6 and Page 49. Mr. Gordon was suspended from his position on January 8, 2020.
[11] Document 1a: Complaint, Exhibit 1, Pages 49 – 52.
[12] Document 1a: Complaint, Paragraphs 11 – 12.

PowerPoint presentation revealing four separate investigations (without mentioning names) related to the abovementioned incidents.[13]

15. Following the Community Meeting, the media began to report allegations of sexual misconduct and other serious misconduct, and generally mentioned the people involved without specifying the allegations related to each individual. These allegations, the Detroit trip, the CPS investigation, the removal of six LPHS employees, the suspension of the boys' basketball team, and the Community Meeting and uproar over CPS decision making will be referred to as the "LPHS Story."

16. On June 22, 2020, Mr. Gordon received an email notifying him of his termination hearing, the charges against him, and CPS's investigation files.[14] Following Mr. Gordon's July 10, 2020, discharge hearing,[15] a CPS employee recommended the termination and "Do Not Hire" designation to be placed on his record.[16] The CPS board accepted this recommendation, and CPS formalized the termination of Mr. Gordon in a letter dated July 24, 2020.[17]

**E.  The Plaintiff's Claims**

17. According to the Complaint, Plaintiff claims that Defendants issued statements that falsely inferred that he committed "sexual misconduct" and "serious non-sexual misconduct" that put students in jeopardy.[18] Plaintiff claims he was falsely associated with these allegations when Defendants:

- Held the Community Meeting, with a PowerPoint presentation as a guide, to discuss the LPHS Story;

- Allegedly issued false statements to multiple outlets and sources; and

---

[13] Document 1a: Complaint, Exhibit 1, Page 45.
[14] Document 1a: Complaint, Paragraph 31 – 33. A letter was sent to the LPHS community on June 23, 2020 (see Document 1a, Exhibit 12, Page 112).
[15] Document 1a: Complaint, Exhibit 3, Page 69.
[16] Document 1a: Complaint, Paragraph 46 and Exhibit 3, Page 69.
[17] Document 1a: Complaint, Paragraph 50 – 51 and Document 1a, Complaint, Exhibit 4, PDF Page 71.
[18] Document 1a: Complaint, Paragraph 23 and 313 – 317.

- Distributed letters notifying the community of the dismissal charges and termination hearing for Mr. Gordon.[19]

18. As a result, Plaintiff claims his reputation is vastly diminished and decimated.[20] Therefore, Plaintiff is claiming economic damages based on defamation, false light, intentional infliction of emotional distress allegations, and deprivation of procedural due process.

### F. Documents Reviewed

19. As stated, a full list of the documents considered to form the opinions in this report is provided in Section V. Additionally, I utilized Google Trends, Google search, and the Google Keyword Planner. I reserve the right to revisit this analysis and amend these conclusions and opinions should additional information and/or documents become available for review.

## II. EXPERT REPORT OF COLIN MCMAHON

20. As part of my assignment, I was asked to review the McMahon Report. The McMahon Report offers various opinions in connection to the Case.[21] Of these opinions, I was asked to review and rebut the McMahon Report's "Unprecedented Spotlight" and "An Audience of Millions" opinions. My review of these opinions is provided in the subsequent sections.

### A. Unprecedented Spotlight

21. The McMahon Report opines that *"the news coverage of the Lincoln Park story itself also was an aberration. Few stories about a single school reach such a wide audience. Certainly this was the most coverage of Lincoln Park High School in many years if not the most coverage of any single Chicago school in years."*[22] The McMahon Report also claims that the news coverage was all focused on Mr. Gordon and the other targeted CPS personnel (the "McMahon Spotlight Opinion").[23]

22. In an attempt to support the McMahon Spotlight Opinion, the McMahon Report:

---

[19] Document 1a: Complaint, Paragraph 314, and Document 1a: Complain, Exhibit 12, PDF Page 112.
[20] Document 1a: Complaint, Paragraph 296.
[21] Document 2a: McMahon Report, Page 4 – 5.
[22] Document 2a: McMahon Report, Page 5.
[23] Document 2a: McMahon Report, Page 5.

- Performs Google searches that allegedly show the LPHS Story was popular and went "viral" (the "Google Search Investigation").[24]

- References 71 unique news articles (the "McMahon Articles") that focused on the LPHS Story (the "Article Investigation").[25]

- Analyzes Google Trends for the term "Lincoln Park High School" to determine the interest in the LPHS Story (the "Google Trends Investigation").[26]

23. The McMahon Report also admits that *"not all of these results link to content about Coach Gordon and LPHS. But I can conservatively estimate that thousands if not tens of thousands of them do, associating Pat Gordon with unproven allegations that involve sexual activity with high school students."*[27] Therefore, I have analyzed the Google Search Investigation, Article Investigation, and Google Trends Investigation to understand how these investigations were performed and to determine if the results are related to Mr. Gordon and allegations of "sexual misconduct."

### *(i) Internet Search Investigation*

24. The McMahon Report first tries to support the McMahon Spotlight Opinion by presenting the number of internet search results generated by 9 unique searches using 6 unique search terms. The McMahon Report found that a search for:

- <u>lincoln park basketball coach scandal Chicago</u> generates 4,220,000 million results on Google;

- <u>lincoln park basketball coach chicago public schools suspended</u> generates 9,510,000 results on Google;

- <u>coach pat gordon</u> generates 1,230 results on Google News;

- <u>coach pat gordon</u> generates 66,200,000 results on Google;

---

[24] Document 2a: McMahon Report, Pages 16 – 17.
[25] Schedule 2a: Analysis of the McMahon Articles. 13 of the 71 articles are in the Unprecedented Spotlight section, but I also reviewed 58 other articles that are mentioned throughout other sections in the McMahon Report.
[26] Document 2a: McMahon Report, Pages 27 – 29.
[27] Document 2a: McMahon Report, Page 17.

- lincoln park high school basketball coach pat gordon generates 15,900,000 results on Google;[28]

- lincoln park high school basketball coach pat gordon generates 8,400,000 results on Bing;

- pat gordon generates 6,710 results on Google News;

- pat gordon generates 65,700,000 results on Google; and

- coach pat gordon lincoln park basketball scandal generates 8,770,000 results on Google.[29]

25. The McMahon Report also shows search term results for "pat gordon" and Lincoln Park High School but only provides the top results, not the total number of internet search results.[30] Collectively, these search phrases will be referred to as the "McMahon Search Terms," and the search results will be referred to as the "McMahon Search Results."

26. The McMahon Report does not indicate how the McMahon Search Terms were selected for the investigation. Additionally, the McMahon Report does not provide analyses explaining or showing why the McMahon Search Terms represent the terms an internet user would use in search. Without this analysis, there is no evidence that internet users searched for McMahon Search Terms, clicked on the McMahon Search Results, and read any articles that allegedly accused Mr. Gordon of sexual misconduct. Therefore, I used Google Trends to determine if internet users use the McMahon Search Terms in Google search.[31]

27. Google Trends measures Google users' interest in a particular term or topic over a period of time.[32] The higher the Google Trends "spikes," the more popular the search term was during a

---

[28] The McMahon Report presents this screenshot twice. For my analysis, I did not count the duplicate search of "lincoln park high school basketball coach pat gordon."

[29] Document 2a: McMahon Report, Pages 18 – 26 and 51 – 53. The search provided on Page 53 does not include a search term or the number of results. Therefore it was not included in my list of unique searches, but the search results were included in my review of the McMahon Articles.

[30] Document 2a: McMahon Report, Page 54. The Unprecedented Spotlight section contains 8 unique searches. The Audience of Millions only provides 1 unique screenshot that includes the search term and results.

[31] Google Trends was used as 8 of the 9 searches were performed in Google and one was performed in Bing.

[32] Document 3f: FAQ about Google Trends data

specific period.[33] Google Trends is also helpful in comparing the interest or relationship between two or more terms or topics, as Google normalizes search data for that purpose. The normalized data is scaled on a range of 0 - 100 based on a term or topic's proportion to all searches on all topics.[34] For example, Figure 1 is a snapshot of Google Trends and reflects the search trends related to lincoln park basketball coach scandal Chicago (the "Scandal Search").

*Figure 1: Google Trends Results for the Scandal Search[35]*



28. As presented in Figure 1, Google Trends displays a "Hmm, your search doesn't have enough data to show here" message when performing the Scandal Search. The following McMahon Search Terms also display the same "not enough data" message:

- lincoln park basketball coach chicago public schools suspended; [36]

- coach pat gordon; [37]

---

[33] Document 3g: How to Use Google Trends to Measure Popular Search Terms
[34] Document 3f: FAQ about Google Trends data. It is important to note that Google Trends does not reflect the count of searches for a term or topic but rather the popularity indexed on a scale of 0 to 100.
[35] Document 4an: McMahon Google Trends - lincoln park basketball coach scandal Chicago.
[36] Document 4ao: McMahon Google Trends - lincoln park basketball coach chicago public schools suspended.
[37] Document 4as: McMahon Google Trends - coach pat gordon.

- lincoln park high school basketball coach pat gordon; and[38]

- coach pat gordon lincoln park basketball scandal.[39]

29. Results for these terms cannot be generated because there is not enough search activity for the phrases.[40] In other words, internet users are generally not searching for these terms. As a result, these terms provide a misleading representation of what internet users search to find the LPHS Story or any alleged sexual misconduct allegation against Mr. Gordon.

30. The McMahon Search Terms also include "pat gordon," pat gordon, and Lincoln Park High School. Google Trends indicates "pat gordon" and pat gordon are being searched but the related topics and queries do not mention Mr. Gordon or LPHS.[41] Google Trends also indicates Lincoln Park High School is being searched but the related topics and queries do not mention Mr. Gordon.[42] These results indicate that Google Trends does not appear to associate Mr. Gordon with the LPHS Story.

31. Further, the first search engine result page ("SERP")[43] for each term does not display articles mentioning the LPHS Story or any alleged sexual misconduct allegations against Mr. Gordon.[44] As such, all McMahon Search Terms provide a misleading representation of what internet users search to find the LPHS Story or any alleged sexual misconduct allegation against Mr. Gordon.

32. I also used Google Keyword Planner to determine if people are searching for the McMahon Search Terms. Google Keyword Planner is a marketing tool that provides insight into what keywords are searched in Google, the average month searches, and the pay-per-click price to use them in Google Ads. The tool provides information related to search volume and search trends

---

[38] Document 4at: McMahon Google Trends - lincoln park high school basketball coach pat gordon.

[39] Document 4au: McMahon Google Trends - coach pat gordon lincoln park basketball scandal.

[40] Document 3h: Troubleshooting Google Trends. Google Trends provides data starting in 2004. I performed my analysis from 2004 to the Report date to see if these terms have ever been used.

[41] Document 4aq: Google Trends – "pat gordon" and Document 4ar: Google Trends – pat gordon. Related Topics and Related Queries are found at the bottom of the Google Trends page and provide an indication of associated searches.

[42] Document 4ap: Google Trends – Lincoln Park High School.

[43] Document 3j: Economic Damages, Section 2.2.1 Importance of Top Three Search Results. Document 3b: What we learned about organic CTR – Backlinko. The order in which the search results are presented is important because research suggests 50% - 75% of search users click on the top 3 results of the first SERP, and less than 1% of search users click on something from the second SERP.

[44] Document 7f: Google Search for pat gordon, Document 7g: Google Search for "pat gordon," and Document 7h: Google Search for "Lincoln Park High School."

of selected keywords over a period. According to Google, keywords with high search volume have an average of 10,000+ monthly searches.[45]

33. A review of the McMahon Search Terms in Google Keyword Planner shows that each term, other than "pat gordon," generates 0-10 average monthly searches which indicates there is little or no searches for these terms.[46] The search for "pat gordon" generates 100 – 1,000 average monthly searches. However, as mentioned above, the first SERP for "pat gordon" shows that all but one result is unrelated to Mr. Gordon and none of the results are related to the LPHS Story.[47] As a result, the McMahon Search Terms provide a misleading representation of what internet users search to find the LPHS Story and any alleged sexual misconduct allegation against Mr. Gordon.

34. Even if the McMahon Search Terms were being used in search, the McMahon Report states that *"search results indicate how viral a story has gone. . . but it does not offer a specific count"* and that *"determining exactly how many headlines the Lincoln Park story generated is impossible."*[48] The McMahon Report correctly determines that *"not all of [the McMahon Search Results] link to content about Coach Gordon and LPHS."*[49]

35. Upon conducting a Google search for the McMahon Terms with a cleared search history,[50] it is evident many of the results are not related to the LPHS Story or Mr. Gordon. Instead, the outcomes encompass a range of unrelated subjects, including:

- Pat Gordon – A store manager at Skechers;[51]

- Pat Gordon Contracting – A construction and remodeling company;[52]

- Preston Gordon – Football coach at the University of Illinois;[53]

---

[45] Document 3k: How to use Keyword Planner Effectively – Google Ads.

[46] Document 10i: McMahon Keyword Planner for Gordon Searches. Google Keyword Planner removes "Lincoln Park High School" from the keyword results. As mentioned in the Google Trends section, the first SERP for "Lincoln Park High School" does not generate results related to Mr. Gordon.

[47] Document 7f: Google Search for pat gordon and Document 7g: Google Search for "pat gordon". The 100 – 1,000 search results could be related to investigations related to this Case or the many other people named Pat Gordon.

[48] Document 2a: McMahon Report, Page 16.

[49] Document 2a: McMahon Report, Page 17.

[50] Document 3e: 6 Ways to Get Unfiltered Google Search Results. For an internet search to be unbiased and non-personalized, an expert must first sign out of their account and clear their browsing data.

[51] Document 7b: coach pat gordon – Google Search.

[52] Document 7b: coach pat gordon – Google Search.

[53] Document 7b: coach pat gordon – Google Search.

- Bridgette Gordon – Women's basketball coach at New Mexico State University; [54]

- Pat Gordon – Board of Regents of the Texas Tech University System;[55]

- Pat Gordon – Director of Management Georgetown University;[56]

- Patrick R. Gordon – Shareholder at Gordon, Davis, Johnson & Shane PC;[57]

- Pat Gordon – 1985 baseball player at Hofstra University;[58]

- Lincoln Park High School homepage;[59]

- Lincoln Park Public Schools homepage – A school in Michigan;[60]

- YouTube video titled "Lincoln Park's Pat Gordon talks about his team's win…";[61]

- MaxPreps website listing LPHS's all-time roster;[62]

- WordPress website about LPHS's 2016-2017 men's varsity basketball season;[63]

- 247Sports website about St. John's basketball coach Rick Pitino opening up on life;[64]

- Illinois High School Association website highlighting LPHS's biography;[65]

- YouTube video of Lane Tech Boys Basketball vs. Lincoln Park;[66]

- LPHS's website introducing coach Joshua Anderson;[67] and

- The DePaulia article about DePaul University and an NCAA trail.[68]

---

[54] Document 7b: coach pat gordon – Google Search.
[55] Document 7g: "pat gordon" – Google Search.
[56] Document 7g: "pat gordon" – Google Search.
[57] Document 7f: pat gordon – Google Search.
[58] Document 7f: pat gordon – Google Search.
[59] Document 7h: Lincoln Park High School – Google Search.
[60] Document 7h: Lincoln Park High School – Google Search.
[61] Document 7d: lincoln park high school basketball coach pat gordon – Google Search.
[62] Document 7d: lincoln park high school basketball coach pat gordon – Google Search.
[63] Document 7i: coach pat gordon Lincoln park basketball scandal – Google Search.
[64] Document 7i: coach pat gordon Lincoln park basketball scandal – Google Search.
[65] Document 7k: lincoln park basketball coach chicago public schools suspended – Google Search.
[66] Document 7k: lincoln park basketball coach chicago public schools suspended – Google Search.
[67] Document 7j: lincoln park basketball coach scandal Chicago – Google Search.
[68] Document 7j: lincoln park basketball coach scandal Chicago – Google Search.

36. Despite admitting this, the McMahon Report relies on Google's count of 1,230 to 66,200,000 "relevant results" to estimate there are "thousands if not tens of thousands" of stories that connect Mr. Gordon to "unproven allegations that involve sexual activity with high school students."[69] The McMahon Report does not explain how this estimate was calculated or provide proof that all "relevant results" were reviewed to determine that "thousands if not tens of thousands" of articles accuse Mr. Gordon of any alleged sexual misconduct. The McMahon Report only provides 71 unique articles,[70] not thousands of articles, related to the LPHS Story. Therefore, the McMahon Internet Search Investigation is a misleading representation of the number of search results related to the claimed sexual misconduct allegations against Mr. Gordon.

### (ii) Article Investigation

37. Although the McMahon Report mentions thousands of search results are related to sexual misconduct allegations against Mr. Gordon, it only provides the 71 McMahon Articles as evidence to support the claim.[71] For my investigation, I reviewed how the McMahon Articles were found and if they contain any alleged sexual misconduct allegations against Mr. Gordon.

38. First, I reviewed how the McMahon Articles were found to understand the search methodology. For an internet search to be unbiased and non-personalized, an expert must first sign out of their Google account and clear their browsing data.[72] This eliminates download and browsing history, active logins, form and search history, cookies, cache, site preferences, and offline website data. If the browsing data is not cleared, Google or any other search browser will use saved activity to provide content recommendations based on previous search, resulting in biased results.[73]

39. The McMahon Report only provides ten unique screenshots of the internet search results used to find some of the 71 McMahon Articles.[74] Figure 2 is an example of the McMahon Report's internet search for lincoln park basketball coach scandal Chicago.

---

[69] Document 2a: McMahon Report, Page 17.
[70] See Schedule 2a.
[71] Document 2a: McMahon Report, Page 16.
[72] Document 3e: 6 Ways to Get Unfiltered Google Search Results.
[73] Document 3c: Google Search Help – Manage & Delete Your Search History.
[74] Only 18 of the total 71 unique articles are presented in the McMahon Report's 9 unique internet search screenshots.

*Figure 2: Example of McMahon Internet Search Results*[75]



40. As presented in Figure 2, the Google search results for <u>Lincoln Park High School basketball scandal unveiled</u> appear purple and state, "You visited this page on 5/24/23." The same results appear in 8 of the 10 internet search screenshots. Despite claiming to have performed some searches in "incognito mode," these results suggest that the articles were previously viewed. Therefore, it is evident that the browsing history was not cleared before performing this investigation. As a result, the Google search algorithm displays personalized and biased results based on prior search queries and may not represent the results other or most people would find.

41. I next reviewed the SERP in which the McMahon Articles appear. The order in which the search results are presented is important because research suggests 50% - 75% of search users click on the top 3 results of the first SERP, and less than 1% of search users click on something from the second SERP.[76] My review of the McMahon Report's internet search screenshots determined that one of the screenshots is from the second SERP. Figure 3 is the McMahon Report's Google search for <u>pat gordon</u>.

---

[75] Document 2a: McMahon Report, Page 18.
[76] Document 3j: Economic Damages, Section 2.2.1 Importance of Top Three Search Results. Document 3b: What we learned about organic CTR – Backlinko.

15

*Figure 3: Page 2 of McMahon Google Results[77]*

42. As presented in Figure 3, the Google search result that appears for pat gordon is from "Page 2 of about 6,710 results (0.24 seconds)." As a result, it is likely that 99% of users did not click on these results, much less read the articles. Additionally, the McMahon Report fails to provide internet search screenshots that show where all the other McMahon Articles rank on the SERP. Without this information, the number of typical users who may have clicked on or read all the McMahon Articles cannot be determined. If most of these articles do not appear in the first SERP or rank in the top 3 to 5 results, then it is likely that they did not receive many views.

43. Even if users clicked on the internet search results related to the LPHS Story, the McMahon Report admits that the story includes "other aspects."[78] These aspects include, but are not limited to:

- The Detroit basketball trip;

- CPS's reaction to the Detroit basketball trip;

- The impact on the basketball team's playoff participation;

- Actions taken against the LPHS principal;

- Actions taken against the LPHS assistant principal;

---

[77] Document 2a: McMahon Report, Page 25.
[78] Document 2a: McMahon Report, Page 36.

- Judith Gibbs', LPHS interim administrator, unrelated incident of alleged improper contact with a student;

- The allegations against the girls' varsity basketball coach; and

- LPHS students protesting.[79]

44. Further, the McMahon Report claims the McMahon Articles were "spot-checked" to see if they contained news about Mr. Gordon and LPHS, but no evidence or analysis is provided to prove the articles focus on the alleged sexual misconduct allegations against Mr. Gordon.[80] Therefore, I reviewed the McMahon Articles to determine how many articles focus on Mr. Gordon and any alleged sexual misconduct claims brought against him.

45. As presented in Schedule 2a, 30 of the 71 (or 42%) McMahon Articles do not mention Mr. Gordon.[81] The remaining 41 McMahon Articles that do mention Mr. Gordon, do not accuse him of any alleged sexual misconduct allegations. As a result, none of the McMahon Articles accuse Mr. Gordon of any alleged sexual misconduct allegations.[82] In fact, 11 of the 41 (or 27%) McMahon Articles that mention Mr. Gordon state that he "has not been accused of any sexual impropriety," "has not been accused of improper contact with a student," or "is not being accused of improper contact with a student."[83] Therefore, the McMahon Article Investigation provides a misleading representation of the number of people who viewed, much less read, any alleged sexual misconduct allegations against Mr. Gordon.

### (iii) Google Trends Investigation

46. The McMahon Report then analyzed Google Trends for the term Lincoln Park High School in an attempt to support claims that LPHS had "never experienced coverage like this" and that the LPHS Story went "viral."[84] Figure 4 shows the Google Trend results for LPHS from 2004 to the Report Date.

---

[79] See Schedule 2a.
[80] Document 2a: McMahon Report, Pages 16-17 and 45.
[81] This count only includes articles that name Mr. Gordon by name. If he is referred to as "coach" then I have not counted it as people around the country may not know who "coaches" the LPHS boys' basketball team.
[82] See Schedule 2a.
[83] See Schedule 2a.
[84] Document 2a: McMahon Report, Page 16.

*Figure 4: Google Trends Results for LPHS (2004 – Report Date)*[85]



47. As presented in Figure 4, searches for <u>Lincoln Park High School</u> spiked in February 2020 compared to prior periods. To further my investigation, I narrowed my search to only include the one-year period in which the LPHS Story events occurred. Figure 5 shows the Google Trends for <u>Lincoln Park High School</u> for one year starting on December 1, 2019, the month in which the boys' basketball team took their trip to Detroit.

---

[85] Document 4av: Lincoln Park High School – 2004 to Present - Google Trends.

*Figure 5: Google Trends Analysis for LPHS (December 1, 2019 – November 30, 2020)[86]*



48. Figure 5 shows that the spike in interest for <u>Lincoln Park High School</u> was between February 2, 2020, and February 8, 2020. I understand that the two main LPHS-related events during these dates were the February 3, 2020, CPS Community Meeting and the February 5, 2020, unrelated announcement of Judith Gibbs' resignation from LPHS after "improper contact" with a student.[87] I also understand that Defendants did not mention Mr. Gordon's name during the Community Meeting or in the PowerPoint presentation displayed to the attendees.[88]

49. Further, the Complaint reveals that CPS sent letters to Mr. Gordon and the public outlining the actions taken against Mr. Gordon. The dates and descriptions of each letter and relevant event are outlined below, and an indication of when they occurred in comparison to the February 2020 Google Trends spike is shown in Figure 5.

---

[86] Document 4aw: Lincoln Park High School – 2020 Search.

[87] Document 1a: Complaint, Paragraph 15, and Page 102. Additionally, I understand news sources published articles about the LPHS Story, but most, if not all, the articles presented by Mr. McMahon either do not mention Mr. Gordon or do not accuse him of sexual misconduct (see Schedule 2a).

[88] Document 1a: Complaint, Exhibit 1, Pages 45 - 60 and Document 1b: CPS Community Meeting – Video Transcript. According to the meeting transcript, Mr. Gordon was mentioned by some attendees of the Community Meeting but not the Defendants. These speakers shared their support for Mr. Gordon and did not mention sexual misconduct.

- January 8, 2020: CPS privately suspends Mr. Gordon (red dot);[89]

- January 9, 2020: CPS publicly announces that the adults leading the basketball trip to Detroit are suspended (red dot);[90]

- June 23, 2020: CPS publicly announces Mr. Gordon's termination hearing but only states that the hearing is related to serious misconduct, not claims of sexual misconduct (green dot);[91]

- July 20, 2020: CPS's Executive Director privately notifies Mr. Gordon that he is suspended and that his termination is pending approval of CPS (yellow dot);[92]

- July 22, 2020: CPS privately met and approved to terminate Gordon (yellow dot);[93] and

- July 24, 2020: CPS privately terminates Mr. Gordon through a formal letter (yellow dot).[94]

50. As shown in Figure 5, these above announcements did not cause an increase in search interest for LPHS. Therefore, the McMahon Report's claim that the LPHS Story went viral was unrelated to any alleged sexual misconduct allegations against Mr. Gordon or the events relating to Mr. Gordon himself (i.e., his removal, suspension, and termination).

51. Regardless, the spike in February 2020 does not mean the LPHS Story went viral. This is because Google Trends shows interest in the search term, not the number of actual searches.[95] Instead, using Google Trends to compare LPHS to other terms or topics provides better insight into the alleged popularity of the LPHS Story.

52. Similar to the McMahon Report, I compared LPHS to CPS in Google Trends[96] but used the maximum available date range and ensured both subjects were considered "Search Terms." The

---

[89] Document 1a: Complaint, Exhibit 6, Page 75.
[90] Document 1a: Complaint, Exhibit 8, Page 88.
[91] Document 1a: Complaint, Exhibit 10, Page 112.
[92] Document 1a: Complaint, Exhibit 3, Page 69.
[93] Document 1a: Complaint, Exhibit 4, Page 71.
[94] Document 1a: Complaint, Exhibit 4, Page 71.
[95] As presented in any Google Trends example, the Y-axis of 0 – 100 represents interest over time.
[96] Document 2a: McMahon Report, Page 27.

McMahon Report mistakenly uses LPHS (Topic: State school in Chicago, Illinois) and CPS (Search term).[97] Google Trends measures topics and search terms differently, so I corrected this mistake for my analysis.[98] Figure 6 shows the Google Trends results for Lincoln Park High School and Chicago Public Schools between 2004 the present.

*Figure 6: Google Trends Results for LPHS and CPS (2004 – Report Date)[99]*



53. As presented in Figure 6, CPS has always been a more popular search term than LPHS, even when LPHS's search traffic spiked in February 2020.

54. Additionally, I compared LPHS to the Chicago Bulls, Chicago Marathon, and Lollapalooza (the "Chicago Events"). These popular Chicago-based events attract thousands and occur at least once a year. Comparing the Chicago Events to LPHS provides insight into the LPHS Story's alleged popularity. Figure 7 shows Google Trends results for LPHS and the Chicago Events from 2004 to the present.

---

[97] Document 2a: McMahon Report, Page 29.
[98] Document 2a: McMahon Report, Page 29. See "Note: This comparison contains both Search terms and Topics, which are measured differently."
[99] Document 4ax: Google Trends - Lincoln Park v Chicago Public Schools

*Figure 7: Google Trends Comparison of LPHS to Chicago Events[100]*



55. In Figure 7, the blue line in the chart represents interest for LPHS but it cannot be seen because a majority of the time it ranks at "<1" when being compared to the Chicago Events.[101] In other words, the Chicago Events have consistently generated more interest than LPHS, even when LPHS's search traffic spiked in February 2020. Based on Google Trends, it does not appear that LPHS's spike in search traffic during February 2020 indicates the LPHS Story went viral as its popularity is lower than CPS and minimal compared to the Chicago Events.

### (V) Summary of Unprecedented Spotlight Opinion

56. First, the McMahon Article Investigation provides several articles related to the LPHS Story but fails to determine if these articles are being read, mention Mr. Gordon, and give a negative depiction of Mr. Gordon. A review of these articles indicates that none accuse Mr. Gordon of sexual misconduct. Despite this, all the articles contain several components of the LPHS Story and do not focus solely on Mr. Gordon.

57. The Internet Search Investigation also claims hundreds to thousands of articles related to the LPHS Story and the allegations against Mr. Gordon. Despite this, Google Trends and the Google

---

[100] Document 4ay: Lincoln Park High School and Chicago Event – Google Trends.
[101] Document 4az: Data for LPHS and Chicago Events – Google Trends

22

Keyword Planner indicate limited search activity for the McMahon Search Terms. Therefore, the search results generated by these keywords may not indicate what an internet user may find.

58. Lastly, the McMahon Google Trends Investigation claims that the LPHS story was popular and went viral but failed to realize that the increase in search interest was related to the Defendants' Community Meeting, a meeting where the Defendants did not mention Mr. Gordon, and the unrelated announcement of Judith Gibbs' resignation from LPHS after alleged "improper contact" with a student. Therefore, a higher search interest for LPHS did not occur because of any allegations against Mr. Gordon. Further, comparing similar terms or Chicago-based events consistently generates greater search interest. Therefore, it does not appear that any allegations against Mr. Gordon went viral.

59. The McMahon Article Investigation, Internet Search Investigation, and Google Trends Investigation were relied upon to develop the Unprecedented Spotlight Opinion. Therefore, the McMahon Unprecedented Spotlight Opinion is not a reasonable indication of how popular or viral any alleged sexual misconduct allegations against Mr. Gordon spread.

### B. An Audience of Millions

60. The McMahon Report opines that *"[b]y a conservative estimate, the statements relating to Gordon reached the eyes or ears of **more than 2.6 million people**. This includes hundreds of thousands of television news viewers and radio news listeners, hundreds of thousands of print newspaper readers, and a potential internet news and social media audience that runs in the several millions. The damage to Coach Gordon's reputation, as a result, is widespread, costly and impossible to fully repair"* (the "Audience of Millions Opinion").[102]

61. The McMahon Report also states that the "reach" of the news coverage around Mr. Gordon and LPHS was amplified by the news' ability to spread and go viral.[103] The McMahon Report attempts to measure the reach of the LPHS Story by providing total viewership, listener, and subscriber estimates for each news publishing platform that potentially published the story, including (1) local TV, (2) radio, (3) print, and (4) digital news sites. The McMahon Report

---

[102] Document 2a: McMahon Report, Page 5.
[103] Document 2a: McMahon Report, Page 36.

opines that "the statements about Coach Gordon reached the eyes or ears of more than 2,627,000 people[104] based on the following figures:

- More than 1,250,000 through local television broadcast news;[105]

- More than 200,000 through broadcast radio news;[106]

- More than 560,000 through print newspapers or magazines;[107] and

- Between 617,000 to millions through digital news sites.[108]

62. For my investigation of the Audience of Millions Opinion, I analyzed the data and methodologies that the McMahon Report relies on to calculate "reach" and to determine if the results are related to the alleged sexual misconduct allegations against Mr. Gordon.

### (i) Local TV

63. The McMahon Report admits that *"it is impossible to say precisely how many viewers saw [television] coverage of the LPHS story."*[109] Despite this admission, the McMahon Report states that the audience across television stations was "mammoth" and shows that the daily average audience of five Chicago-based news stations totaled nearly 900,000 adults, or more than 2,000,000 households, in February 2020 (the "Nielsen Data").[110] This general television viewership data is then used to estimate that *"more than 1.25 million Chicago-area residents were exposed to the [LPHS Story] through local television broadcast news over a two-week period"* (the "TV Exposure Opinion").[111]

64. First, the McMahon Report claims that the Nielsen Data is based on February 2020 information.[112] However, the cited source is based on February 2021 ratings.[113] Therefore, the

---

[104] Document 2a: McMahon Report, Page 47.
[105] Document 2a: McMahon Report, Page 37.
[106] Document 2a: McMahon Report, Page 47.
[107] Document 2a: McMahon Report, Page 41.
[108] Document 2a: McMahon Report, Page 42.
[109] Document 2a: McMahon Report, Page 36.
[110] Document 2a: McMahon Report, Pages 36 and 37, and Document 3d: Nielsen – About. Nielsen is a global leader in audience measurement, data, and analytics.
[111] Document 2a: McMahon Report, Page 37.
[112] Document 2a: McMahon Report, Page 36.
[113] Document 2a: McMahon Report, Page 36, and Document 2f: McMahon Report - TV Data.

television viewership data used to estimate the TV Exposure Opinion should not be relied on as it is not specific to the timeframe in which the LPHS Story was broadcasted.

65. Additionally, the Nielsen Data reflects general viewership for each Chicago-based news station but is not specific to the LPHS Story. The McMahon Report does not provide an analysis explaining how the Nielsen Data was converted into the TV Exposure Opinion. The McMahon Report does not indicate how often the LPHS Story was broadcasted, when it was broadcasted, or if people who turned on the news watched all the news stories. Without an explanation of how the TV Exposure Opinion was developed, I cannot replicate the calculation or verify that the TV Exposure Opinion is reasonable.

66. Despite this, the TV Exposure Opinion claims it only estimates how many people allegedly viewed the LPHS Story, a story that contains many aspects that are not related to Mr. Gordon. As such, the TV Exposure Opinion is a misleading representation of people who viewed any allegations against Mr. Gordon.

### (ii) Radio Stations

67. The McMahon Report states that three Chicago-based broadcast radio stations pull in more than 2,000,000 listeners weekly.[114] The McMahon Report then says that *"surveys [show] that broadcast news listenership is about one-fifth of broadcast news viewership"* and that this *"suggests that at least 250,000 people were exposed to the [LPHS Story] coverage that aired multiple times a day over multiple days"* (the "Radio Exposure Opinion").[115] In other words, the McMahon Report relies on the TV Exposure Opinion rather than data related to Chicago-based radio listeners to estimate the Radio Exposure Opinion.

68. As mentioned, the TV Exposure Opinion estimates the number of people who potentially viewed the LPHS Story, not any specific allegations against Mr. Gordon. Therefore, the Radio Exposure Opinion is also a misleading representation of people who viewed any allegations against Mr. Gordon.

---

[114] Document 2a: McMahon Report, Page 37.
[115] Document 2a: McMahon Report, Page 37. The McMahon Report multiplies the TV Exposure Opinion by 1/5 (1,250,000 x 1/5 = 250,000).

### *(iii) Newspapers*

69. The McMahon Report states that *"more than 225,000 people still were buying or subscribing to a Chicago newspaper on an average weekday in 2019-2020, and that number grew by up to 50% on Sundays."*[116] The McMahon Report then states that a 2.5x "circulation" multiplier is applied to the 225,000 subscriber data[117] to form the opinion that *"more than 560,000 print readers were exposed to coverage of the LPHS [S]tory in print publications"* (the "Newspaper Exposure Opinion").[118]

70. The Newspaper Exposure Opinion considers how many individuals allegedly received a Chicago-based newspaper but does not indicate how many people read these newspapers, let alone the LPHS Story.[119] As mentioned, the LPHS Story contains many aspects unrelated to any accusations against Mr. Gordon. Therefore, I reviewed the 4 LPHS Story newspapers presented in the McMahon Report to determine if Mr. Gordon is mentioned and if he is being accused of sexual misconduct.[120]

71. As presented in Schedule 3, 3 of the 4 newspapers mention Mr. Gordon but none of them accuse Mr. Gordon of sexual misconduct. In fact, 1 of the 3 newspapers that mention Mr. Gordon state that he "has not been accused of improper contact with a student."[121] As such, the Newspaper Exposure Opinion is a misleading representation of people who viewed any alleged sexual misconduct allegations against Mr. Gordon.

---

[116] Document 2a: McMahon Report, Page 41.

[117] Document 2a: McMahon Report, Page 41. The McMahon Report states that Nielsen Scarborough research sets a "circulation multiplier" to the number of newspaper buyers or subscribers because "readership of newspapers exceeds the circulation numbers, given that many households have multiple readers, and many newspaper copies are passed along to other readers."

[118] Document 2a: McMahon Report, Page 41.

[119] Document 2a: McMahon Report, Page 41. The McMahon Report states that the "vast majority of people reading a Tribune or Sun-Times story today are, however, reading it online rather than in print." This indicates that the Newspaper Exposure opinion may contain overlapping "readers" that are accounted for in the Digital News Sites section.

[120] Document 2a: McMahon Report, Page 37. The McMahon Report states, "at least seven articles or columns ran in the Chicago Tribune print editions, and at least ten ran in the Chicago Sun-Times," but only provides evidence of 4 articles.

[121] Document 2a: McMahon Report, Page 38, Column 3.

### (iv) Digital News

72.  The McMahon Report states that *"at least 617,000 people have deeply engaged with some digital content about Coach Gordon and LPHS. Hundreds of thousands more, if not millions, have been exposed to headlines, social posts, internet content recommendations links, newsletter items or news alerts about it"* (the "Digital News Opinion").[122] To form the Digital News Opinion, the McMahon Report considers three approaches to estimate the coverage of Mr. Gordon and the LPHS Story on digital news sites.[123] These approaches rely on Chicago Tribune data related to the "Search Views" and "Homepage Views" of 17 LPHS Story articles, as no other news sites provide online viewership data of specific articles.[124]

*Approach No. 1*

73.  For Approach No. 1, the McMahon Report attempts to estimate the total number of pageviews the LPHS Story received on the Chicago Tribune and 12 other local news sites. To estimate the pageviews, the McMahon Report:

- Analyzed the size difference of the 12 local news sites compared to the Chicago Tribune website to calculate a "size ratio." This size ratio is calculated by taking the total monthly pageviews each of the local news sites receives compared to the Chicago Tribune Search and Homepage Views;

- Identifies that 17 Chicago Tribune articles related to the LPHS Story achieved 151,115 Search and Homepage Views.[125] The size ratio of each local news site is then multiplied by 151,115 to provide an estimate of how many pageviews each of the local news sites receives. This results in an estimate of 672,462 pageviews for the 12 local news sites;[126]

- Estimates that email alerts, Apple News notifications, and other alerts generated an additional 128,885 pageviews to the LPHS Story on the Chicago Tribune. Applying these

---

[122] Document 2a: McMahon Report, Page 42.
[123] Document 2a: McMahon Report, Pages 43 – 45.
[124] Document 2c: McMahon Report Schedules, PDF Page 3. Search views are website visits through a search browser such as Google, Bing, or others. Home page views visits to a website through the website's homepage.
[125] Document 2c: McMahon Report Schedules, PDF Page 3.
[126] Document 2a: McMahon Report, Pages 43 – 44.

pageviews to the Chicago Tribune's 151,115 Search and Homepage Views results in approximately 280,000 total pageviews;[127] and

- Combines the estimated 672,462 pageviews for the 12 local news sites and the 280,000 Chicago Tribune pageviews, resulting in an estimate of 952,462 total pageviews.[128]

74. The McMahon Report assumes that the only factor to consider when estimating pageviews is the difference in total website traffic between the Chicago Tribune and each of the 12 local news sites.[129] The McMahon Report fails to consider major factors that drive pageviews, such as how many articles each local news site published about the LPHS Story. The McMahon Report assumes each local news site published 17 articles. As presented in Schedule 2b, of the 12 local news sites:

- 4 published 1 article;

- 2 published 2 articles;

- 2 published 3 articles;

- 3 published 4 articles; and

- 1 published 14 articles.[130]

75. Therefore, the McMahon Report's calculation of pageviews related to the LPHS Story uses flawed logic as none of the 12 local news sites published 17 related articles. Additionally, the McMahon Report does not provide support or explain how he calculated the additional 128,885 pageviews related to email alerts, Apple News notifications, and other alerts. As a result, "Approach No. 1" is an unsupported and misleading representation of the number of people who viewed or read articles related to the LPHS Story. Regardless, none of the articles cited by the McMahon Report contain allegations of sexual misconduct against Mr. Gordon.[131]

---

[127] Document 2a: McMahon Report, Page 42.
[128] Document 2a: McMahon Report, Page 44.
[129] Document 2a: McMahon Report, Page 42.
[130] The number of articles is based on the McMahon Articles cited in the McMahon Report.
[131] See Schedule 2a.

*Approach No. 2*

76. Approach No. 2 uses the same logic as Approach No. 1 but only considers Search Views[132] related to the 17 Chicago Tribune articles instead of Search Views and Homepage Views. To estimate the pageviews, the McMahon Report:

- Analyzed the size difference of the 12 local news sites compared to the Chicago Tribune website to calculate a "size ratio." This size ratio is calculated by taking the total *monthly search traffic* each of the local news sites receives compared to the Chicago Tribune's Search Views;

- Identifies that 17 Chicago Tribune articles related to the LPHS Story achieved 93,234 Search Views.[133] The size ratio of each local news site is then multiplied by 93,234 to provide an estimate of how many pageviews each of the local news sites receives. This results in an estimate of 112,347 pageviews for the 12 local news sites;[134]

- Applies a 3x multiple to the 112,347 pageviews estimate to account for website traffic through other sources, such as typing the URL directly into search, social media, and others. This results in an estimate of 337,041 pageviews for the 12 local news sites;[135]

- Estimates that email alerts, Apple News notifications, and other alerts generated an additional 128,885 pageviews to the LPHS Story on the Chicago Tribune. Applying these pageviews to the Chicago Tribune's 151,115 Search and Homepage Views results in approximately 280,000 total pageview;[136] and

- Combines the estimated 337,041 pageviews for the 12 local news sites and the 280,000 Chicago Tribune pageviews, resulting in an estimate of 617,041 total pageviews.[137]

77. Based on my analysis, all the same critiques in Approach No. 1 apply to Approach No. 2. In addition, the McMahon Report states, *"[g]iven that search plays a smaller traffic role on [the local news sites] than it does on chicagotribune.com, it's probably safe to assume that total*

---

[132] Search traffic is any website visits through a search browser such as Google, Bing, or others.
[133] Document 2c: McMahon Report Schedules, PDF Page 3.
[134] Document 2a: McMahon Report, Pages 44 - 45.
[135] Document 2a: McMahon Report, Page 44.
[136] Document 2a: McMahon Report, Page 42.
[137] Document 2a: McMahon Report, Page 44 - 45.

29

*traffic to [LPHS Story] content on [the local news] sites would be at least four to five times the amount of search traffic. But I will remain ultra conservative here and estimate total traffic at three times search traffic, or a total of 337,041."*[138] The McMahon report provides no research or data indicating that a three to five times multiple is appropriate. Without the support data relied on by the McMahon Report, I cannot verify if three times multiple is a reasonable assumption.

78. Therefore, Approach No. 2 is an unsupported and misleading representation of people who viewed or read articles related to the LPHS Story. Regardless, none of the articles cited by the McMahon Report contains allegations of sexual misconduct against Mr. Gordon.

*Approach No. 3*

79. For Approach No. 3, the McMahon Report attempts to estimate the pageviews of the LPHS Story of 40 "spot-checked" URLs published by news outlets other than the Chicago Tribune. To calculate this estimate, the McMahon Report:

- Identifies that each of the 17 Chicago Tribune articles related to the LPHS Story achieved approximately 6,000 search views on average;[139]

- Applies the 6,000 average search views to 40 spot-checked URLs, resulting in 240,000 pageviews for the 40 URLs;

- Applies a 3x multiple to the 240,000 pageviews estimate to account for total website traffic, not just search traffic. This results in an estimate of 720,000 pageviews for the 40 URLs;

- Estimates that email alerts, Apple News notifications, and other alerts generated an additional 128,885 pageviews to the LPHS Story on the Chicago Tribune. Applying these pageviews to the Chicago Tribune's 151,115 Search and Homepage Views results in approximately 280,000 total pageview;[140]

---

[138] Document 2a: McMahon Report, Page 44.
[139] Document 2c: McMahon Report Schedules, PDF Page 3. The average search views calculation is 93,234 search views / 17 articles = 5,484 average search views. Then the McMahon Report rounds this up to 6,000 average search views.
[140] Document 2a: McMahon Report, Page 42.

- Combines the estimated 720,000 pageviews for the 40 URLs and the 280,000 Chicago Tribune pageviews, resulting in an estimate of 1,000,000 total pageviews.[141] Including the pageviews from the 12 local news sites results in more than 1,000,000 pageviews related to articles containing the LPHS Story.

80. Again, all the same critiques in Approach No. 1 and Approach No. 2. apply to Approach No. 3. Additionally, the McMahon Report does not provide his definition of "spot-checked," has not provided any analysis explaining how he arrived at the 40 URLs or provided an explanation as to why 40 spot-checked pieces of data was sufficient for this Case. Regardless, the spot-checked articles do not contain allegations of sexual misconduct against Mr. Gordon.[142] Therefore, Approach No. 3 is a misleading representation of people who viewed or read articles related to the LPHS Story.

### (v) Social media, Google search, and Bing search results

81. Additionally, the McMahon Report analyzes how the LPHS Story is spread through social media, Google SERPs, and Bing SERPs. The McMahon Report claims to have found negative Facebook, Reddit, and Twitter comments that showed people were discussing the alleged sexual misconduct allegations related to the LPHS Story.[143] To support these claims, the McMahon Report demonstrates snapshots of what appear to be random Reddit, Twitter, and Facebook comments (the "McMahon Social Media Investigation).[144]

82. As presented in Schedule 4, some social media comments indicate that people were confused about the allegations and asked, "What kind of misconduct?" or claimed that the allegations are related to "human trafficking."[145] More importantly, only two of the ten social media comments mention Mr. Gordon. Despite this, the two comments that mention Mr. Gordon do not accuse him of sexual misconduct. Therefore, the Social Media Investigation is a misleading representation of the number of people who allegedly associated Mr. Gordon with allegations of sexual misconduct.

---

[141] Document 2a: McMahon Report, Page 45.
[142] See Schedule 2a.
[143] Document 2a: McMahon Report, Pages 47 – 48.
[144] Document 2a: McMahon Report, Page 48 - 49. The McMahon Report does provide a citation, sources, or clarification as to what accounts these comments are from.
[145] Document 2a: McMahon Report, Page 48 – 49.

31

83. The McMahon Report then claims Google and Bing searches spread the LPHS Story (the "SERP Investigation").[146] The "SERP Terms" used in the McMahon Report are:

- coach pat gordon lincoln park basketball scandal

- pat gordon

- "pat gordon"

- Lincoln Park High School

- pat gordon*

- coach pat gordon*

- lincoln park high school basketball coach pat gordon

84. Although these search terms may have generated results related to the LPHS Story, I reviewed each search to determine how they were performed and if they spread any alleged sexual misconduct allegations against Mr. Gordon.

85. A review of Google Trends and Google Keyword Planner indicates that no one is searching for the SERP Terms on Google.[147] Additionally, the SERP Investigation example cited in the McMahon Report shows that the Google search history was not cleared before performing the investigation.[148] As mentioned, failure to clear the Google search history leads to biased results based on previous searches.[149] As a result, the McMahon SERP Investigation provides a misleading representation of what internet users would search and find to find the LPHS Story.

86. Regardless, none of the SERP Results mention that Mr. Gordon has been accused of sexual misconduct. In addition, even if people click on the search results, many articles:

- Do not mention Mr. Gordon;

- State there's an ongoing investigation;

---

[146] Document 2a: McMahon Report, Pages 50 – 54.
[147] Documents 4ap – 4au: Google Trends for SERP Terms and Documents 10i: Google Keyword Planner for SERP Terms.
[148] Document 2a: McMahon Report, Page 52 – 53.
[149] This is evident by the purple titles found in the SERP Investigation example.

- State Mr. Gordon is a strong disciplinarian who is a mentor to students and encouraged them to keep up their grades and graduate;

- State that students walked off campus to rally in support of the school leaders who were removed; or

- State that CPS is being criticized for its handling of the suspensions and firings of the LPHS staff.[150]

87. As such, the SERP Investigation does not demonstrate that any sexual misconduct allegations against Mr. Gordon were spread through search.

### (vi) Summary

88. The McMahon Audience of Millions Opinion is based on digital news exposure and TV viewership, radio listener, and newspaper subscriber data from local news sources in the Chicago area. The McMahon Report applies various unsupported assumptions, resulting in an unreasonable opinion that any alleged sexual misconduct allegations against Mr. Gordon reached more than 2,627,000 people. The high-level television, radio, and newspaper data is not specific to the LPHS Story and does not include any alleged sexual misconduct allegations against Mr. Gordon. Additionally, the digital news data is specific to the LPHS Story but does not include any alleged sexual misconduct allegations against Mr. Gordon. Therefore, the Audience of Millions Opinion does not provide a reasonable indication of how many people were "exposed" to any alleged sexual misconduct allegation against Mr. Gordon.

## III. EXPERT REPORTS OF SAMEER SOMAL

89. I was asked to review and rebut the Expert Report of Sameer Somal regarding the claims of Mr. Gordon (the "Somal Report"). Mr. Somal was engaged to ascertain and assess Mr. Gordon's damages allegedly incurred due to the alleged false statements made, broadcasted, and published by CPS and its employees.[151] The Somal Report offers opinions on (1) how many people were "exposed" to the LPHS Story and (2) the types and amounts of damages this exposure allegedly

---

[150] See Schedule 2a: Analysis of the McMahon Articles.
[151] Document 2b: Somal Report, Page 7.

caused Mr. Gordon. I was only asked to review and rebut the Somal Report's opinion regarding the number of people "exposed" to the LPHS Story (the "Exposure Opinion").

### A. Somal Exposure Opinion

90. The Somal Exposure Opinion states, *"[t]he media impact generated by the false statements related to Coach Gordon was substantial, almost unparalleled on a local level for any similar story or circumstance. More specifically, through all the myriad media - print, broadcast, and internet – millions of people were exposed to and viewed the content. As stated in Colin McMahon's report, which I did not rely upon, conservatively at least 2.6 million people were exposed to these stories about Coach Gordon and his colleagues. McMahon's findings are consistent with mine. As my focus is more so on the internet and viral exposure, I estimate the total exposure at no less than 3.5 million people worldwide."[152]*

91. The Somal Report does not reference any source documents, analysis, or calculations related to the Exposure Opinion, but Appendix C and D provide information about the Somal Report's online investigations. These appendixes reference 39 keywords related to Mr. Gordon (the "Somal Search Terms")[153] and provide:

- Google search results for 15 search terms, Bing search results for 1 search term, DuckDuckGo search results for 2 search terms, and Yahoo search results for 2 search terms (the "Internet Search Analysis");

- Google keyword auto-suggestions for 6 search terms (the "Autocomplete Analysis");

- 29 articles that are allegedly harmful to Mr. Gordon (the "Harmful Articles Analysis");

- Traffic and other data related to 23 news sources (the "Traffic Analysis"); and

- 35 social media posts allegedly harmful to Mr. Gordon (the "Social Media Analysis").

---

[152] Document 2b:  Somal Report, Page 5.
[153] See Schedule 1.

### (i)  Internet Search Analysis

92. Appendix C of the Somal Report provides analyses related to Google, Bing, Yahoo, and DuckDuckGo SERPs for some Somal Search Terms (the "Somal Search Results").[154] The Somal Report attempts to use these analyses to show the number of "negative links" each search produced by location.

93. The Somal Report does not provide any reasoning or support as to why the Somal Search Terms are considered the appropriate search terms for this analysis. The Somal Search Terms appear to contain a combination of terms, such as "Pat Gordon" and "CPS," "Sexual Misconduct," and "Sexual Abuse," but the Somal Report does not prove that internet users are using these terms in search.

94. Similar to my investigation in the McMahon Spotlight Opinion section, I used Google Trends and Google Keyword Planner to determine if anyone is searching for the Somal Search Terms. According to Google Trends and the Google Keyword Planner, there is a limited amount of search activity for the Somal Search Terms in Google.[155] As a result, the Somal Search Terms and the Internet Search Analysis provide a misleading representation of what an Internet user would find if they were interested in the LPHS Story or any allegations against Plaintiff.

95. Even if the Somal Search Terms were appropriate, the Somal Report does not provide any survey, sentiment analysis, or any other analysis that shows people saw, much less read, the Somal Search Results and thought negatively of Plaintiff.

96. A review of the Somal Search Results shows that each search generates the same general headlines or articles related to the LPHS Story. These search results either don't mention Mr. Gordon,[156] indicate he has support from the public,[157] and none of them accuse Mr. Gordon of sexual misconduct.[158] Therefore, the Somal Internet Search Analysis provides a misleading

---

[154] Document 2d: Somal Appendix C, Starting at page 13.

[155] Documents 4a – 4am: Google Trends – Somal Search Terms and Documents 10a – 10h: Google Keyword Planner – Somal Search Terms.

[156] Document 2d: Somal Appendix C, Page 152, Position 24 – "Basketball team's seasons suspended, staff removed over…"

[157] Document 2d: Somal Appendix C, Page 343, Position 15 – "Support Coach Gordon."

[158] Documents 2d: Somal Appendix C, Page 28, Position 6 – "After CPS Moves to Fire 1 Coach, Reinstate 2 Others. . ." and Page 29, Position 10 "Lincoln Park high school basketball coach Pat Gordon. . ."

representation of the number of headlines or articles containing any alleged sexual misconduct allegations against Mr. Gordon.

### (ii)  Autocomplete Analysis

97. Appendix C of the Somal Report analyzes the autocomplete feature within Google search.[159] Google's autocomplete feature uses predictive algorithms that generate suggested search queries based on what a user starts typing into the search bar, what interests are trending, location, past searches a user has performed, and other factors.[160] The Somal Report performs this analysis in an attempt to show that the LPHS Story or allegations against Mr. Gordon are recognized within Google and automatically populate when specific keywords are typed (the "Autocomplete Analysis").

98. To review the Somal Report's Autocomplete Analysis, I cleared my web browser's history and replicated the Autocomplete Analysis. I first analyzed the term fire Lincoln Park High School basketball coach and compared it to the results presented in the Somal Report. A copy of the Somal Report's search for the term fire Lincoln Park High School basketball coach is shown in Figure 8.

*Figure 8: Somal Report's Autocomplete Analysis Example [161]*



---

[159] Document 2d: Somal Appendix C, Starting at Page 10.
[160] Document 3i: How Google Autocomplete Predictions Work – Google Search Help.
[161] Document 2d: Somal Report, Appendix C, Page 10.

99. The result generated in my search for the term <u>fire Lincoln Park High School basketball scandal</u> is shown in Figure 9.

*Figure 9: Bania's Autocomplete Analysis with a Cleared Search History[162]*



100. As presented in Figures 8 and 9, the Somal Report's results mention Mr. Gordon, but mine do not. It appears the Somal Report performed searches for Mr. Gordon without clearing its web browser search history before completing the Autocomplete Analysis. As mentioned, failing to clear a web browser's search history can lead to biased results. Regardless, my version of the Autocomplete Analysis indicates that Mr. Gordon is not automatically recognized as a basketball coach fired from LPHS.

101. Additionally, a review of the Somal Autocomplete Analysis indicates that the selected search terms are likely to autofill with misleading results. Figure 10 shows the Somal Report's autocorrect results for the term <u>CPS Coach Pat Gordon Sexual</u>.

---

[162] Document 9a: Autofill Results for fire Lincoln Park High School basketball coach.

*Figure 10: Somal Report's Autocomplete Analysis Example[163]*



102. As seen in Figure 10, <u>CPS Coach Pat Gordon Sexual</u> produces autocomplete results including "sexual assault," "sexual harassment," and "sexual assault definition."[164] This is because Google's autocomplete feature "predict[s] individual words and phrases based on both real searches as well as word patterns found across the web."[165] In other words, Google recognizes the term "sexual" and generates autocomplete results with commonly searched or associated words, such as "assault" or "harassment." Google is not associating "sexual assault," "sexual abuse," or "sexual harassment" with Mr. Gordon. Therefore, the Somal Autocomplete Analysis does not indicate that any allegations against Mr. Gordon are recognized within Google.

### (iii) Harmful Article Analysis

103. Appendix D of the Somal Reports provides 29 articles that are allegedly "examples of harmful articles/broadcasts" (the "Somal Harmful Articles").[166] The Somal Reports provide a link, publish date, and the title of the Somal Harmful Articles. Despite this, the Somal Reports do not provide evidence that the articles were reviewed or contain any alleged sexual misconduct

---

[163] Document 2d: Somal Report, Appendix C, Page 12.
[164] Document 2d: Somal Report, Appendix C, Page 12.
[165] Document 3i: How Google Autocomplete Predictions Work – Google Search Help.
[166] Document 2e: Somal Report, Appendix D, Starting at page 2.

allegations against Mr. Gordon. Therefore, I reviewed the Somal Harmful Articles to determine how many articles mention the alleged sexual misconduct allegations against Mr. Gordon.

104. As presented in Schedule 5, a review of the Somal Harmful Article shows that 28 of the 29 articles (or 97%) mention Mr. Gordon. However, none of the articles mention any alleged sexual misconduct allegations against Mr. Gordon. Therefore, no evidence has been provided to indicate that any such allegations against Mr. Gordon have been spread through the Somal Harmful Articles. As a result, the Somal Harmful Article Analysis is a misleading representation of the number of articles related to any alleged sexual misconduct allegations against Mr. Gordon.

### (iv)   Traffic Analysis

105. The next data set provided in Appendix D is related to the number of website visits received and backlinks[167] tied to 23 news sources (the "Somal Traffic Data").[168] It is not clear as to how the Somal Report relies on this information. Despite this, the Traffic Data is related to the total performance of each website and not news about any alleged sexual misconduct allegations against Mr. Gordon. Therefore, the Somal Traffic Data alone is a misleading indication of the number of people "exposed" to any alleged sexual misconduct allegations against Mr. Gordon.

### (v)   Social Media Analysis

106. Additionally, Appendix D provides 15 allegedly harmful social media posts containing the LPHS Story (the "Somal Harmful Posts").[169] The Somal Report provides a link to the posts, a link to embedded articles, and a screenshot of the Somal Harmful Posts. Despite this, the Somal Report does not provide evidence that the social media posts were reviewed or contain any alleged sexual misconduct allegations against Mr. Gordon.

107. As presented in Schedule 6, a review of the Somal Harmful Posts shows that 15 of the 35 posts (or 43%) do not mention Mr. Gordon. Of the 20 articles that do mention Mr. Gordon, none of them accuse Mr. Gordon of sexual misconduct. As a result, none of the Somal Harmful Posts

---

[167] Document 3l: What are Backlinks? Backlinks are links from a page on one website to another. In other words, website A's homepage may reference and include a link to website B's homepage. Backlinks are votes from other websites and tell search engines that the content is valuable, credible, and useful.

[168] See Schedule 7.

[169] Document 2e: Somal Report, Appendix D, Starting at Page 45.

accuse Mr. Gordon of sexual misconduct. Therefore, no evidence has been provided to indicate that any such allegations against Mr. Gordon have been spread through social media.

### B. Summary

108. The Somal Internet Search Analysis claims several search results are related to the LPHS Story. Despite this, Google Trends and the Google Keyword Planner indicate that there is limited search activity when searching for the Somal Search Terms. Therefore, the search results generated by these keywords do not indicate what an internet user may find.

109. The Somal Autocomplete Analysis attempts to prove that Google search recognizes searches related to the LPHS Story. Despite this, my analysis with a cleared web browser history indicates that Google does not automatically recognize Mr. Gordon as a basketball coach fired from LPHS. Additionally, the Somal Report fails to consider that Google's predictive autocomplete results are based on real searches and word patterns. Therefore, autocomplete results may be specific to one word and not related to Mr. Gordon or any alleged sexual misconduct claims made against him. As a result, the Autocomplete Analysis does not demonstrate that Google recognizes the LPHS Story or allegations against Mr. Gordon.

110. The Somal Harmful Article Analysis and the Somal Social Media Analysis claim that several articles or posts harmed Mr. Gordon's reputation. Despite this, a review of these articles and posts indicates that none accuse Mr. Gordon of sexual misconduct. Therefore, the Harmful Articles and Harmful Posts are a misleading representation of the number of digital data related to any alleged sexual misconduct allegations against Mr. Gordon.

111. The Somal Traffic Analysis provides website traffic data related to 23 news sources but does not provide an explanation or analysis explaining what portion of this traffic is related to the alleged sexual misconduct allegations against Mr. Gordon. Therefore, the Somal Traffic Data is a misleading indication of the number of people "exposed" to any alleged sexual misconduct allegations against Mr. Gordon.

112. The Somal Report does not provide an analysis or explanation showing how its Internet Search Analysis, Harmful Articles, Traffic Analysis, Autocomplete Analysis, or Social Media analysis was used to calculate the Exposure Opinion. Without this information, I cannot replicate the calculation and verify if the 3,500,000-exposure estimate is reasonable. As mentioned, search

results, articles, and social media posts are related to LPHS Story but do not accuse Mr. Gordon of sexual misconduct. Therefore, the Somal Exposure Opinion does not provide a reasonable indication of how many people were "exposed" to any alleged sexual misconduct allegations against Mr. Gordon.

## IV. CONCLUSION

113. After reviewing the documentation listed in Section V and performing research and analysis supported by my experience in internet and social media analysis, I have arrived at the following conclusions and opinions in this Case:

- The McMahon Unprecedented Spotlight Opinion is not a reasonable indication of how popular or viral any alleged sexual misconduct allegation against Mr. Gordon spread.

- The McMahon Audience of Millions Opinion does not provide a reasonable indication of how many people were "exposed" to any alleged sexual misconduct allegation against Mr. Gordon.

- The Somal Exposure Opinion does not provide a reasonable indication of how many people were "exposed" to any alleged sexual misconduct allegation against Mr. Gordon

114. My opinions in this Case are based upon the documents and information reviewed as of the Report Date and my expertise in internet and social media analytics. Should additional information and/or documents become available for review, I reserve the right to update this analysis and, if necessary, update any opinions offered here.

115. Further, I reserve the right to respond to opinions and issues raised by any opposing experts. Finally, I reserve the right to use demonstratives and other exhibits to present the opinions expressed in this report and/or any supplemental, amended, and/or rebuttal reports.

Submitted by:

Doug Bania

41

## V. DOCUMENTS RELIED UPON

| DOC # | Document Title |
|-------|----------------|
| 1a | Gordon Complaint (78809177.1) |
| 1b | CPS Meeting - Video Transcription |
| 2a | McMahon Report |
| 2b | Somal Report |
| 2c | McMahon Schedules - PDF and Excel |
| 2d | Appendix C - Pat Gordon |
| 2e | Appendix D - Pat Gordon |
| 2f | McMahon Report - TV Data |
| 3a | Chicago Board of Education - About |
| 3b | Backlinko - Here's What We Learned About Organic CTR |
| 3c | Manage & delete your Search history - Computer - Google Search Help |
| 3d | Nielsen - About |
| 3e | 6 Ways To Get Unfiltered Google Search Results |
| 3f | FAQ about Google Trends data - Trends Help |
| 3g | How to Use Google Trends to Measure Popular Search Terms |
| 3h | Troubleshooting - Trends Help |
| 3i | How Google autocomplete predictions work - Google Search Help |
| 3j | EconomicDamages_7Ed_VOLUME2 |
| 3k | How To Use Keyword Planner Effectively - Google Ads |
| 3l | What are Backlinks_ And How to Build Them in 2023 |
| 4a - 4az | Google Trends |
| 5a - 5bs | McMahon Articles |
| 6a - 6ac | Somal Articles |
| 7a - 7k | Gordon Searches |
| 8a - 8z | Somal Social Media |
| 9a - 9f | Google Autofill Results |
| 10a - 10j | Keyword Planner |

## VI. DOUG BANIA CV

**Expert Witness History**

Softwave Tissue Regeneration Technologies, LLC. v. Thomas Kostopoulos and Kostopoulos Investment Holdings, LLC d/b/a Scale Marketing and Consulting, Case No. 1:22-cv-03392-SCJ, USDC, Northern District of Georgia, Atlanta Division. **Trademark Damages**, Expert Consulting, 2023

BakeMark USA, LLC, v. Clark Associates, Inc., The Webstaurant Store, d/b/a Webstaurantstore.com et al., Case No. 2:22-cv-03737, USDC, Central District of California. **Trademark, Reverse Confusion Damages**, Expert Consulting, 2023

Berookhim Royal Catering, Inc., d/b/a Beverly Catering, and Mehran Berookhim v. Shahbaz Farnad, et al., Case No. 20STCV15941, Superior Court of the State of California County of Los Angeles, Central District. **Defamation, Internet, and Social Media Analysis,** Expert Consulting, 2023

Moxie Pest Control (Utah), LLC, et al. v. Kyle Nielsen, an individual, et al., Case No. 2:21-CV-00240, USDC, District of Utah, Central Division. **Trade Secret Damages**, Expert Report, 2023

Halo Beauty Partners, LLC v. Clark Swanson, Swanson Global Enterprises Inc., et al., Case No. A-21-837645-B, Eighth Judicial District Court, Clark County, Nevada. **Defamation, Internet, and Social Media Analysis**, Expert Report, 2023

John Johnson and Donovan Robinson v. Board of Education for the City of Chicago, et al., Case Nos. 2021-L-001072 and 2021-L-001047, Circuit Court of Cook County, Illinois, County Department, Law Division. **Defamation, Internet, and Social Media Analysis**, Expert Report, 2023

Adriana's Insurance Services Inc., and Adriana Gallardo v. Auto International Insurance Agency, Inc., Eric Pena, Richard Wetzel, and Outfront Media LLC, Case No. 8:22-cv-00174-JLS-ADS, USDC, District of California. **Right of Publicity Damages**, Expert Report, Deposition, 2023

Eric Coomer, PhD., v Michael J. Lindell, Frankspeech LLC, and MyPillow, Inc., Case No. 1:22-cv-01129, USDC, District of Colorado. **Defamation, Internet, and Social Media Analytics**, Expert Report, 2023

Derek Jaeschke vs. Bella+Canvas, LLC and Color Image Apparel, Inc., Case No. 19SMCV01008, Superior Court of the State of California County of Los Angeles, West District. **Right of Publicity**, Deposition, 2023

Tireboots by Universal Canvas, Inc. v. Tiresocks, Inc., et al., Case No. 1:20-cv-07404, USDC, Northern District of Illinois. **Trademark Damages**, Expert Report, Deposition 2023

Hubert Hansen Intellectual Property Trust vs. The Coca-Cola Company, Superior Court of the State of California for the County of San Diego, Case No. 37-2016-00021046-CU-MC-CTL. **Right of Publicity**, Deposition, 2023

Global Apogee v Sugarfina, Inc., Joshua Resnick, Rosie O'Neill, et al., Case No. 2:18-cv-05162 RSWL (Ex), USDC, Central District of California, Western Division (Los Angeles). **Trademark Damages and Google Search Analysis,** Expert Report, 2023

43

S10 Entertainment & Media LLC, v. Samsung Electronics Co., LTD.; and Samsung Electronics America, Inc, Case No. 2:21-cv-2443, USCD, Central District of California. **Trademark Damages**, Expert Report, Deposition, Trial 2023

World Axe Throwing League, Inc, and Lincoln Chicago Holdings, Inc. v. Cold Steel, Inc., Lynn Thompson, and GSM LLC d/b/a GSM Outdoors, Case No. 2:20-cv-11407 JAK (Ex), filed in USDC, Central District of California, Western Division. **Trademark Damages, Causation**, Expert Report, Deposition, Trial 2023

Garth Fisher, M.D., d/b/a Garth Fisher Skin Care, LLC, v. Rexford Surgical Institute, Inc., et al., Case no. 2:21-cv-05795-DSF-JPR, USDC, Central District of California, Western Division. **Trademark Damages and Google Search Analysis,** Expert Consulting, 2023

Fit Tea, LLC, v. Alani Nutrition, LLC, Case No. 1:22-cv-21568-JEM, USDC, Southern District of Florida, Miami Division. **Trademark Damages**, Expert Report, 2023

Mend Health, Inc., v. Carbon Health Technologies, Inc., Case No. 2:21-cv-06142 AB (MRWx), USDC, Central District of California. **Internet Trademark Investigation,** Expert Report, 2023

Flexware International LLC, v. AT&T Corp., Case No. 2:21-cv-07223 GW (ASx), USDC, Southern District of California, Western Division. **Trademark Damages,** Expert Consulting, 2023

John C. Depp, II v. Amber Laura Heard, Circuit Court of Virginia, Fairfax County, No. CL-2019-0002911. **Defamation, Damages, Internet, Media and Social Media Analytics**, Rebuttal Expert, Deposition, Trial 2022

Linda Fairstein v. Netflix, Inc., Ava Duvernay, and Attica Locke, USDC, Middle District of Florida, Fort Myers Division, case 2:20-cv-00180. **Defamation Damages**, Expert Report, 2022

Harman International Industries v. Jem Accessories d/b/a Xtreme Cables, Case No. 2:20-CV-0822, USDC, Central District of California, No. 2:20-CV-08222. **Trademark Damages**, Expert Report, 2022

S10 Entertainment & Media LLC, v. Samsung Electronics Co., LTD.; and Samsung Electronics America, Inc, Case No. 2:21-cv-2443, USCD, Central District of California. **Trademark Damages**, Expert Report, Deposition, 2022

Tireboots by Universal Canvas, Inc. v. Tiresocks, Inc., et al, Case No. 1:20-cv-07404, USDC, Northern District of Illinois. **Trademark Damages**, Expert Report, 2022

Rodney Smith LTD., v. Sugar Factory, LLC, Case No. 2:20-cv-06854-ODW-JEM, USDC, Central District of California. **Copyright Damages**, Expert Report, 2022

John R. Vivian, Jr., Esquire v. Saint Luke's Hospital of Bethlehem, Pennsylvania d/b/a St. Luke's Hospital & Health Network; filed in the Court of Common Pleas, Philadelphia County, Pennsylvania, March 2012: No. 3376. **Defamation Damages**, Expert Report, 2022

Athos Overseas, Ltd v. YouTube, Inc., YouTube, LLC, and Google, LLC, Case 1:21-cv-21698, USDC, Southern District of Florida. **Copyright Damages**, Expert Report, Deposition, 2022

44

World Axe Throwing League, Inc, and Lincoln Chicago Holdings, Inc. vs. Cold Steel, Inc., Lynn Thompson, and GSM LLC d/b/a GSM Outdoors, Case No. 2:20-cv-11407 JAK (Ex), filed in USDC, Central District of California, Western Division. **Trademark Damages, Causation**, Expert Report, Deposition, 2022

My First Shades, Inc. and SLP Enterprises, LLC v. Solarna, LLC, George Granoff and Bernard Kossar; Commonwealth of Massachusetts, Case No. 1884-CV-708-BLS1. Rebuttal opinions related to economic damages and online advertising. **Trademark Damages and Google Search Results**, Expert Report, Deposition, Trial 2022

PARTS iD, LLC v. IDParts LLC, USDC, District of Massachusetts, Case 1:20-cv-11253. **Trademark Damages**, Expert Report, 2022

Edison Brewing Company LLC v. Gourmet Fresh LLC, USDC for the Southern District of Ohio Eastern Division, Case No. 2:21-cv-00876-EAS-CMV. **SEO and Competitive Analysis**, Expert Report, Deposition 2022

Meribear Productions, Inc. dba Meridith Baer Home vs. Brett Baer, City Lights Staging, Inc., Jamie Baer, Caleb Morse, Superior Court of the State of California, County of Los Angeles, Norwalk, Case No. VC065653. **Intellectual Property and Intangible Asset Consulting**, Expert Report and Deposition, 2021

Paul Nicklen v. Sinclair Broadcast Group, Inc., Sinclair Television Media, Inc., et al., USDC for the Southern District of New York, Case No. 1:20-cv-10300-JSR. **Copyright Damages**, Expert Report, 2021

Eric Coomer, Ph.D. vs. Donald J. Trump for President, Inc. Sidney Powell, Rudolph Giuliani, et al. District Court, Denver County, Colorado. Case Number 2020CV34319. **Defamation, Internet and Social Media Investigation Damages**, Expert Consulting, 2021

Reflex Media, Inc. and Clover8 Investments, PTE. LTD. v. Luxy Limited, Jason Qiang DU, et al., USDC Central District of California, Case No. 2:20-cv-00423-RGK-KS. **Trademark Damages, Internet and Social Media Investigation**, Expert Consulting, 2021

National Rifle Association of America v. Ackerman McQueen, Inc., Mercury Group, Inc., Henry Martin, and Jesse Greenberg, USDC for the Northern District of Texas Dallas Division, Case No. 3:19-cv-02074-G. **Internet and Social Media Investigation**, Expert Consulting, 2021

Reaves Law Firm, PLLC v. Tiger Sports Properties, LLC, USDC for the Western District of Tennessee Western Division, Case No. 2:19-cv-2465. **Right of Publicity Valuation for Penny Hardaway**, Expert Report, 2021

PetConnect Rescue Inc., Lucky Pup Dog Rescue.com, et al. v. David Salinas, Veronica Salinas, et al. USDC Southern District of California, Case No. 3:20-cv-00527-H-KSC. **Trademark Damages**, Expert Consulting, 2021

Andy's Frozen Custard, Inc. and Andy's Frozen Custard Franchising, LLC v. Andrew A. Naeger, Beth Johnston, St Robert Pizza, Inc., and Camden Pizza Inc. USDC Western District of Missouri

Central Division, Case No. 2:20-cv-04258-MDH. **Trademark Damages and Likelihood of Confusion**, 2021

Heartland Payment Systems, LLC v. Robert O. Carr and Kathie Hanratty. USDC for the District of New Jersey, Case No. 3:18-cv-09764-BRM-DEA. **Defamation Investigation and Damages**, 2021.

Bismarch Alternative Health LLC d/b/a Pure Health and Cass County Enterprises LLC d/b/a Dakota Health v. Vicente Sederberg LLC, Brian Vicente and Sally Peebles, District Court, Denver County, State of Colorado. **Forecast and valuation of cannabis dispensary operations**, Expert Report, 2021

Samantha Childs vs. Benjamin Polansky, DVM, California Veterinary Specialists, Superior Court of the State of California, County of San Diego North County Division, Case No. 37-2019-00040629-CU-PN-NC. **Social Media Valuation**, Expert Consulting, 2021

Sandro Nardone v. Ital Pizza, Inc., et al., Superior Court of The State of California, County of Orange, Central Justice Center, Case No.: 30-2016-00884748-CU-BT-CJC. **Brand Valuation and Reasonable Royalty Analysis**, Expert Consulting, 2021

Insurance King Agency, Inc. vs. Just Auto International, Inc., USDC Central District of California, Case No. 2:2020-cv-05944. **Trademark Damages**, Expert Consulting, 2021

The Music Force, LLC v. Sony Music Entertainment, Montero Lamar Hill, aka Lil Nas X, et al. USDC Central District of California, Case No. 2:19-cv-06430-FMO (RAOx). **Copyright Damages**, Expert Report, Deposition, 2020

Music Specialist, Inc. and Sherman Nealy v. Atlantic Recording Corporation, Warner Chappell Music, Inc., and Artist Publishing Group, LLC.; USDC Southern District of Florida, Case No: 1:18-cv-25474-RAR. **Copyright Damages**, Expert Report, 2020

Kabushiki Kaisha Too Marker Products, Inc. v. Imagination International Incorporated and John Darland; In the International Chamber of Commerce, Case No. ICC 24464/MK (EA). **Website Traffic and Social Media Damages**, Expert Report, 2020

Rousselot B. V. vs. St. Paul Brands, Inc., Advanced Pharmaceutical Services, Inc., et al. USDC Central District of California Southern Division, Case No. 8:19 cv-00458-DOC-ADS. **Trademark Damages**, Expert Consulting, 2020

P8H, Inc., d/b/a Paddle8; United States Bankruptcy Court, Southern District of New York, Case No. 20-1089 (smb). **Sales Advisor and Consultant to Chapter 11 Trustee** for Intellectual Property and Related Intangible Asset Sale, 2020

Kevin Michael Brophy, Jr. v. Belcalis Almanzar aka Cardi B; KSR Group LLC, Washpoppin, Inc., et. al.; USDC Central District of California, Case Number: 8:17-cv-01885. **Right of Publicity Damages**, Expert Report, Deposition, 2020

46

Atari Interactive, Inc. v. OoShirts, Inc., USDC for the Northern District of California San Francisco Division; Case No. 3:19-cv-00264-JST. **Trademark Damages for Apparel**, Expert Report, 2020

Annette Navarro McCall and Navarro Photography, LLC v. Walmart Inc. and The Procter & Gamble Company; USDC for the Southern District of Ohio Western Division – Cincinnati, Case Number: 1:17-cv-00406-TSB. **Copyright Damages for Photographs used on Product Packaging**, Expert Report, Deposition, 2020

My First Shades, Inc. and SLP Enterprises, LLC v. Solarna, LLC, George Granoff and Bernard Kossar; Commonwealth of Massachusetts, Case No. 1884-CV-708-BLS1. Rebuttal opinions related to economic damages and online advertising. **Trademark Damages and Google Search Results**, Expert Report, Deposition, 2020

Jane Doe vs. Walgreen Co., 11th Judicial Circuit in and for Miami Dade County, Florida. Right of Publicity, **Social Media Investigation**, Expert Consulting, 2020

Wiseau Studio, LLC and Tommy Wiseau d.b.a. Wiseau-Films and Richard Harper, Fernando Forero McGrath, Martin Racicot d.b.a. Rockhaven Pictures, Room Full of Spoons Inc., Parktown Studios Inc., Richard Stewart Towns, Ontario Superior Court of Justice, Court File No. CV-17-577020. **Copyright Damages for documentary film**, Expert Report, Trial Testimony, 2020

Phunware, Inc. vs. Uber Technologies, Inc. Superior Court of the State of California County of San Francisco; Case No. GGC-17-561546. **Brand Valuation**, Expert Consulting, 2020

Routes for Sale, LLC v. Spencer Patton and Route Consultant, Inc., In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida; Cases No. 19-CA-007665. **Defamation Damages**, Expert Report, 2020

Nikki Giavasis; Taylor Giavasis and Josephine Robertson v. Star Returns, LLC, Superior Court of the State of California County of Los Angeles; Case No. BC628277. **Social Media and Right of Publicity Damages**, Expert Consulting, 2019

Adam Sandoval and Ashley Watson v. The Parking Spot Irving, LLC, ABM Aviation Incorporated, Derrick Eugene White and Judy Ann Sanders Miles, District Court of Dallas County, Texas, Cause No. DC-17-17314. **Social Media and Right of Publicity Damages**, Expert Consulting, 2019

Zeetogroup, LLC; Tibrio, LLC v. Nicholas Fiorentino; Sabiha Tudesco; Internet Things, LLC; Simply Sweeps, LLC; Crediready, LLC; Two Minute Media Topics, LLC, United States District Court Southern District of California; Case No. 19CV0458. **Website comparison and html investigation**, Expert Report, 2019

Move Press, LLC v. Peloton Interactive, Inc. USDC Central District of California, Western Division, Case No. 2:18-cv-1686. **Trademark Damages**, Expert Consulting, 2019

Stockdale Investment Group, Inc. v. Stockdale Capital Partners LLC, et. al, Expert report and Deposition Testimony regarding **Google Search Results**; Case 4:18-cv-02949, 2019

47

Chad Marlow v. Business Financial Services, Inc. and Adquadrant, Inc., Superior Court of the State of California, County of Orange; Case No. 30-2017-00923885-CU-NP-CJC. **Right of Publicity Damages**, Expert Consulting, 2019

Merck & Co., Inc. and Merck Sharp & Dohme Corp. v. Merck KGAA, USDC District of New Jersey; Case No. 16-cv-00266. **Google Ads Investigation**, Expert Report, Deposition, 2019.

Platinum Logistics WY, Inc. vs. Platinum Cargo Logistics, Inc. DBA Platinum Cargo; et al., USDC Southern District of California; Case No. 13-cv-1819. **Trademark Damages**, Expert Report, 2019.

Thelonious Sphere Monk, Jr. as Administrator of and on behalf of the Estate of Thelonious Sphere Monk vs. North Coast Brewing Co., Inc., USDC Northern District of California; Case No. 17-cv-05015. **Trademark and Right of Publicity Damages**, Expert Report, Deposition, 2018.

GOLO, LLC v. Zoco Productions; Mehmet Oz, M.D.; and Keri Glassman, USDC for the Eastern District of Pennsylvania; Case No. 1:17-cv-08461-KBF. **Unfair Competition and False Advertising**, Expert Report, 2018.

Lauren Mountain v. Mehron, Inc.; Martin Melik; Michael Costello and Stephanie Costello, USDC Central District of California Western Division; Case No. 2:18-cv-00080-JAK-MRW. **Copyright Damages**, Expert Consulting, 2018

Big League Analysis, LLC vs. The Office of the Commissioner of Baseball, The United States Baseball Federation, Inc., and Noah Garden; Supreme Court of the State of New York County of New York; Case No. 152702/2017. **Website, SEO Analysis, Internet Impressions, Visits and Damages**, Expert Report, Mediation Testimony, 2018

PS1, Inc., vs. TTL Automotive Enterprises, Inc., American Arbitration Association, Case No.: 01-17-0005-3284. **Trade Dress Investigation**, Expert report, 2018

North Carolina, Craven County, Jones County v. Beer Army, LLC, Dustin J. Canestorp, Beer Army Productions, LLC, and Ribeyes Steak House of New Bern 2, LLC and Bad Boy Foods, LLC. The General Court of Justice Superior Court Division; File No.: 15-CVS-1236. **Trademark Damages**, Expert report, 2018

Leandro Sorice vs. Trendy Butler, Inc. and Ali Najafian; Superior Court for the State of California County of Los Angeles; Case No. BC635770. **Copyright Damages**, Expert report, 2018

Colonel David Randolph Scott vs. Citizen Watch Company of America, Inc. (successor to Bulova Corporation); Sterling Jewelers, Inc., dba Kay Jewelers; USDC Northern District of California San Jose Division; Case No. 17-cv-00436-NC. **Right of Publicity Damages**, Expert report, Deposition, 2018

Ghostbed, Inc.; and Werner Media Partners, LLC d/b/a/ Nature's Sleep, LLC v. Casper Sleep, Inc.; Philip Krim; Red Antler, LLC; and ICS Inc.; Case No. 0:15-cv-62571. **Google Ads, SEO Analysis, Internet Website Traffic Investigation**, Expert Reports, Deposition, 2018

48

Heron Development Corporation vs. Vacation Tours, Inc. d/b/a Vacation Store of Miami, Media Insight Group, Inc., d/b/a Media Insight Group, Rosanna M. Mendez and George A. Alvarez; USDC Southern District of Florida Miami Division; Case No. 1:16-cv-20683-Moreno/O'Sullivan. **Website, SEO Analysis, Internet Impressions, Visits and Damages**, Expert Report, 2017

Entrepreneur Media, Inc. v. Scott Smith; Domains by Proxy, LLC; GoDaddy.com, LLC and Karen Mix; Case No. CGC 13 530730. **Domain Name Valuation**, Expert Report, 2017

Jukin Media, Inc. v. QWorldstar, Inc. d/b/a Worldstar, Worldstar Hip Hop, Worldstar Candy; Case No. 2:16-cv-6800-JFW; USDC Central District of California. **Copyright & Trademark Damages**, Expert Report, 2017

Aardwolf Industries, LLC v. Abaco Machines USA, Inc. Ausavina Co. LTD, et. al.; Case No. 2:16-cv-01968-GW-JEM; Central District of California**. Domain Name and SEO Analysis Investigation**, Expert Report & Deposition, 2017

Winston Smith v. Chapter 4 Corp., "Supreme"; Blackrock Creative Management Company and DEAD KENNEDYS; USDC Central District of California, Case No. 2:16-cv-03910-GW-AS. **Copyright Apportionment Damages**, Expert Report & Deposition, 2017.

Andre Khazraei vs. Christopher Brown, CBE Merchandising LLC, CBE Apparel LLC, Konfuzed LLC, Maxima Operating X LLC; USDC Central District of California, Case No. 2:16-cv-02341 SJO (JCx). **Trademark, Licensing & Social Media Analysis**, Expert Report & Mediation Testimony, 2017

IDX System Technology, Inc. vs. Timothy Arasheben dba Cinoflex; TM Camera Solutions, LLC; Superior Court of the State of California for the County of Los Angeles, Case No. BC610537. **Defamation Damages**, Expert Consulting, 2017

Uncommon, LLC vs. Spigen, Inc.; USDC Northern District of Illinois Eastern Division, Case No. 15-cv-10897. **Trademark Damages, Website Analysis**, Expert Report & deposition, 2016

The Julia Child Foundation for Gastronomy and the Culinary Arts v. Airbnb, Inc., Superior Court of the State of California for the County of Santa Barbara, Case No. 16CV02626. **Right of Publicity & SEO Analysis**, Expert Report & Mediation Testimony, 2016

Pines International, Inc. v. Suja Life, LLC, USDC Southern District of California, Case No. 3:16-cv-00985-GPC-WVG. **Trademark Damages**, Settlement Brief Testimony, 2016

Unicolors, Inc. v. Kohl's Department Stores, Inc.; Fashion Life Inc.; Jes Apparel, L.L.C., USDC Central District of California, Case No. 2:16-cv-00393-RGK-SS. **Copyright Damages**, Expert Report, 2016

Timed Out, Inc. vs. Crazy Horse, Inc., Superior Court of the State of California, County of San Francisco – Civic Center Courthouse, Case No. CGC-15-547904. **Right of Publicity & SEO Analysis**, Expert Report, 2016

49

Adobe Systems Incorporated v. A&S Electronics, Inc., dba Trustprice; Alan Z. Lin; et. al., USDC Northern District of California Oakland Courthouse, Case No. 4:15-cv-02288-SBA. **Trademark & Copyright Damages**, Expert Report, 2016

Ronald Greenspan, D.D.S. v. Mary Polomares, Randolph F. Alexander, D.D.S., M.S. and Leslie Alexander, Superior Court of the State of California County of San Diego – Central Division, Case No. 37-2014-00029393-CU-DF-CTL. **Defamation & SEO Analysis**, Expert Report & Deposition, 2016

Nina Pham v. Texas Health Resources, Inc., District Court of Dallas County, Texas 68th Judicial District, Cause No. DC-15-02252. **Right of Publicity Damages & SEO Analysis**, Expert Report & Deposition, 2016

Christopher Gordon v. Drape Creative, Inc.; Papyrus-Recycled Greetings, Inc. USDC Central District of California, Case No. CV 15-04905 JFW (PLAx). **Trademark Damages**, Expert Report, 2016

Adobe Systems Incorporated v. David Far, aka Davit Far, doing business as AllMacDirect, USDC Central District of California, Case No. CV15-06192 AB AJW. **Trademark & Copyright Damages**, Expert Report, Deposition, 2016

Mark Spitz v. New Vitality LLC, NAC Marketing Company, Superior Court of California County of Los Angeles, Case No. SC121977. **Right of Publicity Damages & SEO Analysis**, Expert Consulting, 2016

Global Tobacco, LLC vs. R.K. Co., dba Cigar Cartel, USDC Central District of California Western Division, Case No. 2:15-CV-05227. **Trade Dress Damages**, Expert Report, 2016

Ryoo Dental, Inc. v. Thomas D. Han DMD, dba Beach Dental Care, USDC Central District of California, Southern Division, Case No. 8:15-cv-00308-JLS-RNB. **Copyright Damages & SEO Analysis**, Expert Report, 2016

Joel Zimmerman p/k/a "deadmau5" and Ronica Holdings Limited vs. Play Records, Inc., Ontario Superior Court of Justice, Court file No. CV-15-539129. **Trademark & Copyright Damages**, Expert consulting, 2016.

Reese Witherspoon v. Sears Holdings Management and Sears Brands LLC, et al., Case No. SC120883, Superior Court of the State of California, County of Los Angeles, West District. **Right of Publicity Damages & SEO Analysis**, Expert Report, 2016

Reese Witherspoon v. LNT Acquisition LLC, et al., Case No. SC120883, Superior Court of the State of California, County of Los Angeles, West District. **Right of Publicity Damages**, Expert Report, 2016

Pharrell Williams, et al. v. Bridgeport Music, Inc., et al., Case No. CV13-06004-JAK (AGRx), USDC, Central District of California, Western Division. **Copyright Damages & Social Media Analysis**, Expert Report, Deposition and Trial Testimony, 2015

Cynara Busch v. Jakov Dulcich and Sons, LLC, Sunlight International Sales, Inc., Case No. CIV 1404125, Superior Court of the State of California, County of Marin, **Right of Publicity Damages**, Expert Consulting, 2015

Markwins Beauty Products, Inc. v. Krystal Ball Productions, Inc. and Fergie Duhamel, Arbitration, Pasadena, CA**. Right of Publicity Damages**, Expert Report, 2015

Stone Creek, Inc. vs. Omnia Italian Design, Inc., Case No. CV-13-00688-PHX-DLR, USDC, District of Arizona, **Trademark Damages & SEO Analysis**, Expert Report, Deposition and Trial Testimony, 2015

Unicolors, Inc. v. Urban Outfitters, Inc., dba Free People; Century 21 Department Stores, LLC, Case No. CV14-1029 SJO (VBK) USDC, Central District of California, **Copyright Damages**, Expert Report and Trial Testimony, 2015

Matthew C. Morin v. Cindy Marabito, Case No. RG14747850, California Superior Court, Alameda County. **Defamation Damages**, Expert Consulting, 2015

Richard Guthrie v. Hobby Lobby Stores, Inc., Case No. 1:15-cv-00195-WDQ, United States District Court, District of Maryland. **Copyright Damages**, Expert Consulting, 2015

Scott Ehredt vs. Medieval Knights, LLC, Case No. BC530275, Superior Court for the State of California, County of Los Angeles, **Right of Publicity Damages**, Expert Report, 2015

Radix Textile, Inc. v. Anthropologie, Inc., Case No. CV14-04272-BRO (EX), USDC, Central District of California, **Copyright Damages**, Expert Report, 2015

Unicolors, Inc. v. Urban Outfitters, Inc., dba, Free People, Case No. 2:14-cv-03217-R-AGR, USDC, Central District of California, **Copyright Damages**, Expert Report, 2014

The Pond Guy, Inc. et al. v. Aquascape Designs, Inc., et al., Case No. 2:13-cv-13229-NGE-DRG, USDC, Eastern District of Michigan. **Trademark & SEO Analysis Investigation**, Expert Report, Deposition and Trial Testimony 2014

Bruce L. Lamb, dba Lamb Productions U-Tile It Videos v. Floor and Decor Outlets of America, Inc., Case No. 3:13-cv-00390-JAH-BLM, USDC, Southern District of California. **Copyright Damages**, Expert Consulting, 2014

Reese Witherspoon v. Marketing Advantages International, Inc., et al., Case No. SC120883, Superior Court of the State of California, County of Los Angeles, West District. **Right of Publicity Damages & SEO Analysis**, Expert Report, 2014

Jason Olive vs. General Nutrition Centers, Inc., Case No. BC482686, Superior Court for the State of California, County of Los Angeles. **Right of Publicity Damages**; Expert Consulting, 2014

Amini Innovation Corporation vs. McFerran Home Furnishings, Inc., Case No. CV13-06496-RSWL(SSx), USDC, Central District of California. **Trade Dress and Copyright Damages**, Expert Report, 2014

51

One Beacon Insurance Company v. National Casualty Company, Case No. CV 06342-550-JC, USDC, Central District of California. **Copyright Damages**; Expert Opinion, 2014

Star Fabrics, Inc. vs. Joyce Leslie, Inc., N.Y. Invasion Inc., Myletex International, Inc., Case No. 13-CV-02771-CAS, USDC, Central District of California – Western Division. **Copyright Damages**; Expert Report, 2014

Cengage Learning, Inc., et al., United States Bankruptcy Court Eastern District of New York. Copyright Damages; Expert Opinion and Rebuttal Opinion regarding **valuation of higher education textbook copyrights** on behalf of the Second Lien Indenture Trustee in Chapter 11 bankruptcy cases, 2014

The Julia Child Foundation for Gastronomy and the Culinary Arts v. DGWB Advertising and Communications, Case No. 8:12-CV-1402SJO, USDC, Central District of California. **Right of Publicity Damages & SEO Analysis**; Expert Report and Deposition, 2013

United Fabrics International, Inc. vs. G-III Apparel Group, LTD; dba Wilsons Leather; Mcklein Company, LLC, USDC, Central District of California. **Copyright Damages**; Expert Report, 2013

David Wolfe, v. Sunfood, LLC, et al.; Case No. 37-2011-00066729-CU-CO-CTL, Superior Court of the State of California for the County of San Diego. **Right of Publicity Damages**; Deposition, 2013

Brady Industries, LLC v. Waxie's Enterprises, Inc., 2:12-cv-00777-PMP-VCF, USDC, District of Nevada. **Copyright Damages and SEO Analysis**; Expert Report and Deposition, 2013

Rawlings Sporting Goods Company, Inc., v. Wilson Sporting Goods, 4:12-cv-01204-01204, USDC, Eastern District of Missouri. **Trademark Damages**; Expert Opinion, 2013

Rebel Media, No Good Entertainment v. Jay Vir, No Good Digital; CV12-04602-R-JC, USDC, Central District of California, Western Division. **Trademark Damages & YouTube SEO Analysis Investigation**; Expert Opinion, 2013

Marona Photography, Inc. v. Los Altos Boots, Wild West Boots. 12-CV-00163-WYD-MJW, USDC, District of Colorado. **Copyright Damages**; Expert Report, 2012

Ricky D. Ross v. William Leonard Roberts, II; CV10-4528-PA (RZx), The USDC, Central District of California, Western Division – Los Angeles. **Right of Publicity Damages**; Rebuttal Opinion, 2012

L.A. Printex Industries, Inc. v. Macy's Retail Holdings, Inc., et al.; CV09-3978 DSF (AJWx), USDC, Central District of California. **Copyright Damages**; Expert Report, 2011

John Frederick Dryer, et al. v. National Football League; 0:09-cv-02182-PAM-AJB, USDC, District of Minnesota. **Right of Publicity Damages**; Expert Opinion, 2009

**Education & Certifications**

**Certified Licensing Professional** (CLP); 2011

**San Diego State University**; Masters, Television, Film, New Media Production; 2000

**San Francisco State University**; Bachelor of Arts, Cinema; 1997

**Employment Experience**

**Nevium Intellectual Property Consultants;** San Diego, CA; 2012 – present
Founding Principal: Provide IP strategy, licensing, valuation and expert services

**CONSOR Intellectual Asset Management;** La Jolla, CA; 2002 – 2012
Principal: Managed client & firm relations and provided expert witness services

**Independent Film Producer;** Los Angeles, CA; 2000 – 2003
Producer for two award winning short films: Boundaries and Passing Through.

**Associations & Memberships**

Licensing Executives Society (LES)

International Trademark Association (INTA)

INTA Right of Publicity Committee (2020 -2023 terms)

INTA Internet Committee (2016 -2019 terms)

Member, Copyright Society of the United States

ICANN Compliance and Domain Name Industry Subcommittee (2016 -2019 terms)

American Bar Association (ABA), Section of Intellectual Property Law

American Bar Association (ABA), Copyright & Social Media Committee

**Publications & Presentations**

"Profit Apportionment in Intellectual Property Infringement Damages Calculations" Intellectual Property Valuation Case Law Compendium, Fourth Edition. Business Valuation Resources (BVR), 2022

"Tools of the Trade: Trends and Developments in IP Valuation and Dealmaking Data and Internet Tools." Panel presentation at the LES 2022 Annual Meeting, 2022

"Using Internet and Social Media Analytic Tools for Valuation and Damages Calculations" Presentation at the NACVA Business Valuation & Financial Litigation Hybrid & Virtual Super Conference, 2022

"Introduction to Copyright Valuation" Chapter 3 in the Practical Guide to Successful Intellectual Property Valuation and Transactions by Kluwer Law International, 2022

"Profit Apportionment for Intellectual Property Valuation" Chapter 7 in the Practical Guide to Successful Intellectual Property Valuation and Transactions by Kluwer Law International, 2022

"Can Trademark Infringement Be a Victimless Crime?" Table Topic for the International Trademark Association (INTA), 2021

"Defamation Investigations: A Big Leap in Fighting Back" published in The Intellectual Property Strategist, 2021

"Proving Online Defamation: No Longer a Black Box" published in Law.com: Legaltech News, 2021

"Valuing Brands in the Tech Sector Using an Apportionment Framework" published in the National Association of Certified Valuators and Analysts (NACVA) The Value Examiner, 2021

"Using Internet Analytic Tools for Valuation and Damages Calculations in Internet IP Infringement and Defamation Cases" published as a chapter in The Comprehensive Guide to Economic Damages book by Business Valuation Resources (BVR), 2021

"Profit Apportionment in Intellectual Property Infringement Damages Calculations" published as a chapter in The Comprehensive Guide to Economic Damages book by Business Valuation Resources (BVR), 2021

"Trademark and Brand Valuation" webinar for the Confederation of Indian Industry (CII), 2021

"What to Look for When Valuing a Cannabis Business" Cannabis Business Times, 2019

"Internet Tools for Intellectual Property Analysis" presented as a webinar for the Certified Patent Valuation Analyst certification, 2019

"Investigating Online IP Infringement and Calculating Damages for Internet Related Disputes" presented at the University of San Diego School of Law, 2019

"Nevium: Influencer Marketing Meets Intellectual Property" Forbes, 2019

"Calculating the Value of Influencer Marketing and Impact of Infringement" Attorney at Law Magazine, 2019

"Building Cannabis IP Includes Both Your Brand and Your Technology" Entrepreneur, 2019

"Can Trademark Infringement Be a Victimless Crime? The Stone Creek v. Omnia Case" International Journal of Law and Public Administration, Redfame Publishing Inc., 2018

"Apportionment Models: Valuing the Contribution of Intangible Property and Assets in Disputes" A Special Series Webinar on New Economic Damages Guide. Business Valuation Resources (BVR), 2018

"Using Internet Analytic Tools for Valuation and Damages Calculations in Internet IP Infringement and Defamation Cases" published as a chapter in The Comprehensive Guide to Economic Damages book by Business Valuation Resources (BVR), 2018

"Profit Apportionment in Intellectual Property Infringement Damages Calculations" published as a chapter in The Comprehensive Guide to Economic Damages book by Business Valuation Resources (BVR), 2018

The Florida Bar Business Law Section, 9th Annual Intellectual Property Symposium. Panel on the Blurred Lines trial – Speaking as the copyright damages and apportionment expert. St. Pete Beach, FL, April 2018

"Proving Infringement in Online Trademark Disputes" Luncheon Table Topic at the 140th Annual International Trademark Association (INTA) Meeting, Seattle, WA May 2018

"Building Brands and Maximizing Value" Workshop Session presented at the Licensing Executive Society (LES) 2017 Spring Meeting entitled Stronger Economies Through Licensing, Washington, DC, May 2017

"Blurred Lines – Music Industry Damage Calculations" Panel Session presented at SXSW, Austin, TX, March 2017

"Non-Traditional Marks and the Traditional Practice" Luncheon Table Topic for the International Trademark Association (INTA), San Diego, CA, February 2017

The Use of Analytic Tools for Valuation and Damages Calculations in Internet IP Infringement and Defamation Cases" published as a chapter in Calculating Economic Damages in Intellectual Property Infringement Cases book by Business Valuation Resources (BVR), October 2016

"Misuses of IP Over the Internet: Searching for Value." Business Valuation Resources (BVR) Special Series Webinar: The Comprehensive Guide to Economic Damages, July 2016

"The Use of Analytic Tools for Valuation and Damages Calculations in Internet IP Infringement and Defamation Cases" published as a chapter in The Comprehensive Guide to Lost Profits and Other Commercial Damages book by Business Valuation Resources (BVR), May 2016

"Brand Valuation and Techniques" presented at the Conference on Brand Valuation; University of New Hampshire School of Law and The Franklin Pierce Center for Intellectual Property. Concord, New Hampshire, April 2016

"Valuation and Damages Calculations in Cases Involving Internet IP Infringement and Defamation." NACVA Webinar Series, April 2016

"Brand Due Diligence: Tools and Techniques for Supporting Successful Brand Driven Transactions" Luncheon Table Topic at the International Trademark Association (INTA) Annual Meeting, Orlando, FL, May 2016

"Employing Internet and Social Media Analytical Tools in Valuation and Damages Calculations" Featured Presenter at the NACVA and the CTI's 2016 Annual Conference. San Diego, CA, June 2016

"Apportioning Copyright Damages: The Case of Blurred Lines" published in the Journal of Intellectual Property Law and Practice, Vol. 10, No. 12, November 2015

"Intellectual Property Valuation: Methodologies and Case Studies" presented at the American Society of Appraisers (ASA), San Diego Chapter monthly meeting, San Diego, 2015

"Blurred Lines or Fuzzy Math: How Did They Come Up with $7.3 Million or was it $5.3 Million? – Damage Calculations in the Music Industry, New York State Bar – Entertainment Business Law Seminar in Association with CMJ Music Marathon, New York, 2015

"Internet Analytic Tools for Brand Valuation, Damages and Defamation" Luncheon Table Topic at the International Trademark Association (INTA) 2015 Annual Meeting, San Diego, CA

"Valuation and Damages Calculations in Cases Involving Internet IP Infringement and Defamation" presented at the NACVA and the CTI's 2015 Annual Conference, June 2015

"How to Calculate Damages for Internet and Social Media Infringement" presented at the 36th Annual BAA/PMA Marketing Law Conference, 2014

"Calculating Damages from Internet IP Infringement and Defamation" presented at the Internet Law Leadership Summit, 2014

"Estimating and Managing the Economic Impact of Brand Disparagement" published in the World Trademark Review, 2014

"SFIA Legal Task Force Series: Intellectual Property Litigation & Valuation" presented to the Sports & Fitness Industry Association members, 2013

"Copyright Valuation and Damages: Different Tools for Different Challenges" presented to The State Bar of California, Intellectual Property Law Section, 2013

"Key Concepts in Intellectual Property Valuation" presented to various law firms, 2012

"Intellectual Property Valuation," presented to various law firms, 2011

"Valuing Your Brand for Sale or Securitization", presented to LIMA members, 2011

"Valuing the Intangible: Where to Start? The Full Family of Intellectual Property and Other Intangibles," CLE presented to various law firms, 2010

"Valuation, Licensing, Damages and Expert Witnesses," CLE presented to various law firms, 2009

"Brand Leverage and Valuation" presented to various corporations, 2008

"Deceptive Product Endorsement: Unauthorized Use of a Celebrity's Name and Likeness," published in Total Licensing Magazine, 2006



# Schedules for Doug Bania - Nevium Expert Report

**Patrice Gordon**

**v.**

**Board Of Education For The City Of Chicago, et al.**

*List of Schedules*

| | |
|---|---|
| 1 | Search Terms |
| 2a | Analysis of the McMahon Articles |
| 2b | Article Count by News Source |
| 3 | Analysis of the McMahon Newspapers |
| 4 | Analysis of the McMahon Social Media Posts |
| 5 | Analysis of the Somal Report's Harmful Articles |
| 6 | Analysis of the Somal Report's Social Media Posts |
| 7 | Analysis of the Traffic Data Related to News Sources |

Nevium Intellectual Property Consultants
**Search Terms**                                                                                          *Schedule 1*

| Search Terms from the Somal Report and McMahon Report | |
| --- | --- |
| Document 2d: Somal Report - Appendix C | Document 2a: McMahon Report |
| Gordon Search Terms | Gordon Search Terms |
| Basketball Team Misconduct Coach Pat | lincoln park basketball coach scandal Chicago |
| Basketball Team Misconduct Coach Pat CPS | lincoln park basketball coach chicago public schools suspended |
| Basketball Team Misconduct CPS Coach Pat | coach pat gordon |
| Boys Basketball Coach Pat Gordon | lincoln park high school basketball coach pat gordon |
| Chicago School Coach Pat Sexual Misconduct | pat gordon |
| Coach Pat CPS Sexual Misconduct | coach pat gordon lincoln park basketball scandal |
| Coach Pat Chicago Public School Scandal | Lincoln Park High School |
| Coach Pat CPS Misconduct | "pat gordon" |
| Coach Pat CPS Sexual Abuse | |
| Coach Pat Gordon | |
| Coach Pat Gordon Chicago School Scandal | |
| Coach Pat Gordon Chicago School | |
| Coach Pat Gordon Chicago Schools | |
| Coach Pat Gordon CPS | |
| Coach Pat Gordon CPS Chicago Scandal | |
| Coach Pat Gordon CPS Scandal | |
| Coach Pat Gordon CPS Sexual Abuse | |
| Coach Pat Gordon CPS Sexual Misconduct | |
| Coach Pat Gordon Lincoln Park School | |
| Coach Pat Gordon Lincoln Park School Scandal | |
| Coach Pat Sexual Misconduct Chicago | |
| Coach Gordon Chicago Public School Scandal | |
| Coach Gordon Lincoln Park School | |
| Coach Gordon Chicago School | |
| Coach Gordon Chicago School Scandal | |
| Coach Gordon CPS | |
| Coach Gordon CPS Chicago Scandal | |
| Coach Gordon CPS Scandal | |
| Coach Gordon Lincoln Park School Scandal | |
| CPS Coach Pat Sexual Misconduct | |
| Pat Gordon Chicago Public School | |
| Pat Gordon CPS | |
| Pat Gordon Lincoln Park High | |
| Pat Gordon Lincoln Park High School | |
| Pat Gordon LPHS | |
| Lincoln Park Coach Pat | |
| Lincoln Park Coach Pat CPS | |
| Lincoln Park High School Coach Pat | |
| LPHS Coach Pat | |

Nevium Intellectual Property Consultants
**Analysis of the McMahon Articles**

| Source | Title | Mention of Gordon | Article Comments | Sexual Misconduct | Document |
|---|---|---|---|---|---|
| **Details of McMahon Articles** | | | | | |
| "Unprecedented Spotlight" Section at Document 2a, Page 16 | | | | | |
| Chicago Sun-Times | Why the Lincoln Park High School administrators were fired | Yes | "Gordon, the coach, was suspended in early January as CPS investigated claims that he knew about some type of sexual misconduct on the trip that involved social media."<br><br>**"Gordon has not been accused of any sexual impropriety, and he has denied knowledge of any incidents on the trip."**<br><br>"CPS officials told the LSC that Gordon, when he found out about the alleged sexual misconduct on the Detroit trip, tried to downplay the allegations, the sources said."<br><br>"When the bullying and retaliation started against the alleged victim and the whistleblowers, CPS found Gordon either condoned it or didn't intervene to stop it, according to the sources." | No | 5a |
| Chicago Tribune | Lincoln Park High School basketball scandal: A girl blamed, a team supported and, so far, 6 lawsuits | Yes | Discusses the individual lawsuits filed against CPS, including Pat Gordon's.<br><br>Discusses Gordon's side of the story.<br><br>"Gordon's lawsuit denies knowledge of sexual misconduct or retaliation and states that the third player disciplined on the trip was Gordon's own godson"<br><br>"A month prior, the team ranked first in the conference, he said. 'We were on our way to greatness. But you took that away from us, killing our dreams and four years of hard work that our coach Pat Gordon built.'" | No | 5b |
| Block Club Chicago | After CPS Moves To Fire 1 Coach, Reinstate 2 Others, Lincoln Park High Parents Want Answers On Investigation | Yes | "Lions head basketball coach Pat Gordon was suspended"<br><br>"The oustings were due to 'multiple allegations of serious misconduct' involving the athletics program at Lincoln Park High School."<br><br>"When Gordon was suspended in January, CPS officials said the district had received a report of misconduct involving the boy's basketball team during what they later called an "unauthorized" overnight trip to Michigan."<br><br>"But parents at the high school say the letter, which was sent as an attachment to an email labeled as a general monthly update, is too vague and offers no information on Gordon's pending dismissal or the misconduct the district uncovered."<br><br>"William Choslovsky, a lawyer representing the three coaches". . . "told the Chicago Tribune he thinks Gordon will overturn his recommended firing." | No | 5c |
| Journal Star | Chicago Curie coach out, Lincoln Park season over | Yes | "The probe revealed what the CPS termed "egregious and systemic policy violations" that led to the suspension of basketball coach Pat Gordon days later. **Gordon has denied knowing anything about an alleged incident in Detroit and he has not been accused of improper contact with a student."** | No | 5d |
| WGN Ch-9 | Lawsuit accuses Lincoln Park High School of failing to prevent student's sexual assault | No | Mentions "boys' basketball coach was fired and the team's seasons suspended pending an investigation of sexual misconduct by students during that trip to Detroit." | | 5e |

Nevium Intellectual Property Consultants
**Analysis of the McMahon Articles**

*Schedule 2a*

| Source | Title | Mention of Gordon | Article Comments | Sexual Misconduct | Document |
|---|---|---|---|---|---|
| **Details of McMahon Articles** | | | | | |
| Fox 32 | Shocking allegations come to light about Lincoln Park High School basketball teams | No | Mentions the basketball coach has been removed then later states the boys' basketball coach has been reassigned.<br><br>""There are both allegations of adult-on-student sexual misconduct as well as student-on-student sexual misconduct," said Deb Spraggins, CPS Director of Investigations."<br><br>"CPS says they then received more complaints of sexual misconduct and reports of student-on-student retaliation not being reported by administrators." | | 5f |
| ABC 7 News | New Lincoln Park HS interim administrator resigns over misconduct allegation possibly caught on video | No | Video states basketball coach was suspended/reassigned amid an investigation into a team trip over the holidays. Stems from adult-on-student misconduct and student-on-student misconduct. | | 5g |
| NBC 5 | Basketball Season Suspended, Principal Removed at Chicago's Lincoln Park High School | Yes | Video states that Pat Gordon was suspended by CPS, amid reported claims that a student had sex while the team was in Detroit and Gordon knew about it.<br><br>**"The letter doesn't specify allegations and it does not say any adults are accused of inappropriate contact with students or student athletes."** | No | 5h |
| CBS News | Sidelined Lincoln Park High School Basketball Players Feel They've Lost Out Big In Scandal | No | Video states basketball coach was suspended because allegations are serious and involve student misconduct and adult misconduct. | | 5i |
| WBEZ | Is CPS Response To Lincoln Park High School Sex Misconduct The New Normal? | Yes | "Pat Robinson Gordon, the head basketball coach, was suspended for serious misconduct that led to student harm and egregious and systemic policy violations, misconduct and failure to protect students at LPHS.<br><br>"Many parents and students called the allegations "vague" and argued that before abruptly stripping their school from its top officials, the district should have provided a more clear account of the incident in question."<br><br>"They are talking about an ongoing investigation, but what are they investigating about? They won't answer the direct questions.  We are not asking questions about exactly who is involved, but just what is going on, why does certain people have to lose their jobs." | No | 5j |
| WTTW | Lincoln Park High School Staffer Removed After 'Altercation' With Student | No | Judith Gibbs left as a social media post showed her attempting to grab a male student's face.<br><br>Mentions Donovan being reassigned and the basketball team being suspended but no mention of Gordon. | | 5l |
| AP News | Page Unavailable | N/A | Article no longer exists | | 5m |
| Chalkbeat | Lincoln Park High allegations test Chicago's new protocol for investigating sexual misconduct complaints | No | Mentions the dismissal of top administrators and "coaches."<br><br>"The district then removed the team's popular coach."<br><br>"Many parents and students demanding evidence have rallied to the defense of the ousted administrators and coaches." | | 5n |

Nevium Intellectual Property Consultants
**Analysis of the McMahon Articles**

*Schedule 2a*

| Details of McMahon Articles | | | | | |
|---|---|---|---|---|---|
| Source | Title | Mention of Gordon | Article Comments | Sexual Misconduct | Document |
| "News sources, social media sites and data sources" Section at Document 2a, Page 2 | | | | | |
| Chicago Sun-Times | Multiple allegations of sex misconduct, other wrongdoing led to removals at Lincoln Park H.S., basketball season suspension, CPS says | Yes | "OSP received a report of misconduct involving the Lincoln Park boys' basketball team on a trip to Detroit near the end of December. Five days later, the district found allegations of "additional serious policy violations," according to the presentation.  That's when Lions basketball coach Pat Gordon was suspended by CPS."<br><br>"The district at that time was investigating claims about students having sex in Detroit, social media being involved and that Gordon knew about it."<br><br>**"Gordon, who denied knowledge of the alleged incident in Detroit, has not been accused of improper contact with a student."** | No | 5o |
| Yahoo | Vague misconduct allegations anger Chicago school parents | Yes | "The probe revealed what the CPS termed "egregious and systemic policy violations" that led to the suspension of basketball coach Pat Gordon days later. **Gordon has denied knowing anything about an alleged incident in Detroit and he has not been accused of improper contact with a student."**<br><br>"The presentation of the allegations was greeted with anger from community members, students and others who vehemently disagreed with canceling the season and removing the administrators and coaches. Just hours earlier, students walked out of class in protest" | No | 5p |
| AP News | Chicago high school hoops team's season suspended amid probe | Yes | "The coach at the time of the December trip, Pat Gordon, was suspended after the allegations surfaced. **Gordon, who has not been accused of improper contact with a student, denied knowing anything about any sexual incident."**<br><br>""'I can't cover up something I didn't know about,'' Gordon said Friday. ''And I wouldn't sacrifice my career in coaching and our season by not reporting something I knew about.''" | No | 5q |
| Results for McMahon Search Terms Section Starting at Document 2a, Page 18 | | | | | |
| Chicago Tribune | Lincoln Park High School scandal has sparked 5 investigations and top leaders' removal. Here is how it unfolded. | Yes | "During that investigation, CPS officials say they uncover "additional serious policy violations and failures to follow proper protocols by adults to ensure student safety" and remove multiple adults from their positions.  A CPS official later clarifies the adults referenced included boys basketball coach Pat Gordon and two adults who helped out with the team"<br><br>"Hundreds of Lincoln park students walk off campus to rally in support of the school leaders who were removed" | No | 5r |
| Chicago Sun-Times | Lincoln Park high school basketball coach Pat Gordon suspended by CPS | Yes | "The CPS Office of Student Protections is investigating claims that a student had sex in Detroit, social media is involved and that Gordon knew about it."<br><br>"Lincoln Park basketball coach Pat Gordon has been suspended by Chicago Public Schools. Gordon says a hearing is scheduled on Monday to determine his status."<br><br>**"Gordon is not being accused of improper contact with a student."**<br><br>""'I knew nothing about this at all," Gordon told the Sun-Times. "I had zero clue what he was talking about. I run a tight ship. We did a bed check at midnight. Three parents were up in the lobby playing cards until 1 or 1:30."" | No | 5s |
| ABC 7 News | Lincoln Park HS basketball suspended, principal removed for allegations of 'serious misconduct' | No | No mention of Gordon. Article discusses the firing of the Principal and Assistant Principal, and the reassignment of Johnson and Robinson. | | 5t |

Nevium Intellectual Property Consultants
**Analysis of the McMahon Articles**

*Schedule 2a*

| Source | Title | Mention of Gordon | Article Comments | Sexual Misconduct | Document |
|---|---|---|---|---|---|
| **Details of McMahon Articles** | | | | | |
| New Mexico State Athletics | Former Lady Vols Star and Long Time Assistant Bridgette Gordon Joins Jody Adams' Coaching Staff | No | Article about New Mexico State new coach, Bridgette Gordon | | 5u |
| Knox News | Former Lady Vols stars reunite as Bridgette Gordon joins Jody Adams' New Mexico State staff | No | Article about New Mexico State new coach, Bridgette Gordon | | 5v |
| Chicago Tribune | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life' | Yes | "Chicago Public Schools is seeking to fire Lincoln Park High School boys head basketball coach Pat Gordon, whose removal from his post in January was the start of a messy leadership shake-up."<br><br>"The news that Gordon will face a termination hearing came in a letter late Tuesday to Lincoln Park families from CPS Network Chief Laura LeMone. Numerous investigations "substantiated multiple allegations of serious misconduct at Lincoln Park High School, said the letter, which also stated two other coaches have been reinstated.<br><br>"Choslovsky did not elaborate on all of the substantiated misconduct claims against the coaches, but confirmed some claims involving Gordon stemmed from an unauthorized trip for a basketball tournament."<br><br>"Choslovsky recalled a community meeting in which CPS officials read a host of misconduct allegations and named the staff members who had been removed without specifying which claims related to each person."<br><br>"School officials said at the time that the claimed misconduct involved both students and adults, and included athletic recruiting violations, retaliation against witnesses, sexual misconduct and financial misconduct involving athletic program accounts, failure to follow sexual misconduct reporting procedures, improper student discipline, dishonesty to families, allowing suspended employees to work, failure to create safety plans for students and interference with investigations." | No | 5w |
| Morton College Athletics | Pat Gordon - Men's Basketball Coaches | Yes | Morton College page discusses Gordon's experience as a basketball coach and player. | No | 5x |
| Texas Tech University System | Pat Gordon \| Texas Tech University System | No | Texas Tech University page related to a different Pat Gordon. | | 5y |
| Cahill Gordon & Reindel LLP | Patrick Gordon - Partner | No | Cahill Gordon & Reindel law firm page about their partner, Patrick Gordon. | | 5z |
| **Pat Gordon Search Section Starting at Document 2a, Page 51** | | | | | |
| WTTW | After Months of Turmoil, Lincoln Park High School LSC Selects New Principal | No | Article discusses the hiring and firing of new Principal. No mention of Gordon. | | 5aa |
| Chicago Sun-Times | Lincoln Park administrator, teacher reinstated after CPS deems it 'safe' for them to return | No | Mentions four basketball coaches were removed but no mention of Gordon by name. Article is mainly about Johnson being reinstated. | | 5ab |
| Chicago Tribune | Lincoln Park High School investigations include claims of sexual misconduct, retaliation, recruiting violations: CPS | Yes | "The moves followed the suspension of boys basketball coach Pat Gordon last month over a trip taken by members of the boys basketball team during winter break."<br><br>"Lincoln Park junior Ella Wong, 17, said that the ousted leaders 'made so many drastic differences … in students' lives. If that wasn't true, we wouldn't be walking out for them.'" | No | 5ac |

Nevium Intellectual Property Consultants
**Analysis of the McMahon Articles**

*Schedule 2a*

| Source | Title | Mention of Gordon | Article Comments | Sexual Misconduct | Document |
|---|---|---|---|---|---|
| **Details of McMahon Articles** | | | | | |
| *Gordon Bing Comparison Section at Document 2a, Page 54* | | | | | |
| NBC 5 | Fight Breaks Out at Lincoln Park High School after Students Hold Sit-in | No | Article mentions fighting during the LPHS protests and the firing of the Principal and Assistant Principal. Does not mention Gordon. | | 5ad |
| News-Herald | SOFTBALL: Late surge guides Roosevelt past Lincoln Park in D1 district quarterfinal | No | Article about a softball game. No mention of Gordon. | | 5k |
| *Spot Checked Headlines Section at Document 2c* | | | | | |
| Chicago Sun-Times | Lincoln Park High School basketball season unlikely to resume, mayor says | Yes | "The Lions forfeited their game against Perspectives-MSA days after the district suspended their season because of allegations that included misconduct during a team trip to Detroit near the end of December. CPS suspended the team's head coach, Pat Gordon, in early January."<br><br>"My players, coaches, and I were excited to be able to go into my alma mater where I played basketball and coach against a mentor [Lincoln Park coach Pat Gordon]." | No | 5ae |
| WGN Ch-9 | Basketball team's season suspended, staff removed over | Yes | "Head coach Pat Gordon was removed earlier this month" | No | 5af |
| WTTW | Ousted Lincoln Park High School Leaders File Defamation | Yes | "Head basketball coach Pat Gordon was also suspended by CPS earlier in January" | No | 5ag |
| Chicago Sun-Times | Lincoln Park High School misconduct investigation | Yes | "Following an allegation that a student had sex while on a team trip to Detroit, Lincoln Park basketball coach Pat Gordon was suspended from Chicago Public Schools." | No | 5ah |
| Chicago Tribune | Leaders removed, boys basketball season suspended amid allegations of 'serious misconduct' at Lincoln Park High School | Yes | "The letter does not mention head coach Pat Gordon, who was removed earlier in January, CPS officials confirmed."<br><br>"The staff member who led the trip has been removed from the school, and the district is investigating this situation in accordance with CPS policy," Thuet wrote."<br>"The unidentified member in the Jan. 9 letter was Gordon, a source told the Tribune." | No | 5ai |
| Chicago Sun-Times | Lincoln Park outlasts Joliet West in overtime | Yes | "Habib scored 15, but that's well below the 30 points he had been averaging since Lincoln Park coach Pat Gordon was suspended. "<br><br>"There's no word on when or if Gordon will return as coach. He has been suspended over issues during Lincoln Park's trip to Detroit during the holidays." | No | 5aj |
| Chicago Sun-Times | Michael O'Brien's Super 25 Chicago high school basketball rankings for Jan. 26, 2020 | Yes | "Lincoln Park's recent run without head coach Pat Gordon has been rather remarkable. The Lions have knocked off Lane, Marshall, Joliet West, Payton, Galesburg, Farragut and a team from Michigan without Gordon. "<br><br>"Gordon hasn't received an update recently on his situation. He was suspended in early January. The CPS Office of Student Protections is investigating claims that a student had sex in Detroit, social media may be involved and that Gordon knew about it. **Gordon is not being accused of improper contact with a student and says he was not aware of any incident. "** | No | 5ak |
| Chicago Sun-Times | CPS had no choice but to crack down amid mess at Lincoln Park High | Yes | "Meanwhile, head basketball coach Pat Gordon already had been suspended, amid allegations that he knew about sexual activity by a student on an out-of-town team trip to Detroit in December. **(Gordon himself is not accused of any improper contact with a student.)** Gordon has denied any wrongdoing."<br><br>"None of the allegations has yet been proven. The public won't know the full truth until the investigations are complete." | No | 5al |
| Chicago Sun-Times | CPS failed to protect Lincoln Park H.S. student from sex assault, lawsuit alleges | Yes | "Boys basketball coach Pat Gordon was removed from his position in early January, three weeks before the rest of the firings, because of an alleged incident on a team trip to Detroit that involved some type of sexual misconduct and social media. **Gordon was not accused of any sexual impropriety,** but CPS questioned whether he knew of the incident — which he has denied." | No | 5am |

Nevium Intellectual Property Consultants
**Analysis of the McMahon Articles**

*Schedule 2a*

### Details of McMahon Articles

| Source | Title | Mention of Gordon | Article Comments | Sexual Misconduct | Document |
|---|---|---|---|---|---|
| Chicago Sun-Times | CPS CEO says parents wrong to paint fired Lincoln Park H.S. leaders as victims | Yes | "The problems started after what CPS officials said was an unauthorized boys basketball team trip to Detroit at the end of December. The coach of the team has since been suspended, as has the remainder of the team's season."<br><br>"Charles Jackson called the suspended coach, Pat Gordon, a "strong disciplinarian" who was a mentor to students and encouraged them to keep up their grades and graduate." | No | 5an |
| Block Club Chicago | Chaos At Lincoln Park High: Sexual Misconduct, Coverups, Retaliation And More Under Investigation | Yes | "Lions head basketball coach Pat Gordon was previously suspended by CPS. "<br><br>"CPS received reports of misconduct involving a 'recent unauthorized boys basketball overnight trip'. The claims were related to students having sex in Detroit and social media being somehow involved, the Sun-Times reported. Gordon who was then suspended by CPS, denied he knew about the alleged incident in Detroit."<br><br>"The boys basketball team's families were told that the school had learned that members of the team took an unsanctioned trip over winter break, and a staff member had been suspended" ... "The two letters were in reference to Gordon, and girls basketball head coach Larry Washington, according to the Chicago Tribune." | No | 5ao |
| CBS News | Lincoln Park High School Fires Top Administrators, Suspends Boys Basketball Season | Yes | "Former basketball coach Pat Gordon was suspended by CPS three weeks ago. CPS is investigating charges that a player had sex while the team was on a trip to Detroit and whether the incident was properly reported, if at all. CPS is not saying what role the administrators played in the incident."<br><br>"An email to parents sent by Thuet on Jan. 9 did not specifically mention Gordon or the Detroit trip, but said he had been made aware that members of the boys basketball team took an overnight trip over winter break that was not a school sponsored event. The staff member who led the trip has been removed from the school, and the district is investigating this situation in accordance with CPS policy." | No | 5ap |
| Athletic Business | Investigation Likely Ends Lincoln Park HS Basketball Season | Yes | "The issues have been going on for about a month, according to the Chicago Tribune. Boys basketball coach Pat Gordon was suspended by Chicago Public Schools following misconduct that occurred during a team trip to Detroit during winter break." | No | 5aq |
| WJOL | Lincoln Park High School Boys' Basketball Season Suspended | Yes | "After head coach Pat Gordon was removed last month, the announcement on Friday indicates coach Donovan Robinson has been re-assigned." | No | 5ar |
| Chicago Sun-Times | CPS suspends Lincoln Park's boys basketball season, removes principal | Yes | "Lions basketball coach Pat Gordon was suspended by CPS in early January. The Office of Student Protections is investigating claims that a student had sex while the team was on a trip to Detroit, that social media is involved and that Gordon knew about it."<br><br>"Gordon denied knowing anything about an incident in Detroit."<br><br>""'I can't cover up something I didn't know about," Gordon said Friday. ''And I wouldn't sacrifice my career in coaching and our season by not reporting something I knew about.''" | No | 5as |
| WTTW | Fired Leaders of Lincoln Park High School Speak Out | No | Video about LPHS Principal and Assistant Principal telling their story. No mention of Gordon. | | 5at |
| ABC 7 News | Lincoln Park HS protest Thursday continues wild week of misconduct investigations, staff shakeups, class disruptions | No | "Last week CPS removed Lincoln Park high's principal and assistant principal and suspended the boys' basketball coach amid an investigation into a team trip to Detroit over the holidays. Students supporting those administrators and the coach walked out on Monday, demanding them back" | | 5au |
| NBC 5 | Public League Playoffs overshadowed by teams' off-court drama | Yes | "A wide-ranging scandal has removed head coach Pat Gordon and suspended the season for the boys basketball team." | No | 5av |

Nevium Intellectual Property Consultants
**Analysis of the McMahon Articles**

*Schedule 2a*

| | Details of McMahon Articles | | | | | |
|---|---|---|---|---|---|---|
| Source | Title | Mention of Gordon | Article Comments | Sexual Misconduct | Document |
| Chicago Tribune | Lincoln Park High staff member removed amid probe of basketball team trip; coach Pat Gordon absent from Friday's game | Yes | "At the Lincoln Park varsity basketball game Friday evening against Lane Tech, Lincoln Park coach Pat Gordon was absent from the sidelines." | No | 5aw |
| Chicago Tribune | School basketball trip's fallout runs deep at CPS | Yes | Discusses the LPHS Story, perspectives of Mr. Gordon and other administrators. States that Mr. Gordon was not aware of the incident.<br><br>"But you took that away from us, killing our dreams and four years of hard work that our coach Pat Gordon built."<br><br>"Gordon's lawsuit denies knowledge of sexual misconduct or retaliation and states that the third player disciplined on the trip was Gordon's own godson." | No | 5ax |
| Fox 32 | Chicago high school hoops team's season suspended amid probe | Yes | "The coach at the time of the December trip, Pat Gordon, was suspended after the allegations surfaced. **Gordon, who has not been accused of improper contact with a student, denied knowing anything about any sexual incident."**<br><br>"'I can't cover up something I didn't know about,'' Gordon said Friday. ''And I wouldn't sacrifice my career in coaching and our season by not reporting something I knew about.'''" | No | 5ay |
| Chicago Tribune | Federal jury finds against fired Lincoln Park High School principal in defamation suit | Yes | "There are at least two other federal cases pending against CPS related to the athletics uproar, including from former girls basketball coach Larry Washington and boys varsity head coach Pat Gordon." | No | 5az |
| NBC 5 | Lincoln Park High School Official Leaves Amid Continuing Controversy | No | Article states that Judith Gibbs has left her role as administrator-in-charge and that students are planning a walkout to show support for their administrators. | | 5ba |
| Block Club Chicago | Lincoln Park High School Loses Another Administrator After Leader Allegedly Grabbed Student's Face | Yes | "On Friday, LeMone told parents interim principal John Thuet and assistant principal Michelle Brumfield had been "removed from their positions." Lions head basketball coach Pat Gordon was previously suspended by CPS, according to the Sun-Times."<br><br>"The ousting was due to "multiple allegations of serious misconduct involving the athletics program at Lincoln Park High School." | No | 5bb |
| WGN Ch-9 | CPS explains faculty shake-up after Lincoln Park HS students walk out over basketball team suspension | Yes | "Early last month, CPS removed head basketball coach Pat Gordon in connection with an overnight team trip to Detroit on Jan. 2. CPS is investigating claims a student had sex on that trip. The trip was not sponsored by the school."<br><br>"CPS said that investigation uncovered a botched reporting of the initial allegation and alleged retaliation against potential witnesses by fellow students." | No | 5bc |
| Chicago Tribune | Players from suspended Lincoln Park High team fail in last-ditch effort to enter city playoffs as misconduct scandal engulfs school | Yes | "Head boys basketball coach Pat Gordon was removed earlier in January, CPS officials confirmed. The boys basketball team's families at the time were informed that an unidentified staff member had been removed from the school in a letter, in which Thuet wrote he'd been "made aware" that members of the team "took an overnight trip over winter break that was not a school sponsored event."" | No | 5bd |
| ABC 7 News | Lincoln Park High School community demands answers after principal removed for misconduct allegations, | No | Article talks about the basketball program being suspended along with the Principal and Assistant Principal being fired. | | 5be |
| Chicago Tribune | Lincoln Park High School leaders address growing safety concerns after day of student protests and some altercations as another misconduct claim surfaces | Yes | "Donovan Robinson, a reserve coach who was brought in to help lead the varsity boys basketball team after head coach Pat Gordon was removed earlier in January, said he was on vacation and learned from a media report on Jan. 31 that he had been reassigned pending the outcome of ongoing investigations." | No | 5bf |

Nevium Intellectual Property Consultants
**Analysis of the McMahon Articles**

*Schedule 2a*

| Source | Title | Mention of Gordon | Article Comments | Sexual Misconduct | Document |
|---|---|---|---|---|---|
| **Details of McMahon Articles** | | | | | |
| Chicago Sun-Times | Highly regarded sophomore JJ Taylor transfers from Morgan Park to Kenwood | Yes | "It also ended what was a nice little five-year run from the Lions under coach Pat Gordon."<br><br>"Antwon Jennings takes over for Gordon. Jennings, who has been coaching AAU basketball while running Team RWA on the club circuit, will try to keep the program among the upper echelon in the Public League's Red-West/North." | No | 5bg |
| Chicago Sun-Times | Lincoln Park High School student 'shocked' administrator grabbed his face as tensions inside school boil over | Yes | "Much of the frustration and anger directed at CPS by Lincoln Park families has had to do with the minimal information that has been shared about what exactly led to the administrators' removal, as well as the earlier suspension of head boys basketball coach Pat Gordon."<br><br>"CPS official at a meeting on Monday told families they had four investigations open at the school for allegations that included multiple instances of sexual misconduct, retaliation against witnesses, lying to families and financial mismanagement of the athletics program." | No | 5bh |
| WGN Radio 720 | LPHS Basketball Coach, teammate and Attorney Rich Lenkov on discrepancies in reporting of misconduct at Lincoln Park High School | Yes | "Coach Gordon did all of the proper paper work" so they thought the trip was authorized.<br><br>State they were not made aware of any misconduct until the Principal questioned the head coach about this topic.<br><br>States that a specific parent was making threats to Gordon. | No | 5bi |
| Chicago Tribune | Daywatch: Chaos at Lincoln Park High School, some wary as nurse practitioners triple in Illinois and touring the remade Lathrop Homes | No | The article is about student walkouts and the removal of the school's top administrators. | | 5bj |
| Chicago Tribune | Daywatch: Iowa margin is razor thin, Lincoln Park High School turmoil continues and Lin-Manuel Miranda's clever 'Hamilton' movie deal | No | The article talks about Judith Gibbs' departure. | | 5bk |
| Chicago Tribune Partial First Party Data Document 2c | | | | | |
| Chicago Tribune | Fired Lincoln Park High School principal and assistant principal sue Chicago Public Schools say they were defamed and denied due process | No | The article talks about the Principal Thuet and Assistant Principal Brumfield's lawsuit against CPS and the LPHS Story. | | 5bl |
| Chicago Tribune | Lincoln Park High School student sues Chicago Board of Ed over alleged sexual assault; CPS briefs Local School Council members on misconduct investigations | No | The articles is related to a female student being sexually assaulted at LPHS, an event that was not related to the basketball trip to Detroit. | | 5bm |
| Chicago Tribune | Lincoln Park High School removes another staff member after altercation with student | No | The article talks about an administrator-in-charge was terminated after a video demerged that appeared to show her briefly holding a student's face. | | 5bn |
| Chicago Tribune | Lincoln Park High leaders say they have 'no clear idea' why they were fired, while CPS denies council claim it cut off school funding | No | The article talks about hiring an independent investigator to conduct research related to the LPHS Story, how community members were disappointed with how CPS handled the situation, and how the school has increased security. | | 5bo |
| Chicago Tribune | Column: Secrecy by CPS has made a bad situation worse at Lincoln Park High School | No | The article talks about CPS making the entire LPHS Story situation worse by not explaining anything more than generalities of what allegedly happened that caused them to fire or suspend several LPHS employees. | | 5bp |
| Chicago Tribune | Lincoln Park High School local council says it was "completely blindsided" by leaders' removal but Chicago Mayor Lori Lightfoot says CPS has "done a good job" handling alleged misconduct | No | The article talks about how LPHS council was left out of CPS's decision to remove top administrators, the LPHS Story, and student sit-ins and walkouts. | | 5bq |

Nevium Intellectual Property Consultants
**Analysis of the McMahon Articles**

*Schedule 2a*

| Source | Title | Mention of Gordon | Article Comments | Sexual Misconduct | Document |
|---|---|---|---|---|---|
| **Details of McMahon Articles** | | | | | |
| Chicago Tribune | Lincoln Park High School students are 'the real victims,' says CPS chief Janice Jackson, as district sends cease-and-desist letter to local school council | No | The article talks about the LPHS Story, a lawsuit against CPS, and the lack of information provided to the public related to the allegations. | | 5br |
| Chicago Tribune | Column: Illinois talks the talk but doesn't walk the walk in a 28-10 loss to Northwestern, proving the Illini are the 'little brother' in the Land of Lincoln rivalry | No | The articles talks about an Illinois vs Northwestern college football game. | | 5bs |

**Nevium Calculation: McMahon Articles that Do Not Mention Mr. Gordon or Sexual Misconduct**

| | | |
|---|---|---|
| Mention but no accusation of sexual misconduct | 41 | 58% |
| No Mention | 30 | 42% |
| Total Articles | 71 | |

Note: Duplicate articles were not included in the chart above

Nevium Intellectual Property Consultants

**Article Count by News Source**                          *Schedule 2b*

Source: Schedule 2a

| Number of Articles Published by Each McMahon Article Source | |
|---|---|
| Sources Who Published the LPHS Story | Article Count |
| Chicago Sun-Times | 14 |
| WTTW | 4 |
| ABC 7 News | 4 |
| NBC 5 | 4 |
| Block Club Chicago | 3 |
| WGN Ch-9 | 3 |
| CBS News | 2 |
| Fox 32 | 2 |
| Pressreader | 1 |
| News-Herald | 1 |
| WBEZ | 1 |
| WGN Radio 720 | 1 |
| Total Related Articles | 40 |

Nevium Intellectual Property Consultants
**Analysis of the McMahon Newspapers**                                                    *Schedule 3*

| Details of McMahon Newspapers | | | | | |
|---|---|---|---|---|---|
| Source | Title | Mention of Gordon | Comment | Sexual Misconduct | Document |
| Chicago Sun-Times | Scandal Escalates At Lincoln Park H.S. | Yes | "[T]he district found allegations of 'additional serious policy violations,' according to the presentation. That's when Lions basketball coach Pat Gordon was suspended by CPS." The district at that time was investigating claims about students having sex in Detroit, social media being involved and that Gordon knew about it." **"Gordon, who denied knowledge of the alleged incident in Detroit, has not been accused of improper contact with a student."** | No | 2a, Page 38 |
| Chicago Sun-Times | Schoolhouse Rocked | No | Just the cover page of the newspaper. No mention of Gordon. | | 2a, Page 39 |
| Chicago Tribune | Suspended basketballer's shot at playoffs is rejected | Yes | "Head boys basketball coach Pat Gordon was removed earlier in January" | No | 2a, Page 40 |
| Chicago Sun-Times | Lincoln PK. Boys Hoops in Turmoil | Yes | "Pat Gordon was suspended by CPS in early January. The Office of Student Protections is investigating claims that a student had sex while the team was on a trip to Detroit, that social media is involved and that Gordon knew about it." "Gordon denied knowing anything about an incident in Detroit." "' I can't cover up something I didn't know about,' Gordon said Friday. 'and I wouldn't sacrifice my career in coaching and our season by not reporting something I knew about.'" | No | 2a, Page 41 |

| Nevium Calculation: McMahon Newspapers that Do Not Mention Mr. Gordon or Sexual Misconduct | | |
|---|---|---|
| Mention but no accusation of sexual misconduct | 3 | 75% |
| No Mention | 1 | 25% |
| Total Articles | 4 | |

Nevium Intellectual Property Consultants
**Analysis of the McMahon Social Media Posts**                                                                      *Schedule 4*

| Details of McMahon Social Media Post | | | | |
|---|---|---|---|---|
| **Source** | **Comment** | **Mention of Gordon** | **Sexual Misconduct** | **Document** |
| Reddit | It's almost always sexual in nature when they refuse to reveal even what the misconduct is related to. The identity of minors is to be kept safe in investigations like this but since we know it was the basketball team, it wouldn't be hard to narrow down the identities of the minors involved. | No | | 2a, Page 48 |
| Facebook | Overnight trip during winter break that was not school sanctioned. Alleged inappropriate contact between a coach and and a player | No | | 2a, Page 48 |
| Reddit | Abuse in the CPS is rampant, perhaps only outpaced by the Catholic Church in terms of both sheer volume, and lack of appropriate response. | No | | 2a, Page 48 |
| Facebook | What kind of misconduct? Something serious or kids smoking weed? Human trafficking. That's horrible!!!! Ok, definitely worth the suspensions then. | No | | 2a, Page 49 |
| Facebook | Coach touching underaged coochie…. again? | No | | 2a, Page 49 |
| Reddit | It seems the Coach or staff meember has sex with one of the players, on an unsanctioned overnight trip. It seems one of the players already got screwed. It seems one of the players already got raped. | No | | 2a, Page 49 |
| Reddit | No personal knowledge here, but an article indicated a brief relationship between a student & an adult at a non-sanctioned overnight event | No | | 2a, Page 49 |
| Reddit | We should be less interested in who controls the narrative, and more interested in stopping teachers from sexually assaulting students. | No | | 2a, Page 49 |

Nevium Intellectual Property Consultants
**Analysis of the McMahon Social Media Posts**                                                                                    *Schedule 4*

| Details of McMahon Social Media Post | | | | |
|---|---|---|---|---|
| **Source** | **Comment** | **Mention of Gordon** | **Sexual Misconduct** | **Document** |
| Facebook | JUST IN: Pat Gordon, the coach of No. 12 Lincoln Park, has been suspended while Chicago Public Schools investigates an incident that may have occurred on the team's trip to Detroit over the holidays. | Yes | No | 2a, Page 51 |
| Twitter | JUST IN: Pat Gordon, the coach of No. 12 Lincoln Park, has been suspended while Chicago Public Schools investigates an incident that may have occurred on the team's trip to Detroit over the holidays. | Yes | No | 2a, Page 24 |

| Nevium Calculation: McMahon Posts that Do Not Mention Mr. Gordon or Sexual Misconduct | | |
|---|---|---|
| Mention but no accusation of sexual misconduct | 2 | 20% |
| No Mention | 8 | 80% |
| Total Posts | 10 | |

Nevium Intellectual Property Consultants
**Analysis of the Somal Report's Harmful Articles** *Schedule 5*
Source: Document 2e - Gordon Appendix D - Examples of Harmful Media

| **Details of Harmful Articles** | | | | | |
|---|---|---|---|---|---|
| Source | Title | Mention of Gordon | Comment | Sexual Misconduct | Document |
| Harmful Articles | | | | | |
| Chicago Sun-Times | Lincoln Park high school basketball coach Pat Gordon suspended by CPS | Yes | "The CPS Office of Student Protections is investigating claims that a student had sex in Detroit, social media is involved and that Gordon knew about it."<br><br>"Lincoln Park basketball coach Pat Gordon has been suspended by Chicago Public Schools. Gordon says a hearing is scheduled on Monday to determine his status."<br><br>**"Gordon is not being accused of improper contact with a student."**<br><br>""I knew nothing about this at all," Gordon told the Sun-Times. "I had zero clue what he was talking about. I run a tight ship. We did a bed check at midnight. Three parents were up in the lobby playing cards until 1 or 1:30."" | No | 6a |
| Chicago Tribune | Lincoln Park High staff member removed amid probe of basketball team trip; coach Pat Gordon absent from Friday's game | Yes | "At the Lincoln Park varsity basketball game Friday evening against Lane Tech, Lincoln Park coach Pat Gordon was absent from the sidelines." | No | 6b |
| WGN Ch-9 | Basketball team's season suspended, staff removed over misconduct allegations at Lincoln Park High School | Yes | "Head coach Pat Gordon was removed earlier this month" | No | 6c |
| CBS News | Lincoln Park High School Fires Top Administrators, Suspends Boys Basketball Season | Yes | "Former basketball coach Pat Gordon was suspended by CPS three weeks ago. CPS is investigating charges that a player had sex while the team was on a trip to Detroit and whether the incident was properly reported, if at all. CPS is not saying what role the administrators played in the incident."<br><br>"An email to parents sent by Thuet on Jan. 9 did not specifically mention Gordon or the Detroit trip, but said he had been made aware that members of the boys basketball team took an overnight trip over winter break that was not a school sponsored event. The staff member who led the trip has been removed from the school, and the district is investigating this situation in accordance with CPS policy." | No | 6d |
| WBBM | Lincoln Park Basketball Season And Administrators Suspended Following Misconduct Allegations | Yes | "The Sun Times reports that a student had sex while the team was on a trip to Detroit, and that social media is involved and coach Pat Gordon knew about it."<br><br>"CPS sent a letter home to parents Jan. 31 stating Coach Gordon was suspended, though it's unclear why administrators are also being placed on leave." | No | 6e |

Nevium Intellectual Property Consultants
**Analysis of the Somal Report's Harmful Articles**     *Schedule 5*
Source: Document 2e - Gordon Appendix D - Examples of Harmful Media

| Details of Harmful Articles | | | | | |
|---|---|---|---|---|---|
| Source | Title | Mention of Gordon | Comment | Sexual Misconduct | Document |
| Block Club Chicago | Chaos At Lincoln Park High: Sexual Misconduct, Coverups, Retaliation And More Under Investigation | Yes | "Lions head basketball coach Pat Gordon was previously suspended by CPS. "<br><br>"CPS received reports of misconduct involving a 'recent unauthorized boys basketball overnight trip'. The claims were related to students having sex in Detroit and social media being somehow involved, the Sun-Times reported. Gordon who was then suspended by CPS, denied he knew about the alleged incident in Detroit."<br><br>"The boys basketball team's families were told that the school had learned that members of the team took an unsanctioned trip over winter break, and a staff member had been suspended" ... "The two letters were in reference to Gordon, and girls basketball head coach Larry Washington, according to the Chicago Tribune." | No | 6f |
| WGN 9 | CPS explains faculty shake-up after Lincoln Park HS students walk out over basketball team suspension | Yes | "Early last month, CPS removed head basketball coach Pat Gordon in connection with an overnight team trip to Detroit on Jan. 2. CPS is investigating claims a student had sex on that trip. The trip was not sponsored by the school."<br><br>"CPS said that investigation uncovered a botched reporting of the initial allegation and alleged retaliation against potential witnesses by fellow students." | No | 6g |
| CityNews | Vague misconduct allegations anger Chicago school parents | Yes | "The meeting stemmed from an investigation that began early last month with a report of misconduct involving the basketball team during a trip to Detroit in December. The probe revealed what the CPS termed 'egregious and systemic policy violations' that led to the suspension of basketball coach Pat Gordon days later. Gordon has denied knowing anything about an alleged incident in Detroit and **he has not been accused of improper contact with a student."** | No | 6h |
| WBEZ | Is CPS Response To Lincoln Park High School Sex Misconduct The New Normal? | Yes | "Pat Robinson Gordon, the head basketball coach, was suspended for serious misconduct that led to student harm and egregious and systemic policy violations, misconduct and failure to protect students at LPHS.<br><br>"Many parents and students called the allegations "vague" and argued that before abruptly stripping their school from its top officials, the district should have provided a more clear account of the incident in question."<br><br>"They are talking about an ongoing investigation, but what are they investigating about? They won't wanswer the direct questions. We are not asking questions about exactly who is involved, but just what is going on, why does certain people have to lose their jobs." | No | 6i |

Nevium Intellectual Property Consultants
**Analysis of the Somal Report's Harmful Articles**                                                          *Schedule 5*
Source: Document 2e - Gordon Appendix D - Examples of Harmful Media

| Details of Harmful Articles | | | | | |
|---|---|---|---|---|---|
| **Source** | **Title** | **Mention of Gordon** | **Comment** | **Sexual Misconduct** | **Document** |
| Chicago Sun-Times | Lincoln Park High School misconduct investigation | Yes | "Following an allegation that a student had sex while on a team trip to Detroit, Lincoln Park basketball coach Pat Gordon was suspended from Chicago Public Schools." | No | 6j |
| Athletic Business | Investigation Likely Ends Lincoln Park HS Basketball Season | Yes | "The issues have been going on for about a month, according to the Chicago Tribune. Boys basketball coach Pat Gordon was suspended by Chicago Public Schools following misconduct that occurred during a team trip to Detroit during winter break." | No | 6k |
| Journal Star | Chicago Curie coach out, Lincoln Park season over | Yes | "The probe revealed what the CPS termed "egregious and systemic policy violations" that led to the suspension of basketball coach Pat Gordon days later. Gordon has denied knowing anything about an alleged incident in Detroit and he has not been accused of improper contact with a student." | No | 6l |
| Chicago Tribune | A timeline of the alleged misconduct | Yes | "CPS officials say they uncover "additional serious policy violations and failures to follow proper protocols by adults to ensure student safety" and remove multiple adults from their positions. A CPS official later clarifies the adults referenced include boys basketball coach Pat Gordon and two non-employees who helped out with the team but "did not complete the district's volunteer application process as required." | No | 6m |
| WTTW | Ousted Lincoln Park High School Leaders File Defamation Lawsuit Against CPS | Yes | "Head basketball coach Pat Gordon was also suspended by CPS earlier in January" | No | 6n |

Nevium Intellectual Property Consultants
**Analysis of the Somal Report's Harmful Articles**                                                                                          *Schedule 5*
Source: Document 2e - Gordon Appendix D - Examples of Harmful Media

| Details of Harmful Articles | | | | | |
|---|---|---|---|---|---|
| **Source** | **Title** | **Mention of Gordon** | **Comment** | **Sexual Misconduct** | **Document** |
| Chicago Tribune | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life' | Yes | "Chicago Public Schools is seeking to fire Lincoln Park High School boys head basketball coach Pat Gordon, whose removal from his post in January was the start of a messy leadership shake-up."<br><br>"The news that Gordon will face a termination hearing came in a letter late Tuesday to Lincoln Park families from CPS Network Chief Laura LeMone. Numerous investigations "substantiated multiple allegations of serious misconduct at Lincoln Park High School, said the letter, which also stated two other coaches have been reinstated.<br><br>"Choslovsky did not elaborate on all of the substantiated misconduct claims against the coaches, but confirmed some claims involving Gordon stemmed from an unauthorized trip for a basketball tournament."<br><br>"Choslovsky recalled a community meeting in which CPS officials read a host of misconduct allegations and named the staff members who had been removed without specifying which claims related to each person."<br><br>"School officials said at the time that the claimed misconduct involved both students and adults, and included athletic recruiting violations, retaliation against witnesses, sexual misconduct and financial misconduct involving athletic program accounts, failure to follow sexual misconduct reporting procedures, improper student discipline, dishonesty to families, allowing suspended employees to work, failure to create safety plans for students and interference with investigations." | No | 6o |
| Fox 32 | CPS looking to fire Lincoln Park basketball coach | Yes | "CPS officials sent a letter to parents Tuesday informing them that Pat Gordon will face a termination hearing."<br><br>"Last year, the school had to suspend its basketball season after serious misconduct. Allegations include recruiting violations and the cover-up of sexual misconduct. Gordon, who serves as a school security officer, was removed as coach last year." | No | 6p |

Nevium Intellectual Property Consultants
**Analysis of the Somal Report's Harmful Articles**                                                                                                   *Schedule 5*
Source: Document 2e - Gordon Appendix D - Examples of Harmful Media

| Details of Harmful Articles | | | | | |
|---|---|---|---|---|---|
| **Source** | **Title** | **Mention of Gordon** | **Comment** | **Sexual Misconduct** | **Document** |
| Block Club Chicago | After CPS Moves To Fire 1 Coach, Reinstate 2 Others, Lincoln Park High Parents Want Answers On Investigation | Yes | "Lions head basketball coach Pat Gordon was suspended"<br><br>"The oustings were due to 'multiple allegations of serious misconduct' involving the athletics program at Lincoln Park High School."<br><br>"When Gordon was suspended in January, CPS officials said the district had received a report of misconduct involving the boy's basketball team during what they later called an "unauthorized" overnight trip to Michigan."<br><br>"But parents at the high school say the letter, which was sent as an attachment to an email labeled as a general monthly update, is too vague and offers no information on Gordon's pending dismissal or the misconduct the district uncovered."<br><br>"William Choslovsky, a lawyer representing the three coaches". . . "told the Chicago Tribune he thinks Gordon will overturn his recommended firing." | No | 6q |
| Chicago Tribune | School basketball trip's fallout runs deep at CPS | Yes | Discusses the LPHS Story, perspectives of Mr. Gordon and other administrators. States that Mr. Gordon was not aware of the incident.<br><br>"But you took that away from us, killing our dreams and four years of hard work that our coach Pat Gordon built."<br><br>"Gordon's lawsuit denies knowledge of sexual misconduct or retaliation and states that the third player disciplined on the trip was Gordon's own godson." | No | 6r |
| WJOL | Lincoln Park High School Boys' Basketball Season Suspended | Yes | "After head coach Pat Gordon was removed last month, the announcement on Friday indicates coach Donovan Robinson has been re-assigned." | No | 6s |
| Chicago Tribune | N/A | No | Article not available | | 6v |
| GoFundMe | Support Coach Gordon | Yes | "Lincoln Park High School Head Basketball Coach Pat Gordon has been suspended from coach and also from his CPS school security job. He has not been paid in more than 4 weeks and now has mounting legal fees. Please support our coach!" | No | 6w |

Nevium Intellectual Property Consultants
**Analysis of the Somal Report's Harmful Articles**                                         *Schedule 5*
Source: Document 2e - Gordon Appendix D - Examples of Harmful Media

| **Details of Harmful Articles** | | | | | | |
|---|---|---|---|---|---|---|
| Source | Title | Mention of Gordon | Comment | Sexual Misconduct | | Document |
| Articles from Harmful Posts | | | | | | |
| Chicago Sun-Times | CPS CEO says parents wrong to paint fired Lincoln Park H.S. leaders as victims | Yes | "The problems started after what CPS officials said was an unauthorized boys basketball team trip to Detroit at the end of December. The coach of the team has since been suspended, as has the remainder of the team's season."<br><br>"Charles Jackson called the suspended coach, Pat Gordon, a "strong disciplinarian" who was a mentor to students and encouraged them to keep up their grades and graduate." | No | | 6x |
| Chicago Tribune | Leaders removed, boys basketball season suspended amid allegations of 'serious misconduct' at Lincoln Park High School | Yes | "The letter does not mention head coach Pat Gordon, who was removed earlier in January, CPS officials confirmed."<br><br>"The staff member who led the trip has been removed from the school, and the district is investigating this situation in accordance with CPS policy," Thuet wrote."<br>"The unidentified member in the Jan. 9 letter was Gordon, a source told the Tribune." | No | | 6y |
| Chicago Tribune | Lincoln Park High School investigations include claims of sexual misconduct, retaliation, recruiting violations: CPS | Yes | "The moves followed the suspension of boys basketball coach Pat Gordon last month over a trip taken by members of the boys basketball team during winter break."<br><br>"Lincoln Park junior Ella Wong, 17, said that the ousted leaders 'made so many drastic differences ... in students' lives. If that wasn't true, we wouldn't be walking out for them.'" | No | | 6z |
| Chicago Tribune | Players from suspended Lincoln Park High team fail in last-ditch effort to enter city playoffs as misconduct scandal engulfs school | Yes | "Head boys basketball coach Pat Gordon was removed earlier in January, CPS officials confirmed. The boys basketball team's families at the time were informed that an unidentified staff member had been removed from the school in a letter, in which Thuet wrote he'd been "made aware" that members of the team "took an overnight trip over winter break that was not a school sponsored event."" | No | | 6aa |
| Chicago Sun-Times | Multiple allegations of sex misconduct, other wrongdoing led to removals at Lincoln Park H.S., basketball season suspension, CPS says | Yes | "OSP received a report of misconduct involving the Lincoln Park boys' basketball team on a trip to Detroit near the end of December. Five days later, the district found allegations of "additional serious policy violations," according to the presentation. That's when Lions basketball coach Pat Gordon was suspended by CPS."<br><br>"The district at that time was investigating claims about students having sex in Detroit, social media being involved and that Gordon knew about it." ...<br>**"Gordon, who denied knowledge of the alleged incident in Detroit, has not been accused of improper contact with a student."** | No | | 6ab |

Nevium Intellectual Property Consultants
**Analysis of the Somal Report's Harmful Articles**                                                                        *Schedule 5*
Source: Document 2e - Gordon Appendix D - Examples of Harmful Media

| Details of Harmful Articles | | | | | |
|---|---|---|---|---|---|
| **Source** | **Title** | **Mention of Gordon** | **Comment** | **Sexual Misconduct** | **Document** |
| Chicago Tribune | Lincoln Park High School scandal has sparked 5 investigations and top leaders' removal. Here is how it unfolded. | Yes | "During that investigation, CPS officials say they uncover "additional serious policy violations and failures to follow proper protocols by adults to ensure student safety" and remove multiple adults from their positions. A CPS official later clarifies the adults referenced included boys basketball coach Pat Gordon and two adults who helped out with the team"  "Hundreds of Lincoln park students walk off campus to rally in support of the school leaders who were removed" | No | 6u |
| Chicago Sun-Times | CPS suspends Lincoln Park's boys basketball season, removes principal | Yes | "Lions basketball coach Pat Gordon was suspended by CPS in early January. The Office of Student Protections is investigating claims that a student had sex while the team was on a trip to Detroit, that social media is involved and that Gordon knew about it."  "Gordon denied knowing anything about an incident in Detroit."  "'I can't cover up something I didn't know about,'' Gordon said Friday. ''And I wouldn't sacrifice my career in coaching and our season by not reporting something I knew about.''" | No | 6ac |
| Chicago Tribune | Lincoln Park High School basketball scandal: A girl blamed, a team supported and, so far, 6 lawsuits | Yes | Discusses the individual lawsuits filed against CPS, including Pat Gordon's.  Discusses Gordon's side of the story.  "Gordon's lawsuit denies knowledge of sexual misconduct or retaliation and states that the third player disciplined on the trip was Gordon's own godson"  "A month prior, the team ranked first in the conference, he said. 'We were on our way to greatness. But you took that away from us, killing our dreams and four years of hard work that our coach Pat Gordon built.' " | No | 6t |

| Nevium Calculation: Harmful Articles that Do Not Mention Mr. Gordon or Sexual Misconduct | | |
|---|---|---|
| Mention but no accusation of sexual misconduct | 28 | 97% |
| No Mention | 1 | 3% |
| Total Articles | 29 | |

Note: Duplicate articles were not included in the chart above

Nevium Intellectual Property Consultants
**Analysis of the Somal Report's Social Media Posts**                                                                                                                     *Schedule 6*

| Details of Harmful Posts | | | | | |
|---|---|---|---|---|---|
| **Source** | **Comment** | **Interactions** | **Mention of Gordon** | **Sexual Misconduct** | **Document** |
| Facebook | BREAKING: New, more extensive details for the first time shed light on the allegations that directly led to the firings of several Lincoln Park High School administrators and the suspension of the school's boys basketball team season. | 81 | No | | 2e, Page 45 |
| Facebook | JUST IN: Pat Gordon, the coach of No. 12 Lincoln Park, has been suspended while Chicago Public Schools investigates an incident that may have occurred on the team's trip to Detroit over the holidays. | 12 | Yes | No | 2e, Page 46 |
| Facebook | CPS CEO Janice Jackson acknowledge that the fired Lincoln Park Hight School administrators were well-liked, but added that "past performance and a pleasant personality is not a defense to inaction in a particular situation." | 5 | No | | 2e, Page 47 |
| Facebook | Leaders removed, boys basketball season suspended amid allegations of 'serious misconduct' at Lincoln Park High School | 7 | No | | 2e, Page 48 |
| Facebook | Lincoln Park High School students stage walkout over suspension of principals, basketball season | 4 | No | | 2e, Page 49 |
| Facebook | Suspended basketball players at Lincoln Park High fail in last-ditch effort to enter city playoffs Tuesday as misconduct scandal engulfs school | 2 | No | | 2e, Page 50 |
| Facebook | Lincoln Park high school basketball coach Pat Gordon suspended by CPS | N/A | Yes | No | 2e, Page 51 |
| Facebook | HIGH SCHOOL SCANDAL: "There are allegations of both adult-on-sexual misconduct as well as student on student," Deb Spraggins, director of investigations for the Office of Student, said. | 6 | No | | 2e, Page 52 |
| Facebook | Lincoln Park High School scandal has sparked 4 investigations and top leaders' removal. Here is how it unfolded: | N/A | No | | 2e, Page 53 |
| Facebook | LINCOLN PARK HIGH SCHOOL COMMUNITY DEMANDS ANSWERS AND ACTION | 64 | Yes | No | 2e, Page 54; 8a |
| Facebook | Lincoln Park high school basketball coach Pat Gordon suspended by CPS | N/A | Yes | No | 8z |
| YouTube | Lincoln Park HS students walk out over basketball team suspension, faculty shake-up | 1519 | Yes | No | 8b |

Nevium Intellectual Property Consultants
**Analysis of the Somal Report's Social Media Posts**                                                   *Schedule 6*

| Details of Harmful Posts | | | | | |
|---|---|---|---|---|---|
| **Source** | **Comment** | **Interactions** | **Mention of Gordon** | **Sexual Misconduct** | **Document** |
| YouTube | Bombshell Ends Lincoln Park HS Basketball Season | 2076 | Yes | No | 8c |
| YouTube | Lawsuit accuses Lincoln Park High School of failing to prevent student`s sexual assault | 841 | Yes | No | 8d |
| YouTube | Scandal at Lincoln Park HS | 496 | Yes | No | 8e |
| Twitter | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct | N/A | Yes | No | 8f |
| Twitter | New post (CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life') has been published on | N/A | Yes | No | 8g |
| Twitter | Lincoln Park high school basketball coach Pat Gordon suspended by CPS | N/A | Yes | No | 8h |
| Twitter | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated said misconduct claims 'destroyed my life' | 2 | Yes | No | 8i |
| Twitter | Just spoke with Lincoln Park coach Pat Gordon, story updated. "I can't cover up something I didn't know about. And I wouldn't sacrifice my career in coaching and our season by not reporting something I knew about." | 15 | Yes | No | 8j |
| Twitter | Chicago Public Schools is seeking to fire Lincoln Park High School boys head basketball coach Pat Gordon, whose removal from his post in January was the start of a messy leadership shakeup trib.al/coOLqoz | 5 | Yes | No | 8k |
| Twitter | A Monday hearing is schedule for suspended Lincoln Park basketball coach Pat Gordon. https://bit.ly/2TclWLq | N/A | Yes | No | 8l |
| Twitter | Lincoln Park basketball coach Pat Gordon has been suspended by Chicago Public Schools. Gordon says a hearing is scheduled on Monday to determine his status. | N/A | Yes | No | 8m |
| Twitter | New from @michaelsobrien : Lincoln Park high school basketball coach Pat Gordon suspended by @ChiPubSchools | 3 | Yes | No | 8n |
| Twitter | Lincoln Park High staff member removed amid probe of basketball team trip; coach Pat Gordon absent from Friday's game | N/A | Yes | No | 8o |
| Twitter | This is where I taught English my first five years as a teacher. Actually, it is one of Chicago's top academically performing schools.<br><br>Lincoln Park High School basketball scandal: A girl blamed, a team supported and, so far, 6 lawsuits | 15 | No | | 8p |

Nevium Intellectual Property Consultants
**Analysis of the Somal Report's Social Media Posts**                                                                           *Schedule 6*

| Details of Harmful Posts | | | | | |
|---|---|---|---|---|---|
| **Source** | **Comment** | **Interactions** | **Mention of Gordon** | **Sexual Misconduct** | **Document** |
| Twitter | Lincoln Park High School basketball scandal: A girl blamed, a team supported and, so far, 6 lawsuits https://ift.tt/3ybEg8J | N/A | No | | 8q |
| Twitter | Lincoln Park High School basketball scandal: A girl blamed, a team supported and, so far, 6 lawsuits https://chicagotribune.com/news/ct-cps-lincoln-park-basketball-team-coach-scandal-20210701-2apb6rcvqfh4tajpseyglprfwq-story.html?utm_source=newsletter | N/A | No | | 8r |
| Twitter | Lincoln Park High School basketball scandal: A girl blamed, a team supported and, so far, 6 lawsuits https://chicagotribune.com/news/ct-cps-lincoln-park-basketball-team-coach-scandal-20210701-2apb6rcvqfh4tajpseyglprfwq-story.html | N/A | No | | 8s |
| Twitter | Lincoln Park High School scandal has sparked 4 investigations and top leaders' removal. Here is how it unfolded. | 2 | No | | 8t |
| Twitter | A group of Lincoln Park High School basketball players and supporters made a last-ditch effort to save their season, which was suspended amid a misconduct scandal. | 1 | No | | 8u |
| Twitter | A group of Lincoln Park High School basketball players and supporters made a last-ditch effort to save their season, which was suspended amid a misconduct scandal. | 4 | No | | 8v |
| Twitter | CPS suspends Lincoln Park's basketball season, removes principal https://chicago.suntimes.com/2020/1/31/21117656/lincoln-park-high-school-basketball-suspended?utm_campaign=chicago.suntimes&utm_content=entry&utm_medium=social&utm_source=twitter… via @SunTimes | 3 | No | | 8w |
| Twitter | JUST IN: Pat Gordon, the coach of No. 12 Lincoln Park, has been suspended while Chicago Public Schools investigates an incident that may have occurred on the team's trip to Detroit over the holidays. | 21 | Yes | No | 8x |
| Reddit | [Sports] - Lincoln Park high school basketball coach Pat Gordon suspended by CPS \| Chicago Sun-Times | 1 | Yes | No | 8y |

| Nevium Calculation: Harmful Posts that Do Not Mention Mr. Gordon or Sexual Misconduct | | |
|---|---|---|
| Mention but no accusation of sexual misconduct | 20 | 57% |
| No Mention | 15 | 43% |
| Total Posts | 35 | |

Nevium Intellectual Property Consultants

**Analysis of the Traffic Data Related to News Sources**    *Schedule 7*

Source: Document 2e - Gordon Appendix D, Starting at Page 27

| Traffic Analysis | | | | | |
|---|---|---|---|---|---|
| News Source | Backlinks | Ref. Domains | Traffic | Avg Visit Duration | Bounce Rate |
| Athletic Business | 29,100 | 5,000 | 14,600 | 0:21 | 75% |
| Audacy | 4,600,000 | 65,100 | 1,500,000 | 4:41 | 50% |
| Block Club Chicago | 300,000 | 13,300 | 273,000 | 1:01 | 77% |
| Calgary City News | 30,800 | 4,200 | 88,400 | 1:12 | 64% |
| CBS News | 41,700,000 | 461,000 | 14,800,000 | 1:13 | 69% |
| Chicago Suntimes | 8,700,000 | 88,000 | 1,100,000 | 1:05 | 68% |
| Chicago Tribune | 11,500,000 | 275,000 | 1,700,000 | 1:18 | 64% |
| Daily Herald | 2,700,000 | 125,000 | - | - | - |
| Facebook | 78,400,000,000 | 57,600,000 | - | - | - |
| Fox 32 | 407,600 | 21,300 | - | - | - |
| Graphics.chicagotribune | 11,600 | 2,700 | 3,700 | 1:18 | 64% |
| lincolnparkhighschool.net | 9 | 5 | - | - | - |
| NPR | 44,100,000 | 481,000 | 14,100,000 | 2:00 | 71% |
| PJStar | 618,800 | 24,300 | - | - | - |
| Press Reader | 8,800,000 | 56,700 | 523,000 | 3:10 | 53% |
| Reddit | 2,200,000,000 | 2,300,000 | - | - | - |
| Sports.Yahoo | 91,100,000 | 145,000 | 20,600,000 | 2:29 | 57% |
| Thetimestimes.trendolizer.com | 290 | 156 | 310 | - | 80% |
| Twitter | 3,400,000,000 | 11,400,000 | 1,200,000,000 | 10:47 | 32% |
| WBEZ | 413,000 | 19,200 | 100,000 | 1:14 | 68% |
| wgn-TV | 983,000 | 44,500 | 1,100,000 | 0:56 | 69% |
| WJOL | 6,500 | 1,800 | 11,800 | 0:27 | 68% |
| WTTW News | 314,000 | 27,000 | 208,000 | 0:41 | 87% |

# EXHIBIT 5

The Wayback Machine - https://web.archive.org/web/20220113143030/https://www.nicholascarroll.com/defa…

# Nicholas Carroll



# Emotional Distress Damages in Defamation Cases

**Making and rebutting defamation emotional distress claims -** *ABA Journal*

## Defamation is no longer a "rich man's tort," but neither has it become the poor person's surefire lottery ticket.

*By Nicholas Carroll and [Joseph L. Meadows, J.D., LL.M.](#), April 30, 2019. Republished from the [American Bar Association Journal](#)*

Twenty years ago, emotional distress was not a primary component of damages in defamation cases. Emotional distress damages were usually awarded as a bonus to quantifiable damages claims, such as lost wages or business revenue. Jury verdicts from the early 2000s [appear to reflect](#) few punitive damages awards – and in those awards, the defendants engaged in malicious behavior, such as workplace vendettas against plaintiffs, sexual harassment and vulgarity toward plaintiffs, false reports made to plaintiffs' employers, and public humiliation of plaintiffs by falsely arresting them.

Today, in the era of the Me Too movement and widespread impact of social media trolling and cyberbullying, emotional distress can be a primary component of damages. This surfaced in a case reported in the *Washington Post* in 2015 about an anesthesiologist whom the jury determined had defamed a patient while he was sedated in the process of a colonoscopy. Damages totaled $500,000, including $200,000 in punitive damages. According to the [Post's interviews with jurors](#), one juror initially voted for zero damages. However, as another member of the jury told the reporter, "We finally came to a conclusion that we have to give him something, just to make sure that this doesn't happen again."

This article highlights two parts of proving emotional distress damages in defamation cases: (1) how to establish the existence of such damages and (2) how to tie them into additional economic damages. In addition, this article addresses defenses that can be raised.

Case: 1:21-cv-00549 Document #: 149 Filed: 03/01/24 Page 128 of 141 PageID #:5666

# Establishing the Existence of Emotional Distress Damages

Some common sources of evidence to establish emotional distress in defamation cases include psychiatrists' or psychologists' reports, medications, emergency room (ER) visits and/or hospitalizations, plaintiff-side testimony, and the defamation itself.

A psychiatrist's or psychologist's report is the anchor for an emotional distress claim if the report clearly states that the plaintiff's emotional distress stems from defamation. Many defamation victims become agitated, rambling, repetitive, or even obsessed with the attacks on their reputation. Unfortunately, many victims refuse to seek mental help, preferring to tough it out.

In addition, medication prescriptions (e.g., Xanax, Valium) by psychiatrists, as opposed to other medical doctors or urgent-care doctors, are strong evidence of emotional distress.

ER visits or hospitalizations for panic attacks, strokes, or temporary amnesia are also helpful in establishing emotional distress; this evidence is not uncommon in defamation cases.

Another type of evidence for an emotional distress claim is plaintiff-side testimony. Testimony by the defamation plaintiff may be questioned because the exact symptoms that indicate emotional distress – abnormal and irrational behavior – can also make the plaintiff look like a "kook." It takes time to appreciate how unhinged people can become when they are defamed, and a jury is not likely to have the time or insight to understand that the plaintiff may have been a calm, normal human before the defamation began. Testimony from family, friends, coworkers, and business partners, on the other hand, can be more effective. They may credibly describe the before-and-after mental state and behavior of the plaintiff.

Finally, the defamation itself can be powerful evidence for an emotional distress claim. Some allegations are so heinous that any reasonable person would accept that they are inherently distressful. "Child molester," "sexual predator," and "racist" are hot-button accusations. Perhaps little more is needed to demonstrate the emotional distress caused by this kind of defamation.

# Rebutting the Existence of Emotional Distress Damages

The reports and opinions of mental health professionals may be difficult to rebut. Even if they have no experience in testifying, these professionals are used to writing accurate reports and may even memorize them before testifying. And psychiatrists will surely stand behind any drug prescriptions they have made; their medical licenses depend on it. However, defamation cases often require expertise and credentials specific to emotional distress beyond generalized mental health. Moreover, the expert must credibly connect the emotional distress to the defamation without gaps in the chain of causation. Emergency room and hospital admittance reports can be inconclusive. Was defamation the triggering event? Perhaps a panic attack arose from family stresses. Perhaps a heart attack followed years of arterial plaque buildup. Perhaps a post-traumatic stress disorder event stemmed from pre-defamation incidents of violence or physical threats.

Testimony by the plaintiff, family, and friends should be subjected to typical cross-examination into areas of bias and credibility.

Case: 1:21-cv-00549 Document #: 149 Filed: 03/01/24 Page 129 of 141 PageID #:5667

## Tying Emotional Distress to Economic Damages

It may not be readily apparent, but emotional distress from defamation can actually cause economic damages.

Consider, for example, the brain surgeon needing to take a sabbatical because of emotional distress caused by defamation. Nobody would want a distressed surgeon wielding a scalpel inside his or her skull. Consider the performance impact in other jobs: the contract attorney who starts making mistakes in writing contracts, a symphony conductor slipping up on the podium, a baseball player going into a slump, an airplane pilot misjudging a landing. These are all measurable damages.

Aside from direct performance impact, mental health treatment and medications taken in response to defamation can lead to economic damages. Lost workdays, unproductive workdays, and termination – say, due to testing positive for drug use – are also measurable damages. When medications create a conflict between job performance and outright job loss – notably for people with security clearances – one might argue that the defamation plaintiffs are "damned if they do and damned if they don't."

## Disconnecting Emotional Distress from Economic Damages

The best way to refute any link between emotional distress and economic damages is to disconnect the defamation from the damages altogether. Regardless of the type of damages, defamation must cause, or be a substantial factor in causing, damages. For some "libel-proof" plaintiffs with already damaged reputations, the defamation may be largely irrelevant. A jury may end up awarding $1 in damages, simply on principle.

Even if emotional damages exist and the defamation caused them, secondary economic damages can be challenged on their merits. A defamation plaintiff may have no record of earnings, such as the owner of a brand-new restaurant or a first-time chef with no previous history of success. In these instances, the burden may fall back onto the plaintiff, under the aging "new business rule," the "modern new business rule," or other theories.

## Conclusion

It is hard to predict whether we will see a growth in defamation cases with emotional distress damages. So far, there are not enough cases to shout "TRENDING!" with confidence, much less in capital letters. However, lawsuits over emotional distress caused by online defamation, cyberbullying, and sexual harassment and assault could change that situation fast. Likewise, with advances in medical science (think neurobiology) and technology, we might be able to more easily show the connection between defamation and emotional distress.

At some point, emotional distress due to defamation may no longer be something that "happens to other people." It may be something that can happen to anyone who becomes the target of a vengeful spouse, disgruntled customer, jealous boss, unhinged competitor, or a social media feeding frenzy. In other words, it may eventually be a common primary component of damages in defamation-of-character cases.

*Nicholas Carroll is a litigation consultation and expert witness in defamation of character cases; he is also a corporate writer, editor and former programmer. Joseph L.*

Case: 1:21-cv-00549 Document #: 149 Filed: 03/01/24 Page 130 of 141 PageID #:5668

*Meadows is a DC-area based attorney with extensive experience in defamation cases, who has led defamation cases in a variety of states.*

Copyright © 2019, American Bar Association.

# EXHIBIT 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GOLO, LLC, | |
|                Plaintiff, | C.A. No. 20-667-RGA-SRF |
|     v. | |
| GOLI NUTRITION INC., a Canadian Corporation, GOLI NUTRITION INC., a Delaware Corporation, and MICHAEL BITENSKY, | |
|                Defendants. | |
| GOLI NUTRITION INC., a Canadian Corporation, GOLI NUTRITION INC., a Delaware Corporation and MICHAEL BITENSKY, | |
|                Counter-Plaintiffs, | |
|     v. | |
| GOLO, LLC and CHRISTOPHER LUNDIN, | |
|                Counter-Defendants. | |

## PLAINTIFF GOLO LLC'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANT GOLI NUTRITION INC.'S EXPERT WITNESSES

Plaintiff GOLO, LLC ("GOLO") hereby respectfully moves this Court to exclude the opinions and testimony of Defendant Goli Nutrition Inc.'s ("Goli") experts as follows:

- **Keith Ugone:** GOLO moves to exclude Keith Ugone's opening report and related testimony because it is not based on any specialized expert analysis but instead simply recites Goli's allegations and interpretation of the evidence, and then asserts legal conclusions on whether an injunction is improper.

1

- **Sameer Somal:** GOLO moves to exclude Sameer Somal's opinions and testimony in whole because Somal lacks expertise to make his opinions, and his opinions make unfounded insinuations; improperly parrot the opinions of counsel; and lack a methodology as well as a reliable basis.

- **Carlo Salvatore Contorregi and Lawrence Cheskin**: GOLO moves to exclude Carlo Salvatore Contorregi and Lawrence Cheskin's opinions and testimony in whole because their opinions on the regulations and the law both came from counsel, are not their work or opinions, and fall outside the scope of their expertise. And their opinions on the substantiation of GOLO's claims are unreliable because they failed to apply the totality of the evidence standard; considered Release in isolation; and ignored certain studies in coming to their opinions.

- **Hal Poret:** GOLO moves to exclude the four surveys (the *Eveready* Website Survey and the three Sequential Lineup surveys) that were conducted from January 23, 2023 through February 2, 2023 that are found in Hal Poret's rebuttal opinion (and related testimony) because these surveys contain improper non-rebuttal opinions and are unreliable. In the alternative, GOLO should at minimum be granted a sur-rebuttal to address Poret's improper rebuttal.

- **Sean O'Keefe:** GOLO moves to exclude Sean O'Keefe's future opinions and testimony about a method for testing acetic acid that he has yet to develop. Springing such late testimony about a yet to be developed methodology on GOLO at trial would be improper, and would surprise and prejudice GOLO without a chance to properly review, depose, and rebut O'Keefe.

The grounds for this Motion are fully set forth in the accompanying Opening Brief in support of this Motion.

Dated:  April 14, 2023                                    BARNES & THORNBURG LLP


By: /s/ Chad S.C. Stover
        Chad S.C. Stover (No. 4919)
        William J. Burton (No. 6243)
        222 Delaware Avenue, Suite 1200
        Wilmington, DE 19801
        Tel: (302) 300-2474
        Email: chad.stover@btlaw.com
        Email:  william.burton@btlaw.com

        Amy P. Lally (Admitted *pro hac vice*)
        SIDLEY AUSTIN LLP
        1999 Avenue of the Stars, 17th Floor
        Los Angeles, CA 90067
        Tel: (310) 595-9500
        Email: alally@sidley.com

        Mark D. Hopson (Admitted *pro hac vice*)
        Benjamin M. Mundel (Admitted *pro hac vice*)
        Jacquelyn E. Fradette (Admitted *pro hac vice*)
        SIDLEY AUSTIN LLP
        1501 K Street, N.W.
        Washington, D.C. 20005
        Tel: (202) 736-8000
        Email:  mhopson@sidley.com
        Email: bmundel@sidley.com
        Email: jfradette@sidley.com

        Rachel L. Hampton (Admitted *pro hac vice*)
        SIDLEY AUSTIN LLP
        One South Dearborn
        Chicago, IL 60603
        Tel: (312) 853-7000
        Email: rhampton@sidley.com

3

David Carpenter (Admitted *pro hac vice*)
Kristina Martinez (Admitted *pro hac vice*)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Email: kmartinez@sidley.com

Darren Cahr (Admitted *pro hac vice*)
Scharf Banks Marmor LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Tel: (312) 897-1484
Email: dcahr@scharfbanks.com

*Attorneys for GOLO LLC and*
*Christopher Lundin*

4

# EXHIBIT 7

**From:** Colin McMahon <mcmahon.colin@gmail.com>
**Sent:** Thursday, July 6, 2023 11:35 PM
**To:** mbungert@grsm.com
**Subject:** Colin McMahon expert witness report Pat Gordon Case No. 1:21-cv-00549

Mr. Bungert,

Bill Choslovsky has forwarded to you a copy of the Colin McMahon expert witness report Pat Gordon Case No. 1:21-cv-00549

Here is copy of the sources and data/analytics sheet referenced in the report, in case the links to the report fail to carry over to the PDF.

Please let me know if you require anything else.

Best regards,

Colin McMahon

1

| Search Term | Google Position | Google Headline | Google News Position | Google News Headline | Bing or Bing News Position | Bing or Bing News Headline |
|---|---|---|---|---|---|---|
| "Donovan Robinson" | 3rd | Block Club Donovan Robinson Archive Google All | 1st | Multiple Allegations of Sexual Misconduct Sun-Times Donovan Robinson | 1st | Lincoln Park High School student 'shocked' administrator grabbed his face as tensions inside school boil over |
| "Donovan Robinson" Chicago | 2nd | How the Scandal Unfolded | 1st | Lincoln Park High School: Multiple allegations of sex misconduct, wrongdoing led to removal of top officials, basketball season's suspension, CPS says - Chicago Sun-Times | 2nd | Multiple Allegations of Sexual Misconduct Sun-Times Donovan Robinson |
| Coach "Donovan Robinson" | 1st | Block Club Donovan Robinson Archive Google All | 1st | Lincoln Park High School: Multiple allegations of sex misconduct, wrongdoing led to removal of top officials, basketball season's suspension, CPS says - Chicago Sun-Times | 1st | Lincoln Park High School Basketball Scandal Unveiled |
| Dean "John Johnson" | 2nd | Lincoln Park administrator, teacher reinstated after CPS deems it 'safe' for them to return - Chicago Sun-Times | 1st | Is CPS Response To Lincoln Park High School Sex Misconduct The New Normal? | 1st | Lincoln Park Dean reinstated |
| "John Johnson" Lincoln Park | 2nd | Lincoln Park dean reinstated; other investigations pending – Chicago Tribune | 1st | Is CPS Response To Lincoln Park High School Sex Misconduct The New Normal? | 1st | Lincoln Park High School Basketball Scandal Unveiled |
| Lincoln Park High School | 33rd | Fight Breaks Out at Lincoln Park High School after Students Hold Sit-in | 30th | Lincoln Park High School basketball scandal unveiled | 5th | Lincoln Park High School Sued |
| "pat gordon"* | 2nd | Lincoln Park high school basketball coach Pat Gordon suspended by CPS | 1st | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life' | NA | |
| pat gordon* | 2nd | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life' | 1st | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life' | NA | |
| coach pat gordon* | 2nd | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life' | 1st | CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated, says misconduct claim 'destroyed my life' | NA | |
| lincoln park high school basketball coach pat gordon | 1st | Lincoln Park high school basketball coach Pat Gordon suspended by CPS | 1st | Lincoln Park high school basketball coach Pat Gordon suspended by CPS | 2nd | Lincoln Park high school basketball coach Pat Gordon suspended by CPS |
| | | | | | | |
| | | *Note: Results identical or nearly identical for search incognito with location blocked | | | | |
| | | | | | | |
| | | **Spot-checked headlines examples** | | | | |
| | | Lincoln Park High School basketball scandal unveiled | | | | |
| | | Lincoln Park High School basketball season unlikely to resume, mayor says - Chicago Sun-Times | | | | |
| | | Basketball team's season suspended, staff removed over misconduct allegations at Lincoln Park High School | WGN-TV | | | | |
| | | Ousted Lincoln Park High School Leaders File Defamation Lawsuit Against CPS | Chicago News | WTTW | | | | |
| | | Basketball Season Suspended, Principal Removed at Chicago's Lincoln Park High School | | | | |
| | | Is CPS Response To Lincoln Park High School Sex Misconduct The New Normal? | | | | |
| | | Lincoln Park High School scandal has sparked 5 investigations and top leaders' removal. Here is how it unfolded. | | | | |
| | | Lincoln Park High School: basketball suspension continues as CPS investigates misconduct - Chicago Sun-Times | | | | |
| | | Lincoln Park High School investigations include claims of sexual misconduct, retaliation, recruiting violations: CPS | | | | |
| | | Lincoln Park High School: Multiple allegations of sex misconduct, wrongdoing led to removal of top officials, basketball season's suspension, CPS says - Chicago Sun-Times | | | | |
| | | Leaders removed, boys basketball season suspended amid allegations of 'serious misconduct' at Lincoln Park High School | | | | |
| | | Lincoln Park High School scandal: Why John Thuet and Michelle Brumfield were fired - Chicago Sun-Times | | | | |
| | | Lincoln Park high school basketball: The Lions outlast Joliet West in overtime - Chicago Sun-Times | | | | |
| | | Chicago basketball rankings: Michael O'Brien's Super 25 rankings for Jan. 26, 2020 | | | | |
| | | Lincoln Park High scandal: CPS had no choice but to crack down amid sex allegations - Chicago Sun-Times | | | | |
| | | Lincoln Park High School lawsuit alleges CPS failed to protect student from sex assault - Chicago Sun-Times | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Lincoln Park High School: CPS CEO Janice Jackson says parents wrong to paint fired administrators John Thuet, Michelle Brumfield as victims - Chicago Sun-Times | | | |
| | | Chaos At Lincoln Park High: Sexual Misconduct, Coverups, Retaliation And More Under Investigation | | | |
| | | After CPS Moves To Fire 1 Coach, Reinstate 2 Others, Lincoln Park High Parents Want Answers On Investigation | | | |
| | | Lincoln Park High School Fires Top Administrators, Suspends Boys Basketball Season - CBS Chicago | | | |
| | | Lincoln Park coach Gordon suspended - PressReader | | | |
| | | Investigation Likely Ends Lincoln Park HS Basketball Season \| Athletic Business | | | |
| | | Lincoln Park High School Boys' Basketball Season Suspended - 1340 WJOL | | | |
| | | Chicago Curie coach out, Lincoln Park season over | | | |
| | | Vague misconduct allegations anger Chicago school parents | | | |
| | | Lawsuit accuses Lincoln Park High School of failing to prevent student's sexual assault \| WGN-TV | | | |
| | | Ousted Lincoln Park High School Leaders File Defamation Lawsuit Against CPS \| Chicago News \| WTTW | | | |
| | | Chicago Lincoln Park high school basketball: CPS suspends Lincoln Park's basketball season, removes principal - Chicago Sun-Times | | | |
| | | Fired Leaders of Lincoln Park High School Speak Out | | | |
| | | Lincoln Park HS protest Thursday continues wild week of misconduct investigations, staff shakeups, class disruptions | | | |
| | | NPR: Is Chicago Public Schools Response To High School Misconduct The New Normal? : NPR | | | |
| | | Public League Playoffs overshadowed by teams' off-court drama – NBC Sports Chicago | | | |
| | | Lincoln Park basketball coach Pat Gordon absent from game amid investigation; Jones Prep staff member removed | | | |
| | | Lincoln Park high school basketball coach Pat Gordon suspended by CPS | | | |
| | | School basketball trip's fallout runs deep at CPS - PressReader | | | |
| | | LINCOLN PK. BOYS HOOPS IN TURMOIL - PressReader | | | |
| | | Chicago high school hoops team's season suspended amid probe | | | |
| | | Federal jury finds against fired Lincoln Park High School principal in defamation suit | | | |
| | | Lincoln Park High School Official Leaves Amid Continuing Controversy – NBC Chicago | | | |
| | | Lincoln Park High School Loses Another Administrator After Leader Allegedly Grabbed Student's Face | | | |
| | | CPS explains faculty shake-up after Lincoln Park HS students walk out over basketball team suspension | | | |
| | | Seattle Times: Vague misconduct allegations anger Chicago school parents \| The Seattle Times | | | |
| | | Players from suspended Lincoln Park High team fail in last-ditch effort to enter city playoffs as misconduct scandal engulfs school | | | |
| | | Lincoln Park High School: CPS CEO Janice Jackson says parents wrong to paint fired administrators John Thuet, Michelle Brumfield as victims - Chicago Sun-Times | | | |
| | | Chicago basketball rankings: Michael O'Brien's Super 25 rankings for Jan. 26, 2020 | | | |
| | | Lincoln Park High School community demands answers after principal removed for misconduct allegations, basketball suspended - ABC7 Chicago | | | |
| | | Lincoln Park High School leaders address growing safety concerns after day of student protests and some altercations as another misconduct claim surfaces | | | |
| | | Highly-regarded sophomore JJ Taylor transfers from Morgan Park to Kenwood - Chicago Sun-Times | | | |
| | | Lincoln Park High School student 'shocked' administrator grabbed his face as tensions inside school boil over - Chicago Sun-Times | | | |
| | | Daily Herald: Vague misconduct allegations anger Chicago school parents | | | |

Lincoln Park High School basketball suspended, principal removed for allegations of 'serious misconduct' - ABC7 Chicago

LPHS Basketball Coach, teammate and Attorney Rich Lenkov on discrepancies in reporting of misconduct at Lincoln Park High School

Daywatch: Chaos at Lincoln Park High School, some wary as nurse practitioners triple in Illinois and touring the remade Lathrop Homes – Chicago Tribune

Daywatch: Iowa margin is razor thin, Lincoln Park High School turmoil continues and Lin-Manuel Miranda's clever 'Hamilton' movie deal

Lincoln Park High allegations test Chicago's new protocol for investigating sexual misconduct complaints

Sidelined Lincoln Park High School Basketball Players Feel They've Lost Out Big In Scandal | Chicago, IL Patch

| Chicago Tribune Partial First Party Data | Search Views | Home Page Views | Search + HP Views | |
|---|---|---|---|---|
| Leaders removed boys basketball season suspended amid allegations of &#8216;serious misconduct&#8217; at Lincoln Park High School | 16,461 | 10,891 | 27,352 | |
| Lincoln Park High School investigations include claims of sexual misconduct retaliation recruiting violations: CPS | 14,103 | 8,445 | 22,548 | |
| Lincoln Park High School leaders address growing safety concerns after day of student protests and some altercations as another misconduct claim surfaces | 10,587 | 6,527 | 17,114 | |
| Fired Lincoln Park High School principal and assistant principal sue Chicago Public Schools say they were defamed and denied due process | 7,588 | 5,332 | 12,920 | |
| CPS moves to fire Lincoln Park High School basketball coach Pat Gordon; another coach reinstated said misconduct claims &#8216;destroyed my life' | 4,409 | 4,610 | 9,019 | |
| Lincoln Park High School scandal has sparked 5 investigations and top leaders&#8217; removal. Here is how it unfolded. | 8,233 | 3,600 | 11,833 | |
| Lincoln Park High School turmoil continues with new administrator&#8217;s departure prompting 5th investigation into staff and student conduct | 3,377 | 2,686 | 6,063 | |
| Lincoln Park High staff member removed amid probe of basketball team trip; coach Pat Gordon absent from Friday&#8217;s game | 3,284 | 3,257 | 6,541 | |
| Lincoln Park High School student sues Chicago Board of Ed over alleged sexual assault; CPS briefs Local School Council members on misconduct investigations | 4,088 | 1,912 | 6,000 | |
| Lincoln Park High School removes another staff member after altercation with student | 2,039 | 2,625 | 4,664 | |
| Players from suspended Lincoln Park High team fail in last-ditch effort to enter city playoffs as misconduct scandal engulfs school | 3,922 | 2,525 | 6,447 | |
| Lincoln Park High leaders say they have &#8216;no clear idea&#8217; why they were fired while CPS denies council claim it cut off school funding | 3,520 | 1,394 | 4,914 | |
| Column: Secrecy by CPS has made a bad situation worse at Lincoln Park High School | 2,433 | 804 | 3,237 | |
| Lincoln Park High School local council says it was &#8216;completely blindsided&#8217; by leaders&#8217; removal but Chicago Mayor Lori Lightfoot says CPS has &#8216;done a good job&#8217; handling alleged misconduct | 4,183 | 1,447 | 5,630 | |
| Lincoln Park High School students are &#8217;the real victims&#8217; says CPS chief Janice Jackson as district sends cease-and-desist letter to local school council | 2,222 | 1,042 | 3,264 | |
| Column: Illinois talks the talk but doesn&#8217;t walk the walk in a 28-10 loss to Northwestern proving the Illini are the &#8216;little brother&#8217; in the Land of Lincoln rivalry | 1,403 | | 1,403 | |
| Lincoln Park High School scandal has sparked 4 investigations and top leaders&#8217; removal. Here is how it unfolded. | 1,382 | 784 | 2,166 | |
| Totals | 93,234 | 57,881 | 151,115 | |

| Print Circulation | 2019 | 2020 | Average M-F | Sunday | | |
|---|---|---|---|---|---|---|
| Chicago Tribune | 160,542 | 130,357 | 145,450 | 203,629 | | |
| Chicago Sun-Times | 84,379 | 74,977 | 79,678 | 111,549 | | |
| **Total** | **244,921** | **205,334** | **225,128** | **315,179** | | |

| Local and regional websites | % size based on UVs | Expected audience reach | % size based on 2020 search traffic | Expected search audience alone | | |
|---|---|---|---|---|---|---|
| suntimes.com | 75% | 113,336 | 17% | 15,850 | | |
| nbcchicago.com | 45% | 68,002 | 10% | 9,323 | | |
| abc7chicago.com | 90% | 136,004 | 14% | 13,053 | | |
| fox32chicago.com | 25% | 37,779 | 10% | 9,323 | | |
| blockclubchicago.com | 26% | 39,290 | 2% | 1,865 | | |
| wttw.com | 8% | 12,089 | 2% | 1,865 | | |
| wgntv.com | 40% | 60,446 | 16% | 14,917 | | |
| wgnradio.com | 2% | 3,022 | 2% | 1,865 | | |
| cbsnews.com/chicago* | 40% | 60,446 | 20% | 18,647 | | |
| wbez.org | 6% | 9,067 | 2% | 1,399 | | |
| dailyherald.com | 15% | 22,667 | 10% | 9,323 | | |
| pressreader.com | 73% | 110,314 | 16% | 14,917 | | |
| **Totals** | **37%** | **672,462** | **10%** | **112,347** | | |

| National websites | | | | | | |
|---|---|---|---|---|---|---|
| cbsnews.com/chicago | 570% | 861,356 | 155% | 234,228 | | |
| yahoo.com | 29542% | 44,642,393 | 30% | 27,970 | | |
| npr.org | 960% | 1,450,704 | 390% | 363,613 | | |
| Totals | **3905%** | **47,829,409** | | **782,444** | | |

**Sources:**

Where Do People Get Their News in 2023? [Updated] | letter.ly
Chicago Tribune
Top 25 US newspapers by circulation
Nielsen
Chicago Tribune Audience Team Report January 2020
Metrics for News SUBS - 2020.xlsx
Surfer SEO
SimilarWeb
Pat Gordon interview
JJ Dean Johnson and Coach Donovan Robinson Expert Witness interview 23 May 2023 12:50 pm
Fiscal Year 2022 Annual Report - Chicago
Google Trends LPHS
CPS Lincoln Park TV News Coverage Chicago Broadcast Reach February 2021